LODGED



FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>Defendants. | Case No. CV09-0613 CAS (CWx)<br><br>[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION<br><br>*[An application requesting this document be filed under seal is being concurrently filed herewith.]* |

TO DEFENDANTS LEAD NETWORKS DOMAINS PRIVATE LIMITED, NARESH MALIK a/k/a NICK M., MAHESH MALIK, KEVIN DASTE, AND DOES 1-100:

CHRISTIE, PARKER & HALE, LLP

1  YOU (AND EACH OF YOU) ARE HEREBY ORDERED TO SHOW
2  CAUSE at 10:00 am on Feb. 11, 2009, or as soon thereafter as counsel
3  may be heard in the courtroom of the Honorable Chief Judge Collins located
4  at the Roybal Federal Bldg Courtroom 680, why you, your officers, agents,
5  servants, employees and attorneys and those in active concert or participation
6  with you or them, should not be restrained and enjoined pending trial of this
7  action from:
8    (a) Destroying, altering or transferring any records of their
9  business activities, whether on paper, in electronic format, or on any other
10 medium, and including, without limitation all accounting records and all logs or
11 other documents relating to selecting, registering, trafficking in, monetizing,
12 releasing, assigning, renewing, deleting, transferring, using and maintaining the
13 238 domain names (as listed on the attached document labelled "Exhibit 14") that are confusingly similar to Plaintiffs' Marks;
14   (b) Transferring, releasing, deleting or assigning the 238 domain
15 names confusingly similar to Plaintiffs' Marks;
16   (c) Registering or using any domain name that is identical or
17 confusingly similar to Plaintiffs' Marks; and
18   (d) Assisting, aiding, or abetting any other person or business
19 entity in engaging in or performing any of the activities referred to in
20 subparagraphs (a) through (c) above.
21  PENDING HEARING on the above Order to Show Cause, you, your
22 officers, agents, servants, employees and attorneys and all those in active concert
23 or participation with you or them ARE HEREBY RESTRAINED AND
24 ENJOINED from:
25   (a) Destroying, altering or transferring any records of their
26 business activities, whether on paper, in electronic format, or on any other
27 medium, and including, without limitation all accounting records and all logs or
28 other documents relating to selecting, registering, trafficking in, monetizing,

CHRISTIE, PARKER & HALE, LLP

| | |
|---|---|
| 1 | releasing, assigning, renewing, deleting, transferring, using and maintaining the |
| 2 | 238 domain names that are confusingly similar to Plaintiffs' Marks; |
| 3 | (b)   Transferring, releasing, deleting or assigning the 238 domain |
| 4 | names confusingly similar to Plaintiffs' Marks; |
| 5 | (c)   Registering or using any domain name that is identical or |
| 6 | confusingly similar to Plaintiffs' Marks; and |
| 7 | (d)   Assisting, aiding, or abetting any other person or business |
| 8 | entity in engaging in or performing any of the activities referred to in |
| 9 | subparagraphs (a) through (c) above. |
| 10 | The above Temporary Restraining Order is effective on Plaintiffs' filing an |
| 11 | undertaking in the sum of $ _10,000_ . This Order to Show Cause and |
| 12 | supporting papers must be served on Defendant(s) _forthwith_, ~~no later than ____ days~~ |
| 13 | ~~before the date set for hearing~~, and proof of service shall be filed _immediately thereafter_ ~~no later than~~ |
| 14 | ~~____ court days before the hearing~~. Any response or opposition to this Order |
| 15 | to Show Cause must be filed and personally served on Plaintiffs' counsel no later |
| 16 | than _1:00 pm on February 9, 2009_ ~~days before the date set for hearing~~, and proof of service shall be |
| 17 | filed no later than _immediately thereafter_ ~~court days before the hearing~~. |
| 18 | DATED: _Jan 28, 2009_ |
| 19 | _____ |
| 20 | UNITED STATES DISTRICT JUDGE |
| 21 | HAK IRV1116291.1-*-01/27/09 10:50 AM |

```
VAERIZON.COM
VAERIZONWIRELESS.COM
VARAIZON.COM
VARIZIONWIRELESS.COM
VARIZON.COM
VEDRIZONWIRELESS.COM
VEIRZON.COM
VERAZIONWIRELESS.COM
VERAZONWIRELESS.COM
VEREIZON.COM
VERI8ZON.COM
VERI9ZON.COM
VERIAONWIRELESS.COM
VERIAZON.COM
VERINWIRELESS.COM
VERIONFIOS.COM
VERIONONLINE.COM
VERIONSWIRELESS.COM
VERIONTRACKER.COM
VERIONWIELESS.COM
VERIOZEN.COM
VERIOZIONWIRELESS.COM
VERIOZN.COM
VERIOZONWIRELESS.COM
VERIOZONWIRLESS.COM
VERIRONWIRELESS.COM
VERISENWIRELESS.COM
VERISEON.COM
VERISIONPHONES.COM
VERISON-WIRLESS.COM
VERISONBUSINESS.COM
VERISONCAREERS.COM
VERISONEWIRELESS.COM
VERISONMOBILE.COM
VERISONONLINE.COM
VERISONPCS.COM
VERISONPHONES.COM
VERISONPICS.COM
VERISONPREPAYED.COM
VERISONVIRELESS.COM
VERISONWEIRELESS.COM
VERISONWERLESS.COM
VERISONWILESS.COM
VERISONWIREESS.COM
VERISONWIRELES.COM
VERISONWIRELESSINTERNET.COM
VERISONWIRELLES.COM
VERISONWIRELWSS.COM
VERISONWIRERLES.COM
VERISONWIRESS.COM
VERISONWIRLESS.COM
VERISZON.COM
VERISZONWIRELESS.COM
VERIXONCENTRAL.COM
```

Exhibit 14
Page 154

```
VERIZENWIRELES.COM
VERIZINWIRLESS.COM
VERIZION22.COM
VERIZIONMAIL.COM
VERIZIONMOBILE.COM
VERIZIONWIRELESSREBATES.COM
VERIZIONWIRLES.COM
VERIZIONWIRLESS.COM
VERIZIONYELLOWPAGES.COM
VERIZIZONWIRELESS.COM
VERIZKN.COM
VERIZNOWIRELESS.COM
VERIZOFIOS.COM
VERIZOINWIRELESS.COM
VERIZOLNWIRELESS.COM
VERIZON-WIRLESS.COM
VERIZON1.COM
VERIZON2.COM
VERIZONARENA.COM
VERIZONBUSINESSDSL.COM
VERIZONCARRERS.COM
VERIZONCELLPHONE.COM
VERIZONCELLUAR.COM
VERIZONCELULAR.COM
VERIZONCENTREL.COM
VERIZONEPHONES.COM
VERIZONFILES.COM
VERIZONFIOSINTERNET.COM
VERIZONFIOSTV.COM
VERIZONFISO.COM
VERIZONFREERINGTONES.COM
VERIZONGAMES.COM
VERIZONHAWAII.COM
VERIZONHOTMAIL.COM
VERIZONINPULSE.COM
VERIZONIRELESS.COM
VERIZONJOB.COM
VERIZONLESS.COM
VERIZONMIRELESS.COM
VERIZONMOBILES.COM
VERIZONMYACCOUNT.COM
VERIZONMYMSN.COM
VERIZONMYPREPAY.COM
VERIZONNWIRELESS.COM
VERIZONON.NET
VERIZONONLINEDSL.COM
VERIZONPHONEBOOK.COM
VERIZONPHONENUMBERS.COM
VERIZONPIXPLACE.COM
VERIZONPREPAIDPHONE.COM
VERIZONPREPAY.COM
VERIZONREBATE.COM
VERIZONRESIDENTIAL.COM
VERIZONRINGBACKS.COM
```

Exhibit 14
Page 155

```
VERIZONRINGBACKTONES.COM
VERIZONSPEED.COM
VERIZONSTART.COM
VERIZONSTART.NET
VERIZONSUPERPAGE.COM
VERIZONTRACKER.COM
VERIZONVIRELESS.COM
VERIZONVIRUSPROTECTION.COM
VERIZONVISAACCOUNTONLINE.COM
VERIZONW.COM
VERIZONWERILES.COM
VERIZONWHIRLESS.COM
VERIZONWHITEPAGES.COM
VERIZONWIERLES.COM
VERIZONWIKRELESS.COM
VERIZONWILERLESS.COM
VERIZONWIREKLESS.COM
VERIZONWIRELEEE.COM
VERIZONWIRELEES.COM
VERIZONWIRELES.COM
VERIZONWIRELESSBILLING.COM
VERIZONWIRELESSDOWNLOADS.COM
VERIZONWIRELESSEMPLOYMENT.COM
VERIZONWIRELESSGETDISCOUNT.COM
VERIZONWIRELESSMYPREPAID.COM
VERIZONWIRELESSMYPREPAY.COM
VERIZONWIRELESSPIXPLACE.COM
VERIZONWIRELESSPIXS.COM
VERIZONWIRELESSS.COM
VERIZONWIRELESSTHEATHER.COM
VERIZONWIRELESSVZW.COM
VERIZONWIRELESXS.COM
VERIZONWIRELEXX.COM
VERIZONWIRELLES.COM
VERIZONWIRELLESS.COM
VERIZONWIRELSEE.COM
VERIZONWIRELSS.COM
VERIZONWIRESSLESS.COM
VERIZONWIRFELESS.COM
VERIZONWIRLESSPR.COM
VERIZONWIRRLESS.COM
VERIZONWRELESS.COM
VERIZONWWIRELESS.COM
VERIZOPN.COM
VERIZOWIRLESS.COM
VERIZWIRELESS.COM
VERKZON.COM
VERONWIRELESS.COM
VEROZINWIRELESS.COM
VEROZONWIRELESS.COM
VERRAIZON.COM
VERRISIONWIRELESS.COM
VERRIZON.COM
VERRIZONWIRELES.COM
```

Exhibit 14
Page 156

VERRZONWIRELESS.COM
VERSIONWIRELES.COM
VERSISONWIRELESS.COM
VERSZIONWIRELESS.COM
VERSZONWIRELESS.COM
VERVIZON.COM
VERVIZONWIRELESS.COM
VERWISONWIRELESS.COM
VERWIZON.COM
VERYSONWIRELESS.COM
VERYZONWIRELES.COM
VERZIONWIRELESS.COM
VERZONWIRELES.COM
VEVRIZONWIRELESS.COM
VEZRIZON.COM
VIERSONWIRELESS.COM
VIERZIONWIRELESS.COM
VIERZON.COM
VIRAIZON.COM
VIRAZONWIRELESS.COM
VIREIZON.COM
VIRISIONWIRELESS.COM
VIRIZONWIRELESS.COM
VIRIZONWIRELSS.COM
VIRONWIRELESS.COM
VIRONZON.COM
VIROZIONWIRELESS.COM
VIROZON.COM
VIROZONWIRELESS.COM
VIRZONEWIRELESS.COM
VIZONWIRELESS.COM
VORIZANWIRELESS.COM
VORIZEN.COM
VORIZIN.COM
VORIZON.NET
VORZON.COM
VRIEZON.COM
VRISZON.COM
VRIZONWIRELESS.COM
VRTIZONWIRELESS.COM
VWEIZON.COM
VZRIZON.COM
VZWIRELESSRINGTONES.COM
WBILLPAYVERIZONWIRELESS.COM
WEBMAILVERIZON.NET
WRIZON.COM
WWWLVERIZONWIRELESS.COM
WWWVARIZON.COM
WWWVERAIZON.COM
WWWVERIZONONLINE.NET
WWWVERRIZON.COM
VZCHAT.COM
VZNAVAGATOR.COM
VZPICS.COM

Exhibit 14
Page 157

```
VZWDELUXE.COM
VZWIERLESS.COM
VZWPIXPLACE.COM
VZWPREPAY.COM
VZWPX.COM
VZWRINGTONESDELUX.COM
VZXPIX.COM
WIRELESSSYNCHVZW.COM
WIRELESSSYNVZW.COM
22VERIZION.COM
ACTIVATEMYFIOSVERIZON.NET
BERIZON.COM
BUSINESSVERIZON.NET
DSLSTARTVERIZON.COM
ERIZON.COM
INFOSPEEDVERIZON.NET
MYACCOUNTATWWWVERIZONWIRELESS.COM
MYACCOUNTVERIZONWIRELESS.COM
MYVERIZONPREPAID.COM
QUICKVERIZON.NET
STARTVERIZON.NET
V-WIRELESS-CELLPHONES.COM
```

Exhibit 14
Page 158