**DAVID J. STEELE, CA Bar No. 209797**
Email: djslit@cph.com
**CHRISTIE, PARKER & HALE, LLP**
3501 Jamboree Road, Suite 6000 - North Tower
Newport Beach, CA 92660
Telephone: (949) 476-0757
Facsimile: (949) 476-8640

**HOWARD A. KROLL, CA Bar No. 100981**
Email: howard.kroll@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Pasadena, California 91105
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

**SARAH B. DEUTSCH (Admitted *pro hac vice*)**
Email: sarah.b.deutsch@verizon.com
**VERIZON CORPORATE RESOURCES GROUP LLC**
1320 North Court House Road, Suite 900
Arlington, VA 22201
Telephone: (703) 351-3044
Facsimile: (703) 351-3670

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF DISTRICT

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>Defendants. | Case No. CV 09-0613 ABC (CWx)<br><br>**PROOF OF SERVICE OF STIPULATION TO STAY DEADLINES AND EXTEND TEMPORARY RESTRAINING ORDER AS TO DEFENDANT KEVIN DASTE UNTIL APRIL 10, 2009 ON DEFENDANTS LEAD NETWORKS DOMAINS PRIVATE LIMITED AND MAHESH MALIK**<br><br>Hon. Audrey B. Collins |

# CERTIFICATE OF SERVICE

I certify that on March 27, 2009, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **STIPULATION TO STAY DEADLINES AND EXTEND TEMPORARY RESTRAINING ORDER AS TO DEFENDANT KEVIN DASTE UNTIL APRIL 10, 2009** was served on the parties in this action as follows:

To: **LEAD NETWORKS DOMAINS PRIVATE LIMITED**

**By FedEx to:**
Regd. Off.: B-304 Florida, Y-11 Shastri Nagar,
Lokhandwala Complex,
Andheri (West), Mumbai - 400 053
India

**By Facsimile to:**
011-91-22-2631 1820

**By Email to:**
domain.disputes@leadnetworks.in

To: **MAHESH MALIK**

**By FedEx to:**
707/C Neptune Apts, 4th Cross Lane,
Lokhandwala Complex, Andheri (West)
Mumbai Maharashtra 400053
India

**By Facsimile to:**
011-91-22-2631 1820

**By Email to:**
Mahesh@LeadNetworks.in

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on March 27, 2009 at Newport Beach, California.

*Linda L. Bolter* (signature)
Linda L. Bolter

CHRISTIE, PARKER & HALE, LLP