1  **DAVID J. STEELE, CA Bar No. 209797**
   Email:  djslit@cph.com
2  **CHRISTIE, PARKER & HALE, LLP**
   3501 Jamboree Road, Suite 6000 - North Tower
3  Newport Beach, CA 92660
   Telephone: (949) 476-0757
4  Facsimile:  (949) 476-8640

5  **HOWARD A. KROLL, CA Bar No. 100981**
   Email:  howard.kroll@cph.com
6  **CHRISTIE, PARKER & HALE, LLP**
   350 West Colorado Boulevard, Suite 500
7  Pasadena, California 91105
   Telephone: (626) 795-9900
8  Facsimile:  (626) 577-8800

9  **SARAH B. DEUTSCH (Admitted *pro hac vice*)**
   Email:  sarah.b.deutsch@verizon.com
10 **VERIZON CORPORATE RESOURCES GROUP LLC**
   1320 North Court House Road, Suite 900
11 Arlington, VA 22201
   Telephone: (703) 351-3044
12 Facsimile:  (703) 351-3670

13 Attorneys for Plaintiffs
   VERIZON CALIFORNIA INC.
14 VERIZON TRADEMARK SERVICES LLC
   VERIZON LICENSING COMPANY

15

16                   UNITED STATES DISTRICT COURT

17                    CENTRAL DISTRICT OF DISTRICT

18                          WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>Defendants. | Case No. CV 09-0613 ABC (CWx)<br><br>**PROOF OF SERVICE OF [PROPOSED] ORDER TO STAY DEADLINES AND EXTEND TEMPORARY RESTRAINING ORDER AS TO DEFENDANT KEVIN DASTE UNTIL APRIL 10, 2009 ON DEFENDANTS LEAD NETWORKS DOMAINS PRIVATE LIMITED AND MAHESH MALIK**<br><br>Hon. Audrey B. Collins |

# CERTIFICATE OF SERVICE

I certify that on March 27, 2009, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **[PROPOSED] ORDER TO STAY DEADLINES AND EXTEND TEMPORARY RESTRAINING ORDER AS TO DEFENDANT KEVIN DASTE UNTIL APRIL 10, 2009** was served on the parties in this action as follows:

To: **LEAD NETWORKS DOMAINS PRIVATE LIMITED**

**By FedEx to:**
Regd. Off.: B-304 Florida, Y-11 Shastri Nagar,
Lokhandwala Complex,
Andheri (West), Mumbai - 400 053
India

**By Facsimile to:**
011-91-22-2631 1820

**By Email to:**
domain.disputes@leadnetworks.in

To: **MAHESH MALIK**

**By FedEx to:**
707/C Neptune Apts, 4th Cross Lane,
Lokhandwala Complex, Andheri (West)
Mumbai Maharashtra 400053
India

**By Facsimile to:**
011-91-22-2631 1820

**By Email to:**
Mahesh@LeadNetworks.in

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on March 27, 2009 at Newport Beach, California.

Linda L. Bolter