**DAVID J. STEELE**, CA Bar No. 209797
Email: djslit@cph.com
**CHRISTIE, PARKER & HALE, LLP**
3501 Jamboree Road, Suite 6000 - North Tower
Newport Beach, CA 92660
Telephone: (949) 476-0757
Facsimile: (949) 476-8640

**HOWARD A. KROLL**, CA Bar No. 100981
Email: howard.kroll@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Pasadena, California 91105
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

**SARAH B. DEUTSCH** (Admitted *pro hac vice*)
Email: sarah.b.deutsch@verizon.com
**VERIZON CORPORATE RESOURCES GROUP LLC**
1320 North Court House Road, Suite 900
Arlington, VA 22201
Telephone: (703) 351-3044
Facsimile: (703) 351-3670

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF DISTRICT

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>Defendants. | Case No. CV 09-00613 ABC (CWx)<br><br>**PLAINTIFFS' STATUS REPORT RE EFFORTS TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT MAHESH MALIK**<br><br>**Hon. Audrey B. Collins** |

As requested in the May 13, 2009 Court's Order, Plaintiffs, VERIZON CALIFORNIA INC., VERIZON TRADEMARK SERVICES LLC, and VERIZON LICENSING COMPANY ("Plaintiffs"), hereby report the following efforts have been made to serve the Summons and Complaint on Defendant, MAHESH MALIK:

Plaintiffs identified the following address for Mahesh Malik: 707/C Neptune Apts, 4th Cross Lane, Lokhandwala Complex, Andheri (West), Mumbai Maharashtra 400053 India. Over the last several months, Plaintiffs have sent correspondence to Mr. Malik at this address via Federal Express on several occasions. On each occasion, Plaintiffs' correspondence has been accepted at this address.

Plaintiffs are currently attempting to serve Mr. Malik under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention"). To that end, Plaintiffs have prepared and sent copies of the Summons, Complaint, and all other documents filed to date in this case to Process Forwarding International, the company delegated by the United States Department of Justice under the Hague Service Convention to perform all functions of the United States Central Authority.

Process Forwarding International has confirmed that it received these documents and that it is in the process of submitting the documents to the Indian Central Authority, the Indian Ministry of Law and Justice, for service on Mr. Malik.

Dated: July 2, 2009

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By /s/ David J. Steele
David J. Steele
Howard A. Kroll

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY