UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF DISTRICT

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>  Plaintiffs,<br><br>  vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>  Defendants. | Case No. CV 09-00613 ABC (CWx)<br>**CORRECTED ORDER GRANTING PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS LEAD NETWORKS DOMAINS PRIVATE LIMITED AND NARESH MALIK A/K/A NICK M.**<br><br>**Hon. Audrey B. Collins** |

The Court having considered considered the arguments of counsel at the hearing on the Application for Default Judgment by Court against Defendants Lead Networks Domains Private Limited ("Lead") and Naresh Malik a/k/a Nick M. ("N. Malik") (Lead and N. Malik are collectively, "Defendants") filed by Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company (collectively "Plaintiffs"), as well as the memoranda, evidence, Declarations of Janis M. Manning, Anne F. Bradley and David J. Steele, and other papers in support of the application, and good cause appearing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that default judgment be granted in Plaintiffs' favor in this matter.

**IT FURTHER IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs possesses valid trademarks for the trademarks VERIZON

(U.S. Trademark Reg. Nos. 2886813, 3085712 and 2879802), VERIZON WIRELESS (U.S. Trademark Reg. Nos. 3077271, 2884027, and 3077269), VZ (U.S. Trademark Reg. Nos. 3064237 and 3490085), VZACCESS (U.S. Trademark Reg. No. 2973813), VZEMAIL (U.S. Trademark Reg. No. 2973814), VZGLOBAL (U.S. Trademark Reg. No. 3083568), VZVOICE (U.S. Trademark Reg. No. 2973811), VZW (U.S. Reg. No. 3319338), FIOS (U.S. Trademark Reg. No. 3001081), VERIZON FIOS (U.S. Trademark Reg. No. 3147510) (collectively, "Plaintiffs' Marks") and that those trademarks are enforceable.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants registered, trafficked in, or used at least 238 domain names which are identical or confusingly similar to Plaintiffs' Marks, with a bad faith intent to profit, in violation 15 U.S.C. §1125(d), the Anticybersquatting Consumer Protection Act (the "ACPA").

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants violation of 15 U.S.C. §1125(d), the ACPA, was willful.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants shall pay statutory damages for infringing Plaintiffs' rights by violating the ACPA in the amount of $100,000 for each of the 238 domain names registered in violation of the ACPA for a total of $ 23,800,000.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Lead Networks Domains Private Limited, its officers, directors, employees, representatives, agents, successors-in-interest, parent corporations, subsidiary corporations, affiliated companies, and all other persons, firms or entities acting in concert or participating with them, directly or indirectly, shall relinquish all rights, title, and interest, in all domain names, including the 238 domain names listed in Exhibit 1 to this Order, which are confusingly similar to Plaintiffs' VERIZON, VERIZON WIRELESS, FIOS, VERIZON FIOS, VZ, VZACCESS, VZEMAIL, VZGLOBAL, VZVOICE and VZW trademarks, and which are under

1  their control, and to transfer all domain names to Plaintiffs. To facilitate this
2  transfer, it is further ordered that the registry operator for each of those domain
3  names change the registrar of record to a registrar of Plaintiffs' choosing. It is
4  further ordered that the new registrar of record change the registrant to Plaintiffs
5  or their authorized representative.

6  **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that
7  Naresh Malik, his representatives, agents, successors-in-interest, and all other
8  persons, firms or entities acting in concert or participating with him, directly or
9  indirectly, shall relinquish all rights, title, and interest, in all domain names,
10 including the 238 domain names listed in Exhibit 1 to this Order, which are
11 confusingly similar to Plaintiffs' VERIZON, VERIZON WIRELESS, FIOS,
12 VERIZON FIOS, VZ, VZACCESS, VZEMAIL, VZGLOBAL, VZVOICE and
13 VZW trademarks, and which are under their control, and to transfer all domain
14 names to Plaintiffs. To facilitate this transfer, it is further ordered that registry of
15 those domain names change the registrar of record to a registrar of Plaintiffs'
16 choosing. It is further ordered that the new registrar of record change the
17 registrant to Plaintiffs or their authorized representative.

18 **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that
19 Lead Networks Domains Private Limited, its officers, directors, employees,
20 representatives, agents, successors-in-interest, parent corporations, subsidiary
21 corporations, affiliated companies, and all other persons, firms or entities acting
22 in concert or participating with them, are hereby permanently enjoined, directly or
23 indirectly, from:

24     1.     Registering, trafficking in or using any domain name that is identical
25 or confusingly similar to the trade names and trademarks VERIZON, VERIZON
26 WIRELESS, VZ, VZACCESS, VZEMAIL, VZGLOBAL, VZVOICE, VZW,
27 FIOS, VERIZON FIOS; and

28

2. Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraph 1 above.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Naresh Malik, his representatives, agents, successors-in-interest, and all other persons, firms or entities acting in concert or participating with him, are hereby permanently enjoined, directly or indirectly, from:

1. Registering, trafficking in or using any domain name that is identical or confusingly similar to the trade names and trademarks VERIZON, VERIZON WIRELESS, VZ, VZACCESS, VZEMAIL, VZGLOBAL, VZVOICE, VZW, FIOS, VERIZON FIOS; and

2. Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraph 1 above.

This corrected Order shall be effective as of September 14, 2009, the date of issue and filing of the Court's Order Granting Plaintiffs' Application for Default Judgment Against Defendants Lead Networks Domains Private Limited and Naresh Malik a/k/a/ Nick M. (DE 79).

**IT IS SO ORDERED.**

Date: 9/22/09

                                          Audrey B. Collins
                                   Chief United States District Judge

EXHIBIT 1

| | |
|---|---|
| vaerizon.com | veriszon.com |
| vaerizonwireless.com | veriszonwireless.com |
| varaizon.com | verixoncentral.com |
| varizionwireless.com | verizenwireles.com |
| varizon.com | verizinwirless.com |
| vedrizonwireless.com | verizion22.com |
| veirzon.com | verizionmail.com |
| verazionwireless.com | verizionmobile.com |
| verazonwireless.com | verizionwirelessrebates.com |
| vereizon.com | verizionwirles.com |
| veri8zon.com | verizionwirless.com |
| veri9zon.com | verizionyellowpages.com |
| veriaonwireless.com | verizizonwireless.com |
| veriazon.com | verizkn.com |
| verinwireless.com | veriznowireless.com |
| verionfios.com | verizofios.com |
| veriononline.com | verizoinwireless.com |
| verionswireless.com | verizolnwireless.com |
| veriontracker.com | verizon-wirless.com |
| verionwieless.com | verizon1.com |
| veriozen.com | verizon2.com |
| veriozionwireless.com | verizonarena.com |
| veriozn.com | verizonbusinessdsl.com |
| veriozonwireless.com | verizoncarrers.com |
| veriozonwirless.com | verizoncellphone.com |
| verironwireless.com | verizoncelluar.com |
| verisenwireless.com | verizoncelular.com |
| veriseon.com | verizoncentrel.com |
| verisionphones.com | verizonephones.com |
| verison-wirless.com | verizonfiles.com |
| verisonbusiness.com | verizonfiosinternet.com |
| verisoncareers.com | verizonfiostv.com |
| verisonewireless.com | verizonfiso.com |
| verisonmobile.com | verizonfreeringtones.com |
| verisononline.com | verizongames.com |
| verisonpcs.com | verizonhawaii.com |
| verisonphones.com | verizonhotmail.com |
| verisonpics.com | verizoninpulse.com |
| verisonprepayed.com | verizonireless.com |
| verisonvireless.com | verizonjob.com |
| verisonweireless.com | verizonless.com |
| verisonwerless.com | verizonmireless.com |
| verisonwiless.com | verizonmobiles.com |
| verisonwireess.com | verizonmyaccount.com |
| verisonwireles.com | verizonmymsn.com |
| verisonwirelessinternet.com | verizonmyprepay.com |
| verisonwirelles.com | verizonnwireless.com |
| verisonwirelwss.com | verizonon.net |
| verisonwirerles.com | verizononlinedsl.com |
| verisonwiress.com | verizonphonebook.com |
| verisonwirless.com | verizonphonenumbers.com |

Exhibit 1
-5-

| | | |
|---|---|---|
| 1 | verizonpixplace.com | verozonwireless.com |
|   | verizonprepaidphone.com | verraizon.com |
| 2 | verizonprepay.com | verrisionwireless.com |
|   | verizonrebate.com | verrizon.com |
| 3 | verizonresidential.com | verrizonwireless.com |
|   | verizonringbacks.com | verrzonwireless.com |
| 4 | verizonringbacktones.com | versionwireles.com |
|   | verizonspeed.com | versisonwireless.com |
| 5 | verizonstart.com | verszionwireless.com |
|   | verizonstart.net | verszonwireless.com |
| 6 | verizonsuperpage.com | vervizon.com |
|   | verizontracker.com | vervizonwireless.com |
| 7 | verizonvireless.com | verwisonwireless.com |
|   | verizonvirusprotection.com | verwizon.com |
| 8 | verizonvisaaccountonline.com | verysonwireless.com |
|   | verizonw.com | veryzonwireless.com |
| 9 | verizonweriles.com | verzionwireless.com |
|   | verizonwhirless.com | verzonwireles.com |
| 10 | verizonwhitepages.com | vevrizonwireless.com |
|   | verizonwierles.com | vezrizon.com |
| 11 | verizonwikreless.com | viersonwireless.com |
|   | verizonwilerless.com | vierzionwireless.com |
| 12 | verizonwirekless.com | vierzon.com |
|   | verizonwireleee.com | viraizon.com |
| 13 | verizonwirelees.com | virazonwireless.com |
|   | verizonwireles.com | vireizon.com |
| 14 | verizonwirelessbilling.com | virisionwireless.com |
|   | verizonwirelessdownloads.com | virizonwireless.com |
| 15 | verizonwirelessemployment.com | virizonwirelss.com |
|   | verizonwirelessgetdiscount.com | vironwireless.com |
| 16 | verizonwirelessmyprepaid.com | vironzon.com |
|   | verizonwirelessmyprepay.com | virozionwireless.com |
| 17 | verizonwirelesspixplace.com | virozon.com |
|   | verizonwirelesspixs.com | virozonwireless.com |
| 18 | verizonwirelesss.com | virzonewireless.com |
|   | verizonwirelesstheather.com | vizonwireless.com |
| 19 | verizonwirelessvzw.com | vorizanwireless.com |
|   | verizonwirelesxs.com | vorizen.com |
| 20 | verizonwirelexx.com | vorizin.com |
|   | verizonwirelles.com | vorizon.net |
| 21 | verizonwirelless.com | vorzon.com |
|   | verizonwirelsee.com | vriezon.com |
| 22 | verizonwirelss.com | vriszon.com |
|   | verizonwiressless.com | vrizonwireless.com |
| 23 | verizonwirfeless.com | vrtizonwireless.com |
|   | verizonwirlesspr.com | vweizon.com |
| 24 | verizonwirrless.com | vzrizon.com |
|   | verizonwreless.com | vzwirelessringtones.com |
| 25 | verizonwwireless.com | wbillpayverizonwireless.com |
|   | verizopn.com | webmailverizon.net |
| 26 | verizowirless.com | wrizon.com |
|   | verizwireless.com | wwwlverizonwireless.com |
| 27 | verkzon.com | wwwvarizon.com |
|   | veronwireless.com | wwwveraizon.com |
| 28 | verozinwireless.com | wwwverizononline.net |

Exhibit 1
-6-

CHRISTIE, PARKER & HALE, LLP

| | |
|---|---|
| wwwverrizon.com | 22verizion.com |
| vzchat.com | activatemyfiosverizon.net |
| vznavagator.com | berizon.com |
| vzpics.com | businessverizon.net |
| vzwdeluxe.com | dslstartverizon.com |
| vzwierless.com | erizon.com |
| vzwpixplace.com | infospeedverizon.net |
| vzwprepay.com | myaccountatwwwverizonwireless.com |
| vzwpx.com | myaccountverizonwireless.com |
| vzwringtonesdelux.com | myverizonprepaid.com |
| vzxpix.com | quickverizon.net |
| wirelesssynchvzw.com | startverizon.net |
| wirelesssynvzw.com | v-wireless-cellphones.com |

LLB IRV1117959.1-*-09/18/09 4:24 PM

Exhibit 1
-7-

CHRISTIE, PARKER & HALE, LLP