**DAVID J. STEELE**, CA Bar No. 209797
Email:  djslit@cph.com
**CHRISTIE, PARKER & HALE, LLP**
3501 Jamboree Road, Suite 6000-North Tower
Newport Beach, CA  92660
Telephone:  (949) 476-0757
Facsimile:  (949) 476-8640

**HOWARD A. KROLL**, CA Bar No. 100981
Email:  howard.kroll@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Pasadena, California 91105
Telephone:  (626) 795-9900
Facsimile:  (626) 577-8800

**SARAH B. DEUTSCH** (Admitted *pro hac vice*)
Email:  sarah.b.deutsch@verizon.com
**VERIZON CORPORATE RESOURCES GROUP LLC**
1320 North Court House Road, 9th Floor
Arlington, VA  22201
Telephone: (703) 351-3044
Facsimile: (703) 351-3670

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
and VERIZON LICENSING COMPANY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>Defendants. | Case No.  CV09-0613 ABC (CWx)<br><br>**NOTICE OF APPLICATION AND APPLICATION FOR FINAL DEFAULT JUDGMENT AGAINST DEFENDANT MAHESH MALIK**<br>**(Fed. R. Civ. P. 54 and 55)**<br><br>DATE:     January 10, 2011<br>TIME:     10:00 a.m.<br>CTRM:   680<br><br>Hon. Audrey B. Collins |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on January 10, 2011, at 10:00 a.m. or as soon thereafter as this matter may be heard before the Honorable Audrey B. Collins, Courtroom 680 of the United States District Court for the Central District of California, 255 East Temple Street, Los Angeles, California 90012, Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company (collectively "Plaintiffs") will present their application for a final default judgment against Defendant Mahesh Malik ("Defendant") in accord with Federal Rules of Civil Procedure 54 and 55.

The Clerk of this Court entered the default of Defendant on August 23, 2010 because Defendant failed to answer or otherwise respond to the Complaint.

At the time and place of hearing, and pursuant to the proof contained in the Memorandum of Points and Authorities, Plaintiffs will present proof of the following matters:

1. Defendant is not a minor or incompetent person or in military service or otherwise exempted under the Servicemembers Civil Relief Act, 50 App. U.S.C. § 521.

2. Notice of this application for final default judgment was served on Defendant on December 3, 2010, by email and mail, as required by Local Rule 55-1 and Rule 55(b)(2) of the Federal Rules of Civil Procedure.

3. Plaintiffs are entitled to judgment against Defendant for willful violation of the Anticybersquatting Consumer Protection Action (the "ACPA") because Defendant has registered, trafficked in and used at least 238 domain names which are identical or confusingly similar to the following trademarks owned or licensed by Plaintiffs: VERIZON, VERIZON WIRELESS, FIOS, VERIZON FIOS, VZ, VZACCESS, VZEMAIL, VZGLOBAL, VZVOICE and VZW (collectively, the "Plaintiffs' Trademarks").

4. Based on the 238 domain names Defendant registered, trafficked in and used in violation of the ACPA, the judgment should be $23,800,000 in statutory damages.

5. Defendant, his agents, servants, employees and attorneys and all other persons acting in concert with or in participation with Defendant, directly or indirectly, should relinquish all rights, title and interest in all domain names which are confusingly similar to the Plaintiffs' Trademarks, and which are under their control, and to transfer those domain names to Plaintiffs. To facilitate this transfer, Plaintiffs further seek an order requiring the registry of those domain names to change the registrar of record to a registrar of Plaintiffs' choosing and to order the new registrar of record to, thereafter, change the registrant to Plaintiffs or their authorized representative.

6. A permanent injunction should issue enjoining Defendant and his agents, servants, employees and attorneys and all other persons acting in concert with or in participation with Defendant, directly or indirectly, from:

    a. Registering, trafficking in or using any domain name that is identical or confusingly similar to the trade names and trademarks VERIZON, VERIZON WIRELESS, VZ, VZACCESS, VZEMAIL, VZGLOBAL, VZVOICE, VZW, FIOS, VERIZON FIOS; and

    b. Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraph (a) above.

7. That there is no just reason for delay and direct entry of a final default judgment against Defendant.

CHRISTIE, PARKER & HALE, LLP

In support of their Motion, Plaintiffs submit the accompanying Memorandum of Points and Authorities and supporting Declarations of Janis M. Manning, Anne F. Bradley and David J. Steele and rely on their Complaint, the contents of the Court's file to date, and such further evidence and argument as may be presented at the hearing on their Motion.

Dated: December 3, 2010

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By  /s/ David J. Steele
David J. Steele
Howard J. Kroll

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

LLB IRV1120006.1-*-12/3/10 3:48 PM

# CERTIFICATE OF SERVICE

I certify that on December 3, 2010, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **NOTICE OF APPLICATION AND APPLICATION FOR FINAL DEFAULT JUDGMENT AGAINST DEFENDANT MAHESH MALIK (Fed R. Civ. P. 55(b))** was served on the party(ies) in this action as follows:

MAHESH MALIK

**By First Class International Air Mail to:**
707/C Neptune Apts, 4th Cross Lane,
Lokhandwala Complex, Andheri (West)
Mumbai Maharashtra 400053
India

**By Email to:**
Mahesh@LeadNetworks.in

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on December 3, 2010 at Newport Beach, California.

Linda L. Bolter