UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF DISTRICT

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>Defendants. | Case No. CV 09-00613 ABC (CWx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR FINAL DEFAULT JUDGMENT AGAINST DEFENDANT MAHESH MALIK**<br><br>Hon. Audrey B. Collins |

The Court having considered the arguments of counsel at the hearing on the Application for Final Default Judgment pursuant to Federal Rule of Civil Procedure 54(b)against Defendant Mahesh Malik ("Defendant"), filed by Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company (collectively "Plaintiffs"), as well as the memoranda, evidence, Declarations of Janis M. Manning, Anne F. Bradley and David J. Steele, and other papers in support of the application, and good cause appearing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that final default judgment be granted in Plaintiffs' favor in this matter.

**IT FURTHER IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs possesses valid trademarks for the trademarks VERIZON (U.S. Trademark Reg. Nos. 2886813, 3085712 and 2879802), VERIZON WIRELESS (U.S. Trademark Reg. Nos. 3077271, 2884027, and 3077269), VZ (U.S. Trademark Reg. Nos. 3064237 and 3490085), VZACCESS (U.S. Trademark Reg. No. 2973813), VZEMAIL (U.S. Trademark Reg. No. 2973814), VZGLOBAL (U.S. Trademark Reg. No. 3083568), VZVOICE (U.S. Trademark Reg. No. 2973811), VZW (U.S. Reg. No. 3319338), FIOS (U.S. Trademark Reg. No. 3001081), VERIZON FIOS (U.S. Trademark Reg. No. 3147510) (collectively, "Plaintiffs' Marks") and that those trademarks are enforceable.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant registered, trafficked in, or used at least 238 domain names which are identical or confusingly similar to Plaintiffs' Marks, with a bad faith intent to profit, in violation 15 U.S.C. §1125(d), the Anticybersquatting Consumer Protection Act (the "ACPA").

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant's violation of 15 U.S.C. §1125(d), the ACPA, was willful.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant shall pay statutory damages for infringing Plaintiffs' rights by violating the ACPA in the amount of $100,000 for each of the 238 domain names registered in violation of the ACPA for a total of $23,800,000.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Mahesh Malik, his representatives, agents, successors-in-interest, and all other persons, firms or entities acting in concert or participating with him, directly or indirectly, shall relinquish all rights, title, and interest, in all domain names, including the 238 domain names listed in Exhibit 1 to this Order, which are

confusingly similar to Plaintiffs' VERIZON, VERIZON WIRELESS, FIOS, VERIZON FIOS, VZ, VZACCESS, VZEMAIL, VZGLOBAL, VZVOICE and VZW trademarks, and which are under their control, and to transfer all domain names to Plaintiffs. To facilitate this transfer, it is further ordered that the registry operator of each of those domain names change the registrar of record to a registrar of Plaintiffs' choosing. It is further ordered that the new registrar of record change the registrant to Plaintiffs or their authorized representative.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Mahesh Malik, his representatives, agents, successors-in-interest, and all other persons, firms or entities acting in concert or participating with him, are permanently enjoined, directly or indirectly, from:

1. Registering, trafficking in or using any domain name that is identical or confusingly similar to the trade names and trademarks VERIZON, VERIZON WIRELESS, VZ, VZACCESS, VZEMAIL, VZGLOBAL, VZVOICE, VZW, FIOS, VERIZON FIOS; and

2. Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraph 1 above.

**IT IS SO ORDERED.**

Dated:_____

Audrey B. Collins
United States District Judge

CHRISTIE, PARKER & HALE, LLP

| | |
|---|---|
| **1** | EXHIBIT 1 |

| | |
|---|---|
| vaerizon.com | veriszon.com |
| vaerizonwireless.com | veriszonwireless.com |
| varaizon.com | verixoncentral.com |
| varizionwireless.com | verizenwireles.com |
| varizon.com | verizinwirless.com |
| vedrizonwireless.com | verizion22.com |
| veirzon.com | verizionmail.com |
| verazionwireless.com | verizionmobile.com |
| verazonwireless.com | verizionwirelessrebates.com |
| vereizon.com | verizionwirles.com |
| veri8zon.com | verizionwirless.com |
| veri9zon.com | verizionyellowpages.com |
| veriaonwireless.com | verizizonwireless.com |
| veriazon.com | verizkn.com |
| verinwireless.com | veriznowireless.com |
| verionfios.com | verizofios.com |
| veriononline.com | verizoinwireless.com |
| verionswireless.com | verizolnwireless.com |
| veriontracker.com | verizon-wirless.com |
| verionwieless.com | verizon1.com |
| veriozen.com | verizon2.com |
| veriozionwireless.com | verizonarena.com |
| veriozn.com | verizonbusinessdsl.com |
| veriozonwireless.com | verizoncarrers.com |
| veriozonwirless.com | verizoncellphone.com |
| verironwireless.com | verizoncelluar.com |
| verisenwireless.com | verizoncelular.com |
| veriseon.com | verizoncentrel.com |
| verisionphones.com | verizonephones.com |
| verison-wirless.com | verizonfiles.com |
| verisonbusiness.com | verizonfiosinternet.com |
| verisoncareers.com | verizonfiostv.com |
| verisonewireless.com | verizonfiso.com |
| verisonmobile.com | verizonfreeringtones.com |
| verisononline.com | verizongames.com |
| verisonpcs.com | verizonhawaii.com |
| verisonphones.com | verizonhotmail.com |
| verisonpics.com | verizoninpulse.com |
| verisonprepayed.com | verizonireless.com |
| verisonvireless.com | verizonjob.com |
| verisonweireless.com | verizonless.com |
| verisonwerless.com | verizonmireless.com |
| verisonwiless.com | verizonmobiles.com |
| verisonwireess.com | verizonmyaccount.com |
| verisonwireles.com | verizonmymsn.com |
| verisonwirelessinternet.com | verizonmyprepay.com |
| verisonwirelles.com | verizonnwireless.com |
| verisonwirelwss.com | verizonon.net |
| verisonwirerles.com | verizononlinedsl.com |
| verisonwiress.com | verizonphonebook.com |
| verisonwirless.com | verizonphonenumbers.com |

Exhibit 1
-5-
CHRISTIE, PARKER & HALE, LLP

| # | | |
|---|---|---|
| 1 | verizonpixplace.com | verozonwireless.com |
|   | verizonprepaidphone.com | verraizon.com |
| 2 | verizonprepay.com | verrisionwireless.com |
|   | verizonrebate.com | verrizon.com |
| 3 | verizonresidential.com | verrizonwireless.com |
|   | verizonringbacks.com | verrzonwireless.com |
| 4 | verizonringbacktones.com | versionwireles.com |
|   | verizonspeed.com | versisonwireless.com |
| 5 | verizonstart.com | verszionwireless.com |
|   | verizonstart.net | verszonwireless.com |
| 6 | verizonsuperpage.com | vervizon.com |
|   | verizontracker.com | vervizonwireless.com |
| 7 | verizonvireless.com | verwisonwireless.com |
|   | verizonvirusprotection.com | verwizon.com |
| 8 | verizonvisaaccountonline.com | verysonwireless.com |
|   | verizonw.com | veryzonwireles.com |
| 9 | verizonweriles.com | verzionwireless.com |
|   | verizonwhirless.com | verzonwireles.com |
| 10 | verizonwhitepages.com | vevrizonwireless.com |
|   | verizonwierles.com | vezrizon.com |
| 11 | verizonwikreless.com | viersonwireless.com |
|   | verizonwilerless.com | vierzionwireless.com |
| 12 | verizonwirekless.com | vierzon.com |
|   | verizonwireleee.com | viraizon.com |
| 13 | verizonwirelees.com | virazonwireless.com |
|   | verizonwireles.com | vireizon.com |
| 14 | verizonwirelessbilling.com | virisionwireless.com |
|   | verizonwirelessdownloads.com | virizonwireless.com |
| 15 | verizonwirelessemployment.com | virizonwirelss.com |
|   | verizonwirelessgetdiscount.com | vironwireless.com |
| 16 | verizonwirelessmyprepaid.com | vironzon.com |
|   | verizonwirelessmyprepay.com | virozionwireless.com |
| 17 | verizonwirelesspixplace.com | virozon.com |
|   | verizonwirelesspixs.com | virozonwireless.com |
| 18 | verizonwirelesss.com | virzonewireless.com |
|   | verizonwirelesstheather.com | vizonwireless.com |
| 19 | verizonwirelessvzw.com | vorizanwireless.com |
|   | verizonwirelesxs.com | vorizen.com |
| 20 | verizonwirelexx.com | vorizin.com |
|   | verizonwirelles.com | vorizon.net |
| 21 | verizonwirelless.com | vorzon.com |
|   | verizonwirelsee.com | vriezon.com |
| 22 | verizonwirelss.com | vriszon.com |
|   | verizonwiressless.com | vrizonwireless.com |
| 23 | verizonwirfeless.com | vrtizonwireless.com |
|   | verizonwirlesspr.com | vweizon.com |
| 24 | verizonwirrless.com | vzrizon.com |
|   | verizonwreless.com | vzwirelessringtones.com |
| 25 | verizonwwireless.com | wbillpayverizonwireless.com |
|   | verizopn.com | webmailverizon.net |
| 26 | verizowirless.com | wrizon.com |
|   | verizwireless.com | wwwlverizonwireless.com |
| 27 | verkzon.com | wwwvarizon.com |
|   | veronwireless.com | wwwveraizon.com |
| 28 | verozinwireless.com | wwwverizononline.net |

Exhibit 1
-6-

CHRISTIE, PARKER & HALE, LLP

1
2
3
4
5
6
7

| | |
|---|---|
| wwwverrizon.com | 22verizion.com |
| vzchat.com | activatemyfiosverizon.net |
| vznavagator.com | berizon.com |
| vzpics.com | businessverizon.net |
| vzwdeluxe.com | dslstartverizon.com |
| vzwierless.com | erizon.com |
| vzwpixplace.com | infospeedverizon.net |
| vzwprepay.com | myaccountatwwwverizonwireless.com |
| vzwpx.com | myaccountverizonwireless.com |
| vzwringtonesdelux.com | myverizonprepaid.com |
| vzxpix.com | quickverizon.net |
| wirelesssynchvzw.com | startverizon.net |
| wirelesssynvzw.com | v-wireless-cellphones.com |

8
9

LLB IRV1120009.1-*-12/3/10 4:25 PM

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 1
-7-

CHRISTIE, PARKER & HALE, LLP

# CERTIFICATE OF SERVICE

I certify that on December 3, 2010, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR FINAL DEFAULT JUDGMENT AGAINST DEFENDANT MAHESH MALIK** was served on the party(ies) in this action as follows:

**MAHESH MALIK**

**By First Class International Air Mail to:**
707/C Neptune Apts, 4th Cross Lane,
Lokhandwala Complex, Andheri (West)
Mumbai Maharashtra 400053
India

**By Email to:**
Mahesh@LeadNetworks.in

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on December 3, 2010 at Newport Beach, California.

_Linda L. Bolter_
Linda L. Bolter