DAVID J. STEELE, CA Bar No. 209797
Email: djslit@cph.com
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000-North Tower
Newport Beach, CA 92660
Telephone: (949) 476-0757
Facsimile: (949) 476-8640

HOWARD A. KROLL, CA Bar No. 100981
Email: howard.kroll@cph.com
CHRISTIE, PARKER & HALE, LLP
350 W. Colorado Boulevard, Suite 500
Pasadena, CA 91105
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

SARAH B. DEUTSCH (admitted *pro hac vice*)
Email: sarah.b.deutsch@verizon.com
VERIZON CORPORATE RESOURCES GROUP LLC
1320 North Court House Road, 9th Floor
Arlington, VA 22201
Telephone: (703) 351-3044
Facsimile: (703) 351-3670

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>Defendants. | Case No. CV-09-00613 ABC (CWx)<br><br>**DECLARATION OF JANIS M. MANNING IN SUPPORT OF REQUEST FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST MAHESH MALIK**<br><br>DATE: January 10, 2011<br>TIME: 10:00 a.m.<br>CTRM: 680<br><br>Hon. Audrey B. Collins |

I, Janis M. Manning, declare as follows:

1. The matters set forth below are of my personal knowledge or on information contained in those companies' business records made and maintained in the usual course of their business to which I have access as part of my duties, and, if called as a witness, I would testify competently to each of the following facts.

2. I am a Vice President of Plaintiff Verizon Licensing Company ("Verizon Licensing") and an Assistant Secretary of Verizon Communications Inc. ("Verizon Communications"), the sole member of Plaintiff Verizon Trademark Services LLC ("Verizon Trademark Services"). I have been employed by Verizon Corporate Resources Group LLC (formerly Verizon Corporate Resources Group Inc. and GTE Service Corporation) for over fifteen (15) years.

3. In 2000, Bell Atlantic Corporation and GTE Corporation merged to form Verizon Communications Inc. ("Verizon Communications"). Today, Verizon Communications and its subsidiaries, including Plaintiffs Verizon California Inc. ("Verizon California"), Verizon Trademark Services and Verizon Licensing, form one of the largest, well-known leading providers of communications and entertainment products and services in the world. In 2009, Verizon Communications generated consolidated operating revenues of over one hundred and seven billion dollars ($107,000,000,000.00).

4. Verizon Trademark Services owns the VERIZON and VERIZON WIRELESS trademarks and trade names, as well as logo versions that include a "V Design" above or to the left of the word marks VERIZON and VERIZON WIRELESS (collectively, the "VERIZON Marks"). Verizon Trademark Services owns the following United States trademark registrations for its various VERIZON Marks:

| Trademark | Reg. No. | Goods/Services | Reg. Date |
|---|---|---|---|
| VERIZON | 2,886,813 | Various goods and services in Int'l Classes 9, 16, 35, 36, 37, 38, 41, and 42. | 9/21/04 |
| VERIZON | 3,085,712 | Various goods and services in Int'l Classes 9, 38, and 41. | 4/25/06 |
| verizon (logo) | 2,879,802 | Various goods and services in Int'l Classes 9, 16, 35, 36, 37, 38, 41, and 42. | 8/31/04 |
| VERIZON WIRELESS | 3,077,271 | Various goods and services in Int'l Classes 9, 16, 35, 36, and 38. | 4/4/06 |
| verizon wireless (logo) | 2,884,027 | Various goods and services in Int'l Class 38. | 9/14/04 |
| verizon wireless (logo) | 3,077,269 | Various goods and services in Int'l Class 9. | 4/4/06 |

Copies of the registration certificates for each registration are attached to this Declaration as Exhibit A.

5. Verizon Trademark Services owns the FIOS and VERIZON FIOS trademarks (collectively, the "VERIZON FIOS Marks"). Verizon Trademark Services owns the following United States trademark registrations for its VERIZON FIOS Marks:

| Trademark | Reg. No. | Goods/Services | Reg. Date |
|---|---|---|---|
| FIOS | 3,001,081 | Various goods and services in Int'l Classes 37 and 38. | 09/27/05 |
| VERIZON FIOS | 3,147,510 | Various goods and services in Int'l Classes 37 and 38. | 09/26/06 |

CHRISTIE, PARKER & HALE, LLP

Copies of the registration certificates for each registration are attached to this Declaration as Exhibit B.

  6. Verizon Trademark Services owns the VZ, VZACESS, VZEMAIL, VZGLOBAL, VZVOICE and VZW trademarks (collectively, the "VZ Marks"). Verizon Trademark Services owns the following United States trademark registrations for its VZ Marks:

| Trademark | Reg. No. | Goods/Services | Reg. Date |
| --- | --- | --- | --- |
| VZ | 3,064,237 | Various goods and services in Int'l Classes 16 and 41. | 2/28/06 |
| VZ | 3,490,085 | Various goods and services in Int'l Class 38. | 8/19/08 |
| VZACCESS | 2,973,813 | Various services in Int'l Class 38. | 7/19/05 |
| VZEMAIL | 2,973,814 | Various services in Int'l Class 38. | 7/19/05 |
| VZGLOBAL | 3,083,568 | Various services in Int'l Class 38. | 4/18/06 |
| VZVOICE | 2,973,811 | Various services in Int'l Class 38. | 7/19/05 |
| VZW | 3,319,338 | Various services in Int'l Class 38. | 10/23/07 |

Copies of the registration certificates for each registration are attached to this Declaration as Exhibit C.

  7. Verizon Licensing is the exclusive licensor of the VERIZON Marks the VERIZON FIOS Marks, and the VZ Marks and has granted, directly or indirectly, licenses to use these marks to its parent company, Verizon Communications, and to the various Verizon Communications' subsidiaries (collectively referred to as the "Verizon Companies").

  8. Since 2000, the Verizon Companies, under the VERIZON Marks, provide a full array of communications and entertainment product and service offerings, including local, long distance, and wireless telephone services; Internet

CHRISTIE, PARKER & HALE, LLP

access; television services; phones; and related equipment. These products and services reach one-third of the United States households, and more than one-third of Fortune 500 company headquarters, as well as the United States federal government. The Verizon Companies have extensive operations in the United States and some of the Verizon Companies also have operations throughout the world.

9. The Verizon Companies' wireline business, including Plaintiff Verizon California, have offered and provided communications and entertainment products and services under the VERIZON FIOS Marks since at least as early as August 2004.

10. The VZ trademark was first used on or about July 3, 2000. The VZW trademark was first used on or about August 15, 2000. The VZACCESS, VZEMAIL, VZGLOBAL and VZVOICE trademarks were first used on or about September 29, 2003.

11. The Verizon Companies use the VZ Marks to provide wireless voice and data products and services to 101.1 million customers nationwide and use the VZ Marks in connection with the provision of the wireless voice and data products and services in California and in interstate commerce.

12. The Verizon Companies' main Internet websites using the VERIZON Marks and featuring information on many of the products and services of the Verizon Companies can be accessed via the domain names verizon.com and verizon.net, which have used the VERIZON Marks since at least as early as June 2000, and verizonwireless.com, which has used the VERIZON Marks since at least as early as April 2000. Printouts from the websites at verizon.com, verizon.net and verizonwireless.com evidencing such use of the VERIZON Marks are attached to this Declaration as Exhibit D.

13. The Verizon Companies' main Internet websites using the VERIZON FIOS Marks and featuring information on many of the products and

CHRISTIE, PARKER & HALE, LLP

services of the Verizon Companies can be accessed via the domain names verizon.com and verizonfios.com, which have used the VERIZON FIOS Marks since at least as early as August 2004. A printout from the website at verizonfios.com evidencing such use of the VERIZON FIOS Marks is attached to this Declaration as Exhibit E.

14. The Verizon Companies' main Internet websites using the VZ Marks and featuring information on many of the products and services of the Verizon Companies can be accessed via the domain names verizon.com and vzw.com. Printouts from the websites at vzw.com and verizon.com evidencing such use of the VZ Marks are attached to this Declaration as Exhibit F.

15. The VERIZON Marks, the VERIZON FIOS Marks and the VZ Marks are widely known and recognized among consumers and members of the telecommunications industry in the United States, and are unique and distinctive. The Verizon Companies spend and have spent many millions of dollars each year to extensively advertise and promote VERIZON, VERIZON WIRELESS, FIOS, VERIZON FIOS, VZ, and VZW branded products and services in the United States through a variety of media, including television, radio, print advertisements, direct mail, trade shows, conferences, and the Internet. The Verizon Companies expend substantial effort and expense to protect the VERIZON Marks, the VERIZON FIOS Marks, and the VZ Marks and these marks' distinctiveness in the marketplace.

16. The Verizon Companies' wireline business uses the VERIZON Marks in connection with the provision of telephone and broadband products and services to consumer and business customers in eleven (11) states (including California where such products and services are provided by Plaintiff Verizon California) and the District of Columbia serving a territory consisting of more than 26.5 million access lines, 8.3 million broadband connections, 3.3 million FiOS TV customers and 3.9 million FiOS Internet customers.

CHRISTIE, PARKER & HALE, LLP

17. Having been widely promoted to the general public, and having exclusively identified the Verizon Companies and their products and services, the VERIZON Marks, the VERIZON FIOS Marks, and the VZ Marks symbolize the tremendous goodwill associated with the Verizon Companies and are a property right of incalculable value. Further, the VERIZON Marks have long enjoyed unquestionable fame as a result of favorable general public acceptance and recognition.

18. None of the Plaintiffs has authorized any of the Defendants to register domain names incorporating or similar to the VERIZON Marks, the VERIZON FIOS Marks, or the VZ Marks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of December 2010 in Arlington, Virginia.

*/s/ Janis M. Manning*
Janis M. Manning

LLB IRV1117414.3-*-08/24/09 11:13 AM

CHRISTIE, PARKER & HALE, LLP

## CERTIFICATE OF SERVICE

I certify that on December 3, 2010, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **DECLARATION OF JANIS M. MANNING IN SUPPORT OF REQUEST FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST MAHESH MALIK** was served on the party(ies) in this action as follows:

**MAHESH MALIK**

**By First Class International Air Mail to:**
707/C Neptune Apts, 4th Cross Lane,
Lokhandwala Complex, Andheri (West)
Mumbai Maharashtra 400053
India

**By Email to:**
Mahesh@LeadNetworks.in

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on December 3, 2010 at Newport Beach, California.

*/s/ Linda L. Bolter*
Linda L. Bolter