# Exhibit A

Int. Cls.: 9, 16, 35, 36, 37, 38, 41, and 42

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101, 102, 103, 104, 106, and 107

Reg. No. 2,886,813

## United States Patent and Trademark Office

Registered Sep. 21, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## VERIZON

VERIZON TRADEMARK SERVICES LLC (VIRGINIA LTD LIAB CO)

1320 NORTH COURT HOUSE ROAD

8TH FLOOR

ARLINGTON, VA 22201

FOR: TELECOMMUNICATIONS AND INFORMATION TECHNOLOGY EQUIPMENT, COMPONENTS, SUPPLIES AND SYSTEMS, NAMELY, PAGERS, TELEPHONES, COMPUTER PROGRAMS, NAMELY, FINANCIAL ACCOUNTING SYSTEM SOFTWARE, SOFTWARE USED FOR DETECTING AND PREVENTING FRAUD, SOFTWARE USED FOR THE PROVISION OF ONLINE INFORMATION SERVICES, NETWORK MANAGEMENT SOFTWARE, COMPUTER PROXY SOFTWARE FOR USE WITH OTHER SOFTWARE PROGRAMS, BILLING ANALYSIS SOFTWARE, AND SOFTWARE FOR USE IN NETWORK ACCESS CONTROL, AND CREATING AND MAINTAINING FIREWALLS; COMPUTER PROGRAMS FOR ACCESSING A GLOBAL COMPUTER NETWORK AND INTERACTIVE COMPUTER COMMUNICATIONS NETWORK; MACHINE-READABLE, MAGNETICALLY ENCODED CARDS, NAMELY, TELEPHONE CALLING CARDS AND CREDIT CARDS; BLANK SMART CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

FOR: PRINTED MATTER, NAMELY, TELEPHONE DIRECTORIES, BOOKS, NEWSLETTERS, PAMPHLETS, BROCHURES, PRINTED SHEETS AND CARDS, AND INSTRUCTIONAL AND TEACHING MATERIALS ALL IN THE FIELDS OF TELECOMMUNICATIONS, INFORMATION TECHNOLOGY, SAFETY, NEWS, SPORTS, ENTERTAINMENT, CULTURE, BUSINESS AND FINANCE, AND TRAVEL; NON-MAGNETICALLY ENCODED PAPER AND PLASTIC CARDS FOR USE AS TELE-

PHONE CALLING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

FOR: TELEPHONE DIRECTORY SERVICES; ADVERTISING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS THROUGH PRINTED ADVERTISING, PRINTED DIRECTORIES, THROUGH ENCODED MEDIA AND THROUGH THE DISSEMINATION OF PROMOTIONAL MATERIALS; BUSINESS MANAGEMENT SERVICES, EXCLUDING AGRICULTURAL BUSINESS MANAGEMENT SERVICES, AND CONSULTING SERVICES IN THE FIELD OF ADVERTISING; BUSINESS INFORMATION SERVICES IN THE FIELD OF TELECOMMUNICATIONS, ADVERTISING, INFORMATION TECHNOLOGY, MARKETING AND RELATED FIELDS; BILLING SERVICES; DATA PROCESSING SERVICES; RETAIL STORE SERVICES, MAIL ORDER CATALOG SERVICES, AND ELECTRONIC ORDERING SERVICES ALL IN THE FIELDS OF TELECOMMUNICATION AND INFORMATION TECHNOLOGY PRODUCTS; OFFICE EQUIPMENT LEASING SERVICES; PROVIDING TELEPHONE AND INTERNET ADDRESS DIRECTORY INFORMATION VIA TELEPHONE, AND GLOBAL COMMUNICATIONS NETWORKS, PROVIDING INFORMATION VIA TELEPHONE AND GLOBAL COMMUNICATION NETWORKS IN THE FIELD OF BUSINESS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

FOR: CREDIT CARD SERVICES; TELEPHONE CALLING-CARD SERVICES; PROVIDING INFORMATION VIA A GLOBAL COMMUNICATIONS NETWORK IN THE FIELD OF FINANCE; FINANCIAL SPONSORSHIP OF SPORTS, EDUCATIONAL

Int. Cls.: 9, 38, and 41

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, 104, and
107

Reg. No. 3,085,712

## United States Patent and Trademark Office

Registered Apr. 25, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# VERIZON

VERIZON TRADEMARK SERVICES LLC (VIRGI-
NIA LTD LIAB CO)
1320 NORTH COURT HOUSE ROAD
8TH FLOOR
ARLINGTON, VA 22201

FOR: TELEVISIONS AND TELEVISION PERIPH-
ERAL EQUIPMENT, NAMELY, SET BOXES AND
REMOTE CONTROL UNITS FOR INTERACTIVE
AND NON-INTERACTIVE USE, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-23-2005; IN COMMERCE 5-23-2005.

FOR: TELEVISION BROADCASTING SERVICES;
AND TRANSMISSION AND BROADCAST OF

AUDIO AND VIDEO PROGRAMMING, IN CLASS
38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 5-23-2005; IN COMMERCE 5-23-2005.

FOR: EDUCATIONAL AND ENTERTAINMENT
SERVICES, NAMELY, PROVIDING NEWS, ENTER-
TAINMENT AND GENERAL INFORMATION VIA
TELEVISION, IN CLASS 41 (U.S. CLS. 100, 101 AND
107).

FIRST USE 5-23-2005; IN COMMERCE 5-23-2005.

SN 75-799,005, FILED 9-10-1999.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY

Int. Cls.: 9, 16, 35, 36, 37, 38, 41, and 42

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101, 102, 103, 104, 106, and 107

Reg. No. 2,879,802

## United States Patent and Trademark Office

Registered Aug. 31, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



VERIZON TRADEMARK SERVICES LLC (DELAWARE LTD LIAB CO)
1320 NORTH COURT HOUSE ROAD, 8TH FLOOR
ARLINGTON, VA 22201

FOR: TELECOMMUNICATIONS AND INFORMATION TECHNOLOGY EQUIPMENT, COMPONENTS, SUPPLIES AND SYSTEMS, NAMELY, PAGERS, TELEPHONES, COMPUTER PROGRAMS, NAMELY, FINANCIAL ACCOUNTING SYSTEM SOFTWARE, SOFTWARE USED FOR DETECTING AND PREVENTING FRAUD, SOFTWARE USED FOR THE PROVISION OF ONLINE INFORMATION SERVICES, NETWORK MANAGEMENT SOFTWARE, COMPUTER PROXY SOFTWARE FOR USE WITH OTHER SOFTWARE PROGRAMS, ALARM MONITORING SOFTWARE, BILLING ANALYSIS SOFTWARE, AND SOFTWARE FOR USE IN NETWORK ACCESS CONTROL AND CREATING AND MAINTAINING FIREWALLS; COMPUTER PROGRAMS FOR ACCESSING A GLOBAL COMPUTER NETWORK AND INTERACTIVE COMPUTER COMMUNICATIONS NETWORK; MACHINE-READABLE, MAGNETICALLY ENCODED CARDS, NAMELY TELEPHONE CALLING CARDS AND CREDIT CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

FOR: PRINTED MATTER, NAMELY, TELEPHONE DIRECTORIES, BOOKS, NEWSLETTERS, PAMPHLETS, BROCHURES, PRINTED SHEETS AND CARDS, AND INSTRUCTIONAL AND TEACHING MATERIALS ALL IN THE FIELDS OF TELECOMMUNICATIONS, INFORMATION TECHNOLOGY, SAFETY, NEWS, SPORTS, ENTERTAINMENT, CULTURE, BUSINESS, FINANCE, AND TRAVEL; NON-MAGNETICALLY ENCODED PAPER AND PLASTIC CARDS FOR USE AS TELEPHONE CALLING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-30-2000; IN COMMERCE 6-30-2000.

FOR: TELEPHONE DIRECTORY SERVICES; ADVERTISING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS THROUGH PRINTED ADVERTISING, PRINTED DIRECTORIES, THROUGH ENCODED MEDIA AND THROUGH THE DISSEMINATION OF PROMOTIONAL MATERIALS; BUSINESS MANAGEMENT SERVICES, EXCLUDING AGRICULTURAL BUSINESS MANAGEMENT SERVICES, AND CONSULTING SERVICES IN THE FIELD OF ADVERTISING; BUSINESS INFORMATION SERVICES IN THE FIELD OF TELECOMMUNICATIONS, ADVERTISING, INFORMATION TECHNOLOGY, MARKETING AND RELATED FIELDS; BILLING SERVICES; DATA PROCESSING SERVICES; RETAIL STORE SERVICES, AND ELECTRONIC ORDERING SERVICES IN THE FIELDS OF TELECOMMUNICATION AND INFORMATION TECHNOLOGY PRODUCTS; OFFICE EQUIPMENT LEASING SERVICES; PROVIDING TELEPHONE DIRECTORY INFORMATION VIA TELEPHONE, AND GLOBAL COMMUNICATIONS NETWORKS; PROVIDING INFORMATION VIA TELEPHONE AND GLOBAL COMMUNICATIONS NETWORKS IN THE FIELD OF BUSINESS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-30-2000; IN COMMERCE 6-30-2000.

Int. Cls.: 9, 16, 35, 36, and 38

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101, 102, and 104

Reg. No. 3,077,271

# United States Patent and Trademark Office

Registered Apr. 4, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# VERIZON WIRELESS

VERIZON TRADEMARK SERVICES LLC (DELA-WARE LTD LIAB CO)
1320 NORTH COURT HOUSE ROAD
8TH FLOOR
ARLINGTON, VA 22201

FOR: TELECOMMUNICATIONS AND INFOR-MATION TECHNOLOGY EQUIPMENT, COMPO-NENTS, SUPPLIES AND SYSTEMS, NAMELY, PAGERS AND TELEPHONES; AND MACHINE-READABLE, MAGNETICALLY ENCODED CARDS, NAMELY TELEPHONE CALLING CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

FOR: NON-MAGNETICALLY ENCODED PAPER AND PLASTIC CARDS FOR USE AS TELEPHONE CALLING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

FOR: TELEPHONE DIRECTORY SERVICES; RE-TAIL STORE SERVICES, MAIL-ORDER CATALOG SERVICES, AND ELECTRONIC ORDERING SERVI-CES IN THE FIELDS OF TELECOMMUNICATION AND INFORMATION TECHNOLOGY PRODUCTS; PROVIDING TELEPHONE AND INTERNET AD-DRESS DIRECTORY INFORMATION VIA TELE-PHONE AND GLOBAL COMMUNICATIONS NETWORKS; PROVIDING INFORMATION VIA TELEPHONE AND GLOBAL COMMUNICATIONS NETWORKS IN THE FIELD OF BUSINESS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

FOR: TELEPHONE CALLING-CARD SERVICES; PROVIDING INFORMATION VIA THE TELE-PHONE AND THE GLOBAL COMMUNICATIONS NETWORKS IN THE FIELD OF FINANCE; FINAN-CIAL SPONSORSHIP OF SPORTS, EDUCATIONAL AND ENTERTAINMENT PROGRAMS AND EVENTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

FOR: TELECOMMUNICATIONS AND INFOR-MATION TECHNOLOGY SERVICES, NAMELY TRANSMISSION OF VOICE, DATA, IMAGES, AUDIO, VIDEO, AND INFORMATION VIA TELE-PHONE AND GLOBAL COMMUNICATION NET-WORKS; PERSONAL COMMUNICATIONS SERVICES; PAGER SERVICES; ELECTRONIC MAIL SERVICES; PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMMUNICATIONS NETWORK; TRANSMISSION AND BROADCAST OF AUDIO AND VIDEO PROGRAMMING; CONSULTING SER-VICES IN THE FIELD OF TELECOMMUNICA-TIONS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WIRELESS", APART FROM THE MARK AS SHOWN.

SN 76-977,975, FILED 3-14-2000.

ZHALEH DELANEY, EXAMINING ATTORNEY

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

United States Patent and Trademark Office

Amended

Reg. No. 2,884,027

Registered Sep. 14, 2004

OG Date Oct. 4, 2005

## SERVICE MARK
## PRINCIPAL REGISTER



VERIZON TRADEMARK SERVICES LLC (DELAWARE LTD LIAB CO)
1320 NORTH COURT HOUSE ROAD, 8TH FLOOR
ARLINGTON, VA 22201

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WIRELESS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "VERIZON WIRELESS" APPEARING IN A STYLIZED FORM, ABOVE WHICH APPEARS A HIGHLY STYLIZED COMBINATION OF TWO ADJOINING LINES FORMING AN ANGLE.

FOR: TELECOMMUNICATIONS SERVICES, NAMELY, CELLULAR TELEPHONE SERVICES; LEASING OF TELECOMMUNICATIONS EQUIPMENT, COMPONENTS, SYSTEMS AND SUPPLIES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 5-7-2000; IN COMMERCE 5-7-2000.

SER. NO. 76-976,715, FILED 5-11-2000.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 4, 2005.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Exhibit A
Page 11

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 3,077,269

Registered Apr. 4, 2006

## TRADEMARK
### PRINCIPAL REGISTER



VERIZON TRADEMARK SERVICES LLC (DELA-WARE LTD LIAB CO)

1320 NORTH COURT HOUSE ROAD, 8TH FLOOR

ARLINGTON, VA 22201

FOR: TELECOMMUNICATIONS EQUIPMENT, NAMELY, TELEPHONES; MAGNETICALLY ENCO-DED PREPAID TELEPHONE CALLING CARDS AND CREDIT CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-7-2000; IN COMMERCE 5-7-2000.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WIRELESS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "VER-IZON WIRELESS" APPEARING IN A STYLIZED FORM, ABOVE WHICH APPEARS A HIGHLY STY-LIZED COMBINATION OF TWO ADJOINING LINES FORMING AN ANGLE.

SN 76-977,945, FILED 5-11-2000.

BARBARA A. LOUGHRAN, EXAMINING ATTOR-NEY

# Exhibit B

**Int. Cls.: 37 and 38**

**Prior U.S. Cls.: 100, 101, 103, 104 and 106**

**United States Patent and Trademark Office**

**Reg. No. 3,001,081**
**Registered Sep. 27, 2005**

## SERVICE MARK
### PRINCIPAL REGISTER

# FIOS

VERIZON COMMUNICATIONS INC. (DELA-
WARE CORPORATION)
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

FOR: INSTALLATION, MAINTENANCE, AND
REPAIR OF COMMUNICATION NETWORKS, IN
CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 8-30-2004; IN COMMERCE 8-30-2004.

FOR: TELECOMMUNICATIONS SERVICES,
NAMELY, TRANSMISSION OF VOICE, DATA, IMA-
GES, AUDIO, VIDEO, INFORMATION AND OTHER
CONTENT VIA A COMMUNICATIONS NETWORK;
PROVIDING MULTIPLE-USER ACCESS TO A COM-

MUNICATIONS NETWORK, IN CLASS 38 (U.S. CLS.
100, 101 AND 104).

FIRST USE 8-30-2004; IN COMMERCE 8-30-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF FIOS IS
"KNOWLEDGE".

SER. NO. 78-363,987, FILED 2-6-2004.

GINNY ISAACSON, EXAMINING ATTORNEY

**Int. Cls.: 37 and 38**

**Prior U.S. Cls.: 100, 101, 103, 104 and 106**

Reg. No. 3,147,510

**United States Patent and Trademark Office**

Registered Sep. 26, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# VERIZON FIOS

VERIZON TRADEMARK SERVICES LLC (DELA-
    WARE LTD LIAB CO)
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: INSTALLATION, MAINTENANCE, AND
REPAIR OF COMMUNICATION NETWORKS, IN
CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 8-30-2004; IN COMMERCE 8-30-2004.

FOR: TELECOMMUNICATIONS SERVICES,
NAMELY, TRANSMISSION OF VOICE, DATA, IMA-
GES, AUDIO, VIDEO, INFORMATION AND OTHER
CONTENT VIA A COMMUNICATIONS NETWORK;
PROVIDING MULTIPLE-USER ACCESS TO A COM-
MUNICATIONS NETWORK, IN CLASS 38 (U.S. CLS.
100, 101 AND 104).

FIRST USE 8-30-2004; IN COMMERCE 8-30-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,001,081, 3,080,341
AND OTHERS.

THE ENGLISH TRANSLATION OF FIOS IS
"KNOWLEDGE".

SER. NO. 78-429,111, FILED 6-3-2004.

GINNY ISAACSON, EXAMINING ATTORNEY

Exhibit C

Int. Cls.: 16 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 3,064,237
Registered Feb. 28, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# VZ

VERIZON TRADEMARK SERVICES LLC (DELA-WARE LTD LIAB JT ST CO)

1320 NORTH COURT HOUSE ROAD

ARLINGTON, VA 22201

FOR: HOUSE ORGAN NEWSLETTER IN THE FIELD OF TELECOMMUNICATIONS PRODUCTS AND SERVICES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-4-2000; IN COMMERCE 12-4-2000.

FOR: COMPUTER SERVICES, NAMELY, PRO-VIDING AN ONLINE HOUSE ORGAN NEWSLET-TER IN THE FIELD OF TELECOMMUNICATIONS PRODUCTS AND SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-4-2000; IN COMMERCE 12-4-2000.

SN 78-201,752, FILED 1-9-2003.

BRIDGETT SMITH, EXAMINING ATTORNEY

Exhibit C
Page 15

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

**United States Patent and Trademark Office**

Reg. No. 3,490,085

Registered Aug. 19, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

## VZ

VERIZON TRADEMARK SERVICES LLC (DELA-
WARE LTD LIAB CO)
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: TELEPHONE COMMUNICATION SERVI-
CES, NAMELY, THE TRANSMISSION OF VOICE,
VIDEO AND DATA; PROVIDING MULTIPLE-USER

ACCESS TO A GLOBAL COMMUNICATIONS NET-
WORK , IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 7-3-2000; IN COMMERCE 8-8-2007.

SN 78-195,822, FILED 12-18-2002.

STACY WAHLBERG, EXAMINING ATTORNEY

Exhibit C
Page 16

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

## United States Patent and Trademark Office

Reg. No. 2,973,813

Registered July 19, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

# VZACCESS

VERIZON TRADEMARK SERVICES LLC (DELA-
WARE CORPORATION)
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: WIRELESS TELECOMMUNICATION SER-
VICES, NAMELY, PROVIDING VOICE, TEXT,
DATA, PICTURES, MUSIC AND VIDEO VIA WIRE-
LESS NETWORKS BY MEANS OF WIRELESS DE-
VICES; ELECTRONIC MAIL SERVICES; INSTANT
MESSAGING SERVICES; VOICE MAIL SERVICES;
CALLER IDENTIFICATION SERVICES; PROVID-
ING ACCESS TO CALENDAR SERVICES AND

PERSONALIZED ADDRESS BOOKS; AND PROVID-
ING ACCESS TO A GLOBAL COMMUNICATIONS
NETWORK, IN CLASS 38 (U.S. CLS. 100, 101 AND
104).

FIRST USE 9-29-2003; IN COMMERCE 9-29-2003.

SN 78-303,775, FILED 9-22-2003.

DOMINIC J. FERRAIUOLO, EXAMINING ATTOR-
NEY

Exhibit C
Page 17

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

**United States Patent and Trademark Office**

Reg. No. 2,973,814

Registered July 19, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## VZEMAIL

VERIZON TRADEMARK SERVICES LLC (DELA-
WARE CORPORATION)
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: WIRELESS TELECOMMUNICATION SER-
VICES, NAMELY, PROVIDING VOICE, TEXT,
DATA, PICTURES, MUSIC AND VIDEO VIA WIRE-
LESS NETWORKS BY MEANS OF WIRELESS DE-
VICES; ELECTRONIC MAIL SERVICES; INSTANT
MESSAGING SERVICES; VOICE MAIL SERVICES;
CALLER IDENTIFICATION SERVICES; PROVID-
ING ACCESS TO CALENDAR SERVICES AND

PERSONALIZED ADDRESS BOOKS; AND PROVID-
ING ACCESS TO A GLOBAL COMMUNICATIONS
NETWORK, IN CLASS 38 (U.S. CLS. 100, 101 AND
104).

FIRST USE 9-29-2003; IN COMMERCE 9-29-2003.

SN 78-303,790, FILED 9-22-2003.

DOMINIC J. FERRAIUOLO, EXAMINING ATTOR-
NEY

Exhibit C
Page 18

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

**United States Patent and Trademark Office**

Reg. No. 3,083,568

Registered Apr. 18, 2006

### SERVICE MARK
**PRINCIPAL REGISTER**

# VZGLOBAL

VERIZON TRADEMARK SERVICES LLC (DELA-
WARE LTD LIAB CO)
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

    FOR: WIRELESS TELECOMMUNICATIONS SER-
VICES, NAMELY, TRANSMISSION OF VOICE,
DATA, IMAGES, AUDIO, VIDEO, AND INFORMA-
TION VIA A COMMUNICATIONS NETWORK , IN
CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 9-29-2003; IN COMMERCE 9-29-2003.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

    SN 78-367,246, FILED 2-12-2004.

RONALD MCMORROW, EXAMINING ATTORNEY

Exhibit C
Page 19

**Int. Cl.: 38**

**Prior U.S. Cls.: 100, 101, and 104**

**United States Patent and Trademark Office**

**Reg. No. 2,973,811**

Registered July 19, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## VZVOICE

VERIZON TRADEMARK SERVICES LLC (DELA-
WARE CORPORATION)
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: WIRELESS TELECOMMUNICATION SER-
VICES, NAMELY, PROVIDING VOICE, TEXT,
DATA, PICTURES, MUSIC AND VIDEO VIA WIRE-
LESS NETWORKS BY MEANS OF WIRELESS DE-
VICES; ELECTRONIC MAIL SERVICES; INSTANT
MESSAGING SERVICES; VOICE MAIL SERVICES;
CALLER IDENTIFICATION SERVICES; PROVID-
ING ACCESS TO CALENDAR SERVICES AND

PERSONALIZED ADDRESS BOOKS; AND PROVID-
ING ACCESS TO A GLOBAL COMMUNICATIONS
NETWORK, IN CLASS 38 (U.S. CLS. 100, 101 AND
104).

FIRST USE 9-29-2003; IN COMMERCE 9-29-2003.

SN 78-303,738, FILED 9-22-2003.

DOMINIC J. FERRAIUOLO, EXAMINING ATTOR-
NEY

Exhibit C
Page 20

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

**United States Patent and Trademark Office**

Reg. No. 3,319,338
Registered Oct. 23, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

## VZW

VERIZON TRADEMARK SERVICES LLC (DELA-WARE LTD LIAB JT ST CO)

1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: TELEPHONE COMMUNICATION SERVI-CES, NAMELY, THE TRANSMISSION OF VOICE, VIDEO AND DATA; PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMMUNICATIONS NET-WORK , IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-15-2000; IN COMMERCE 8-15-2000.

SN 78-195,948, FILED 12-18-2002.

KHANH LE, EXAMINING ATTORNEY

Exhibit C
Page 21

# Exhibit D







Exhibit E



Exhibit F











