# Exhibit 10



Exhibit 10
Page 54



Exhibit 10
Page 55



Exhibit 10
Page 56



Exhibit 10
Page 57



Exhibit 10
Page 58



Exhibit 10
Page 59



Exhibit 10
Page 60



Exhibit 10
Page 61



Exhibit 10
Page 62



Exhibit 10
Page 63



Exhibit 10
Page 64



Exhibit 10
Page 65



Exhibit 10
Page 66



Exhibit 10
Page 67



Exhibit 10
Page 68



Exhibit 10
Page 69



Exhibit 10
Page 70



Exhibit 10
Page 71



Exhibit 10
Page 72



Exhibit 10
Page 73



Exhibit 10
Page 74



Exhibit 10
Page 75



Exhibit 10
Page 76



Exhibit 10
Page 77



Exhibit 10
Page 78



Exhibit 10
Page 79

Exhibit 11

```
Domain Name: AMECRICANEXPRESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DSREDIRECTION.COM
Name Server: NS2.DSREDIRECTION.COM
Status: ok
Updated Date: 12-apr-2008
Creation Date: 10-dec-2006
Expiration Date: 10-dec-2009
```

```
[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: AMECRICANEXPRESS.COM
Registrant:
    Private Whois Escrow Domains Private Limiteed.
    PRIVATE WHOIS FOR P2642080010        (P2642080010@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Dec-2006
Expiration Date: 10-Dec-2009
Domain servers in listed order:
    ns1.dsredirection.com
    ns2.dsredirection.com
Administrative Contact:
    Private Whois Escrow Domains Private Limiteed.
    PRIVATE WHOIS FOR P2642080010        (P2642080010@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limiteed.
    PRIVATE WHOIS FOR P2642080010        (P2642080010@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limiteed.
    PRIVATE WHOIS FOR P2642080010        (P2642080010@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
```

Exhibit 11
Page 80

```
      Domain Name: BANKOFABMERICA.COM
      Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
      Whois Server: whois.leadnetworks.com
      Referral URL: http://www.leadnetworks.com
      Name Server: DNS11.LEADNETWORKS.COM
      Name Server: DNS12.LEADNETWORKS.COM
      Status: clientDeleteProhibited
      Status: clientTransferProhibited
      Status: clientUpdateProhibited
      Updated Date: 01-oct-2008
      Creation Date: 15-feb-2007
      Expiration Date: 15-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD. (01)
Contact: +91.02226313093
Domain Name: BANKOFABMERICA.COM
Registrant:
      Private Whois Escrow Domains Private Limited.
      Private Whois For 005P06200308        (005P06200308@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 15-Feb-2007
Expiration Date: 15-Feb-2009
Domain servers in listed order:
      dns11.leadnetworks.com
      dns12.leadnetworks.com
Administrative Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For 005P06200308        (005P06200308@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For 005P06200308        (005P06200308@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For 005P06200308        (005P06200308@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
```

Exhibit 11
Page 81

```
     Domain Name: CINGALER.COM
     Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
     Whois Server: whois.leadnetworks.com
     Referral URL: http://www.leadnetworks.com
     Name Server: DNS10.LEADNETWORKS.COM
     Name Server: DNS9.LEADNETWORKS.COM
     Status: ok
     Updated Date: 13-dec-2008
     Creation Date: 26-nov-2005
     Expiration Date: 26-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: CINGALER.COM
Registrant:
     Leadnetworks Domains pvt Ltd
     Pending Delete Domain        (pending-delete@leadnetworks.com)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 26-Nov-2005
Expiration Date: 26-Nov-2009
Domain servers in listed order:
     dns9.leadnetworks.com
     dns10.leadnetworks.com
Administrative Contact:
     Leadnetworks Domains pvt Ltd
     Pending Delete Domain        (pending-delete@leadnetworks.com)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Leadnetworks Domains pvt Ltd
     Pending Delete Domain        (pending-delete@leadnetworks.com)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Leadnetworks Domains pvt Ltd
     Pending Delete Domain        (pending-delete@leadnetworks.com)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
```

Exhibit 11
Page 82

```
Domain Name: DIRECITV.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 12-jan-2007
Expiration Date: 12-jan-2011


[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD. (01)
Contact: +91.02226313093
Domain Name: DIRECITV.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 94P36280208       (94P36280208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 13-Jan-2007
Expiration Date: 13-Jan-2011
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 94P36280208       (94P36280208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 94P36280208       (94P36280208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 94P36280208       (94P36280208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
```

Exhibit 11
Page 83

```
            Domain Name: EHARENY.COM
            Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
            Whois Server: whois.leadnetworks.com
            Referral URL: http://www.leadnetworks.com
            Name Server: NS1.DSREDIRECTION.COM
            Name Server: NS2.DSREDIRECTION.COM
            Status: clientDeleteProhibited
            Status: clientTransferProhibited
            Status: clientUpdateProhibited
            Updated Date: 01-oct-2008
            Creation Date: 21-jul-2006
            Expiration Date: 21-jul-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD. (01)
Contact: +91.02226313093
Domain Name: EHARENY.COM
Registrant:
      Private Whois Escrow Domains Private Limited.
      Private Whois For A1P06310508        (alp06310508@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 21-Jul-2006
Expiration Date: 21-Jul-2009
Domain servers in listed order:
      ns2.dsredirection.com
      ns1.dsredirection.com
Administrative Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For A1P06310508        (alp06310508@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For A1P06310508        (alp06310508@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For A1P06310508        (alp06310508@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
```

Exhibit 11
Page 84

```
Domain Name: FORDMOTER.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DSREDIRECTION.COM
Name Server: NS2.DSREDIRECTION.COM
Status: ok
Updated Date: 08-sep-2008
Creation Date: 25-jul-2002
Expiration Date: 25-jul-2009
```

```
[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: FORDMOTER.COM
Registrant:
     Private Who is For yelprip1706
     Private Whois Escrow Domains Private Limited.        (yelprip1706@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 25-Jul-2002
Expiration Date: 25-Jul-2009
Domain servers in listed order:
     ns1.dsredirection.com
     ns2.dsredirection.com
Administrative Contact:
     Private Who is For yelprip1706
     Private Whois Escrow Domains Private Limited.        (yelprip1706@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Who is For yelprip1706
     Private Whois Escrow Domains Private Limited.        (yelprip1706@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Who is For yelprip1706
     Private Whois Escrow Domains Private Limited.        (yelprip1706@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
```

Exhibit 11
Page 85

```
Domain Name: GOOGLREARTH.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.TRAFFICZ.COM
Name Server: NS2.TRAFFICZ.COM
Status: ok
Updated Date: 30-oct-2008
Creation Date: 04-aug-2005
Expiration Date: 04-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: GOOGLREARTH.COM
Registrant:
    PrivacyProtect.org
    Domain Admin      (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Creation Date: 04-Aug-2005
Expiration Date: 04-Aug-2009
Domain servers in listed order:
    ns1.trafficz.com
    ns2.trafficz.com
Administrative Contact:
    PrivacyProtect.org
    Domain Admin      (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Technical Contact:
    PrivacyProtect.org
    Domain Admin      (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Billing Contact:
    PrivacyProtect.org
    Domain Admin      (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
```

Exhibit 11
Page 86

```
     Domain Name: HARLEY-DAVIDSON-ES.COM
     Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
     Whois Server: whois.leadnetworks.com
     Referral URL: http://www.leadnetworks.com
     Name Server: DNSP1.POWERHOSTING.COM
     Name Server: DNSP2.POWERHOSTING.COM
     Status: clientUpdateProhibited
     Updated Date: 20-jan-2009
     Creation Date: 14-dec-2006
     Expiration Date: 14-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: HARLEY-DAVIDSON-ES.COM
Registrant:
     PRIVATE WHOIS FOR HARLEY-DAVIDSON-ES.COM
     Privacy Protection        (HARLEY-DAVIDSON-ES.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 14-Dec-2006
Expiration Date: 14-Dec-2009
Domain servers in listed order:
     dnsp1.powerhosting.com
     dnsp2.powerhosting.com
Administrative Contact:
     PRIVATE WHOIS FOR HARLEY-DAVIDSON-ES.COM
     Privacy Protection        (HARLEY-DAVIDSON-ES.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     PRIVATE WHOIS FOR HARLEY-DAVIDSON-ES.COM
     Privacy Protection        (HARLEY-DAVIDSON-ES.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     PRIVATE WHOIS FOR HARLEY-DAVIDSON-ES.COM
     Privacy Protection        (HARLEY-DAVIDSON-ES.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
```

Exhibit 11
Page 87

```
Domain Name: ITTTECHINCALINSTITUTE.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DNSING.NET
Name Server: NS2.DNSING.NET
Status: ok
Updated Date: 13-dec-2008
Creation Date: 08-jan-2007
Expiration Date: 08-jan-2011

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: ITTTECHINCALINSTITUTE.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 006P36260308        (006P36260308@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 08-Jan-2007
Expiration Date: 08-Jan-2011
Domain servers in listed order:
    ns1.dnsing.net
    ns2.dnsing.net
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 006P36260308        (006P36260308@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 006P36260308        (006P36260308@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 006P36260308        (006P36260308@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
```

Exhibit 11
Page 88

```
     Domain Name: JCPANEY.COM
     Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
     Whois Server: whois.leadnetworks.com
     Referral URL: http://www.leadnetworks.com
     Name Server: NS1.MANAGETRAFFIC.NET
     Name Server: NS2.MANAGETRAFFIC.NET
     Status: clientDeleteProhibited
     Status: clientTransferProhibited
     Updated Date: 25-nov-2008
     Creation Date: 27-may-2008
     Expiration Date: 27-may-2009

[whois.leadnetworks.com]
Registration Service Provided By: DOMAINPROXYAGENT.COM
Contact: +00.85281764444
Domain Name: JCPANEY.COM
Registrant:
     Domainproxyagent.com
     Domainproxyagent.com          (whoisprivacyprotection@domainproxyagent.com)
     Suite 1142, 233 Middleton rd, Glenside
     Wellington
     Wellington,6037
     NZ
     Tel. +00.85281764444
Creation Date: 27-May-2008
Expiration Date: 27-May-2009
Domain servers in listed order:
     ns1.managetraffic.net
     ns2.managetraffic.net
Administrative Contact:
     Domainproxyagent.com
     Domainproxyagent.com          (whoisprivacyprotection@domainproxyagent.com)
     Suite 1142, 233 Middleton rd, Glenside
     Wellington
     Wellington,6037
     NZ
     Tel. +00.85281764444
Technical Contact:
     Domainproxyagent.com
     Domainproxyagent.com          (whoisprivacyprotection@domainproxyagent.com)
     Suite 1142, 233 Middleton rd, Glenside
     Wellington
     Wellington,6037
     NZ
     Tel. +00.85281764444
Billing Contact:
     Domainproxyagent.com
     Domainproxyagent.com          (whoisprivacyprotection@domainproxyagent.com)
     Suite 1142, 233 Middleton rd, Glenside
     Wellington
     Wellington,6037
     NZ
     Tel. +00.85281764444
```

Exhibit 11
Page 89

```
     Domain Name: KALIBLUEBOOK.COM
     Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
     Whois Server: whois.leadnetworks.com
     Referral URL: http://www.leadnetworks.com
     Name Server: NS1.DNSING.NET
     Name Server: NS2.DNSING.NET
     Status: ok
     Updated Date: 13-dec-2008
     Creation Date: 24-jan-2007
     Expiration Date: 24-jan-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: KALIBLUEBOOK.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 98P36280208       (98P36280208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 24-Jan-2007
Expiration Date: 24-Jan-2010
Domain servers in listed order:
     ns1.dnsing.net
     ns2.dnsing.net
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 98P36280208       (98P36280208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 98P36280208       (98P36280208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 98P36280208       (98P36280208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
```

Exhibit 11
Page 90

```
        Domain Name: LAMBERGINE.COM
        Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
        Whois Server: whois.leadnetworks.com
        Referral URL: http://www.leadnetworks.com
        Name Server: NS1.DSREDIRECTION.COM
        Name Server: NS2.DSREDIRECTION.COM
        Status: ok
        Updated Date: 24-apr-2008
        Creation Date: 27-nov-2005
        Expiration Date: 27-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: LAMBERGINE.COM
Registrant:
        Private Whois Escrow Domains Private Limited.
        PRIVATE WHOIS FOR p26210208001        (p26210208001@privatewhois.in)
        707,C-Wing,7th Floor,The Neptune Versova Society,
        Lokhandwala Complex,4th Cross Road,
        Andheri (West)
        Mumbai
        Maharashtra,400053
        IN
        Tel. +91.02226300138
        Fax. +91.02226311820
Creation Date: 27-Nov-2005
Expiration Date: 27-Nov-2009
Domain servers in listed order:
        ns2.dsredirection.com
        ns1.dsredirection.com
Administrative Contact:
        Private Whois Escrow Domains Private Limited.
        PRIVATE WHOIS FOR p26210208001        (p26210208001@privatewhois.in)
        707,C-Wing,7th Floor,The Neptune Versova Society,
        Lokhandwala Complex,4th Cross Road,
        Andheri (West)
        Mumbai
        Maharashtra,400053
        IN
        Tel. +91.02226300138
        Fax. +91.02226311820
Technical Contact:
        Private Whois Escrow Domains Private Limited.
        PRIVATE WHOIS FOR p26210208001        (p26210208001@privatewhois.in)
        707,C-Wing,7th Floor,The Neptune Versova Society,
        Lokhandwala Complex,4th Cross Road,
        Andheri (West)
        Mumbai
        Maharashtra,400053
        IN
        Tel. +91.02226300138
        Fax. +91.02226311820
Billing Contact:
        Private Whois Escrow Domains Private Limited.
        PRIVATE WHOIS FOR p26210208001        (p26210208001@privatewhois.in)
        707,C-Wing,7th Floor,The Neptune Versova Society,
        Lokhandwala Complex,4th Cross Road,
        Andheri (West)
        Mumbai
        Maharashtra,400053
        IN
        Tel. +91.02226300138
        Fax. +91.02226311820
```

Exhibit 11
Page 91

```
     Domain Name: MAPQQUESST.COM
     Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
     Whois Server: whois.leadnetworks.com
     Referral URL: http://www.leadnetworks.com
     Name Server: NS1.MANAGETRAFFIC.NET
     Name Server: NS2.MANAGETRAFFIC.NET
     Status: ok
     Updated Date: 25-nov-2008
     Creation Date: 18-jun-2008
     Expiration Date: 18-jun-2009


[whois.leadnetworks.com]
Registration Service Provided By: DOMAINPROXYAGENT.COM
Contact: +00.85281764444
Domain Name: MAPQQUESST.COM
Registrant:
     Domainproxyagent.com
     Domainproxyagent.com          (whoisprivacyprotection@domainproxyagent.com)
     Suite 1142, 233 Middleton rd, Glenside
     Wellington
     Wellington,6037
     NZ
     Tel. +00.85281764444
Creation Date: 18-Jun-2008
Expiration Date: 18-Jun-2009
Domain servers in listed order:
     ns1.managetraffic.net
     ns2.managetraffic.net
Administrative Contact:
     Domainproxyagent.com
     Domainproxyagent.com          (whoisprivacyprotection@domainproxyagent.com)
     Suite 1142, 233 Middleton rd, Glenside
     Wellington
     Wellington,6037
     NZ
     Tel. +00.85281764444
Technical Contact:
     Domainproxyagent.com
     Domainproxyagent.com          (whoisprivacyprotection@domainproxyagent.com)
     Suite 1142, 233 Middleton rd, Glenside
     Wellington
     Wellington,6037
     NZ
     Tel. +00.85281764444
Billing Contact:
     Domainproxyagent.com
     Domainproxyagent.com          (whoisprivacyprotection@domainproxyagent.com)
     Suite 1142, 233 Middleton rd, Glenside
     Wellington
     Wellington,6037
     NZ
     Tel. +00.85281764444
```

Exhibit 11
Page 92

```
     Domain Name: NASCARMOTORS.COM
     Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
     Whois Server: whois.leadnetworks.com
     Referral URL: http://www.leadnetworks.com
     Name Server: NS1.DSREDIRECTION.COM
     Name Server: NS2.DSREDIRECTION.COM
     Status: ok
     Updated Date: 30-nov-2008
     Creation Date: 23-jul-2007
     Expiration Date: 23-jul-2010

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: NASCARMOTORS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For xa2p16240906        (xa2p16240906@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02223600138
     Fax. +91.02223611820
Creation Date: 23-Jul-2007
Expiration Date: 23-Jul-2010
Domain servers in listed order:
     ns2.dsredirection.com
     ns1.dsredirection.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For xa2p16240906        (xa2p16240906@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02223600138
     Fax. +91.02223611820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For xa2p16240906        (xa2p16240906@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02223600138
     Fax. +91.02223611820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For xa2p16240906        (xa2p16240906@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02223600138
     Fax. +91.02223611820
```

Exhibit 11
Page 93

```
Domain Name: OFFICEDEOT.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.MYDOMAIN.COM
Name Server: NS2.MYDOMAIN.COM
Name Server: NS3.MYDOMAIN.COM
Name Server: NS4.MYDOMAIN.COM
Status: ok
Updated Date: 06-may-2008
Creation Date: 17-may-2000
Expiration Date: 17-may-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: OFFICEDEOT.COM
Registrant:
      Private WHOIS FOR OFFICEDEOT.COM
      Privacy Protection        (OFFICEDEOT.COM@privatewhois.in)
      B-304,Florida,Y-11,Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 18-May-2000
Expiration Date: 18-May-2009
Domain servers in listed order:
      ns1.mydomain.com
      ns2.mydomain.com
      ns3.mydomain.com
      ns4.mydomain.com
Administrative Contact:
      Private WHOIS FOR OFFICEDEOT.COM
      Privacy Protection        (OFFICEDEOT.COM@privatewhois.in)
      B-304,Florida,Y-11,Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private WHOIS FOR OFFICEDEOT.COM
      Privacy Protection        (OFFICEDEOT.COM@privatewhois.in)
      B-304,Florida,Y-11,Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private WHOIS FOR OFFICEDEOT.COM
      Privacy Protection        (OFFICEDEOT.COM@privatewhois.in)
      B-304,Florida,Y-11,Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
```

Exhibit 11
Page 94

```
     Domain Name: POKAEMON.COM
     Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
     Whois Server: whois.leadnetworks.com
     Referral URL: http://www.leadnetworks.com
     Name Server: NS1.DNSING.NET
     Name Server: NS2.DNSING.NET
     Status: ok
     Updated Date: 13-dec-2008
     Creation Date: 23-jun-2008
     Expiration Date: 23-jun-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: POKAEMON.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For Z07P36200808        (Z07P36200808@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 23-Jun-2008
Expiration Date: 23-Jun-2010
Domain servers in listed order:
     ns1.dnsing.net
     ns2.dnsing.net
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For Z07P36200808        (Z07P36200808@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For Z07P36200808        (Z07P36200808@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For Z07P36200808        (Z07P36200808@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
```

Exhibit 11
Page 95

```
    Domain Name: QUICKBBOOKS.COM
    Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
    Whois Server: whois.leadnetworks.com
    Referral URL: http://www.leadnetworks.com
    Name Server: NS1.MANAGETRAFFIC.NET
    Name Server: NS2.MANAGETRAFFIC.NET
    Status: clientDeleteProhibited
    Status: clientTransferProhibited
    Updated Date: 25-nov-2008
    Creation Date: 27-may-2008
    Expiration Date: 27-may-2009

[whois.leadnetworks.com]
Registration Service Provided By: DOMAINPROXYAGENT.COM
Contact: +00.85281764444
Domain Name: QUICKBBOOKS.COM
Registrant:
    Domainproxyagent.com
    Domainproxyagent.com          (whoisprivacyprotection@domainproxyagent.com)
    Suite 1142, 233 Middleton rd, Glenside
    Wellington
    Wellington,6037
    NZ
    Tel. +00.85281764444
Creation Date: 27-May-2008
Expiration Date: 27-May-2009
Domain servers in listed order:
    ns1.managetraffic.net
    ns2.managetraffic.net
Administrative Contact:
    Domainproxyagent.com
    Domainproxyagent.com          (whoisprivacyprotection@domainproxyagent.com)
    Suite 1142, 233 Middleton rd, Glenside
    Wellington
    Wellington,6037
    NZ
    Tel. +00.85281764444
Technical Contact:
    Domainproxyagent.com
    Domainproxyagent.com          (whoisprivacyprotection@domainproxyagent.com)
    Suite 1142, 233 Middleton rd, Glenside
    Wellington
    Wellington,6037
    NZ
    Tel. +00.85281764444
Billing Contact:
    Domainproxyagent.com
    Domainproxyagent.com          (whoisprivacyprotection@domainproxyagent.com)
    Suite 1142, 233 Middleton rd, Glenside
    Wellington
    Wellington,6037
    NZ
    Tel. +00.85281764444
```

Exhibit 11
Page 96

```
Domain Name: RADIO0SHACK.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DSREDIRECTION.COM
Name Server: NS2.DSREDIRECTION.COM
Status: ok
Updated Date: 12-apr-2008
Creation Date: 13-dec-2005
Expiration Date: 13-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: RADIO0SHACK.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS FOR P26620801        (P26620801@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 13-Dec-2005
Expiration Date: 13-Dec-2009
Domain servers in listed order:
     ns2.dsredirection.com
     ns1.dsredirection.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS FOR P26620801        (P26620801@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS FOR P26620801        (P26620801@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS FOR P26620801        (P26620801@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
```

Exhibit 11
Page 97

```
Domain Name: SEARSACCOUNTONLINE.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS10.LEADNETWORKS.COM
Name Server: DNS9.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 07-mar-2008
Expiration Date: 07-mar-2010
```

```
[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD. (01)
Contact: +91.02226313093
Domain Name: SEARSACCOUNTONLINE.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For SEARSACCOUNTONLINE.COM
(searsaccountonline.com@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 07-Mar-2008
Expiration Date: 07-Mar-2010
Domain servers in listed order:
    dns10.leadnetworks.com
    dns9.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For SEARSACCOUNTONLINE.COM
(searsaccountonline.com@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For SEARSACCOUNTONLINE.COM
(searsaccountonline.com@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For SEARSACCOUNTONLINE.COM
(searsaccountonline.com@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
```

Exhibit 11
Page 98

```
    Domain Name: TOYOTAMOTOR.COM
    Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
    Whois Server: whois.leadnetworks.com
    Referral URL: http://www.leadnetworks.com
    Name Server: DNSP1.POWERHOSTING.COM
    Name Server: DNSP2.POWERHOSTING.COM
    Status: clientUpdateProhibited
    Updated Date: 20-jan-2009
    Creation Date: 31-dec-1999
    Expiration Date: 31-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: TOYOTAMOTOR.COM
Registrant:
    PRIVATE WHOIS FOR TOYOTAMOTOR.COM
    Privacy Protection        (TOYOTAMOTOR.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri(West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 31-Dec-1999
Expiration Date: 31-Dec-2009
Domain servers in listed order:
    dnsp1.powerhosting.com
    dnsp2.powerhosting.com
Administrative Contact:
    PRIVATE WHOIS FOR TOYOTAMOTOR.COM
    Privacy Protection        (TOYOTAMOTOR.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri(West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    PRIVATE WHOIS FOR TOYOTAMOTOR.COM
    Privacy Protection        (TOYOTAMOTOR.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri(West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    PRIVATE WHOIS FOR TOYOTAMOTOR.COM
    Privacy Protection        (TOYOTAMOTOR.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri(West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
```

Exhibit 11
Page 99

```
Domain Name: UNITEDAILINES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.PROREDIRECT.COM
Name Server: NS2.PROREDIRECT.COM
Status: ok
Updated Date: 17-jun-2008
Creation Date: 17-jun-2000
Expiration Date: 17-jun-2009

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: UNITEDAILINES.COM
Registrant:
    Private WHOIS FOR UNITEDAILINES.COM
    Privacy Protection        (UNITEDAILINES.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 18-Jun-2000
Expiration Date: 18-Jun-2009
Domain servers in listed order:
    ns1.proredirect.com
    ns2.proredirect.com
Administrative Contact:
    Private WHOIS FOR UNITEDAILINES.COM
    Privacy Protection        (UNITEDAILINES.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR UNITEDAILINES.COM
    Privacy Protection        (UNITEDAILINES.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR UNITEDAILINES.COM
    Privacy Protection        (UNITEDAILINES.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
```

Exhibit 11
Page 100

```
Domain Name: VICTOERIASECRET.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 25-oct-2008
Creation Date: 11-may-2006
Expiration Date: 11-may-2010
```

```
[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VICTOERIASECRET.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For Y03P16190808      (y03p16190808@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 11-May-2006
Expiration Date: 11-May-2010
Domain servers in listed order:
    ns2.domainmanager.com
    ns1.domainmanager.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For Y03P16190808      (y03p16190808@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For Y03P16190808      (y03p16190808@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
```

Exhibit 11
Page 101

```
    Domain Name: WALMARIT.COM
    Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
    Whois Server: whois.leadnetworks.com
    Referral URL: http://www.leadnetworks.com
    Name Server: NS1.MANAGETRAFFIC.NET
    Name Server: NS2.MANAGETRAFFIC.NET
    Status: ok
    Updated Date: 25-nov-2008
    Creation Date: 25-jun-2008
    Expiration Date: 25-jun-2009

[whois.leadnetworks.com]
Registration Service Provided By: DOMAINPROXYAGENT.COM
Contact: +00.85281764444
Domain Name: WALMARIT.COM
Registrant:
    Domainproxyagent.com
    Domainproxyagent.com          (whoisprivacyprotection@domainproxyagent.com)
    Suite 1142, 233 Middleton rd, Glenside
    Wellington
    Wellington,6037
    NZ
    Tel. +00.85281764444
Creation Date: 25-Jun-2008
Expiration Date: 25-Jun-2009
Domain servers in listed order:
    ns1.managetraffic.net
    ns2.managetraffic.net
Administrative Contact:
    Domainproxyagent.com
    Domainproxyagent.com          (whoisprivacyprotection@domainproxyagent.com)
    Suite 1142, 233 Middleton rd, Glenside
    Wellington
    Wellington,6037
    NZ
    Tel. +00.85281764444
Technical Contact:
    Domainproxyagent.com
    Domainproxyagent.com          (whoisprivacyprotection@domainproxyagent.com)
    Suite 1142, 233 Middleton rd, Glenside
    Wellington
    Wellington,6037
    NZ
    Tel. +00.85281764444
Billing Contact:
    Domainproxyagent.com
    Domainproxyagent.com          (whoisprivacyprotection@domainproxyagent.com)
    Suite 1142, 233 Middleton rd, Glenside
    Wellington
    Wellington,6037
    NZ
    Tel. +00.85281764444
```

Exhibit 11
Page 102

```
Domain Name: XMDADIO.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DNSING.NET
Name Server: NS2.DNSING.NET
Status: ok
Updated Date: 13-dec-2008
Creation Date: 16-feb-2007
Expiration Date: 16-feb-2009
```

```
[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: XMDADIO.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810038        (PRIVATE311810038@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 16-Feb-2007
Expiration Date: 16-Feb-2009
Domain servers in listed order:
    ns1.dnsing.net
    ns2.dnsing.net
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810038        (PRIVATE311810038@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810038        (PRIVATE311810038@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810038        (PRIVATE311810038@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
```

Exhibit 11
Page 103

```
     Domain Name: YAHAMACYCLES.COM
     Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
     Whois Server: whois.leadnetworks.com
     Referral URL: http://www.leadnetworks.com
     Name Server: SK.S5.ANS1.NS119.ZTOMY.COM
     Name Server: SK.S5.ANS2.NS119.ZTOMY.COM
     Status: clientDeleteProhibited
     Status: clientTransferProhibited
     Updated Date: 05-jan-2009
     Creation Date: 10-may-2008
     Expiration Date: 10-may-2009

[whois.leadnetworks.com]
Registration Service Provided By: DOMAINPROXYAGENT.COM
Contact: +00.85281764444
Domain Name: YAHAMACYCLES.COM
Registrant:
     Domainproxyagent.com
     Domainproxyagent.com        (whoisprivacyprotection@domainproxyagent.com)
     Suite 1142, 233 Middleton rd, Glenside
     Wellington
     Wellington,6037
     NZ
     Tel. +00.85281764444
Creation Date: 10-May-2008
Expiration Date: 10-May-2009
Domain servers in listed order:
     sk.s5.ans2.ns119.ztomy.com
     sk.s5.ans1.ns119.ztomy.com
Administrative Contact:
     Domainproxyagent.com
     Domainproxyagent.com        (whoisprivacyprotection@domainproxyagent.com)
     Suite 1142, 233 Middleton rd, Glenside
     Wellington
     Wellington,6037
     NZ
     Tel. +00.85281764444
Technical Contact:
     Domainproxyagent.com
     Domainproxyagent.com        (whoisprivacyprotection@domainproxyagent.com)
     Suite 1142, 233 Middleton rd, Glenside
     Wellington
     Wellington,6037
     NZ
     Tel. +00.85281764444
Billing Contact:
     Domainproxyagent.com
     Domainproxyagent.com        (whoisprivacyprotection@domainproxyagent.com)
     Suite 1142, 233 Middleton rd, Glenside
     Wellington
     Wellington,6037
     NZ
     Tel. +00.85281764444
```

Exhibit 11
Page 104

```
Domain Name: ZALESJEWELRS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DSREDIRECTION.COM
Name Server: NS2.DSREDIRECTION.COM
Status: ok
Updated Date: 28-may-2008
Creation Date: 31-jan-2006
Expiration Date: 31-jan-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: ZALESJEWELRS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 003P26270308       (003P06270308@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 31-Jan-2006
Expiration Date: 31-Jan-2010
Domain servers in listed order:
    ns2.dsredirection.com
    ns1.dsredirection.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 003P26270308       (003P06270308@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 003P26270308       (003P06270308@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 003P26270308       (003P06270308@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
```

Exhibit 11
Page 105

Exhibit 12

TrafficZ    **DomainTools**    LeaseThis.com       Welcome        My Account



## Catrepillar.com on 2008-11-18 - Domain History

« Previous

| | |
|---|---|
| **Domain:** | **catrepillar.com** - Domain History |
| **Cache Date:** | 2008-11-18 |
| **Registrar:** | **HOSTLANE INC.** |
| **Registrant Search:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: nick@dotnamemail.com |

```
Registrant:
   Watch My Domain
   P.O.Box 121503
   Dubai, Dubai   100001
   AE

   Registrar: HOSTLANE
   Domain Name: CATREPILLAR.COM
      Created on: 13-NOV-08
      Expires  on: 13-NOV-09
      Last Updated on: 16-NOV-08

   Administrative, Technical Contact:
      Malik, Naresh  nick@dotnamemail.com
      Watch My Domain
      P.O.Box 121503
      Dubai, Dubai   100001
      AE
      +1.971507071720

   Domain servers in listed order:
      DNS9.LEADNETWORKS.COM
      DNS10.LEADNETWORKS.COM
```

Exhibit 12
Page 106

```
Domain Name: CATREPILLAR.COM
Registrar: HOSTLANE INC.
Whois Server: whois.hostlane.com
Referral URL: http://www.hostlane.com
Name Server: DNS10.LEADNETWORKS.COM
Name Server: DNS9.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 16-nov-2008
Creation Date: 13-nov-2008
Expiration Date: 13-nov-2009
```

```
[whois.hostlane.com]
and we do not guarantee its accuracy. By submitting a whois
purposes and that, under no circumstances will you use this data
Registrant:
   Watch My Domain
   P.O.Box 121503
   Dubai, Dubai  100001
   AE
   Registrar: HOSTLANE
   Domain Name: CATREPILLAR.COM
      Created on: 13-NOV-08
      Expires on: 13-NOV-09
      Last Updated on: 16-NOV-08
   Administrative, Technical Contact:
      Malik, Naresh  nick@dotnamemail.com
      Watch My Domain
      P.O.Box 121503
      Dubai, Dubai  100001
      AE
      +1.971507071720
   Domain servers in listed order:
      DNS9.LEADNETWORKS.COM
      DNS10.LEADNETWORKS.COM
```

Exhibit 12
Page 107

TrafficZ    **DomainTools**    LeaseThis.com              Welcome        My Account



## Daysinnphoenix.com on 2008-07-20 - Domain History

« Previous                                                              Next »

**Domain:**              **daysinnphoenix.com** - Domain History

**Cache Date:**          2008-07-20

**Registrar:**           **CLAIMEDDOMAINS, LLC**

**Registrant Search:**   Click on an email address we found in this whois record
                         to see which other domains the registrant is associated with:
                         nick@dotnamemail.com

---

```
Registrant:
   Watch My Domain
   P.O.Box 121503
   Dubai, Dubai   100001
   AE

   Registrar: CLAIMED
   Domain Name: DAYSINNPHOENIX.COM
      Created on: 01-JUL-08
      Expires on: 01-JUL-09
      Last Updated on: 09-JUL-08

   Administrative, Technical Contact:
      Malik, Naresh  nick@dotnamemail.com
      Watch My Domain
      P.O.Box 121503
      Dubai, Dubai   100001
      AE
      +1.971507071720

   Domain servers in listed order:
      NS1.DSREDIRECTION.COM
      NS2.DSREDIRECTION.COM
```

Exhibit 12
Page 108

```
Domain Name: DAYSINNPHOENIX.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DSREDIRECTION.COM
Name Server: NS2.DSREDIRECTION.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 01-jul-2008
Expiration Date: 01-jul-2010
```

```
[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD. (01)
Contact: +91.02226313093
Domain Name: DAYSINNPHOENIX.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For X01P06200908       (x01p06200908@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02223600138
    Fax. +91.02223611820
Creation Date: 01-Jul-2008
Expiration Date: 01-Jul-2010
Domain servers in listed order:
    ns2.dsredirection.com
    ns1.dsredirection.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For X01P06200908       (x01p06200908@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02223600138
    Fax. +91.02223611820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For X01P06200908       (x01p06200908@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02223600138
    Fax. +91.02223611820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For X01P06200908       (x01p06200908@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02223600138
    Fax. +91.02223611820
Status:LOCKED
```

Exhibit 12
Page 109

Case 2:09-cv-00613-ABC-CW  Document 122-2  Filed 12/03/10  Page 60 of 73  Page ID #:2624

TrafficZ    **DomainTools**    LeaseThis.com                    Welcome        My Account



## Thifrty.com on 2008-08-07 - Domain History

« Previous                                                           Next »

| | |
|---|---|
| **Domain:** | thifrty.com - Domain History |
| **Cache Date:** | 2008-08-07 |
| **Registrar:** | **LEAD NETWORKS DOMAINS PVT. LTD.** |
| **Registrant Search:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: nick@dotnamemail.com |

```
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.000000000000
Website: http://www.privatewhois.in

Domain Name: THIFRTY.COM

Registrant:
      Nick
      Nick           (nick@dotnamemail.com)
      Mumbai
      Mumbai
      Maharashtra,000000
      IN
      Tel. +91.000000000

Creation Date: 26-Aug-2007
Expiration Date: 26-Aug-2009

Domain servers in listed order:
      dns12.leadnetworks.com
      dns11.leadnetworks.com

Administrative Contact:
      Nick
      Nick           (nick@dotnamemail.com)
      Mumbai
      Mumbai
      Maharashtra,000000
      IN
      Tel. +91.000000000
```

Exhibit 12
Page 110

```
Technical Contact:
     Nick
     Nick           (nick@dotnamemail.com)
     Mumbai
     Mumbai
     Maharashtra,000000
     IN
     Tel. +91.000000000

Billing Contact:
     Nick
     Nick           (nick@dotnamemail.com)
     Mumbai
     Mumbai
     Maharashtra,000000
     IN
     Tel. +91.000000000


Status:ACTIVE
```

Exhibit 12
Page 111

```
    Domain Name: THIFRTY.COM
    Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
    Whois Server: whois.leadnetworks.com
    Referral URL: http://www.leadnetworks.com
    Name Server: DNS11.LEADNETWORKS.COM
    Name Server: DNS12.LEADNETWORKS.COM
    Status: clientDeleteProhibited
    Status: clientTransferProhibited
    Status: clientUpdateProhibited
    Updated Date: 01-oct-2008
    Creation Date: 26-aug-2007
    Expiration Date: 26-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD. (01)
Contact: +91.02226313093
Domain Name: THIFRTY.COM
Registrant:
    Nick
    Nick         (nick@dotnamemail.com)
    Mumbai
    Mumbai
    Maharashtra,000000
    IN
    Tel. +91.000000000
Creation Date: 26-Aug-2007
Expiration Date: 26-Aug-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Nick
    Nick         (nick@dotnamemail.com)
    Mumbai
    Mumbai
    Maharashtra,000000
    IN
    Tel. +91.000000000
Technical Contact:
    Nick
    Nick         (nick@dotnamemail.com)
    Mumbai
    Mumbai
    Maharashtra,000000
    IN
    Tel. +91.000000000
Billing Contact:
    Nick
    Nick         (nick@dotnamemail.com)
    Mumbai
    Mumbai
    Maharashtra,000000
    IN
    Tel. +91.000000000
Status:LOCKED
```

Exhibit 12
Page 112

Case 2:09-cv-00613-ABC-CW   Document 122-2   Filed 12/03/10   Page 63 of 73   Page ID
#:2627

TrafficZ   **DomainTools**   LeaseThis.com                Welcome                             My Account



# Microsoftbackup.com on 2008-05-31 - Domain History

« Previous                                                      Next »

**Domain:**              **microsoftbackup.com** - Domain History
**Cache Date:**          2008-05-31
**Registrar:**           **NETWORK SOLUTIONS, LLC.**
**Registrant Search:**   Click on an email address we found in this whois record
                         to see which other domains the registrant is associated with:
                         nick@dotnamemail.com

---

```
Registrant:
M, Nick
     P.O.Box 121503
     Dubai 10001
     AE

     Domain Name: MICROSOFTBACKUP.COM

     Administrative Contact, Technical Contact:
        M, Nick           nick@dotnamemail.com
        P.O.Box 121503
        Dubai 10001
        AE
        971507071720 fax: +91.2226335151

     Record expires on 20-Apr-2009.
     Record created on 20-Apr-1999.
     Database last updated on 1-Jun-2008 02:24:25 EDT.

     Domain servers in listed order:

     NS65.WORLDNIC.COM              205.178.190.33
     NS66.WORLDNIC.COM              205.178.144.33
```

Exhibit 12
Page 113

```
   Domain Name: MICROSOFTBACKUP.COM
   Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
   Whois Server: whois.leadnetworks.com
   Referral URL: http://www.leadnetworks.com
   Name Server: NS1.DSREDIRECTION.COM
   Name Server: NS2.DSREDIRECTION.COM
   Status: clientDeleteProhibited
   Status: clientTransferProhibited
   Status: clientUpdateProhibited
   Updated Date: 01-oct-2008
   Creation Date: 20-apr-1999
   Expiration Date: 20-apr-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD. (01)
Contact: +91.02226313093
Domain Name: MICROSOFTBACKUP.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For MICROSOFTBACKUP.COM        (microsoftbackup.com@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 20-Apr-1999
Expiration Date: 20-Apr-2010
Domain servers in listed order:
    ns1.dsredirection.com
    ns2.dsredirection.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For MICROSOFTBACKUP.COM        (microsoftbackup.com@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For MICROSOFTBACKUP.COM        (microsoftbackup.com@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For MICROSOFTBACKUP.COM        (microsoftbackup.com@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 12
Page 114

TrafficZ  **DomainTools**  LeaseThis.com                    Welcome                  My Account



## Victoriassrcret.com on 2008-12-28 - Domain History

« Previous

**Domain:**          **victoriassrcret.com** - Domain History

**Cache Date:**      2008-12-28

**Registrar:**       **UNIFIED SERVERS, INC.**

**Registrant Search:** Click on an email address we found in this whois record
                       to see which other domains the registrant is associated with:
                       nick@dotnamemail.com

---

```
Registration Service Provided By: ANSWERABLE.COM
Contact: +1.3104837168
Website: http://www.answerable.com

Domain Name: VICTORIASSRCRET.COM

Registrant:
    Watch My Domain
    Naresh Malik          (nick@dotnamemail.com)
    P.O.Box 121503
    Dubai
    Dubai,100001
    AE
    Tel. +1.971507071720

Creation Date: 10-Oct-2008
Expiration Date: 10-Oct-2009

Domain servers in listed order:
    dns10.leadnetworks.com
    dns9.leadnetworks.com

Administrative Contact:
    Watch My Domain
    Naresh Malik          (nick@dotnamemail.com)
    P.O.Box 121503
    Dubai
    Dubai,100001
    AE
    Tel. +1.971507071720
```

Exhibit 12
Page 115

```
        Technical Contact:
                Watch My Domain
                Naresh Malik            (nick@dotnamemail.com)
                P.O.Box 121503
                Dubai
                Dubai,100001
                AE
                Tel. +1.971507071720

        Billing Contact:
                Watch My Domain
                Naresh Malik            (nick@dotnamemail.com)
                P.O.Box 121503
                Dubai
                Dubai,100001
                AE
                Tel. +1.971507071720


        Status:ACTIVE
```

Exhibit 12
Page 116

1/23/2009 4:20 PM

```
   Domain Name: VICTORIASSRCRET.COM
   Registrar: UNIFIED SERVERS, INC.
   Whois Server: whois.unifiedservers.com
   Referral URL: http://www.unifiedservers.com
   Name Server: DNS10.LEADNETWORKS.COM
   Name Server: DNS9.LEADNETWORKS.COM
   Status: ok
   Updated Date: 13-oct-2008
   Creation Date: 10-oct-2008
   Expiration Date: 10-oct-2009

[whois.unifiedservers.com]
Registration Service Provided By: ANSWERABLE.COM
Contact: +1.3104837168
Website: http://www.answerable.com
Domain Name: VICTORIASSRCRET.COM
Registrant:
    Watch My Domain
    Naresh Malik        (nick@dotnamemail.com)
    P.O.Box 121503
    Dubai
    Dubai,100001
    AE
    Tel. +1.971507071720
Creation Date: 10-Oct-2008
Expiration Date: 10-Oct-2009
Domain servers in listed order:
    dns9.leadnetworks.com
    dns10.leadnetworks.com
Administrative Contact:
    Watch My Domain
    Naresh Malik        (nick@dotnamemail.com)
    P.O.Box 121503
    Dubai
    Dubai,100001
    AE
    Tel. +1.971507071720
Technical Contact:
    Watch My Domain
    Naresh Malik        (nick@dotnamemail.com)
    P.O.Box 121503
    Dubai
    Dubai,100001
    AE
    Tel. +1.971507071720
Billing Contact:
    Watch My Domain
    Naresh Malik        (nick@dotnamemail.com)
    P.O.Box 121503
    Dubai
    Dubai,100001
    AE
    Tel. +1.971507071720
Status:ACTIVE
```

Exhibit 12
Page 117

Exhibit 13

Case 2:09-cv-00613-ABC-CW   Document 122-2   Filed 12/03/10   Page 69 of 73   Page ID #:2633

```
VAERIZON.COM
VAERIZONWIRELESS.COM
VARAIZON.COM
VARIZIONWIRELESS.COM
VARIZON.COM
VEDRIZONWIRELESS.COM
VEIRZON.COM
VERAZIONWIRELESS.COM
VERAZONWIRELESS.COM
VEREIZON.COM
VERI8ZON.COM
VERI9ZON.COM
VERIAONWIRELESS.COM
VERIAZON.COM
VERINWIRELESS.COM
VERIONFIOS.COM
VERIONONLINE.COM
VERIONSWIRELESS.COM
VERIONTRACKER.COM
VERIONWIELESS.COM
VERIOZEN.COM
VERIOZIONWIRELESS.COM
VERIOZN.COM
VERIOZONWIRELESS.COM
VERIOZONWIRLESS.COM
VERIRONWIRELESS.COM
VERISENWIRELESS.COM
VERISEON.COM
VERISIONPHONES.COM
VERISON-WIRLESS.COM
VERISONBUSINESS.COM
VERISONCAREERS.COM
VERISONEWIRELESS.COM
VERISONMOBILE.COM
VERISONONLINE.COM
VERISONPCS.COM
VERISONPHONES.COM
VERISONPICS.COM
VERISONPREPAYED.COM
VERISONVIRELESS.COM
VERISONWEIRELESS.COM
VERISONWERLESS.COM
VERISONWILESS.COM
VERISONWIREESS.COM
VERISONWIRELES.COM
VERISONWIRELESSINTERNET.COM
VERISONWIRELLES.COM
VERISONWIRELWSS.COM
VERISONWIRERLES.COM
VERISONWIRESS.COM
VERISONWIRLESS.COM
VERISZON.COM
VERISZONWIRELESS.COM
VERIXONCENTRAL.COM
```

Exhibit 13
Page 118

```
VERIZENWIRELES.COM
VERIZINWIRLESS.COM
VERIZION22.COM
VERIZIONMAIL.COM
VERIZIONMOBILE.COM
VERIZIONWIRELESSREBATES.COM
VERIZIONWIRLES.COM
VERIZIONWIRLESS.COM
VERIZIONYELLOWPAGES.COM
VERIZIZONWIRELESS.COM
VERIZKN.COM
VERIZNOWIRELESS.COM
VERIZOFIOS.COM
VERIZOINWIRELESS.COM
VERIZOLNWIRELESS.COM
VERIZON-WIRLESS.COM
VERIZON1.COM
VERIZON2.COM
VERIZONARENA.COM
VERIZONBUSINESSDSL.COM
VERIZONCARRERS.COM
VERIZONCELLPHONE.COM
VERIZONCELLUAR.COM
VERIZONCELULAR.COM
VERIZONCENTREL.COM
VERIZONEPHONES.COM
VERIZONFILES.COM
VERIZONFIOSINTERNET.COM
VERIZONFIOSTV.COM
VERIZONFISO.COM
VERIZONFREERINGTONES.COM
VERIZONGAMES.COM
VERIZONHAWAII.COM
VERIZONHOTMAIL.COM
VERIZONINPULSE.COM
VERIZONIRELESS.COM
VERIZONJOB.COM
VERIZONLESS.COM
VERIZONMIRELESS.COM
VERIZONMOBILES.COM
VERIZONMYACCOUNT.COM
VERIZONMYMSN.COM
VERIZONMYPREPAY.COM
VERIZONNWIRELESS.COM
VERIZONON.NET
VERIZONONLINEDSL.COM
VERIZONPHONEBOOK.COM
VERIZONPHONENUMBERS.COM
VERIZONPIXPLACE.COM
VERIZONPREPAIDPHONE.COM
VERIZONPREPAY.COM
VERIZONREBATE.COM
VERIZONRESIDENTIAL.COM
VERIZONRINGBACKS.COM
```

Exhibit 13
Page 119

```
VERIZONRINGBACKTONES.COM
VERIZONSPEED.COM
VERIZONSTART.COM
VERIZONSTART.NET
VERIZONSUPERPAGE.COM
VERIZONTRACKER.COM
VERIZONVIRELESS.COM
VERIZONVIRUSPROTECTION.COM
VERIZONVISAACCOUNTONLINE.COM
VERIZONW.COM
VERIZONWERILES.COM
VERIZONWHIRLESS.COM
VERIZONWHITEPAGES.COM
VERIZONWIERLES.COM
VERIZONWIKRELESS.COM
VERIZONWILERLESS.COM
VERIZONWIREKLESS.COM
VERIZONWIRELEEE.COM
VERIZONWIRELEES.COM
VERIZONWIRELES.COM
VERIZONWIRELESSBILLING.COM
VERIZONWIRELESSDOWNLOADS.COM
VERIZONWIRELESSEMPLOYMENT.COM
VERIZONWIRELESSGETDISCOUNT.COM
VERIZONWIRELESSMYPREPAID.COM
VERIZONWIRELESSMYPREPAY.COM
VERIZONWIRELESSPIXPLACE.COM
VERIZONWIRELESSPIXS.COM
VERIZONWIRELESSS.COM
VERIZONWIRELESSTHEATHER.COM
VERIZONWIRELESSVZW.COM
VERIZONWIRELESXS.COM
VERIZONWIRELEXX.COM
VERIZONWIRELLES.COM
VERIZONWIRELLESS.COM
VERIZONWIRELSEE.COM
VERIZONWIRELSS.COM
VERIZONWIRESSLESS.COM
VERIZONWIRFELESS.COM
VERIZONWIRLESSPR.COM
VERIZONWIRRLESS.COM
VERIZONWRELESS.COM
VERIZONWWIRELESS.COM
VERIZOPN.COM
VERIZOWIRELESS.COM
VERIZWIRELESS.COM
VERKZON.COM
VERONWIRELESS.COM
VEROZINWIRELESS.COM
VEROZONWIRELESS.COM
VERRAIZON.COM
VERRISIONWIRELESS.COM
VERRIZON.COM
VERRIZONWIRELES.COM
```

Exhibit 13
Page 120

```
VERRZONWIRELESS.COM
VERSIONWIRELES.COM
VERSISONWIRELESS.COM
VERSZIONWIRELESS.COM
VERSZONWIRELESS.COM
VERVIZON.COM
VERVIZONWIRELESS.COM
VERWISONWIRELESS.COM
VERWIZON.COM
VERYSONWIRELESS.COM
VERYZONWIRELES.COM
VERZIONWIRELESS.COM
VERZONWIRELES.COM
VEVRIZONWIRELESS.COM
VEZRIZON.COM
VIERSONWIRELESS.COM
VIERZIONWIRELESS.COM
VIERZON.COM
VIRAIZON.COM
VIRAZONWIRELESS.COM
VIREIZON.COM
VIRISIONWIRELESS.COM
VIRIZONWIRELESS.COM
VIRIZONWIRELSS.COM
VIRONWIRELESS.COM
VIRONZON.COM
VIROZIONWIRELESS.COM
VIROZON.COM
VIROZONWIRELESS.COM
VIRZONEWIRELESS.COM
VIZONWIRELESS.COM
VORIZANWIRELESS.COM
VORIZEN.COM
VORIZIN.COM
VORIZON.NET
VORZON.COM
VRIEZON.COM
VRISZON.COM
VRIZONWIRELESS.COM
VRTIZONWIRELESS.COM
VWEIZON.COM
VZRIZON.COM
VZWIRELESSRINGTONES.COM
WBILLPAYVERIZONWIRELESS.COM
WEBMAILVERIZON.NET
WRIZON.COM
WWWLVERIZONWIRELESS.COM
WWWVARIZON.COM
WWWVERAIZON.COM
WWWVERIZONONLINE.NET
WWWVERRIZON.COM
VZCHAT.COM
VZNAVAGATOR.COM
VZPICS.COM
```

Exhibit 13
Page 121

```
VZWDELUXE.COM
VZWIERLESS.COM
VZWPIXPLACE.COM
VZWPREPAY.COM
VZWPX.COM
VZWRINGTONESDELUX.COM
VZXPIX.COM
WIRELESSSYNCHVZW.COM
WIRELESSSYNVZW.COM
22VERIZION.COM
ACTIVATEMYFIOSVERIZON.NET
BERIZON.COM
BUSINESSVERIZON.NET
DSLSTARTVERIZON.COM
ERIZON.COM
INFOSPEEDVERIZON.NET
MYACCOUNTATWWWVERIZONWIRELESS.COM
MYACCOUNTVERIZONWIRELESS.COM
MYVERIZONPREPAID.COM
QUICKVERIZON.NET
STARTVERIZON.NET
V-WIRELESS-CELLPHONES.COM
```

Exhibit 13
Page 122