Exhibit 14



Exhibit 14
Page 123



Exhibit 14
Page 124



Exhibit 14
Page 125



Exhibit 14
Page 126



Exhibit 14
Page 127



Exhibit 14
Page 128



Exhibit 14
Page 129



Exhibit 14
Page 130



Exhibit 14
Page 131



Exhibit 14
Page 132



Exhibit 14
Page 133



Exhibit 14
Page 134



redirected from VERIAZON.COM

Exhibit 14
Page 135



Exhibit 14
Page 136



Exhibit 14
Page 137



Exhibit 14
Page 138



Exhibit 14
Page 139



Exhibit 14
Page 140



Exhibit 14
Page 141



Exhibit 14
Page 142



Exhibit 14
Page 143



Exhibit 14
Page 144



Exhibit 14
Page 145



Exhibit 14
Page 146



Exhibit 14
Page 147