Exhibit 15



Exhibit 15
Page 148



Exhibit 15
Page 149



Exhibit 15
Page 150

# Exhibit 16

Exhibit 16
Page 151

```
Domain Name: VAERIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: ok
Updated Date: 15-aug-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VAERIZON.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 104P36290208        (104P36290208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 104P36290208            (104P36290208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 104P36290208            (104P36290208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 104P36290208            (104P36290208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 152

```
Domain Name: VAERIZONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 15-feb-2007
Expiration Date: 15-feb-2009


[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VAERIZONWIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 15-Feb-2007
Expiration Date: 15-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 153

```
Domain Name: VARAIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: ok
Updated Date: 15-aug-2008
Creation Date: 16-jul-2007
Expiration Date: 16-jul-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VARAIZON.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 14P36260208        (14P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 16-Jul-2007
Expiration Date: 16-Jul-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 14P36260208        (14P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 14P36260208        (14P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 14P36260208        (14P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 154

```
Domain Name: VARIZIONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.LEYBA-ASSOC.COM
Name Server: NS2.LEYBA-ASSOC.COM
Status: ok
Updated Date: 12-dec-2008
Creation Date: 12-jan-2008
Expiration Date: 12-jan-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VARIZIONWIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For Z01P06061008          (Z01P06061008@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02223600138
    Fax. +91.02223611820
Creation Date: 12-Jan-2008
Expiration Date: 12-Jan-2010
Domain servers in listed order:
    ns2.leyba-assoc.com
    ns1.leyba-assoc.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For Z01P06061008          (Z01P06061008@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02223600138
    Fax. +91.02223611820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For Z01P06061008          (Z01P06061008@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02223600138
    Fax. +91.02223611820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For Z01P06061008          (Z01P06061008@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02223600138
    Fax. +91.02223611820
Status:ACTIVE
```

Exhibit 16
Page 155

```
Domain Name: VARIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: No nameserver
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 26-dec-2008
Creation Date: 21-nov-2003
Expiration Date: 21-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VARIZON.COM
Registrant:
   PrivacyProtect.org
   Domain Admin        (contact@privacyprotect.org)
   P.O. Box 97
   Note - All Postal Mails Rejected, visit Privacyprotect.org
   Moergestel
   null,5066 ZH
   NL
   Tel. +45.36946676
Creation Date: 21-Nov-2003
Expiration Date: 21-Nov-2009
Domain servers in listed order:
   No NameServers Defined.
Administrative Contact:
   PrivacyProtect.org
   Domain Admin        (contact@privacyprotect.org)
   P.O. Box 97
   Note - All Postal Mails Rejected, visit Privacyprotect.org
   Moergestel
   null,5066 ZH
   NL
   Tel. +45.36946676
Technical Contact:
   PrivacyProtect.org
   Domain Admin        (contact@privacyprotect.org)
   P.O. Box 97
   Note - All Postal Mails Rejected, visit Privacyprotect.org
   Moergestel
   null,5066 ZH
   NL
   Tel. +45.36946676
Billing Contact:
   PrivacyProtect.org
   Domain Admin        (contact@privacyprotect.org)
   P.O. Box 97
   Note - All Postal Mails Rejected, visit Privacyprotect.org
   Moergestel
   null,5066 ZH
   NL
   Tel. +45.36946676
Status:LOCKED
```

Exhibit 16
Page 156

```
Domain Name: VEDRIZONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DSREDIRECTION.COM
Name Server: NS2.DSREDIRECTION.COM
Status: ok
Updated Date: 04-may-2008
Creation Date: 06-jun-2006
Expiration Date: 06-jun-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VEDRIZONWIRELESS.COM
Registrant:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Creation Date: 06-Jun-2006
Expiration Date: 06-Jun-2009
Domain servers in listed order:
    ns2.dsredirection.com
    ns1.dsredirection.com
Administrative Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Technical Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Billing Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Status:ACTIVE
```

Exhibit 16
Page 157

```
Domain Name: VEIRZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 03-jun-2008
Creation Date: 08-jun-2002
Expiration Date: 08-jun-2009

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VEIRZON.COM
Registrant:
    Private WHOIS FOR VEIRZON.COM
    Privacy Protection          (VEIRZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 08-Jun-2002
Expiration Date: 08-Jun-2009
Domain servers in listed order:
    ns1.domainmanager.com
    ns2.domainmanager.com
Administrative Contact:
    Private WHOIS FOR VEIRZON.COM
    Privacy Protection              (VEIRZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VEIRZON.COM
    Privacy Protection          (VEIRZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VEIRZON.COM
    Privacy Protection          (VEIRZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 158

```
Domain Name: VERAZIONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 05-may-2007
Expiration Date: 05-may-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERAZIONWIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 05-May-2007
Expiration Date: 05-May-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 159

```
Domain Name: VERAZONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 05-may-2007
Expiration Date: 05-may-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERAZONWIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 05-May-2007
Expiration Date: 05-May-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 160

```
Domain Name: VEREIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Status: ok
Updated Date: 14-jan-2009
Creation Date: 03-apr-2002
Expiration Date: 03-apr-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VEREIZON.COM
Registrant:
    Private WHOIS FOR VEREIZON.COM
    Privacy Protection          (VEREIZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 03-Apr-2002
Expiration Date: 03-Apr-2009
Domain servers in listed order:
    dns4.name-services.com
    dns3.name-services.com
    dns2.name-services.com
    dns1.name-services.com
Administrative Contact:
    Private WHOIS FOR VEREIZON.COM
    Privacy Protection          (VEREIZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VEREIZON.COM
    Privacy Protection          (VEREIZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VEREIZON.COM
    Privacy Protection          (VEREIZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 161

```
Domain Name: VERI8ZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 18-oct-2006
Expiration Date: 18-oct-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERI8ZON.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 19-Oct-2006
Expiration Date: 19-Oct-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 162

```
Domain Name: VERI9ZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.HITFARM.COM
Name Server: NS2.HITFARM.COM
Status: ok
Updated Date: 08-oct-2008
Creation Date: 29-aug-2006
Expiration Date: 29-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.22226313093
Domain Name: VERI9ZON.COM
Registrant:
    PrivacyProtect.org
    Domain Admin         (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Creation Date: 29-Aug-2006
Expiration Date: 29-Aug-2009
Domain servers in listed order:
    ns2.hitfarm.com
    ns1.hitfarm.com
Administrative Contact:
    PrivacyProtect.org
    Domain Admin         (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Technical Contact:
    PrivacyProtect.org
    Domain Admin         (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Billing Contact:
    PrivacyProtect.org
    Domain Admin         (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Status:ACTIVE
```

Exhibit 16
Page 163

```
Domain Name: VERIAONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS10.LEADNETWORKS.COM
Name Server: DNS9.LEADNETWORKS.COM
Status: ok
Updated Date: 30-sep-2008
Creation Date: 10-dec-2002
Expiration Date: 10-dec-2009
```

```
[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIAONWIRELESS.COM
Registrant:
     Private WHOIS FOR VERIAONWIRELESS.COM
     Privacy Protection          (VERIAONWIRELESS.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 10-Dec-2002
Expiration Date: 10-Dec-2009
Domain servers in listed order:
     dns9.leadnetworks.com
     dns10.leadnetworks.com
Administrative Contact:
     Private WHOIS FOR VERIAONWIRELESS.COM
     Privacy Protection          (VERIAONWIRELESS.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS FOR VERIAONWIRELESS.COM
     Privacy Protection          (VERIAONWIRELESS.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS FOR VERIAONWIRELESS.COM
     Privacy Protection          (VERIAONWIRELESS.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 164

```
     Domain Name: VERIAZON.COM
     Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
     Whois Server: whois.leadnetworks.com
     Referral URL: http://www.leadnetworks.com
     Name Server: DNS1.NAME-SERVICES.COM
     Name Server: DNS2.NAME-SERVICES.COM
     Name Server: DNS3.NAME-SERVICES.COM
     Name Server: DNS4.NAME-SERVICES.COM
     Status: clientDeleteProhibited
     Status: clientTransferProhibited
     Updated Date: 14-jan-2009
     Creation Date: 03-apr-2002
     Expiration Date: 03-apr-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIAZON.COM
Registrant:
     Private WHOIS FOR VERIAZON.COM
     Privacy Protection        (VERIAZON.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 03-Apr-2002
Expiration Date: 03-Apr-2009
Domain servers in listed order:
     dns4.name-services.com
     dns3.name-services.com
     dns2.name-services.com
     dns1.name-services.com
Administrative Contact:
     Private WHOIS FOR VERIAZON.COM
     Privacy Protection        (VERIAZON.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS FOR VERIAZON.COM
     Privacy Protection        (VERIAZON.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS FOR VERIAZON.COM
     Privacy Protection        (VERIAZON.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 165

```
Domain Name: VERINWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 23-aug-2007
Expiration Date: 23-aug-2009


[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERINWIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 23-Aug-2007
Expiration Date: 23-Aug-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 166

```
Domain Name: VERIONFIOS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DSREDIRECTION.COM
Name Server: NS2.DSREDIRECTION.COM
Status: ok
Updated Date: 05-may-2008
Creation Date: 16-oct-2006
Expiration Date: 16-oct-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIONFIOS.COM
Registrant:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Creation Date: 16-Oct-2006
Expiration Date: 16-Oct-2009
Domain servers in listed order:
    ns2.dsredirection.com
    ns1.dsredirection.com
Administrative Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Technical Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Billing Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Status:ACTIVE
```

Exhibit 16
Page 167

```
Domain Name: VERIONONLINE.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 15-feb-2007
Expiration Date: 15-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIONONLINE.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033      (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 15-Feb-2007
Expiration Date: 15-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033      (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033      (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033      (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 168

```
Domain Name: VERIONSWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 21-jan-2007
Expiration Date: 21-jan-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIONSWIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 22-Jan-2007
Expiration Date: 22-Jan-2010
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED



The data in this whois database is provided to you for information purposes only,
that is, to assist you in obtaining information about or related
to a domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree that you will
use this data only for lawful purposes and that, under no circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress
or load this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or by telephone.
The compilation, repackaging, dissemination or other use of this data is expressly prohibited without
prior written consent from us. The Registrar of record is Lead Networks Domains Pvt. Ltd.
We reserve the right to modify these terms at any time.
```

Exhibit 16
Page 169

```
Domain Name: VERIONTRACKER.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.FREEREDIRECTION.NET
Name Server: NS2.FREEREDIRECTION.NET
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 15-jan-2009
Creation Date: 31-may-2003
Expiration Date: 31-may-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIONTRACKER.COM
Registrant:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Creation Date: 31-May-2003
Expiration Date: 31-May-2010
Domain servers in listed order:
    ns1.freeredirection.net
    ns2.freeredirection.net
Administrative Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Technical Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Billing Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Status:LOCKED
```

Exhibit 16
Page 170

```
Domain Name: VERIONWIELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 01-dec-2006
Expiration Date: 01-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIONWIELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 02-Dec-2006
Expiration Date: 02-Dec-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 171

```
Domain Name: VERIOZEN.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Status: ok
Updated Date: 14-jan-2009
Creation Date: 15-aug-2002
Expiration Date: 15-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIOZEN.COM
Registrant:
     Private WHOIS FOR VERIOZEN.COM
     Privacy Protection        (VERIOZEN.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 15-Aug-2002
Expiration Date: 15-Aug-2009
Domain servers in listed order:
     dns4.name-services.com
     dns3.name-services.com
     dns2.name-services.com
     dns1.name-services.com
Administrative Contact:
     Private WHOIS FOR VERIOZEN.COM
     Privacy Protection        (VERIOZEN.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS FOR VERIOZEN.COM
     Privacy Protection        (VERIOZEN.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS FOR VERIOZEN.COM
     Privacy Protection        (VERIOZEN.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 172

```
Domain Name: VERIOZIONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 26-jun-2007
Expiration Date: 26-jun-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIOZIONWIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 26-jun-2007
Expiration Date: 26-Jun-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 173

```
Domain Name: VERIOZN.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 03-jun-2008
Creation Date: 06-jun-2002
Expiration Date: 06-jun-2009

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VERIOZN.COM
Registrant:
    Private WHOIS FOR VERIOZN.COM
    Privacy Protection          (VERIOZN.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 06-Jun-2002
Expiration Date: 06-Jun-2009
Domain servers in listed order:
    ns1.domainmanager.com
    ns2.domainmanager.com
Administrative Contact:
    Private WHOIS FOR VERIOZN.COM
    Privacy Protection              (VERIOZN.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VERIOZN.COM
    Privacy Protection              (VERIOZN.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VERIOZN.COM
    Privacy Protection          (VERIOZN.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 174

```
     Domain Name: VERIOZONWIRELESS.COM
     Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
     Whois Server: whois.leadnetworks.com
     Referral URL: http://www.leadnetworks.com
     Name Server: DNS10.LEADNETWORKS.COM
     Name Server: DNS9.LEADNETWORKS.COM
     Status: ok
     Updated Date: 30-sep-2008
     Creation Date: 09-dec-2002
     Expiration Date: 09-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIOZONWIRELESS.COM
Registrant:
     Private WHOIS FOR VERIOZONWIRELESS.COM
     Privacy Protection        (veriozonwireless.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 09-Dec-2002
Expiration Date: 09-Dec-2009
Domain servers in listed order:
     dns9.leadnetworks.com
     dns10.leadnetworks.com
Administrative Contact:
     Private WHOIS FOR VERIOZONWIRELESS.COM
     Privacy Protection         (veriozonwireless.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS FOR VERIOZONWIRELESS.COM
     Privacy Protection         (veriozonwireless.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS FOR VERIOZONWIRELESS.COM
     Privacy Protection         (veriozonwireless.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 175

```
Domain Name: VERIOZONWIRLESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIOZONWIRLESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 176

```
Domain Name: VERIRONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 05-mar-2007
Expiration Date: 05-mar-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIRONWIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 05-mar-2007
Expiration Date: 05-Mar-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 177

```
   Domain Name: VERISENWIRELESS.COM
   Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
   Whois Server: whois.leadnetworks.com
   Referral URL: http://www.leadnetworks.com
   Name Server: DNS1.NAME-SERVICES.COM
   Name Server: DNS2.NAME-SERVICES.COM
   Name Server: DNS3.NAME-SERVICES.COM
   Name Server: DNS4.NAME-SERVICES.COM
   Name Server: DNS5.NAME-SERVICES.COM
   Status: ok
   Updated Date: 07-jul-2008
   Creation Date: 04-dec-2004
   Expiration Date: 04-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERISENWIRELESS.COM
Registrant:
   PrivacyProtect.org
   Domain Admin        (contact@privacyprotect.org)
   P.O. Box 97
   Note - All Postal Mails Rejected, visit Privacyprotect.org
   Moergestel
   null,5066 ZH
   NL
   Tel. +45.36946676
Creation Date: 04-Dec-2004
Expiration Date: 04-Dec-2009
Domain servers in listed order:
   dns1.name-services.com
   dns4.name-services.com
   dns3.name-services.com
   dns5.name-services.com
   dns2.name-services.com
Administrative Contact:
   PrivacyProtect.org
   Domain Admin        (contact@privacyprotect.org)
   P.O. Box 97
   Note - All Postal Mails Rejected, visit Privacyprotect.org
   Moergestel
   null,5066 ZH
   NL
   Tel. +45.36946676
Technical Contact:
   PrivacyProtect.org
   Domain Admin        (contact@privacyprotect.org)
   P.O. Box 97
   Note - All Postal Mails Rejected, visit Privacyprotect.org
   Moergestel
   null,5066 ZH
   NL
   Tel. +45.36946676
Billing Contact:
   PrivacyProtect.org
   Domain Admin        (contact@privacyprotect.org)
   P.O. Box 97
   Note - All Postal Mails Rejected, visit Privacyprotect.org
   Moergestel
   null,5066 ZH
   NL
   Tel. +45.36946676
Status:ACTIVE
```

Exhibit 16
Page 178

```
Domain Name: VERISEON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 06-sep-2007
Expiration Date: 06-sep-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERISEON.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 06-Sep-2007
Expiration Date: 06-Sep-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 179

```
Domain Name: VERISIONPHONES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERISIONPHONES.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
.
```

Exhibit 16
Page 180

```
Domain Name: VERISON-WIRLESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 19-feb-2007
Expiration Date: 19-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERISON-WIRLESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 19-Feb-2007
Expiration Date: 19-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 181

```
Domain Name: VERISONBUSINESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 15-feb-2007
Expiration Date: 15-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERISONBUSINESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 15-Feb-2007
Expiration Date: 15-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 182

```
Domain Name: VERISONCAREERS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DNSING.NET
Name Server: NS2.DNSING.NET
Status: ok
Updated Date: 13-dec-2008
Creation Date: 19-jun-2008
Expiration Date: 19-jun-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERISONCAREERS.COM
Registrant:
      Private Whois Escrow Domains Private Limited.
      Private Whois For Z08P36200808       (Z08P36200808@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 19-Jun-2008
Expiration Date: 19-Jun-2010
Domain servers in listed order:
      ns1.dnsing.net
      ns2.dnsing.net
Administrative Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For Z08P36200808          (Z08P36200808@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For Z08P36200808          (Z08P36200808@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For Z08P36200808          (Z08P36200808@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 183

```
Domain Name: VERISONEWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERISONEWIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 184

```
    Domain Name: VERISONMOBILE.COM
    Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
    Whois Server: whois.leadnetworks.com
    Referral URL: http://www.leadnetworks.com
    Name Server: NS1.FASTPARK.NET
    Name Server: NS2.FASTPARK.NET
    Status: ok
    Updated Date: 30-oct-2008
    Creation Date: 27-dec-2007
    Expiration Date: 27-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERISONMOBILE.COM
Registrant:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Creation Date: 27-Dec-2007
Expiration Date: 27-Dec-2009
Domain servers in listed order:
    ns1.fastpark.net
    ns2.fastpark.net
Administrative Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Technical Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Billing Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Status:ACTIVE
```

Exhibit 16
Page 185

```
Domain Name: VERISONONLINE.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Status: ok
Updated Date: 14-jan-2009
Creation Date: 09-aug-2002
Expiration Date: 09-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERISONONLINE.COM
Registrant:
     Private WHOIS FOR VERISONONLINE.COM
     Privacy Protection        (verisononline.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 09-Aug-2002
Expiration Date: 09-Aug-2009
Domain servers in listed order:
     dns4.name-services.com
     dns3.name-services.com
     dns2.name-services.com
     dns1.name-services.com
Administrative Contact:
     Private WHOIS FOR VERISONONLINE.COM
     Privacy Protection        (verisononline.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS FOR VERISONONLINE.COM
     Privacy Protection        (verisononline.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS FOR VERISONONLINE.COM
     Privacy Protection        (verisononline.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 186

```
Domain Name: VERISONPCS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERISONPCS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033           (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033           (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033           (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033           (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 187

```
Domain Name: VERISONPHONES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS10.LEADNETWORKS.COM
Name Server: DNS9.LEADNETWORKS.COM
Status: ok
Updated Date: 13-dec-2008
Creation Date: 24-oct-2005
Expiration Date: 24-oct-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERISONPHONES.COM
Registrant:
    Leadnetworks Domains pvt Ltd
    Pending Delete Domain      (pending-delete@leadnetworks.com)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 24-Oct-2005
Expiration Date: 24-Oct-2009
Domain servers in listed order:
    dns9.leadnetworks.com
    dns10.leadnetworks.com
Administrative Contact:
    Leadnetworks Domains pvt Ltd
    Pending Delete Domain      (pending-delete@leadnetworks.com)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Leadnetworks Domains pvt Ltd
    Pending Delete Domain      (pending-delete@leadnetworks.com)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Leadnetworks Domains pvt Ltd
    Pending Delete Domain      (pending-delete@leadnetworks.com)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 188

```
Domain Name: VERISONPICS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERISONPICS.COM
Registrant:
      Private Whois Escrow Domains Private Limited.
      PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
      707,C-Wing,7th Floor,The Neptune Versova Society,
      Lokhandwala Complex,4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
      dns11.leadnetworks.com
      dns12.leadnetworks.com
Administrative Contact:
      Private Whois Escrow Domains Private Limited.
      PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
      707,C-Wing,7th Floor,The Neptune Versova Society,
      Lokhandwala Complex,4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private Whois Escrow Domains Private Limited.
      PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
      707,C-Wing,7th Floor,The Neptune Versova Society,
      Lokhandwala Complex,4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private Whois Escrow Domains Private Limited.
      PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
      707,C-Wing,7th Floor,The Neptune Versova Society,
      Lokhandwala Complex,4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 189

```
Domain Name: VERISONPREPAYED.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 04-feb-2007
Expiration Date: 04-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERISONPREPAYED.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 04-Feb-2007
Expiration Date: 04-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 190

```
Domain Name: VERISONVIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 30-aug-2007
Expiration Date: 30-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERISONVIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033       (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 31-Aug-2007
Expiration Date: 31-Aug-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033       (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033       (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033       (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 191

```
Domain Name: VERISONWEIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 20-feb-2007
Expiration Date: 20-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERISONWEIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 20-Feb-2007
Expiration Date: 20-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 192

```
Domain Name: VERISONWERLESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERISONWERLESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033       (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033       (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033       (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033       (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 193

```
Domain Name: VERISONWILESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERISONWILESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 194

```
Domain Name: VERISONWIREESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERISONWIREESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 195

```
Domain Name: VERISONWIRELES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: ok
Updated Date: 13-jan-2009
Creation Date: 18-jun-2003
Expiration Date: 18-jun-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERISONWIRELES.COM
Registrant:
    Private WHOIS FOR VERISONWIRELES.COM
    Privacy Protection        (verisonwireles.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 18-Jun-2009
Expiration Date: 18-Jun-2009
Domain servers in listed order:
    dns5.name-services.com
    dns4.name-services.com
    dns3.name-services.com
    dns2.name-services.com
    dns1.name-services.com
Administrative Contact:
    Private WHOIS FOR VERISONWIRELES.COM
    Privacy Protection        (verisonwireles.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VERISONWIRELES.COM
    Privacy Protection        (verisonwireles.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VERISONWIRELES.COM
    Privacy Protection        (verisonwireles.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 196

```
   Domain Name: VERISONWIRELESSINTERNET.COM
   Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
   Whois Server: whois.leadnetworks.com
   Referral URL: http://www.leadnetworks.com
   Name Server: DNS11.LEADNETWORKS.COM
   Name Server: DNS12.LEADNETWORKS.COM
   Status: ok
   Updated Date: 19-nov-2008
   Creation Date: 19-sep-2008
   Expiration Date: 19-sep-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERISONWIRELESSINTERNET.COM
Registrant:
   Private Whois Escrow Domains Private Limited.
   PRIVATE WHOIS  FOR PRIVATE31181001        (PRIVATE31181001@privatewhois.in)
   707,C-Wing,7th Floor,The Neptune Versova Society
   Lokhandwala Complex,4th Cross Road,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Creation Date: 19-Sep-2008
Expiration Date: 19-Sep-2009
Domain servers in listed order:
   dns11.leadnetworks.com
   dns12.leadnetworks.com
Administrative Contact:
   Private Whois Escrow Domains Private Limited.
   PRIVATE WHOIS  FOR PRIVATE31181001              (PRIVATE31181001@privatewhois.in)
   707,C-Wing,7th Floor,The Neptune Versova Society
   Lokhandwala Complex,4th Cross Road,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Technical Contact:
   Private Whois Escrow Domains Private Limited.
   PRIVATE WHOIS  FOR PRIVATE31181001              (PRIVATE31181001@privatewhois.in)
   707,C-Wing,7th Floor,The Neptune Versova Society
   Lokhandwala Complex,4th Cross Road,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Billing Contact:
   Private Whois Escrow Domains Private Limited.
   PRIVATE WHOIS  FOR PRIVATE31181001              (PRIVATE31181001@privatewhois.in)
   707,C-Wing,7th Floor,The Neptune Versova Society
   Lokhandwala Complex,4th Cross Road,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 197

```
Domain Name: VERISONWIRELLES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERISONWIRELLES.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 198

```
Domain Name: VERISONWIRELWSS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009


[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERISONWIRELWSS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 199

```
   Domain Name: VERISONWIRERLES.COM
   Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
   Whois Server: whois.leadnetworks.com
   Referral URL: http://www.leadnetworks.com
   Name Server: NS1.DNSING.NET
   Name Server: NS2.DNSING.NET
   Status: ok
   Updated Date: 13-dec-2008
   Creation Date: 15-jun-2008
   Expiration Date: 15-jun-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERISONWIRERLES.COM
Registrant:
   Private Whois Escrow Domains Private Limited.
   Private Whois For Z03P36090808        (Z03P36090808@privatewhois.in)
   707,C-Wing,7th Floor, The Neptune Versova Society,
   Lokhandwala Complex, 4th Cross Road,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Creation Date: 15-Jun-2008
Expiration Date: 15-Jun-2010
Domain servers in listed order:
   ns1.dnsing.net
   ns2.dnsing.net
Administrative Contact:
   Private Whois Escrow Domains Private Limited.
   Private Whois For Z03P36090808        (Z03P36090808@privatewhois.in)
   707,C-Wing,7th Floor, The Neptune Versova Society,
   Lokhandwala Complex, 4th Cross Road,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Technical Contact:
   Private Whois Escrow Domains Private Limited.
   Private Whois For Z03P36090808        (Z03P36090808@privatewhois.in)
   707,C-Wing,7th Floor, The Neptune Versova Society,
   Lokhandwala Complex, 4th Cross Road,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Billing Contact:
   Private Whois Escrow Domains Private Limited.
   Private Whois For Z03P36090808        (Z03P36090808@privatewhois.in)
   707,C-Wing,7th Floor, The Neptune Versova Society,
   Lokhandwala Complex, 4th Cross Road,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 200

```
Domain Name: VERISONWIRESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 21-feb-2007
Expiration Date: 21-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERISONWIRESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033       (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 21-Feb-2007
Expiration Date: 21-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033       (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033       (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033       (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 201

```
Domain Name: VERISONWIRLESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Updated Date: 13-jan-2009
Creation Date: 03-apr-2002
Expiration Date: 03-apr-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERISONWIRLESS.COM
Registrant:
     Private WHOIS FOR VERISONWIRLESS.COM
     Privacy Protection         (VERISONWIRLESS.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 03-Apr-2002
Expiration Date: 03-Apr-2009
Domain servers in listed order:
     dns5.name-services.com
     dns4.name-services.com
     dns3.name-services.com
     dns2.name-services.com
     dns1.name-services.com
Administrative Contact:
     Private WHOIS FOR VERISONWIRLESS.COM
     Privacy Protection         (VERISONWIRLESS.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS FOR VERISONWIRLESS.COM
     Privacy Protection         (VERISONWIRLESS.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS FOR VERISONWIRLESS.COM
     Privacy Protection         (VERISONWIRLESS.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 202

```
Domain Name: VERISZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Status: ok
Updated Date: 14-jan-2009
Creation Date: 24-may-2002
Expiration Date: 24-may-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERISZON.COM
Registrant:
    Private WHOIS FOR VERISZON.COM
    Privacy Protection          (VERISZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 24-May-2002
Expiration Date: 24-May-2009
Domain servers in listed order:
    dns4.name-services.com
    dns3.name-services.com
    dns2.name-services.com
    dns1.name-services.com
Administrative Contact:
    Private WHOIS FOR VERISZON.COM
    Privacy Protection          (VERISZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VERISZON.COM
    Privacy Protection          (VERISZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VERISZON.COM
    Privacy Protection          (VERISZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 203

```
Domain Name: VERISZONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Updated Date: 13-jan-2009
Creation Date: 21-jun-2003
Expiration Date: 21-jun-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERISZONWIRELESS.COM
Registrant:
     Private WHOIS FOR VERISZONWIRELESS.COM
     Privacy Protection         (veriszonwireless.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 22-Jun-2003
Expiration Date: 22-Jun-2009
Domain servers in listed order:
     dns5.name-services.com
     dns4.name-services.com
     dns3.name-services.com
     dns2.name-services.com
     dns1.name-services.com
Administrative Contact:
     Private WHOIS FOR VERISZONWIRELESS.COM
     Privacy Protection         (veriszonwireless.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS FOR VERISZONWIRELESS.COM
     Privacy Protection         (veriszonwireless.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS FOR VERISZONWIRELESS.COM
     Privacy Protection         (veriszonwireless.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 204

```
Domain Name: VERIXONCENTRAL.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.IDNSSERVER.NET
Name Server: NS2.IDNSSERVER.NET
Status: ok
Updated Date: 10-sep-2008
Creation Date: 30-jul-2007
Expiration Date: 30-jul-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIXONCENTRAL.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR verixoncentral.com        (verixoncentral.com@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 30-Jul-2007
Expiration Date: 30-Jul-2009
Domain servers in listed order:
     ns1.idnsserver.net
     ns2.idnsserver.net
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR verixoncentral.com        (verixoncentral.com@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR verixoncentral.com        (verixoncentral.com@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR verixoncentral.com        (verixoncentral.com@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 205

```
Domain Name: VERIZENWIRELES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZENWIRELES.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 206

```
Domain Name: VERIZINWIRLESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZINWIRLESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 207

```
Domain Name: VERIZION22.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZION22.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 208

```
Domain Name: VERIZIONMAIL.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZIONMAIL.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 209

```
Domain Name: VERIZIONMOBILE.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009


[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZIONMOBILE.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 210

```
Domain Name: VERIZIONWIRELESSREBATES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.FASTPARK.NET
Name Server: NS2.FASTPARK.NET
Status: ok
Updated Date: 04-sep-2008
Creation Date: 07-jun-2006
Expiration Date: 07-jun-2009

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VERIZIONWIRELESSREBATES.COM
Registrant:
    PRIVATE WHOIS FOR VERIZIONWIRELESSREBATES.COM
    Privacy Protection          (VERIZIONWIRELESSREBATES.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 07-Jun-2006
Expiration Date: 07-Jun-2009
Domain servers in listed order:
    ns1.fastpark.net
    ns2.fastpark.net
Administrative Contact:
    PRIVATE WHOIS FOR VERIZIONWIRELESSREBATES.COM
    Privacy Protection          (VERIZIONWIRELESSREBATES.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    PRIVATE WHOIS FOR VERIZIONWIRELESSREBATES.COM
    Privacy Protection          (VERIZIONWIRELESSREBATES.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    PRIVATE WHOIS FOR VERIZIONWIRELESSREBATES.COM
    Privacy Protection          (VERIZIONWIRELESSREBATES.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 211

```
Domain Name: VERIZIONWIRLES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZIONWIRLES.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
.
```

Exhibit 16
Page 212

```
    Domain Name: VERIZIONWIRLESS.COM
    Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
    Whois Server: whois.leadnetworks.com
    Referral URL: http://www.leadnetworks.com
    Name Server: NS1.DOMAINMANAGER.COM
    Name Server: NS2.DOMAINMANAGER.COM
    Status: clientDeleteProhibited
    Status: clientTransferProhibited
    Updated Date: 20-may-2008
    Creation Date: 03-apr-2002
    Expiration Date: 03-apr-2009

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VERIZIONWIRLESS.COM
Registrant:
    Private WHOIS FOR VERIZIONWIRLESS.COM
    Privacy Protection         (VERIZIONWIRLESS.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 03-Apr-2002
Expiration Date: 03-Apr-2009
Domain servers in listed order:
    ns1.domainmanager.com
    ns2.domainmanager.com
Administrative Contact:
    Private WHOIS FOR VERIZIONWIRLESS.COM
    Privacy Protection         (VERIZIONWIRLESS.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VERIZIONWIRLESS.COM
    Privacy Protection         (VERIZIONWIRLESS.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VERIZIONWIRLESS.COM
    Privacy Protection         (VERIZIONWIRLESS.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
    .
```

Exhibit 16
Page 213

```
Domain Name: VERIZIONYELLOWPAGES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 02-feb-2007
Expiration Date: 02-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZIONYELLOWPAGES.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 02-Feb-2007
Expiration Date: 02-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
.
```

Exhibit 16
Page 214

```
     Domain Name: VERIZIZONWIRELESS.COM
     Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
     Whois Server: whois.leadnetworks.com
     Referral URL: http://www.leadnetworks.com
     Name Server: DNS1.LEADNETWORKS.COM
     Name Server: DNS12.LEADNETWORKS.COM
     Status: clientDeleteProhibited
     Status: clientTransferProhibited
     Status: clientUpdateProhibited
     Updated Date: 01-oct-2008
     Creation Date: 10-feb-2007
     Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZIZONWIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 215

```
Domain Name: VERIZKN.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 16-oct-2008
Creation Date: 17-aug-2008
Expiration Date: 17-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZKN.COM
Registrant:
      Private WHOIS
      Privacy Protection          (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 17-Aug-2009
Expiration Date: 17-Aug-2009
Domain servers in listed order:
      ns2.domainmanager.com
      ns1.domainmanager.com
Administrative Contact:
      Private WHOIS
      Privacy Protection          (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private WHOIS
      Privacy Protection          (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private WHOIS
      Privacy Protection          (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 216

```
   Domain Name: VERIZNOWIRELESS.COM
   Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
   Whois Server: whois.leadnetworks.com
   Referral URL: http://www.leadnetworks.com
   Name Server: DNS1.NAME-SERVICES.COM
   Name Server: DNS2.NAME-SERVICES.COM
   Name Server: DNS3.NAME-SERVICES.COM
   Name Server: DNS4.NAME-SERVICES.COM
   Name Server: DNS5.NAME-SERVICES.COM
   Status: ok
   Updated Date: 13-jan-2009
   Creation Date: 18-jun-2003
   Expiration Date: 18-jun-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZNOWIRELESS.COM
Registrant:
   Private WHOIS FOR VERIZNOWIRELESS.COM
   Privacy Protection        (veriznowireless.com@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Creation Date: 18-Jun-2009
Expiration Date: 18-Jun-2009
Domain servers in listed order:
   dns5.name-services.com
   dns4.name-services.com
   dns3.name-services.com
   dns2.name-services.com
   dns1.name-services.com
Administrative Contact:
   Private WHOIS FOR VERIZNOWIRELESS.COM
   Privacy Protection        (veriznowireless.com@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Technical Contact:
   Private WHOIS FOR VERIZNOWIRELESS.COM
   Privacy Protection        (veriznowireless.com@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Billing Contact:
   Private WHOIS FOR VERIZNOWIRELESS.COM
   Privacy Protection        (veriznowireless.com@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 217

```
Domain Name: VERIZOFIOS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 09-dec-2006
Expiration Date: 09-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZOFIOS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Dec-2006
Expiration Date: 10-Dec-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 218

```
  Domain Name: VERIZOINWIRELESS.COM
  Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
  Whois Server: whois.leadnetworks.com
  Referral URL: http://www.leadnetworks.com
  Name Server: NS1.DOMAINMANAGER.COM
  Name Server: NS2.DOMAINMANAGER.COM
  Status: ok
  Updated Date: 06-aug-2008
  Creation Date: 22-mar-2006
  Expiration Date: 22-mar-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZOINWIRELESS.COM
Registrant:
   Private WHOIS
   Privacy Protection         (pr342Q82h7@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Creation Date: 22-Mar-2006
Expiration Date: 22-Mar-2010
Domain servers in listed order:
   ns1.domainmanager.com
   ns2.domainmanager.com
Administrative Contact:
   Private WHOIS
   Privacy Protection         (pr342Q82h7@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Technical Contact:
   Private WHOIS
   Privacy Protection         (pr342Q82h7@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Billing Contact:
   Private WHOIS
   Privacy Protection         (pr342Q82h7@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Status:ACTIVE
.
```

Exhibit 16
Page 219

```
Domain Name: VERIZOLNWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 16-oct-2008
Creation Date: 17-aug-2008
Expiration Date: 17-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZOLNWIRELESS.COM
Registrant:
    Private WHOIS
    Privacy Protection        (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 17-Aug-2008
Expiration Date: 17-Aug-2009
Domain servers in listed order:
    ns2.domainmanager.com
    ns1.domainmanager.com
Administrative Contact:
    Private WHOIS
    Privacy Protection        (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS
    Privacy Protection        (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS
    Privacy Protection        (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 220

```
Domain Name: VERIZON-WIRLESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 04-mar-2007
Expiration Date: 04-mar-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZON-WIRLESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 04-Mar-2007
Expiration Date: 04-Mar-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 221

```
Domain Name: VERIZON1.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 02-feb-2007
Expiration Date: 02-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZON1.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 02-Feb-2007
Expiration Date: 02-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 222

```
Domain Name: VERIZON2.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 23-feb-2007
Expiration Date: 23-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZON2.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 23-Feb-2007
Expiration Date: 23-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 223

```
Domain Name: VERIZONARENA.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Status: ok
Updated Date: 14-jan-2009
Creation Date: 11-jan-2003
Expiration Date: 11-jan-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONARENA.COM
Registrant:
    Private WHOIS FOR VERIZONARENA.COM
    Privacy Protection          (verizonarena.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
Creation Date: 12-Jan-2003
Expiration Date: 12-Jan-2010
Domain servers in listed order:
    dns4.name-services.com
    dns3.name-services.com
    dns2.name-services.com
    dns1.name-services.com
Administrative Contact:
    Private WHOIS FOR VERIZONARENA.COM
    Privacy Protection          (verizonarena.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
Technical Contact:
    Private WHOIS FOR VERIZONARENA.COM
    Privacy Protection          (verizonarena.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
Billing Contact:
    Private WHOIS FOR VERIZONARENA.COM
    Privacy Protection          (verizonarena.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
Status:ACTIVE
```

Exhibit 16
Page 224

```
Domain Name: VERIZONBUSINESSDSL.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 01-dec-2006
Expiration Date: 01-dec-2009


[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONBUSINESSDSL.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 02-Dec-2006
Expiration Date: 02-Dec-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 225

```
Domain Name: VERIZONCARRERS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 21-jan-2007
Expiration Date: 21-jan-2010


[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONCARRERS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 22-Jan-2007
Expiration Date: 22-Jan-2010
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 226

```
Domain Name: VERIZONCELLPHONE.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 16-sep-2008
Creation Date: 21-jun-2004
Expiration Date: 21-jun-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONCELLPHONE.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For verizoncellphone.com       (verizoncellphone.com@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 21-Jun-2004
Expiration Date: 21-Jun-2010
Domain servers in listed order:
     ns1.domainmanager.com
     ns2.domainmanager.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For verizoncellphone.com       (verizoncellphone.com@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For verizoncellphone.com       (verizoncellphone.com@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For verizoncellphone.com       (verizoncellphone.com@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 227

```
Domain Name: VERIZONCELLUAR.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.FASTPARK.NET
Name Server: NS2.FASTPARK.NET
Status: ok
Updated Date: 04-sep-2008
Creation Date: 09-nov-2005
Expiration Date: 09-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VERIZONCELLUAR.COM
Registrant:
      PRIVATE WHOIS FOR VERIZONCELLUAR.COM
      Privacy Protection          (VERIZONCELLUAR.COM@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 09-Nov-2005
Expiration Date: 09-Nov-2009
Domain servers in listed order:
      ns1.fastpark.net
      ns2.fastpark.net
Administrative Contact:
      PRIVATE WHOIS FOR VERIZONCELLUAR.COM
      Privacy Protection          (VERIZONCELLUAR.COM@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      PRIVATE WHOIS FOR VERIZONCELLUAR.COM
      Privacy Protection          (VERIZONCELLUAR.COM@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      PRIVATE WHOIS FOR VERIZONCELLUAR.COM
      Privacy Protection          (VERIZONCELLUAR.COM@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 228

```
Domain Name: VERIZONCELULAR.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 02-feb-2007
Expiration Date: 02-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONCELULAR.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 02-Feb-2007
Expiration Date: 02-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 229

```
Domain Name: VERIZONCENTREL.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-dec-2006
Expiration Date: 10-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONCENTREL.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Dec-2006
Expiration Date: 10-Dec-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 230

```
Domain Name: VERIZONEPHONES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 21-jan-2007
Expiration Date: 21-jan-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONEPHONES.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033       (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 22-Jan-2007
Expiration Date: 22-Jan-2010
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033       (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033       (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033       (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 231

```
Domain Name: VERIZONFILES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 24-jan-2007
Expiration Date: 24-jan-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONFILES.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 24-Jan-2007
Expiration Date: 24-Jan-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 232

```
Domain Name: VERIZONFIOSINTERNET.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 09-feb-2007
Expiration Date: 09-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONFIOSINTERNET.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 09-Feb-2007
Expiration Date: 09-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 233

```
Domain Name: VERIZONFIOSTV.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 06-aug-2008
Creation Date: 02-feb-2005
Expiration Date: 02-feb-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONFIOSTV.COM
Registrant:
     Private WHOIS
     Privacy Protection         (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 02-Feb-2005
Expiration Date: 02-Feb-2010
Domain servers in listed order:
     ns1.domainmanager.com
     ns2.domainmanager.com
Administrative Contact:
     Private WHOIS
     Privacy Protection         (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS
     Privacy Protection         (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS
     Privacy Protection         (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 234

```
Domain Name: VERIZONFISO.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 09-feb-2007
Expiration Date: 09-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONFISO.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 09-Feb-2007
Expiration Date: 09-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 235

```
Domain Name: VERIZONFREERINGTONES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 06-aug-2008
Creation Date: 17-oct-2005
Expiration Date: 17-oct-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONFREERINGTONES.COM
Registrant:
    Private WHOIS
    Privacy Protection        (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 17-Oct-2005
Expiration Date: 17-Oct-2010
Domain servers in listed order:
    ns1.domainmanager.com
    ns2.domainmanager.com
Administrative Contact:
    Private WHOIS
    Privacy Protection        (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS
    Privacy Protection        (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS
    Privacy Protection        (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 236

```
Domain Name: VERIZONGAMES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 05-aug-2008
Creation Date: 26-nov-2005
Expiration Date: 26-nov-2010


[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONGAMES.COM
Registrant:
     993
     Vitautas Landsbergis        (vitautas.landsbergis@gmail.com)
     Akmenu Gatve 9
     Vilnius
     VIL,03106
     LT
     Tel. +852.37032143
Creation Date: 26-Nov-2005
Expiration Date: 26-Nov-2010
Domain servers in listed order:
     ns2.domainmanager.com
     ns1.domainmanager.com
Administrative Contact:
     993
     Vitautas Landsbergis        (vitautas.landsbergis@gmail.com)
     Akmenu Gatve 9
     Vilnius
     VIL,03106
     LT
     Tel. +852.37032143
Technical Contact:
     993
     Vitautas Landsbergis        (vitautas.landsbergis@gmail.com)
     Akmenu Gatve 9
     Vilnius
     VIL,03106
     LT
     Tel. +852.37032143
Billing Contact:
     993
     Vitautas Landsbergis        (vitautas.landsbergis@gmail.com)
     Akmenu Gatve 9
     Vilnius
     VIL,03106
     LT
     Tel. +852.37032143
Status:ACTIVE
```

Exhibit 16
Page 237

```
      Domain Name: VERIZONHAWAII.COM
      Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
      Whois Server: whois.leadnetworks.com
      Referral URL: http://www.leadnetworks.com
      Name Server: DNS1.NAME-SERVICES.COM
      Name Server: DNS2.NAME-SERVICES.COM
      Name Server: DNS3.NAME-SERVICES.COM
      Name Server: DNS4.NAME-SERVICES.COM
      Status: ok
      Updated Date: 14-jan-2009
      Creation Date: 04-jul-2002
      Expiration Date: 04-jul-2009

   [whois.leadnetworks.com]
   Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
   Contact: +91.2226313093
   Domain Name: VERIZONHAWAII.COM
   Registrant:
         Private WHOIS FOR VERIZONHAWAII.COM
         Privacy Protection          (verizonhawaii.com@privatewhois.in)
         B-304,Florida, Y-11, Shastrinagar,
         Lokhandwala Complex,
         Andheri (West)
         Mumbai
         Maharashtra,400053
         IN
         Tel. +91.02226300138
         Fax. +91.02226311820
   Creation Date: 04-Jul-2002
   Expiration Date: 04-Jul-2009
   Domain servers in listed order:
         dns4.name-services.com
         dns3.name-services.com
         dns2.name-services.com
         dns1.name-services.com
   Administrative Contact:
         Private WHOIS FOR VERIZONHAWAII.COM
         Privacy Protection          (verizonhawaii.com@privatewhois.in)
         B-304,Florida, Y-11, Shastrinagar,
         Lokhandwala Complex,
         Andheri (West)
         Mumbai
         Maharashtra,400053
         IN
         Tel. +91.02226300138
         Fax. +91.02226311820
   Technical Contact:
         Private WHOIS FOR VERIZONHAWAII.COM
         Privacy Protection          (verizonhawaii.com@privatewhois.in)
         B-304,Florida, Y-11, Shastrinagar,
         Lokhandwala Complex,
         Andheri (West)
         Mumbai
         Maharashtra,400053
         IN
         Tel. +91.02226300138
         Fax. +91.02226311820
   Billing Contact:
         Private WHOIS FOR VERIZONHAWAII.COM
         Privacy Protection          (verizonhawaii.com@privatewhois.in)
         B-304,Florida, Y-11, Shastrinagar,
         Lokhandwala Complex,
         Andheri (West)
         Mumbai
         Maharashtra,400053
         IN
         Tel. +91.02226300138
         Fax. +91.02226311820
   Status:ACTIVE
```

Exhibit 16
Page 238

```
Domain Name: VERIZONHOTMAIL.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 19-feb-2007
Expiration Date: 19-feb-2009


[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONHOTMAIL.COM
Registrant:
     Private Whois Escrow Domains Private Limiteed.
     PRIVATE WHOIS FOR P31720804        (P31720804@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 19-Feb-2007
Expiration Date: 19-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limiteed.
     PRIVATE WHOIS FOR P31720804        (P31720804@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limiteed.
     PRIVATE WHOIS FOR P31720804        (P31720804@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limiteed.
     PRIVATE WHOIS FOR P31720804        (P31720804@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 239

```
      Domain Name: VERIZONINPULSE.COM
      Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
      Whois Server: whois.leadnetworks.com
      Referral URL: http://www.leadnetworks.com
      Name Server: NS1.DOMAINMANAGER.COM
      Name Server: NS2.DOMAINMANAGER.COM
      Status: ok
      Updated Date: 16-sep-2008
      Creation Date: 11-mar-2005
      Expiration Date: 11-mar-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONINPULSE.COM
Registrant:
      Private Whois Escrow Domains Private Limited.
      Private Whois For verizoninpulse.com          (verizoninpulse.com@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 12-Mar-2005
Expiration Date: 12-Mar-2010
Domain servers in listed order:
      ns1.domainmanager.com
      ns2.domainmanager.com
Administrative Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For verizoninpulse.com          (verizoninpulse.com@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For verizoninpulse.com          (verizoninpulse.com@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For verizoninpulse.com          (verizoninpulse.com@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 240

```
Domain Name: VERIZONIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: ok
Updated Date: 13-jan-2009
Creation Date: 10-dec-2002
Expiration Date: 10-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONIRELESS.COM
Registrant:
    Private WHOIS FOR VERIZONIRELESS.COM
    Privacy Protection        (verizonireless.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Dec-2002
Expiration Date: 10-Dec-2009
Domain servers in listed order:
    dns5.name-services.com
    dns4.name-services.com
    dns3.name-services.com
    dns2.name-services.com
    dns1.name-services.com
Administrative Contact:
    Private WHOIS FOR VERIZONIRELESS.COM
    Privacy Protection        (verizonireless.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VERIZONIRELESS.COM
    Privacy Protection        (verizonireless.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VERIZONIRELESS.COM
    Privacy Protection        (verizonireless.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 241

```
Domain Name: VERIZONJOB.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DSREDIRECTION.COM
Name Server: NS2.DSREDIRECTION.COM
Status: ok
Updated Date: 20-nov-2008
Creation Date: 27-nov-2005
Expiration Date: 27-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VERIZONJOB.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For zalp16180906          (zalp16180906@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 27-Nov-2005
Expiration Date: 27-Nov-2009
Domain servers in listed order:
    ns2.dsredirection.com
    ns1.dsredirection.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For zalp16180906          (zalp16180906@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For zalp16180906          (zalp16180906@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For zalp16180906          (zalp16180906@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 242

```
Domain Name: VERIZONLESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: ok
Updated Date: 13-jan-2009
Creation Date: 26-may-2002
Expiration Date: 26-may-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONLESS.COM
Registrant:
    Private WHOIS FOR VERIZONLESS.COM
    Privacy Protection          (verizonless.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 27-May-2002
Expiration Date: 27-May-2009
Domain servers in listed order:
    dns5.name-services.com
    dns4.name-services.com
    dns3.name-services.com
    dns2.name-services.com
    dns1.name-services.com
Administrative Contact:
    Private WHOIS FOR VERIZONLESS.COM
    Privacy Protection          (verizonless.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VERIZONLESS.COM
    Privacy Protection          (verizonless.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VERIZONLESS.COM
    Privacy Protection          (verizonless.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 243

```
Domain Name: VERIZONMIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.CNOMY.COM
Name Server: DNS2.CNOMY.COM
Status: ok
Updated Date: 21-nov-2008
Creation Date: 21-oct-2005
Expiration Date: 21-oct-2009

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VERIZONMIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For zalpl6180906          (zalpl6180906@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 21-Oct-2005
Expiration Date: 21-Oct-2009
Domain servers in listed order:
    dns2.cnomy.com
    dns1.cnomy.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For zalpl6180906          (zalpl6180906@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For zalpl6180906          (zalpl6180906@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For zalpl6180906          (zalpl6180906@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 244

```
    Domain Name: VERIZONMOBILES.COM
    Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
    Whois Server: whois.leadnetworks.com
    Referral URL: http://www.leadnetworks.com
    Name Server: NS1.ECCPARKING.COM
    Name Server: NS2.ECCPARKING.COM
    Status: ok
    Updated Date: 04-sep-2008
    Creation Date: 30-sep-2006
    Expiration Date: 30-sep-2012

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VERIZONMOBILES.COM
Registrant:
    PRIVATE WHOIS FOR VERIZONMOBILES.COM
    Privacy Protection         (VERIZONMOBILES.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 30-Sep-2006
Expiration Date: 30-Sep-2012
Domain servers in listed order:
    ns1.eccparking.com
    ns2.eccparking.com
Administrative Contact:
    PRIVATE WHOIS FOR VERIZONMOBILES.COM
    Privacy Protection         (VERIZONMOBILES.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    PRIVATE WHOIS FOR VERIZONMOBILES.COM
    Privacy Protection         (VERIZONMOBILES.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    PRIVATE WHOIS FOR VERIZONMOBILES.COM
    Privacy Protection         (VERIZONMOBILES.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 245

```
Domain Name: VERIZONMYACCOUNT.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 05-nov-2008
Creation Date: 09-nov-2005
Expiration Date: 09-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VERIZONMYACCOUNT.COM
Registrant:
    Private WHOIS FOR VERIZONMYACCOUNT.COM
    Privacy Protection          (VERIZONMYACCOUNT.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 09-Nov-2005
Expiration Date: 09-Nov-2009
Domain servers in listed order:
    ns1.domainmanager.com
    ns2.domainmanager.com
Administrative Contact:
    Private WHOIS FOR VERIZONMYACCOUNT.COM
    Privacy Protection          (VERIZONMYACCOUNT.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VERIZONMYACCOUNT.COM
    Privacy Protection          (VERIZONMYACCOUNT.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VERIZONMYACCOUNT.COM
    Privacy Protection          (VERIZONMYACCOUNT.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 246

```
Domain Name: VERIZONMYMSN.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.FASTPARK.NET
Name Server: NS2.FASTPARK.NET
Status: ok
Updated Date: 04-sep-2008
Creation Date: 07-jun-2006
Expiration Date: 07-jun-2009

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VERIZONMYMSN.COM
Registrant:
    PRIVATE WHOIS FOR VERIZONMYMSN.COM
    Privacy Protection         (VERIZONMYMSN.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 07-Jun-2006
Expiration Date: 07-Jun-2009
Domain servers in listed order:
    ns1.fastpark.net
    ns2.fastpark.net
Administrative Contact:
    PRIVATE WHOIS FOR VERIZONMYMSN.COM
    Privacy Protection         (VERIZONMYMSN.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    PRIVATE WHOIS FOR VERIZONMYMSN.COM
    Privacy Protection         (VERIZONMYMSN.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    PRIVATE WHOIS FOR VERIZONMYMSN.COM
    Privacy Protection         (VERIZONMYMSN.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 247

```
Domain Name: VERIZONMYPREPAY.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: ok
Updated Date: 17-oct-2008
Creation Date: 18-aug-2008
Expiration Date: 18-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONMYPREPAY.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For X01P31030708      (X01P31030708@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 18-Aug-2008
Expiration Date: 18-Aug-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For X01P31030708          (X01P31030708@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For X01P31030708          (X01P31030708@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For X01P31030708          (X01P31030708@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 248

```
    Domain Name: VERIZONNWIRELESS.COM
    Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
    Whois Server: whois.leadnetworks.com
    Referral URL: http://www.leadnetworks.com
    Name Server: DNS1.NAME-SERVICES.COM
    Name Server: DNS2.NAME-SERVICES.COM
    Name Server: DNS3.NAME-SERVICES.COM
    Name Server: DNS4.NAME-SERVICES.COM
    Name Server: DNS5.NAME-SERVICES.COM
    Status: ok
    Updated Date: 13-jan-2009
    Creation Date: 10-dec-2002
    Expiration Date: 10-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONNWIRELESS.COM
Registrant:
    Private WHOIS FOR VERIZONNWIRELESS.COM
    Privacy Protection         (verizonnwireless.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Dec-2002
Expiration Date: 10-Dec-2009
Domain servers in listed order:
    dns5.name-services.com
    dns4.name-services.com
    dns3.name-services.com
    dns2.name-services.com
    dns1.name-services.com
Administrative Contact:
    Private WHOIS FOR VERIZONNWIRELESS.COM
    Privacy Protection         (verizonnwireless.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VERIZONNWIRELESS.COM
    Privacy Protection         (verizonnwireless.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VERIZONNWIRELESS.COM
    Privacy Protection         (verizonnwireless.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 249

```
Domain Name: VERIZONON.NET
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: ok
Updated Date: 15-aug-2008
Creation Date: 11-feb-2007
Expiration Date: 11-feb-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONON.NET
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR Z01P36270508          (Z01P36270508@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 11-Feb-2007
Expiration Date: 11-Feb-2010
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR Z01P36270508          (Z01P36270508@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR Z01P36270508          (Z01P36270508@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR Z01P36270508          (Z01P36270508@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 250

```
Domain Name: VERIZONONLINEDSL.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DSREDIRECTION.COM
Name Server: NS2.DSREDIRECTION.COM
Status: ok
Updated Date: 05-dec-2008
Creation Date: 13-feb-2003
Expiration Date: 13-feb-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONONLINEDSL.COM
Registrant:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Creation Date: 13-Feb-2003
Expiration Date: 13-Feb-2010
Domain servers in listed order:
    ns1.dsredirection.com
    ns2.dsredirection.com
Administrative Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Technical Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Billing Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Status:ACTIVE
```

Exhibit 16
Page 251

```
Domain Name: VERIZONPHONEBOOK.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 27-nov-2005
Expiration Date: 27-nov-2011

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONPHONEBOOK.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For verizonphonebook.com        (verizonphonebook.com@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02223600138
     Fax. +91.02223611820
Creation Date: 27-Nov-2005
Expiration Date: 27-Nov-2011
Domain servers in listed order:
     ns1.domainmanager.com
     ns2.domainmanager.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For verizonphonebook.com        (verizonphonebook.com@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02223600138
     Fax. +91.02223611820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For verizonphonebook.com        (verizonphonebook.com@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02223600138
     Fax. +91.02223611820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For verizonphonebook.com        (verizonphonebook.com@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02223600138
     Fax. +91.02223611820
Status:LOCKED
```

Exhibit 16
Page 252

```
Domain Name: VERIZONPHONENUMBERS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 05-jan-2007
Expiration Date: 05-jan-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONPHONENUMBERS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 06-Jan-2007
Expiration Date: 06-Jan-2010
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 253

```
Domain Name: VERIZONPIXPLACE.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 16-sep-2008
Creation Date: 21-oct-2005
Expiration Date: 21-oct-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONPIXPLACE.COM
Registrant:
     Leadnetworks Domains pvt Ltd
     Pending Delete Domain        (pending-delete@leadnetworks.com)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 21-Oct-2005
Expiration Date: 21-Oct-2010
Domain servers in listed order:
     ns1.domainmanager.com
     ns2.domainmanager.com
Administrative Contact:
     Leadnetworks Domains pvt Ltd
     Pending Delete Domain        (pending-delete@leadnetworks.com)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Leadnetworks Domains pvt Ltd
     Pending Delete Domain        (pending-delete@leadnetworks.com)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Leadnetworks Domains pvt Ltd
     Pending Delete Domain        (pending-delete@leadnetworks.com)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 254

```
        Domain Name: VERIZONPREPAIDPHONE.COM
        Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
        Whois Server: whois.leadnetworks.com
        Referral URL: http://www.leadnetworks.com
        Name Server: DNS11.LEADNETWORKS.COM
        Name Server: DNS12.LEADNETWORKS.COM
        Status: clientDeleteProhibited
        Status: clientTransferProhibited
        Status: clientUpdateProhibited
        Updated Date: 01-oct-2008
        Creation Date: 05-jan-2007
        Expiration Date: 05-jan-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONPREPAIDPHONE.COM
Registrant:
        Private Whois Escrow Domains Private Limited.
        PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
        707,C-Wing,7th Floor,The Neptune Versova Society,
        Lokhandwala Complex,4th Cross Road,
        Andheri (West)
        Mumbai
        Maharashtra,400053
        IN
        Tel. +91.02226300138
        Fax. +91.02226311820
Creation Date: 06-Jan-2007
Expiration Date: 06-Jan-2010
Domain servers in listed order:
        dns11.leadnetworks.com
        dns12.leadnetworks.com
Administrative Contact:
        Private Whois Escrow Domains Private Limited.
        PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
        707,C-Wing,7th Floor,The Neptune Versova Society,
        Lokhandwala Complex,4th Cross Road,
        Andheri (West)
        Mumbai
        Maharashtra,400053
        IN
        Tel. +91.02226300138
        Fax. +91.02226311820
Technical Contact:
        Private Whois Escrow Domains Private Limited.
        PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
        707,C-Wing,7th Floor,The Neptune Versova Society,
        Lokhandwala Complex,4th Cross Road,
        Andheri (West)
        Mumbai
        Maharashtra,400053
        IN
        Tel. +91.02226300138
        Fax. +91.02226311820
Billing Contact:
        Private Whois Escrow Domains Private Limited.
        PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
        707,C-Wing,7th Floor,The Neptune Versova Society,
        Lokhandwala Complex,4th Cross Road,
        Andheri (West)
        Mumbai
        Maharashtra,400053
        IN
        Tel. +91.02226300138
        Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 255

```
   Domain Name: VERIZONPREPAY.COM
   Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
   Whois Server: whois.leadnetworks.com
   Referral URL: http://www.leadnetworks.com
   Name Server: DNS1.CNOMY.COM
   Name Server: DNS2.CNOMY.COM
   Status: ok
   Updated Date: 10-apr-2008
   Creation Date: 21-oct-2005
   Expiration Date: 21-oct-2010

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VERIZONPREPAY.COM
Registrant:
    PRIVATE WHOIS FOR VERIZONPREPAY.COM
    Privacy Protection        (VERIZONPREPAY.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 21-Oct-2005
Expiration Date: 21-Oct-2010
Domain servers in listed order:
    dns1.cnomy.com
    dns2.cnomy.com
Administrative Contact:
    PRIVATE WHOIS FOR VERIZONPREPAY.COM
    Privacy Protection        (VERIZONPREPAY.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    PRIVATE WHOIS FOR VERIZONPREPAY.COM
    Privacy Protection        (VERIZONPREPAY.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    PRIVATE WHOIS FOR VERIZONPREPAY.COM
    Privacy Protection        (VERIZONPREPAY.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 256

```
Domain Name: VERIZONREBATE.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS10.LEADNETWORKS.COM
Name Server: DNS9.LEADNETWORKS.COM
Status: ok
Updated Date: 13-dec-2008
Creation Date: 10-nov-2006
Expiration Date: 10-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONREBATE.COM
Registrant:
    Leadnetworks Domains pvt Ltd
    Pending Delete Domain        (pending-delete@leadnetworks.com)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Nov-2006
Expiration Date: 10-Nov-2009
Domain servers in listed order:
    dns9.leadnetworks.com
    dns10.leadnetworks.com
Administrative Contact:
    Leadnetworks Domains pvt Ltd
    Pending Delete Domain        (pending-delete@leadnetworks.com)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Leadnetworks Domains pvt Ltd
    Pending Delete Domain        (pending-delete@leadnetworks.com)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Leadnetworks Domains pvt Ltd
    Pending Delete Domain        (pending-delete@leadnetworks.com)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 257

```
Domain Name: VERIZONRESIDENTIAL.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 06-aug-2008
Creation Date: 19-dec-2006
Expiration Date: 19-dec-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONRESIDENTIAL.COM
Registrant:
      Private WHOIS
      Privacy Protection         (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 19-Dec-2006
Expiration Date: 19-Dec-2010
Domain servers in listed order:
      ns1.domainmanager.com
      ns2.domainmanager.com
Administrative Contact:
      Private WHOIS
      Privacy Protection         (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private WHOIS
      Privacy Protection         (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private WHOIS
      Privacy Protection         (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 258

```
Domain Name: VERIZONRINGBACKS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS10.LEADNETWORKS.COM
Name Server: DNS9.LEADNETWORKS.COM
Status: ok
Updated Date: 13-dec-2008
Creation Date: 08-feb-2007
Expiration Date: 08-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONRINGBACKS.COM
Registrant:
     Leadnetworks Domains pvt Ltd
     Pending Delete Domain       (pending-delete@leadnetworks.com)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 08-Feb-2007
Expiration Date: 08-Feb-2009
Domain servers in listed order:
     dns9.leadnetworks.com
     dns10.leadnetworks.com
Administrative Contact:
     Leadnetworks Domains pvt Ltd
     Pending Delete Domain       (pending-delete@leadnetworks.com)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Leadnetworks Domains pvt Ltd
     Pending Delete Domain       (pending-delete@leadnetworks.com)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Leadnetworks Domains pvt Ltd
     Pending Delete Domain       (pending-delete@leadnetworks.com)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 259

```
Domain Name: VERIZONRINGBACKTONES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 17-nov-2008
Creation Date: 16-nov-2004
Expiration Date: 16-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONRINGBACKTONES.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For verizonringbacktones.com      (verizonringbacktones.com@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 16-Nov-2004
Expiration Date: 16-Nov-2009
Domain servers in listed order:
     ns1.domainmanager.com
     ns2.domainmanager.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For verizonringbacktones.com      (verizonringbacktones.com@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For verizonringbacktones.com      (verizonringbacktones.com@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For verizonringbacktones.com      (verizonringbacktones.com@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 260

```
Domain Name: VERIZONSPEED.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.PROREDIRECT.COM
Name Server: NS2.PROREDIRECT.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 30-sep-2008
Creation Date: 26-nov-2005
Expiration Date: 26-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONSPEED.COM
Registrant:
     Private Whois
     Private Whois Escrow Domains Private Limited.      (pr342Q82h7@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 26-Nov-2005
Expiration Date: 26-Nov-2009
Domain servers in listed order:
     ns2.proredirect.com
     ns1.proredirect.com
Administrative Contact:
     Private Whois
     Private Whois Escrow Domains Private Limited.      (pr342Q82h7@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois
     Private Whois Escrow Domains Private Limited.      (pr342Q82h7@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois
     Private Whois Escrow Domains Private Limited.      (pr342Q82h7@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 261

```
Domain Name: VERIZONSTART.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 06-aug-2008
Creation Date: 27-oct-2005
Expiration Date: 27-oct-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONSTART.COM
Registrant:
    Private WHOIS
    Privacy Protection         (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 27-Oct-2005
Expiration Date: 27-Oct-2010
Domain servers in listed order:
    ns1.domainmanager.com
    ns2.domainmanager.com
Administrative Contact:
    Private WHOIS
    Privacy Protection         (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS
    Privacy Protection         (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS
    Privacy Protection         (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 262

```
Domain Name: VERIZONSTART.NET
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 06-aug-2008
Creation Date: 27-nov-2005
Expiration Date: 27-nov-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONSTART.NET
Registrant:
      Private WHOIS
      Privacy Protection           (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 27-Nov-2005
Expiration Date: 27-Nov-2010
Domain servers in listed order:
      ns1.domainmanager.com
      ns2.domainmanager.com
Administrative Contact:
      Private WHOIS
      Privacy Protection           (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private WHOIS
      Privacy Protection           (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private WHOIS
      Privacy Protection           (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 263

```
     Domain Name: VERIZONSUPERPAGE.COM
     Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
     Whois Server: whois.leadnetworks.com
     Referral URL: http://www.leadnetworks.com
     Name Server: NS1.DOMAINMANAGER.COM
     Name Server: NS2.DOMAINMANAGER.COM
     Status: ok
     Updated Date: 06-aug-2008
     Creation Date: 30-dec-2004
     Expiration Date: 30-dec-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONSUPERPAGE.COM
Registrant:
     Private WHOIS
     Privacy Protection        (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 30-Dec-2004
Expiration Date: 30-Dec-2010
Domain servers in listed order:
     ns1.domainmanager.com
     ns2.domainmanager.com
Administrative Contact:
     Private WHOIS
     Privacy Protection        (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS
     Privacy Protection        (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS
     Privacy Protection        (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 264

```
    Domain Name: VERIZONTRACKER.COM
    Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
    Whois Server: whois.leadnetworks.com
    Referral URL: http://www.leadnetworks.com
    Name Server: DNS11.LEADNETWORKS.COM
    Name Server: DNS12.LEADNETWORKS.COM
    Status: clientDeleteProhibited
    Status: clientTransferProhibited
    Status: clientUpdateProhibited
    Updated Date: 01-oct-2008
    Creation Date: 23-feb-2007
    Expiration Date: 23-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONTRACKER.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 23-Feb-2007
Expiration Date: 23-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 265

```
Domain Name: VERIZONVIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: ok
Updated Date: 13-jan-2009
Creation Date: 09-dec-2002
Expiration Date: 09-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONVIRELESS.COM
Registrant:
    Private WHOIS FOR VERIZONVIRELESS.COM
    Privacy Protection          (verizonvireless.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 09-Dec-2002
Expiration Date: 09-Dec-2009
Domain servers in listed order:
    dns5.name-services.com
    dns4.name-services.com
    dns3.name-services.com
    dns2.name-services.com
    dns1.name-services.com
Administrative Contact:
    Private WHOIS FOR VERIZONVIRELESS.COM
    Privacy Protection          (verizonvireless.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VERIZONVIRELESS.COM
    Privacy Protection          (verizonvireless.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VERIZONVIRELESS.COM
    Privacy Protection          (verizonvireless.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 266

```
Domain Name: VERIZONVIRUSPROTECTION.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 26-feb-2007
Expiration Date: 26-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONVIRUSPROTECTION.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 26-Feb-2007
Expiration Date: 26-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 267

```
Domain Name: VERIZONVISAACCOUNTONLINE.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.CNOMY.COM
Name Server: DNS2.CNOMY.COM
Status: ok
Updated Date: 18-sep-2008
Creation Date: 27-nov-2005
Expiration Date: 27-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VERIZONVISAACCOUNTONLINE.COM
Registrant:
    PRIVATE WHOIS FOR VERIZONVISAACCOUNTONLINE.COM
    Privacy Protection       (VERIZONVISAACCOUNTONLINE.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 27-Nov-2005
Expiration Date: 27-Nov-2009
Domain servers in listed order:
    dns1.cnomy.com
    dns2.cnomy.com
Administrative Contact:
    PRIVATE WHOIS FOR VERIZONVISAACCOUNTONLINE.COM
    Privacy Protection       (VERIZONVISAACCOUNTONLINE.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    PRIVATE WHOIS FOR VERIZONVISAACCOUNTONLINE.COM
    Privacy Protection       (VERIZONVISAACCOUNTONLINE.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    PRIVATE WHOIS FOR VERIZONVISAACCOUNTONLINE.COM
    Privacy Protection       (VERIZONVISAACCOUNTONLINE.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
.
```

Exhibit 16
Page 268

```
Domain Name: VERIZONW.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: ok
Updated Date: 13-jan-2009
Creation Date: 15-aug-2002
Expiration Date: 15-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONW.COM
Registrant:
    Private WHOIS FOR VERIZONW.COM
    Privacy Protection         (verizonw.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 15-Aug-2002
Expiration Date: 15-Aug-2009
Domain servers in listed order:
    dns5.name-services.com
    dns4.name-services.com
    dns3.name-services.com
    dns2.name-services.com
    dns1.name-services.com
Administrative Contact:
    Private WHOIS FOR VERIZONW.COM
    Privacy Protection             (verizonw.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VERIZONW.COM
    Privacy Protection             (verizonw.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VERIZONW.COM
    Privacy Protection             (verizonw.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 269

```
Domain Name: VERIZONWERILES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 05-jan-2007
Expiration Date: 05-jan-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWERILES.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 06-Jan-2007
Expiration Date: 06-Jan-2010
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 270

```
Domain Name: VERIZONWHIRLESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 05-jan-2007
Expiration Date: 05-jan-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWHIRLESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 06-Jan-2007
Expiration Date: 06-Jan-2010
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 271

```
      Domain Name: VERIZONWHITEPAGES.COM
      Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
      Whois Server: whois.leadnetworks.com
      Referral URL: http://www.leadnetworks.com
      Name Server: DNS1.NAME-SERVICES.COM
      Name Server: DNS2.NAME-SERVICES.COM
      Name Server: DNS3.NAME-SERVICES.COM
      Name Server: DNS4.NAME-SERVICES.COM
      Status: clientDeleteProhibited
      Status: clientTransferProhibited
      Updated Date: 14-jan-2009
      Creation Date: 02-apr-2002
      Expiration Date: 02-apr-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONWHITEPAGES.COM
Registrant:
      Private WHOIS FOR VERIZONWHITEPAGES.COM
      Privacy Protection          (VERIZONWHITEPAGES.COM@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 02-Apr-2002
Expiration Date: 02-Apr-2009
Domain servers in listed order:
      dns4.name-services.com
      dns3.name-services.com
      dns2.name-services.com
      dns1.name-services.com
Administrative Contact:
      Private WHOIS FOR VERIZONWHITEPAGES.COM
      Privacy Protection          (VERIZONWHITEPAGES.COM@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private WHOIS FOR VERIZONWHITEPAGES.COM
      Privacy Protection          (VERIZONWHITEPAGES.COM@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private WHOIS FOR VERIZONWHITEPAGES.COM
      Privacy Protection          (VERIZONWHITEPAGES.COM@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 272

```
Domain Name: VERIZONWIERLES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.CNOMY.COM
Name Server: DNS2.CNOMY.COM
Status: ok
Updated Date: 20-nov-2008
Creation Date: 27-nov-2005
Expiration Date: 27-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VERIZONWIERLES.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For zalpl6180906         (zalpl6180906@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 27-Nov-2005
Expiration Date: 27-Nov-2009
Domain servers in listed order:
    dns2.cnomy.com
    dns1.cnomy.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For zalpl6180906         (zalpl6180906@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For zalpl6180906         (zalpl6180906@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For zalpl6180906         (zalpl6180906@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 273

```
Domain Name: VERIZONWIKRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 16-oct-2008
Creation Date: 17-aug-2008
Expiration Date: 17-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIKRELESS.COM
Registrant:
     Private WHOIS
     Privacy Protection         (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 17-Aug-2008
Expiration Date: 17-Aug-2009
Domain servers in listed order:
     ns2.domainmanager.com
     ns1.domainmanager.com
Administrative Contact:
     Private WHOIS
     Privacy Protection         (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS
     Privacy Protection         (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS
     Privacy Protection         (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 274

```
Domain Name: VERIZONWILERLESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 27-dec-2006
Expiration Date: 27-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWILERLESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 27-Dec-2006
Expiration Date: 27-Dec-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 275

```
Domain Name: VERIZONWIREKLESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 16-oct-2008
Creation Date: 17-aug-2008
Expiration Date: 17-aug-2009


[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIREKLESS.COM
Registrant:
      Private WHOIS
      Privacy Protection       (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 17-Aug-2008
Expiration Date: 17-Aug-2009
Domain servers in listed order:
      ns2.domainmanager.com
      ns1.domainmanager.com
Administrative Contact:
      Private WHOIS
      Privacy Protection       (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private WHOIS
      Privacy Protection       (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private WHOIS
      Privacy Protection       (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 276

```
Domain Name: VERIZONWIRELEEE.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 02-feb-2007
Expiration Date: 02-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIRELEEE.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 02-Feb-2007
Expiration Date: 02-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 277

```
Domain Name: VERIZONWIRELEES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Updated Date: 13-jan-2009
Creation Date: 15-may-2003
Expiration Date: 15-may-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONWIRELEES.COM
Registrant:
    Private WHOIS FOR VERIZONWIRELEES.COM
    Privacy Protection        (verizonwirelees.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 15-May-2003
Expiration Date: 15-May-2009
Domain servers in listed order:
    dns5.name-services.com
    dns4.name-services.com
    dns3.name-services.com
    dns2.name-services.com
    dns1.name-services.com
Administrative Contact:
    Private WHOIS FOR VERIZONWIRELEES.COM
    Privacy Protection        (verizonwirelees.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VERIZONWIRELEES.COM
    Privacy Protection        (verizonwirelees.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VERIZONWIRELEES.COM
    Privacy Protection        (verizonwirelees.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 278

```
Domain Name: VERIZONWIRELES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: ok
Updated Date: 13-jan-2009
Creation Date: 09-dec-2002
Expiration Date: 09-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONWIRELES.COM
Registrant:
    Private WHOIS FOR VERIZONWIRELES.COM
    Privacy Protection          (VERIZONWIRELES.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 09-Dec-2002
Expiration Date: 09-Dec-2009
Domain servers in listed order:
    dns5.name-services.com
    dns4.name-services.com
    dns3.name-services.com
    dns2.name-services.com
    dns1.name-services.com
Administrative Contact:
    Private WHOIS FOR VERIZONWIRELES.COM
    Privacy Protection          (VERIZONWIRELES.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VERIZONWIRELES.COM
    Privacy Protection          (VERIZONWIRELES.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VERIZONWIRELES.COM
    Privacy Protection          (VERIZONWIRELES.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 279

```
Domain Name: VERIZONWIRELESSBILLING.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.FASTPARK.NET
Name Server: NS2.FASTPARK.NET
Status: ok
Updated Date: 18-sep-2008
Creation Date: 27-nov-2005
Expiration Date: 27-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VERIZONWIRELESSBILLING.COM
Registrant:
    PRIVATE WHOIS FOR VERIZONWIRELESSBILLING.COM
    Privacy Protection          (VERIZONWIRELESSBILLING.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 27-Nov-2005
Expiration Date: 27-Nov-2009
Domain servers in listed order:
    ns1.fastpark.net
    ns2.fastpark.net
Administrative Contact:
    PRIVATE WHOIS FOR VERIZONWIRELESSBILLING.COM
    Privacy Protection          (VERIZONWIRELESSBILLING.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    PRIVATE WHOIS FOR VERIZONWIRELESSBILLING.COM
    Privacy Protection          (VERIZONWIRELESSBILLING.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    PRIVATE WHOIS FOR VERIZONWIRELESSBILLING.COM
    Privacy Protection          (VERIZONWIRELESSBILLING.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 280

```
Domain Name: VERIZONWIRELESSDOWNLOADS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 16-dec-2006
Expiration Date: 16-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIRELESSDOWNLOADS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 16-Dec-2006
Expiration Date: 16-Dec-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 281

```
Domain Name: VERIZONWIRELESSEMPLOYMENT.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 05-jan-2007
Expiration Date: 05-jan-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIRELESSEMPLOYMENT.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 06-Jan-2007
Expiration Date: 06-Jan-2010
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 282

```
Domain Name: VERIZONWIRELESSGETDISCOUNT.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 30-jan-2007
Expiration Date: 30-jan-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIRELESSGETDISCOUNT.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 30-Jan-2007
Expiration Date: 30-Jan-2010
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 283

```
Domain Name: VERIZONWIRELESSMYPREPAID.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: ok
Updated Date: 15-aug-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONWIRELESSMYPREPAID.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 104P36290208          (104P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 104P36290208          (104P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 104P36290208          (104P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 104P36290208          (104P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 284

```
Domain Name: VERIZONWIRELESSMYPREPAY.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 07-jan-2009
Creation Date: 08-jan-2007
Expiration Date: 08-jan-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIRELESSMYPREPAY.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 08-Jan-2007
Expiration Date: 08-Jan-2010
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 285

```
Domain Name: VERIZONWIRELESSPIXPLACE.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: EXP1.LEADNETWORKS.COM
Name Server: EXP2.LEADNETWORKS.COM
Status: ok
Updated Date: 28-dec-2008
Creation Date: 27-dec-2006
Expiration Date: 27-dec-2009


[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONWIRELESSPIXPLACE.COM
Registrant:
    Leadnetworks Domains pvt Ltd
    Pending Delete Domain      (pending-delete@leadnetworks.com)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 27-Dec-2006
Expiration Date: 27-Dec-2008
Domain servers in listed order:
    dns9.leadnetworks.com
    dns10.leadnetworks.com
Administrative Contact:
    Leadnetworks Domains pvt Ltd
    Pending Delete Domain      (pending-delete@leadnetworks.com)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Leadnetworks Domains pvt Ltd
    Pending Delete Domain      (pending-delete@leadnetworks.com)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Leadnetworks Domains pvt Ltd
    Pending Delete Domain      (pending-delete@leadnetworks.com)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:RENEWAL HOLD
```

Exhibit 16
Page 286

```
Domain Name: VERIZONWIRELESSPIXS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 02-feb-2007
Expiration Date: 02-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIRELESSPIXS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 02-Feb-2007
Expiration Date: 02-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 287

```
Domain Name: VERIZONWIRELESSS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 06-aug-2008
Creation Date: 06-dec-2001
Expiration Date: 06-dec-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIRELESSS.COM
Registrant:
     Private WHOIS
     Privacy Protection        (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 07-Dec-2001
Expiration Date: 07-Dec-2010
Domain servers in listed order:
     ns1.domainmanager.com
     ns2.domainmanager.com
Administrative Contact:
     Private WHOIS
     Privacy Protection        (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS
     Privacy Protection        (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS
     Privacy Protection        (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
.
```

Exhibit 16
Page 288

```
Domain Name: VERIZONWIRELESSTHEATHER.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 09-dec-2006
Expiration Date: 09-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIRELESSTHEATHER.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 09-Dec-2006
Expiration Date: 09-Dec-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 289

```
Domain Name: VERIZONWIRELESSVZW.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 04-mar-2007
Expiration Date: 04-mar-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIRELESSVZW.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 04-Mar-2007
Expiration Date: 04-Mar-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 290

```
Domain Name: VERIZONWIRELESXS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 16-oct-2008
Creation Date: 17-aug-2008
Expiration Date: 17-aug-2009


[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIRELESXS.COM
Registrant:
     Private WHOIS
     Privacy Protection        (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 17-Aug-2008
Expiration Date: 17-Aug-2009
Domain servers in listed order:
     ns2.domainmanager.com
     ns1.domainmanager.com
Administrative Contact:
     Private WHOIS
     Privacy Protection        (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS
     Privacy Protection        (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS
     Privacy Protection        (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 291

```
Domain Name: VERIZONWIRELEXX.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 02-feb-2007
Expiration Date: 02-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIRELEXX.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 02-Feb-2007
Expiration Date: 02-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
.
```

Exhibit 16
Page 292

```
Domain Name: VERIZONWIRELLES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: ok
Updated Date: 13-jan-2009
Creation Date: 10-dec-2002
Expiration Date: 10-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONWIRELLES.COM
Registrant:
    Private WHOIS FOR VERIZONWIRELLES.COM
    Privacy Protection          (verizonwirelles.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Dec-2002
Expiration Date: 10-Dec-2009
Domain servers in listed order:
    dns5.name-services.com
    dns4.name-services.com
    dns3.name-services.com
    dns2.name-services.com
    dns1.name-services.com
Administrative Contact:
    Private WHOIS FOR VERIZONWIRELLES.COM
    Privacy Protection          (verizonwirelles.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VERIZONWIRELLES.COM
    Privacy Protection          (verizonwirelles.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VERIZONWIRELLES.COM
    Privacy Protection          (verizonwirelles.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 293

```
Domain Name: VERIZONWIRELLESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: ok
Updated Date: 13-jan-2009
Creation Date: 18-jun-2003
Expiration Date: 18-jun-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONWIRELLESS.COM
Registrant:
     Private WHOIS FOR VERIZONWIRELLESS.COM
     Privacy Protection         (verizonwirelless.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 18-Jun-2009
Expiration Date: 18-Jun-2009
Domain servers in listed order:
     dns5.name-services.com
     dns4.name-services.com
     dns3.name-services.com
     dns2.name-services.com
     dns1.name-services.com
Administrative Contact:
     Private WHOIS FOR VERIZONWIRELLESS.COM
     Privacy Protection         (verizonwirelless.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS FOR VERIZONWIRELLESS.COM
     Privacy Protection         (verizonwirelless.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS FOR VERIZONWIRELLESS.COM
     Privacy Protection         (verizonwirelless.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 294

```
Domain Name: VERIZONWIRELSEE.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 06-aug-2008
Creation Date: 30-oct-2005
Expiration Date: 30-oct-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIRELSEE.COM
Registrant:
    Private WHOIS
    Privacy Protection          (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 30-Oct-2005
Expiration Date: 30-Oct-2010
Domain servers in listed order:
    ns1.domainmanager.com
    ns2.domainmanager.com
Administrative Contact:
    Private WHOIS
    Privacy Protection          (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS
    Privacy Protection          (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS
    Privacy Protection          (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 295

```
Domain Name: VERIZONWIRELSS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: ok
Updated Date: 13-jan-2009
Creation Date: 11-jan-2003
Expiration Date: 11-jan-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONWIRELSS.COM
Registrant:
      Private WHOIS FOR VERIZONWIRELSS.COM
      Privacy Protection        (verizonwirelss.com@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 11-Jan-2003
Expiration Date: 11-Jan-2010
Domain servers in listed order:
      dns5.name-services.com
      dns4.name-services.com
      dns3.name-services.com
      dns2.name-services.com
      dns1.name-services.com
Administrative Contact:
      Private WHOIS FOR VERIZONWIRELSS.COM
      Privacy Protection        (verizonwirelss.com@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private WHOIS FOR VERIZONWIRELSS.COM
      Privacy Protection        (verizonwirelss.com@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private WHOIS FOR VERIZONWIRELSS.COM
      Privacy Protection        (verizonwirelss.com@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 296

```
    Domain Name: VERIZONWIRESSLESS.COM
    Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
    Whois Server: whois.leadnetworks.com
    Referral URL: http://www.leadnetworks.com
    Name Server: DNS11.LEADNETWORKS.COM
    Name Server: DNS12.LEADNETWORKS.COM
    Status: ok
    Updated Date: 17-oct-2008
    Creation Date: 18-aug-2008
    Expiration Date: 18-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONWIRESSLESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For X01P31030708        (X01P31030708@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 18-Aug-2008
Expiration Date: 18-Aug-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For X01P31030708        (X01P31030708@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For X01P31030708        (X01P31030708@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For X01P31030708        (X01P31030708@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 297

```
Domain Name: VERIZONWIRFELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 16-oct-2008
Creation Date: 17-aug-2008
Expiration Date: 17-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIRFELESS.COM
Registrant:
     Private WHOIS
     Privacy Protection          (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 17-Aug-2008
Expiration Date: 17-Aug-2009
Domain servers in listed order:
     ns2.domainmanager.com
     ns1.domainmanager.com
Administrative Contact:
     Private WHOIS
     Privacy Protection          (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS
     Privacy Protection          (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS
     Privacy Protection          (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 298

```
Domain Name: VERIZONWIRLESSPR.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 06-aug-2008
Creation Date: 18-sep-2005
Expiration Date: 18-sep-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIRLESSPR.COM
Registrant:
     Private WHOIS
     Privacy Protection         (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 18-Sep-2005
Expiration Date: 18-Sep-2010
Domain servers in listed order:
     ns1.domainmanager.com
     ns2.domainmanager.com
Administrative Contact:
     Private WHOIS
     Privacy Protection         (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS
     Privacy Protection         (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS
     Privacy Protection         (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 299

```
Domain Name: VERIZONWIRRLESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 06-aug-2008
Creation Date: 19-dec-2006
Expiration Date: 19-dec-2010


[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERIZONWIRRLESS.COM
Registrant:
    Private WHOIS
    Privacy Protection        (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 19-Dec-2006
Expiration Date: 19-Dec-2010
Domain servers in listed order:
    ns1.domainmanager.com
    ns2.domainmanager.com
Administrative Contact:
    Private WHOIS
    Privacy Protection        (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS
    Privacy Protection        (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS
    Privacy Protection        (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 300

```
   Domain Name: VERIZONWRELESS.COM
   Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
   Whois Server: whois.leadnetworks.com
   Referral URL: http://www.leadnetworks.com
   Name Server: DNS1.NAME-SERVICES.COM
   Name Server: DNS2.NAME-SERVICES.COM
   Name Server: DNS3.NAME-SERVICES.COM
   Name Server: DNS4.NAME-SERVICES.COM
   Name Server: DNS5.NAME-SERVICES.COM
   Status: ok
   Updated Date: 13-jan-2009
   Creation Date: 10-dec-2002
   Expiration Date: 10-dec-2002

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONWRELESS.COM
Registrant:
   Private WHOIS FOR VERIZONWRELESS.COM
   Privacy Protection        (verizonwreless.com@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Creation Date: 10-Dec-2002
Expiration Date: 10-Dec-2009
Domain servers in listed order:
   dns5.name-services.com
   dns4.name-services.com
   dns3.name-services.com
   dns2.name-services.com
   dns1.name-services.com
Administrative Contact:
   Private WHOIS FOR VERIZONWRELESS.COM
   Privacy Protection        (verizonwreless.com@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Technical Contact:
   Private WHOIS FOR VERIZONWRELESS.COM
   Privacy Protection        (verizonwreless.com@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Billing Contact:
   Private WHOIS FOR VERIZONWRELESS.COM
   Privacy Protection        (verizonwreless.com@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 301

```
Domain Name: VERIZONWWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: ok
Updated Date: 13-jan-2009
Creation Date: 10-dec-2002
Expiration Date: 10-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZONWWIRELESS.COM
Registrant:
      Private WHOIS FOR VERIZONWWIRELESS.COM
      Privacy Protection        (verizonwwireless.com@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 10-Dec-2002
Expiration Date: 10-Dec-2009
Domain servers in listed order:
      dns5.name-services.com
      dns4.name-services.com
      dns3.name-services.com
      dns2.name-services.com
      dns1.name-services.com
Administrative Contact:
      Private WHOIS FOR VERIZONWWIRELESS.COM
      Privacy Protection        (verizonwwireless.com@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private WHOIS FOR VERIZONWWIRELESS.COM
      Privacy Protection        (verizonwwireless.com@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private WHOIS FOR VERIZONWWIRELESS.COM
      Privacy Protection        (verizonwwireless.com@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 302

```
Domain Name: VERIZOPN.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Status: ok
Updated Date: 14-jan-2009
Creation Date: 15-aug-2002
Expiration Date: 15-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZOPN.COM
Registrant:
     Private WHOIS FOR VERIZOPN.COM
     Privacy Protection        (verizopn.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 15-Aug-2002
Expiration Date: 15-Aug-2009
Domain servers in listed order:
     dns4.name-services.com
     dns3.name-services.com
     dns2.name-services.com
     dns1.name-services.com
Administrative Contact:
     Private WHOIS FOR VERIZOPN.COM
     Privacy Protection        (verizopn.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS FOR VERIZOPN.COM
     Privacy Protection        (verizopn.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS FOR VERIZOPN.COM
     Privacy Protection        (verizopn.com@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 303

```
    Domain Name: VERIZOWIRLESS.COM
    Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
    Whois Server: whois.leadnetworks.com
    Referral URL: http://www.leadnetworks.com
    Name Server: NS1.FASTPARK.NET
    Name Server: NS2.FASTPARK.NET
    Status: ok
    Updated Date: 18-oct-2008
    Creation Date: 11-jul-2007
    Expiration Date: 11-jul-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZOWIRLESS.COM
Registrant:
    PrivacyProtect.org
    Domain Admin          (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Creation Date: 11-Jul-2007
Expiration Date: 11-Jul-2009
Domain servers in listed order:
    ns1.fastpark.net
    ns2.fastpark.net
Administrative Contact:
    PrivacyProtect.org
    Domain Admin          (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Technical Contact:
    PrivacyProtect.org
    Domain Admin          (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Billing Contact:
    PrivacyProtect.org
    Domain Admin          (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Status:ACTIVE
```

Exhibit 16
Page 304

```
Domain Name: VERIZWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.APHOST.COM
Name Server: NS2.APHOST.COM
Status: ok
Updated Date: 10-sep-2008
Creation Date: 26-may-2007
Expiration Date: 26-may-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERIZWIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For verizwireless.com         (verizwireless.com@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 26-May-2007
Expiration Date: 26-May-2010
Domain servers in listed order:
     ns2.aphost.com
     ns1.aphost.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For verizwireless.com         (verizwireless.com@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For verizwireless.com         (verizwireless.com@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For verizwireless.com         (verizwireless.com@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 305

```
Domain Name: VERKZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 16-oct-2008
Creation Date: 17-aug-2008
Expiration Date: 17-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERKZON.COM
Registrant:
      Private WHOIS
      Privacy Protection           (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 17-Aug-2008
Expiration Date: 17-Aug-2009
Domain servers in listed order:
      ns2.domainmanager.com
      ns1.domainmanager.com
Administrative Contact:
      Private WHOIS
      Privacy Protection           (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private WHOIS
      Privacy Protection           (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private WHOIS
      Privacy Protection           (pr342Q82h7@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 306

```
Domain Name: VERONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERONWIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 104P36290208        (104P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 104P36290208        (104P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 104P36290208        (104P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 104P36290208        (104P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 307

```
   Domain Name: VEROZINWIRELESS.COM
   Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
   Whois Server: whois.leadnetworks.com
   Referral URL: http://www.leadnetworks.com
   Name Server: DNS11.LEADNETWORKS.COM
   Name Server: DNS12.LEADNETWORKS.COM
   Status: ok
   Updated Date: 10-jan-2009
   Creation Date: 11-nov-2008
   Expiration Date: 11-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VEROZINWIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS FOR PRIVATE31181001      (PRIVATE31181001@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Lakshadweep,400053
    IN
    Tel. +91.02226300138
Creation Date: 11-Nov-2008
Expiration Date: 11-Nov-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS FOR PRIVATE31181001      (PRIVATE31181001@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Lakshadweep,400053
    IN
    Tel. +91.02226300138
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS FOR PRIVATE31181001      (PRIVATE31181001@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Lakshadweep,400053
    IN
    Tel. +91.02226300138
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS FOR PRIVATE31181001      (PRIVATE31181001@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Lakshadweep,400053
    IN
    Tel. +91.02226300138
Status:ACTIVE
```

Exhibit 16
Page 308

```
   Domain Name: VEROZONWIRELESS.COM
   Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
   Whois Server: whois.leadnetworks.com
   Referral URL: http://www.leadnetworks.com
   Name Server: DNS1.NAME-SERVICES.COM
   Name Server: DNS2.NAME-SERVICES.COM
   Name Server: DNS3.NAME-SERVICES.COM
   Name Server: DNS4.NAME-SERVICES.COM
   Name Server: DNS5.NAME-SERVICES.COM
   Status: ok
   Updated Date: 13-jan-2009
   Creation Date: 29-apr-2003
   Expiration Date: 29-apr-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VEROZONWIRELESS.COM
Registrant:
   Private WHOIS FOR VEROZONWIRELESS.COM
   Privacy Protection        (verozonwireless.com@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Creation Date: 29-Apr-2003
Expiration Date: 29-Apr-2009
Domain servers in listed order:
   dns5.name-services.com
   dns4.name-services.com
   dns3.name-services.com
   dns2.name-services.com
   dns1.name-services.com
Administrative Contact:
   Private WHOIS FOR VEROZONWIRELESS.COM
   Privacy Protection        (verozonwireless.com@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Technical Contact:
   Private WHOIS FOR VEROZONWIRELESS.COM
   Privacy Protection        (verozonwireless.com@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Billing Contact:
   Private WHOIS FOR VEROZONWIRELESS.COM
   Privacy Protection        (verozonwireless.com@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 309

```
Domain Name: VERRAIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DSREDIRECTION.COM
Name Server: NS2.DSREDIRECTION.COM
Status: ok
Updated Date: 12-apr-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2011

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERRAIZON.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS FOR P264208008         (P264208008@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2011
Domain servers in listed order:
     ns1.dsredirection.com
     ns2.dsredirection.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS FOR P264208008         (P264208008@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS FOR P264208008         (P264208008@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS FOR P264208008         (P264208008@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 310

```
Domain Name: VERRISIONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 06-jul-2007
Expiration Date: 06-jul-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERRISIONWIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 14P36260208           (14P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 06-Jul-2007
Expiration Date: 06-Jul-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 14P36260208           (14P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 14P36260208           (14P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 14P36260208           (14P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 311

```
Domain Name: VERRIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Status: ok
Updated Date: 14-jan-2009
Creation Date: 25-jun-2002
Expiration Date: 25-jun-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERRIZON.COM
Registrant:
    Private WHOIS FOR VERRIZON.COM
    Privacy Protection        (verrizon.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 25-Jun-2002
Expiration Date: 25-Jun-2009
Domain servers in listed order:
    dns4.name-services.com
    dns3.name-services.com
    dns2.name-services.com
    dns1.name-services.com
Administrative Contact:
    Private WHOIS FOR VERRIZON.COM
    Privacy Protection        (verrizon.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VERRIZON.COM
    Privacy Protection        (verrizon.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VERRIZON.COM
    Privacy Protection        (verrizon.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 312

```
Domain Name: VERRIZONWIRELES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 30-aug-2007
Expiration Date: 30-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERRIZONWIRELES.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 30-Aug-2007
Expiration Date: 30-Aug-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033         (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 313

```
Domain Name: VERRZONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 16-apr-2007
Expiration Date: 16-apr-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERRZONWIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 16-Apr-2007
Expiration Date: 16-Apr-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 314

```
Domain Name: VERSIONWIRELES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERSIONWIRELES.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 104P36290208        (104P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 104P36290208        (104P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 104P36290208        (104P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 104P36290208        (104P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 315

```
Domain Name: VERSISONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 22-sep-2007
Expiration Date: 22-sep-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERSISONWIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 147P36290208        (147P36290208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 22-Sep-2007
Expiration Date: 22-Sep-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 147P36290208        (147P36290208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 147P36290208        (147P36290208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 147P36290208        (147P36290208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 316

```
Domain Name: VERSZIONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-aug-2007
Expiration Date: 10-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERSZIONWIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 16P36260208        (16P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 10-Aug-2007
Expiration Date: 10-Aug-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 16P36260208        (16P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 16P36260208        (16P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 16P36260208        (16P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
.
```

Exhibit 16
Page 317

```
Domain Name: VERSZONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERSZONWIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033        (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 318

```
Domain Name: VERVIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 26-may-2007
Expiration Date: 26-may-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERVIZON.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 10P36260208          (10P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 26-May-2007
Expiration Date: 26-May-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 10P36260208          (10P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 10P36260208          (10P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 10P36260208          (10P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
.
```

Exhibit 16
Page 319

```
Domain Name: VERVIZONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-aug-2007
Expiration Date: 10-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERVIZONWIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 10-Aug-2007
Expiration Date: 10-Aug-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 320

```
Domain Name: VERWISONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: ok
Updated Date: 15-aug-2008
Creation Date: 04-mar-2008
Expiration Date: 04-mar-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERWISONWIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR Z01P36270508          (Z01P36270508@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 04-Mar-2008
Expiration Date: 04-Mar-2010
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR Z01P36270508          (Z01P36270508@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR Z01P36270508          (Z01P36270508@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR Z01P36270508          (Z01P36270508@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 321

```
Domain Name: VERWIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 21-apr-2007
Expiration Date: 21-apr-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERWIZON.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 06P36260208          (06P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 22-Apr-2007
Expiration Date: 22-Apr-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 06P36260208          (06P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 06P36260208          (06P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 06P36260208          (06P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
.
```

Exhibit 16
Page 322

```
Domain Name: VERYSONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 15-aug-2007
Expiration Date: 15-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERYSONWIRELESS.COM
Registrant:
      Private Whois Escrow Domains Private Limited.
      Private Whois For 144P36290208        (144P36290208@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 16-Aug-2007
Expiration Date: 16-Aug-2009
Domain servers in listed order:
      dns11.leadnetworks.com
      dns12.leadnetworks.com
Administrative Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For 144P36290208        (144P36290208@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For 144P36290208        (144P36290208@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For 144P36290208        (144P36290208@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 323

```
Domain Name: VERYZONWIRELES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 21-feb-2007
Expiration Date: 21-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERYZONWIRELES.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 21-Feb-2007
Expiration Date: 21-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810033          (PRIVATE311810033@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 324

```
Domain Name: VERZIONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: ok
Updated Date: 13-jan-2009
Creation Date: 22-nov-2001
Expiration Date: 22-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VERZIONWIRELESS.COM
Registrant:
      Private WHOIS FOR VERZIONWIRELESS.COM
      Privacy Protection        (VERZIONWIRELESS.COM@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 22-Nov-2001
Expiration Date: 22-Nov-2009
Domain servers in listed order:
      dns5.name-services.com
      dns4.name-services.com
      dns3.name-services.com
      dns2.name-services.com
      dns1.name-services.com
Administrative Contact:
      Private WHOIS FOR VERZIONWIRELESS.COM
      Privacy Protection        (VERZIONWIRELESS.COM@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private WHOIS FOR VERZIONWIRELESS.COM
      Privacy Protection        (VERZIONWIRELESS.COM@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private WHOIS FOR VERZIONWIRELESS.COM
      Privacy Protection        (VERZIONWIRELESS.COM@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 325

```
Domain Name: VERZONWIRELES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VERZONWIRELES.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810034        (PRIVATE311810034@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810034        (PRIVATE311810034@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810034        (PRIVATE311810034@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810034        (PRIVATE311810034@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 326

```
     Domain Name: VEVRIZONWIRELESS.COM
     Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
     Whois Server: whois.leadnetworks.com
     Referral URL: http://www.leadnetworks.com
     Name Server: NS1.DNSING.NET
     Name Server: NS2.DNSING.NET
     Status: ok
     Updated Date: 13-dec-2008
     Creation Date: 23-may-2008
     Expiration Date: 23-may-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VEVRIZONWIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For Z03P36090808       (Z03P36090808@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 23-May-2008
Expiration Date: 23-May-2010
Domain servers in listed order:
     ns1.dnsing.net
     ns2.dnsing.net
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For Z03P36090808              (Z03P36090808@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For Z03P36090808              (Z03P36090808@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For Z03P36090808              (Z03P36090808@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 327

```
Domain Name: VEZRIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: ok
Updated Date: 15-aug-2008
Creation Date: 05-mar-2008
Expiration Date: 05-mar-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VEZRIZON.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR Z01P36270508          (Z01P36270508@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 05-Mar-2008
Expiration Date: 05-Mar-2010
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR Z01P36270508          (Z01P36270508@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR Z01P36270508          (Z01P36270508@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR Z01P36270508          (Z01P36270508@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 328

```
      Domain Name: VIERSONWIRELESS.COM
      Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
      Whois Server: whois.leadnetworks.com
      Referral URL: http://www.leadnetworks.com
      Name Server: DNS11.LEADNETWORKS.COM
      Name Server: DNS12.LEADNETWORKS.COM
      Status: ok
      Updated Date: 15-aug-2008
      Creation Date: 13-feb-2007
      Expiration Date: 13-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VIERSONWIRELESS.COM
Registrant:
      Private Whois Escrow Domains Private Limited.
      Private Whois For 105P36290208          (105P36290208@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 13-Feb-2007
Expiration Date: 13-Feb-2009
Domain servers in listed order:
      dns11.leadnetworks.com
      dns12.leadnetworks.com
Administrative Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For 105P36290208          (105P36290208@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For 105P36290208          (105P36290208@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For 105P36290208          (105P36290208@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 329

```
Domain Name: VIERZIONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: ok
Updated Date: 15-aug-2008
Creation Date: 12-aug-2007
Expiration Date: 12-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VIERZIONWIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 16P36260208        (16P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 12-Aug-2007
Expiration Date: 12-Aug-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 16P36260208            (16P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 16P36260208        (16P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 16P36260208            (16P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 330

```
       Domain Name: VIERZON.COM
       Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
       Whois Server: whois.leadnetworks.com
       Referral URL: http://www.leadnetworks.com
       Name Server: No nameserver
       Status: ok
       Updated Date: 26-dec-2008
       Creation Date: 02-nov-2003
       Expiration Date: 02-nov-2009

   [whois.leadnetworks.com]
   Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
   Contact: +91.2226313093
   Domain Name: VIERZON.COM
   Registrant:
       Private WHOIS FOR VIERZON.COM
       Privacy Protection          (VIERZON.COM@privatewhois.in)
       B-304,Florida,Y-11,Shastrinagar,
       Lokhandwala Complex,
       Andheri (West)
       Mumbai
       Maharashtra,400053
       IN
       Tel. +91.02226300138
       Fax. +91.02226311820
   Creation Date: 02-Nov-2003
   Expiration Date: 02-Nov-2009
   Domain servers in listed order:
       No NameServers Defined.
   Administrative Contact:
       Private WHOIS FOR VIERZON.COM
       Privacy Protection          (VIERZON.COM@privatewhois.in)
       B-304,Florida,Y-11,Shastrinagar,
       Lokhandwala Complex,
       Andheri (West)
       Mumbai
       Maharashtra,400053
       IN
       Tel. +91.02226300138
       Fax. +91.02226311820
   Technical Contact:
       Private WHOIS FOR VIERZON.COM
       Privacy Protection          (VIERZON.COM@privatewhois.in)
       B-304,Florida,Y-11,Shastrinagar,
       Lokhandwala Complex,
       Andheri (West)
       Mumbai
       Maharashtra,400053
       IN
       Tel. +91.02226300138
       Fax. +91.02226311820
   Billing Contact:
       Private WHOIS FOR VIERZON.COM
       Privacy Protection          (VIERZON.COM@privatewhois.in)
       B-304,Florida,Y-11,Shastrinagar,
       Lokhandwala Complex,
       Andheri (West)
       Mumbai
       Maharashtra,400053
       IN
       Tel. +91.02226300138
       Fax. +91.02226311820
   Status:ACTIVE
```

Exhibit 16
Page 331

```
Domain Name: VIRAIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DNSING.NET
Name Server: NS2.DNSING.NET
Status: ok
Updated Date: 13-dec-2008
Creation Date: 18-jun-2007
Expiration Date: 18-jun-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VIRAIZON.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 11P36260208          (11P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 18-Jun-2007
Expiration Date: 18-Jun-2009
Domain servers in listed order:
     ns1.dnsing.net
     ns2.dnsing.net
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 11P36260208               (11P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 11P36260208          (11P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 11P36260208          (11P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 332

```
Domain Name: VIRAZONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 01-jul-2007
Expiration Date: 01-jul-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VIRAZONWIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810034         (PRIVATE311810034@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 01-Jul-2007
Expiration Date: 01-Jul-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810034         (PRIVATE311810034@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810034         (PRIVATE311810034@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810034         (PRIVATE311810034@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 333

```
Domain Name: VIREIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DNSING.NET
Name Server: NS2.DNSING.NET
Status: ok
Updated Date: 13-dec-2008
Creation Date: 12-aug-2007
Expiration Date: 12-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VIREIZON.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 16P36260208        (16P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 12-Aug-2007
Expiration Date: 12-Aug-2009
Domain servers in listed order:
    ns1.dnsing.net
    ns2.dnsing.net
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 16P36260208          (16P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 16P36260208          (16P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 16P36260208          (16P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
.
```

Exhibit 16
Page 334

```
Domain Name: VIRISIONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: ok
Updated Date: 16-dec-2008
Creation Date: 16-oct-2008
Expiration Date: 16-oct-2009


[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VIRISIONWIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE31181001        (PRIVATE31181001@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 17-Oct-2008
Expiration Date: 17-Oct-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE31181001        (PRIVATE31181001@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE31181001        (PRIVATE31181001@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE31181001        (PRIVATE31181001@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 335

```
   Domain Name: VIRIZONWIRELESS.COM
   Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
   Whois Server: whois.leadnetworks.com
   Referral URL: http://www.leadnetworks.com
   Name Server: NS1.FASTPARK.NET
   Name Server: NS2.FASTPARK.NET
   Status: ok
   Updated Date: 07-jul-2008
   Creation Date: 11-oct-2000
   Expiration Date: 11-oct-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.22226313093
Domain Name: VIRIZONWIRELESS.COM
Registrant:
   PrivacyProtect.org
   Domain Admin       (contact@privacyprotect.org)
   P.O. Box 97
   Note - All Postal Mails Rejected, visit Privacyprotect.org
   Moergestel
   null,5066 ZH
   NL
   Tel. +45.36946676
Creation Date: 11-Oct-2000
Expiration Date: 11-Oct-2009
Domain servers in listed order:
   ns2.fastpark.net
   ns1.fastpark.net
Administrative Contact:
   PrivacyProtect.org
   Domain Admin       (contact@privacyprotect.org)
   P.O. Box 97
   Note - All Postal Mails Rejected, visit Privacyprotect.org
   Moergestel
   null,5066 ZH
   NL
   Tel. +45.36946676
Technical Contact:
   PrivacyProtect.org
   Domain Admin       (contact@privacyprotect.org)
   P.O. Box 97
   Note - All Postal Mails Rejected, visit Privacyprotect.org
   Moergestel
   null,5066 ZH
   NL
   Tel. +45.36946676
Billing Contact:
   PrivacyProtect.org
   Domain Admin       (contact@privacyprotect.org)
   P.O. Box 97
   Note - All Postal Mails Rejected, visit Privacyprotect.org
   Moergestel
   null,5066 ZH
   NL
   Tel. +45.36946676
Status:ACTIVE
```

Exhibit 16
Page 336

```
Domain Name: VIRIZONWIRELSS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 20-feb-2007
Expiration Date: 20-feb-2009


[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VIRIZONWIRELSS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810034        (PRIVATE311810034@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 20-Feb-2007
Expiration Date: 20-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810034        (PRIVATE311810034@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810034        (PRIVATE311810034@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810034        (PRIVATE311810034@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 337

```
Domain Name: VIRONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 12-aug-2007
Expiration Date: 12-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VIRONWIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 16P36260208        (16P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 12-Aug-2007
Expiration Date: 12-Aug-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 16P36260208        (16P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 16P36260208        (16P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 16P36260208        (16P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 338

```
Domain Name: VIRONZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 06-jul-2007
Expiration Date: 06-jul-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VIRONZON.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 14P36260208         (14P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 06-Jul-2007
Expiration Date: 06-Jul-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 14P36260208         (14P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 14P36260208         (14P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 14P36260208         (14P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 339

```
Domain Name: VIROZIONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 12-aug-2007
Expiration Date: 12-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VIROZIONWIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 16P36260208          (16P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 12-Aug-2007
Expiration Date: 12-Aug-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 16P36260208          (16P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 16P36260208          (16P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 16P36260208          (16P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 340

```
Domain Name: VIROZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Updated Date: 21-jun-2008
Creation Date: 22-jun-2003
Expiration Date: 22-jun-2009

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VIROZON.COM
Registrant:
    Private WHOIS FOR VIROZON.COM
    Privacy Protection        (virozon.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri(West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 22-Jun-2003
Expiration Date: 22-Jun-2009
Domain servers in listed order:
    ns1.domainmanager.com
    ns2.domainmanager.com
Administrative Contact:
    Private WHOIS FOR VIROZON.COM
    Privacy Protection        (virozon.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri(West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR VIROZON.COM
    Privacy Protection        (virozon.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri(West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR VIROZON.COM
    Privacy Protection        (virozon.com@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri(West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 341

```
Domain Name: VIROZONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DSREDIRECTION.COM
Name Server: NS2.DSREDIRECTION.COM
Status: ok
Updated Date: 04-may-2008
Creation Date: 27-nov-2005
Expiration Date: 27-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VIROZONWIRELESS.COM
Registrant:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Creation Date: 27-Nov-2005
Expiration Date: 27-Nov-2009
Domain servers in listed order:
    ns2.dsredirection.com
    ns1.dsredirection.com
Administrative Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Technical Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Billing Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Status:ACTIVE
```

Exhibit 16
Page 342

```
    Domain Name: VIRZONEWIRELESS.COM
    Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
    Whois Server: whois.leadnetworks.com
    Referral URL: http://www.leadnetworks.com
    Name Server: NS1.DNSING.NET
    Name Server: NS2.DNSING.NET
    Status: ok
    Updated Date: 13-dec-2008
    Creation Date: 12-aug-2007
    Expiration Date: 12-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VIRZONEWIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 16P36260208        (16P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 12-Aug-2007
Expiration Date: 12-Aug-2009
Domain servers in listed order:
    ns1.dnsing.net
    ns2.dnsing.net
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 16P36260208             (16P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 16P36260208        (16P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 16P36260208             (16P36260208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 343

```
Domain Name: VIZONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DNSING.NET
Name Server: NS2.DNSING.NET
Status: ok
Updated Date: 13-dec-2008
Creation Date: 21-jul-2007
Expiration Date: 21-jul-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VIZONWIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810034          (PRIVATE311810034@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 21-Jul-2007
Expiration Date: 21-Jul-2009
Domain servers in listed order:
    ns1.dnsing.net
    ns2.dnsing.net
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810034          (PRIVATE311810034@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810034          (PRIVATE311810034@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810034          (PRIVATE311810034@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 344

```
Domain Name: VORIZANWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: ok
Updated Date: 15-aug-2008
Creation Date: 08-feb-2007
Expiration Date: 08-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VORIZANWIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 103P36290208        (103P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 08-Feb-2007
Expiration Date: 08-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 103P36290208        (103P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 103P36290208        (103P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 103P36290208        (103P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 345

```
    Domain Name: VORIZEN.COM
    Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
    Whois Server: whois.leadnetworks.com
    Referral URL: http://www.leadnetworks.com
    Name Server: NS1.FASTPARK.NET
    Name Server: NS2.FASTPARK.NET
    Status: ok
    Updated Date: 08-jul-2008
    Creation Date: 20-may-2002
    Expiration Date: 20-may-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VORIZEN.COM
Registrant:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Creation Date: 20-May-2002
Expiration Date: 20-May-2010
Domain servers in listed order:
    ns2.fastpark.net
    ns1.fastpark.net
Administrative Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Technical Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Billing Contact:
    PrivacyProtect.org
    Domain Admin        (contact@privacyprotect.org)
    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676
Status:ACTIVE
```

Exhibit 16
Page 346

```
     Domain Name: VORIZIN.COM
     Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
     Whois Server: whois.leadnetworks.com
     Referral URL: http://www.leadnetworks.com
     Name Server: DNS11.LEADNETWORKS.COM
     Name Server: DNS12.LEADNETWORKS.COM
     Status: ok
     Updated Date: 15-aug-2008
     Creation Date: 10-feb-2007
     Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VORIZIN.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 104P36290208            (104P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
      IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 10-Feb-2007
Expiration Date: 10-Feb-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 104P36290208            (104P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
      IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 104P36290208            (104P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
      IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 104P36290208            (104P36290208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
      IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 347

```
Domain Name: VORIZON.NET
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 20-nov-2005
Expiration Date: 20-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VORIZON.NET
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For vorizon.net          (vorizon.net@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02223600138
    Fax. +91.02223611820
Creation Date: 20-Nov-2005
Expiration Date: 20-Nov-2009
Domain servers in listed order:
    ns1.domainmanager.com
    ns2.domainmanager.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For vorizon.net          (vorizon.net@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02223600138
    Fax. +91.02223611820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For vorizon.net          (vorizon.net@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02223600138
    Fax. +91.02223611820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For vorizon.net          (vorizon.net@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02223600138
    Fax. +91.02223611820
Status:LOCKED
```

Exhibit 16
Page 348

```
Domain Name: VORZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: ok
Updated Date: 15-aug-2008
Creation Date: 12-jun-2007
Expiration Date: 12-jun-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VORZON.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 11P36260208          (11P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 13-Jun-2007
Expiration Date: 13-Jun-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 11P36260208               (11P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 11P36260208               (11P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 11P36260208               (11P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 349

```
Domain Name: VRIEZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 22-aug-2007
Expiration Date: 22-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VRIEZON.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 17P36260208        (17P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 23-Aug-2007
Expiration Date: 23-Aug-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 17P36260208        (17P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 17P36260208        (17P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 17P36260208        (17P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 350

```
Domain Name: VRISZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 28-aug-2007
Expiration Date: 28-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: VRISZON.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 17P36260208        (17P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 29-Aug-2007
Expiration Date: 29-Aug-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 17P36260208        (17P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 17P36260208        (17P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 17P36260208        (17P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
.
```

Exhibit 16
Page 351

```
Domain Name: VRIZONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: ok
Updated Date: 13-jan-2009
Creation Date: 09-dec-2002
Expiration Date: 09-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VRIZONWIRELESS.COM
Registrant:
      Private WHOIS FOR VRIZONWIRELESS.COM
      Privacy Protection        (vrizonwireless.com@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri(West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 09-Dec-2002
Expiration Date: 09-Dec-2009
Domain servers in listed order:
      dns5.name-services.com
      dns4.name-services.com
      dns3.name-services.com
      dns2.name-services.com
      dns1.name-services.com
Administrative Contact:
      Private WHOIS FOR VRIZONWIRELESS.COM
      Privacy Protection        (vrizonwireless.com@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri(West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private WHOIS FOR VRIZONWIRELESS.COM
      Privacy Protection        (vrizonwireless.com@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri(West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private WHOIS FOR VRIZONWIRELESS.COM
      Privacy Protection        (vrizonwireless.com@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri(West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 352

```
    Domain Name: VRTIZONWIRELESS.COM
    Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
    Whois Server: whois.leadnetworks.com
    Referral URL: http://www.leadnetworks.com
    Name Server: NS1.DNSING.NET
    Name Server: NS2.DNSING.NET
    Status: ok
    Updated Date: 13-dec-2008
    Creation Date: 14-aug-2007
    Expiration Date: 14-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VRTIZONWIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810034          (PRIVATE311810034@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 14-Aug-2007
Expiration Date: 14-Aug-2009
Domain servers in listed order:
    ns1.dnsing.net
    ns2.dnsing.net
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810034          (PRIVATE311810034@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810034          (PRIVATE311810034@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810034          (PRIVATE311810034@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 353

```
Domain Name: VWEIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.FASTPARK.NET
Name Server: NS2.FASTPARK.NET
Status: ok
Updated Date: 18-sep-2008
Creation Date: 27-nov-2005
Expiration Date: 27-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: VWEIZON.COM
Registrant:
    PRIVATE WHOIS FOR VWEIZON.COM
    Privacy Protection          (VWEIZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 27-Nov-2005
Expiration Date: 27-Nov-2009
Domain servers in listed order:
    ns1.fastpark.net
    ns2.fastpark.net
Administrative Contact:
    PRIVATE WHOIS FOR VWEIZON.COM
    Privacy Protection          (VWEIZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    PRIVATE WHOIS FOR VWEIZON.COM
    Privacy Protection          (VWEIZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    PRIVATE WHOIS FOR VWEIZON.COM
    Privacy Protection          (VWEIZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 354

```
Domain Name: VZRIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: ok
Updated Date: 15-aug-2008
Creation Date: 04-mar-2008
Expiration Date: 04-mar-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VZRIZON.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR Z01P36270508        (Z01P36270508@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 05-Mar-2008
Expiration Date: 05-Mar-2010
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR Z01P36270508        (Z01P36270508@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR Z01P36270508        (Z01P36270508@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR Z01P36270508        (Z01P36270508@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 355

```
Domain Name: VZWIRELESSRINGTONES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DNSING.NET
Name Server: NS2.DNSING.NET
Status: ok
Updated Date: 13-dec-2008
Creation Date: 26-jul-2007
Expiration Date: 26-jul-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: VZWIRELESSRINGTONES.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 011P36260308          (011P36260308@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 26-Jul-2007
Expiration Date: 26-Jul-2009
Domain servers in listed order:
    ns1.dnsing.net
    ns2.dnsing.net
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 011P36260308          (011P36260308@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 011P36260308          (011P36260308@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 011P36260308          (011P36260308@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 356

```
Domain Name: WRIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.IDNSSERVER.NET
Name Server: NS2.IDNSSERVER.NET
Status: ok
Updated Date: 19-mar-2008
Creation Date: 26-dec-2005
Expiration Date: 26-dec-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: WRIZON.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS FOR WRIZON.COM          (WRIZON.COM@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 26-Dec-2005
Expiration Date: 26-Dec-2009
Domain servers in listed order:
     ns1.idnsserver.net
     ns2.idnsserver.net
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS FOR WRIZON.COM          (WRIZON.COM@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS FOR WRIZON.COM          (WRIZON.COM@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS FOR WRIZON.COM          (WRIZON.COM@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 357

```
Domain Name: WWWVARIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DNSING.NET
Name Server: NS2.DNSING.NET
Status: ok
Updated Date: 13-dec-2008
Creation Date: 25-aug-2007
Expiration Date: 25-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: WWWVARIZON.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 17P36260208        (17P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 25-Aug-2007
Expiration Date: 25-Aug-2009
Domain servers in listed order:
     ns1.dnsing.net
     ns2.dnsing.net
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 17P36260208            (17P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 17P36260208            (17P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 17P36260208            (17P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
.
```

Exhibit 16
Page 358

```
Domain Name: WWWVERAIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 15-may-2007
Expiration Date: 15-may-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: WWWVERAIZON.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810038        (PRIVATE311810038@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 15-May-2007
Expiration Date: 15-May-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810038        (PRIVATE311810038@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810038        (PRIVATE311810038@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810038        (PRIVATE311810038@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 359

```
Domain Name: WWWVERRIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DNSING.NET
Name Server: NS2.DNSING.NET
Status: ok
Updated Date: 13-dec-2008
Creation Date: 27-mar-2007
Expiration Date: 27-mar-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: WWWVERRIZON.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 40P36260208        (40P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 27-Mar-2007
Expiration Date: 27-Mar-2009
Domain servers in listed order:
     ns1.dnsing.net
     ns2.dnsing.net
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 40P36260208        (40P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 40P36260208        (40P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For 40P36260208        (40P36260208@privatewhois.in)
     707,C-Wing,7th Floor, The Neptune Versova Society,
     Lokhandwala Complex, 4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 360

```
Domain Name: 22VERIZION.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 18-feb-2007
Expiration Date: 18-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: 22VERIZION.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE31181001      (PRIVATE31181001@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 18-Feb-2007
Expiration Date: 18-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE31181001      (PRIVATE31181001@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE31181001      (PRIVATE31181001@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE31181001      (PRIVATE31181001@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 361

```
Domain Name: ACTIVATEMYFIOSVERIZON.NET
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: ok
Updated Date: 15-aug-2008
Creation Date: 10-feb-2007
Expiration Date: 10-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: ACTIVATEMYFIOSVERIZON.NET
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE31181001           (PRIVATE31181001@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 11-Feb-2007
Expiration Date: 11-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE31181001           (PRIVATE31181001@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE31181001           (PRIVATE31181001@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE31181001           (PRIVATE31181001@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 362

```
Domain Name: BUSINESSVERIZON.NET
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS1.CNOMY.COM
Name Server: DNS2.CNOMY.COM
Status: ok
Updated Date: 18-sep-2008
Creation Date: 27-nov-2005
Expiration Date: 27-nov-2009


[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: BUSINESSVERIZON.NET
Registrant:
     PRIVATE WHOIS FOR BUSINESSVERIZON.NET
     Privacy Protection         (businessverizon.net@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
      IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 27-Nov-2005
Expiration Date: 27-Nov-2009
Domain servers in listed order:
     dns1.cnomy.com
     dns2.cnomy.com
Administrative Contact:
     PRIVATE WHOIS FOR BUSINESSVERIZON.NET
     Privacy Protection         (businessverizon.net@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
      IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     PRIVATE WHOIS FOR BUSINESSVERIZON.NET
     Privacy Protection         (businessverizon.net@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
      IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     PRIVATE WHOIS FOR BUSINESSVERIZON.NET
     Privacy Protection         (businessverizon.net@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
      IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 363

```
Domain Name: INFOSPEEDVERIZON.NET
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNSP1.POWERHOSTING.COM
Name Server: DNSP2.POWERHOSTING.COM
Status: clientHold
Updated Date: 16-dec-2008
Creation Date: 27-nov-2005
Expiration Date: 27-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: INFOSPEEDVERIZON.NET
Registrant:
     Private WHOIS FOR INFOSPEEDVERIZON.NET
     Privacy Protection        (INFOSPEEDVERIZON.NET@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 27-Nov-2005
Expiration Date: 27-Nov-2009
Domain servers in listed order:
     dnsp1.powerhosting.com
     dnsp2.powerhosting.com
Administrative Contact:
     Private WHOIS FOR INFOSPEEDVERIZON.NET
     Privacy Protection        (INFOSPEEDVERIZON.NET@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS FOR INFOSPEEDVERIZON.NET
     Privacy Protection        (INFOSPEEDVERIZON.NET@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS FOR INFOSPEEDVERIZON.NET
     Privacy Protection        (INFOSPEEDVERIZON.NET@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 364

```
     Domain Name: MYACCOUNTATWWWVERIZONWIRELESS.COM
     Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
     Whois Server: whois.leadnetworks.com
     Referral URL: http://www.leadnetworks.com
     Name Server: DNS11.LEADNETWORKS.COM
     Name Server: DNS12.LEADNETWORKS.COM
     Status: clientDeleteProhibited
     Status: clientTransferProhibited
     Status: clientUpdateProhibited
     Updated Date: 01-oct-2008
     Creation Date: 24-jan-2007
     Expiration Date: 24-jan-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: MYACCOUNTATWWWVERIZONWIRELESS.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810023        (PRIVATE311810023@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 24-Jan-2007
Expiration Date: 24-Jan-2009
Domain servers in listed order:
     dns11.leadnetworks.com
     dns12.leadnetworks.com
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810023        (PRIVATE311810023@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810023        (PRIVATE311810023@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     PRIVATE WHOIS  FOR PRIVATE311810023        (PRIVATE311810023@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
.
```

Exhibit 16
Page 365

```
Domain Name: MYACCOUNTVERIZONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 25-nov-2008
Creation Date: 26-nov-2005
Expiration Date: 26-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138
Domain Name: MYACCOUNTVERIZONWIRELESS.COM
Registrant:
    Private WHOIS FOR MYACCOUNTVERIZONWIRELESS.COM
    Privacy Protection          (MYACCOUNTVERIZONWIRELESS.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 26-Nov-2005
Expiration Date: 26-Nov-2009
Domain servers in listed order:
    ns1.domainmanager.com
    ns2.domainmanager.com
Administrative Contact:
    Private WHOIS FOR MYACCOUNTVERIZONWIRELESS.COM
    Privacy Protection          (MYACCOUNTVERIZONWIRELESS.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR MYACCOUNTVERIZONWIRELESS.COM
    Privacy Protection          (MYACCOUNTVERIZONWIRELESS.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR MYACCOUNTVERIZONWIRELESS.COM
    Privacy Protection          (MYACCOUNTVERIZONWIRELESS.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 366

```
Domain Name: MYVERIZONPREPAID.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 14-feb-2007
Expiration Date: 14-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: MYVERIZONPREPAID.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810023         (PRIVATE311810023@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 14-Feb-2007
Expiration Date: 14-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810023         (PRIVATE311810023@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810023         (PRIVATE311810023@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810023         (PRIVATE311810023@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 367

```
Domain Name: QUICKVERIZON.NET
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 06-aug-2008
Creation Date: 06-oct-2006
Expiration Date: 06-oct-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: QUICKVERIZON.NET
Registrant:
    Private WHOIS
    Privacy Protection          (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 06-Oct-2006
Expiration Date: 06-Oct-2010
Domain servers in listed order:
    ns1.domainmanager.com
    ns2.domainmanager.com
Administrative Contact:
    Private WHOIS
    Privacy Protection          (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS
    Privacy Protection          (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS
    Privacy Protection          (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 368

```
Domain Name: STARTVERIZON.NET
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DOMAINMANAGER.COM
Name Server: NS2.DOMAINMANAGER.COM
Status: ok
Updated Date: 06-aug-2008
Creation Date: 21-dec-2003
Expiration Date: 21-dec-2010

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: STARTVERIZON.NET
Registrant:
     Private WHOIS
     Privacy Protection          (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 21-Dec-2003
Expiration Date: 21-Dec-2010
Domain servers in listed order:
     ns1.domainmanager.com
     ns2.domainmanager.com
Administrative Contact:
     Private WHOIS
     Privacy Protection          (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS
     Privacy Protection          (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS
     Privacy Protection          (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 369

```
Domain Name: WBILLPAYVERIZONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.DNSING.NET
Name Server: NS2.DNSING.NET
Status: ok
Updated Date: 13-dec-2008
Creation Date: 04-mar-2007
Expiration Date: 04-mar-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: WBILLPAYVERIZONWIRELESS.COM
Registrant:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 72P36280208        (72P36280208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 04-Mar-2007
Expiration Date: 04-Mar-2009
Domain servers in listed order:
    ns1.dnsing.net
    ns2.dnsing.net
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 72P36280208        (72P36280208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 72P36280208        (72P36280208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    Private Whois For 72P36280208        (72P36280208@privatewhois.in)
    707,C-Wing,7th Floor, The Neptune Versova Society,
    Lokhandwala Complex, 4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 370

```
Domain Name: WEBMAILVERIZON.NET
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 01-feb-2007
Expiration Date: 01-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: WEBMAILVERIZON.NET
Registrant:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810035        (PRIVATE311810035@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 01-Feb-2007
Expiration Date: 01-Feb-2009
Domain servers in listed order:
    dns11.leadnetworks.com
    dns12.leadnetworks.com
Administrative Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810035        (PRIVATE311810035@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810035        (PRIVATE311810035@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private Whois Escrow Domains Private Limited.
    PRIVATE WHOIS  FOR PRIVATE311810035        (PRIVATE311810035@privatewhois.in)
    707,C-Wing,7th Floor,The Neptune Versova Society,
    Lokhandwala Complex,4th Cross Road,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 371

```
Domain Name: WWWLVERIZONWIRELESS.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS11.LEADNETWORKS.COM
Name Server: DNS12.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 01-oct-2008
Creation Date: 02-feb-2007
Expiration Date: 02-feb-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: WWWLVERIZONWIRELESS.COM
Registrant:
      Private Whois Escrow Domains Private Limited.
      PRIVATE WHOIS  FOR PRIVATE311810037         (PRIVATE311810037@privatewhois.in)
      707,C-Wing,7th Floor,The Neptune Versova Society,
      Lokhandwala Complex,4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Creation Date: 02-Feb-2007
Expiration Date: 02-Feb-2009
Domain servers in listed order:
      dns11.leadnetworks.com
      dns12.leadnetworks.com
Administrative Contact:
      Private Whois Escrow Domains Private Limited.
      PRIVATE WHOIS  FOR PRIVATE311810037         (PRIVATE311810037@privatewhois.in)
      707,C-Wing,7th Floor,The Neptune Versova Society,
      Lokhandwala Complex,4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Technical Contact:
      Private Whois Escrow Domains Private Limited.
      PRIVATE WHOIS  FOR PRIVATE311810037         (PRIVATE311810037@privatewhois.in)
      707,C-Wing,7th Floor,The Neptune Versova Society,
      Lokhandwala Complex,4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Billing Contact:
      Private Whois Escrow Domains Private Limited.
      PRIVATE WHOIS  FOR PRIVATE311810037         (PRIVATE311810037@privatewhois.in)
      707,C-Wing,7th Floor,The Neptune Versova Society,
      Lokhandwala Complex,4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 372

```
Domain Name: WWWVERIZONONLINE.NET
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS10.LEADNETWORKS.COM
Name Server: DNS9.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 30-sep-2008
Creation Date: 16-oct-2005
Expiration Date: 16-oct-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093
Domain Name: WWWVERIZONONLINE.NET
Registrant:
     Private WHOIS
     Privacy Protection          (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 16-Oct-2005
Expiration Date: 16-Oct-2009
Domain servers in listed order:
     dns9.leadnetworks.com
     dns10.leadnetworks.com
Administrative Contact:
     Private WHOIS
     Privacy Protection          (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS
     Privacy Protection          (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS
     Privacy Protection          (pr342Q82h7@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:LOCKED
```

Exhibit 16
Page 373

```
     Domain Name: BERIZON.COM
     Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
     Whois Server: whois.leadnetworks.com
     Referral URL: http://www.leadnetworks.com
     Name Server: NS1.FASTPARK.NET
     Name Server: NS2.FASTPARK.NET
     Status: ok
     Updated Date: 14-jan-2009
     Creation Date: 09-aug-2002
     Expiration Date: 09-aug-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: BERIZON.COM
Registrant:
     Private WHOIS FOR BERIZON.COM
     Privacy Protection          (BERIZON.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 09-Aug-2002
Expiration Date: 09-Aug-2009
Domain servers in listed order:
     ns2.fastpark.net
     ns1.fastpark.net
Administrative Contact:
     Private WHOIS FOR BERIZON.COM
     Privacy Protection              (BERIZON.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private WHOIS FOR BERIZON.COM
     Privacy Protection          (BERIZON.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private WHOIS FOR BERIZON.COM
     Privacy Protection          (BERIZON.COM@privatewhois.in)
     B-304,Florida, Y-11, Shastrinagar,
     Lokhandwala Complex,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 374

```
Domain Name: DSLSTARTVERIZON.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNSP1.POWERHOSTING.COM
Name Server: DNSP2.POWERHOSTING.COM
Status: ok
Updated Date: 16-dec-2008
Creation Date: 27-nov-2005
Expiration Date: 27-nov-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: DSLSTARTVERIZON.COM
Registrant:
    Private WHOIS FOR DSLSTARTVERIZON.COM
    Privacy Protection          (DSLSTARTVERIZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 27-Nov-2005
Expiration Date: 27-Nov-2009
Domain servers in listed order:
    dnsp1.powerhosting.com
    dnsp2.powerhosting.com
Administrative Contact:
    Private WHOIS FOR DSLSTARTVERIZON.COM
    Privacy Protection          (DSLSTARTVERIZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS FOR DSLSTARTVERIZON.COM
    Privacy Protection          (DSLSTARTVERIZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS FOR DSLSTARTVERIZON.COM
    Privacy Protection          (DSLSTARTVERIZON.COM@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra,400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 375

```
   Domain Name: ERIZON.COM
   Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
   Whois Server: whois.leadnetworks.com
   Referral URL: http://www.leadnetworks.com
   Name Server: NS1.FASTPARK.NET
   Name Server: NS2.FASTPARK.NET
   Status: ok
   Updated Date: 14-jan-2009
   Creation Date: 04-may-2002
   Expiration Date: 04-may-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: ERIZON.COM
Registrant:
   Private WHOIS FOR ERIZON.COM
   Privacy Protection          (ERIZON.COM@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Creation Date: 04-May-2002
Expiration Date: 04-May-2009
Domain servers in listed order:
   ns2.fastpark.net
   ns1.fastpark.net
Administrative Contact:
   Private WHOIS FOR ERIZON.COM
   Privacy Protection             (ERIZON.COM@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Technical Contact:
   Private WHOIS FOR ERIZON.COM
   Privacy Protection          (ERIZON.COM@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Billing Contact:
   Private WHOIS FOR ERIZON.COM
   Privacy Protection          (ERIZON.COM@privatewhois.in)
   B-304,Florida, Y-11, Shastrinagar,
   Lokhandwala Complex,
   Andheri (West)
   Mumbai
   Maharashtra,400053
   IN
   Tel. +91.02226300138
   Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 376

```
Domain Name: V-WIRELESS-CELLPHONES.COM
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: NS1.FASTPARK.NET
Name Server: NS2.FASTPARK.NET
Status: ok
Updated Date: 13-jan-2009
Creation Date: 20-may-2008
Expiration Date: 20-may-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093
Domain Name: V-WIRELESS-CELLPHONES.COM
Registrant:
     Private Whois Escrow Domains Private Limited.
     Private Whois For V-WIRELESS-CELLPHONES.COM        (v-wireless-cellphones.com@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Creation Date: 20-May-2008
Expiration Date: 20-May-2009
Domain servers in listed order:
     ns2.fastpark.net
     ns1.fastpark.net
Administrative Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For V-WIRELESS-CELLPHONES.COM        (v-wireless-cellphones.com@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Technical Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For V-WIRELESS-CELLPHONES.COM        (v-wireless-cellphones.com@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Billing Contact:
     Private Whois Escrow Domains Private Limited.
     Private Whois For V-WIRELESS-CELLPHONES.COM        (v-wireless-cellphones.com@privatewhois.in)
     707,C-Wing,7th Floor,The Neptune Versova Society,
     Lokhandwala Complex,4th Cross Road,
     Andheri (West)
     Mumbai
     Maharashtra,400053
     IN
     Tel. +91.02226300138
     Fax. +91.02226311820
Status:ACTIVE
```

Exhibit 16
Page 377

Exhibit 17



TrafficZ   **DomainTools**   LeaseThis.com       Welcome **david_steele**   My Account

# Wwwverizononline.net on 2006-04-20 - Domain History

Next »

| | |
|---|---|
| **Domain:** | **wwwverizononline.net** - Domain History |
| **Cache Date:** | 2006-04-20 |
| **Registrar:** | **AIRNAMES.COM, INC.** |
| **Registrant Search:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: nick@watchmydomain.com |

```
Domain name: wwwverizononline.net

Administrative Contact:
    Drop One - Buy/Sell/Lease and Snapping Services
    Nick M (Nick@WatchMyDomain.com)
    +971.503425355
    Fax: +971.43377899
    P.O.Box  121503
    Dubai,  100001
    AE

Technical Contact:
    Drop One - Buy/Sell/Lease and Snapping Services
    Nick M (Nick@WatchMyDomain.com)
    +971.503425355
    Fax: +971.43377899
    P.O.Box  121503
    Dubai,  100001
    AE

Registrant Contact:
    Drop One - Buy/Sell/Lease and Snapping Services
    Nick M (Nick@WatchMyDomain.com)
    +971.503425355
    Fax: +971.43377899
    P.O.Box  121503
    Dubai,  100001
    AE

Status: Active
```

Exhibit 17
Page 378

```
Name Servers:
      ns1.sedoparking.com
      ns2.sedoparking.com


Creation date: 16 Oct 2005 14:33:45
Expiration date: 16 Oct 2006 14:33:45
```

Exhibit 17
Page 379

2 of 2                                                          1/27/2009 12:14 AM

```
Domain Name: WWWVERIZONONLINE.NET
Registrar: LEAD NETWORKS DOMAINS PVT. LTD.
Whois Server: whois.leadnetworks.com
Referral URL: http://www.leadnetworks.com
Name Server: DNS10.LEADNETWORKS.COM
Name Server: DNS9.LEADNETWORKS.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 30-sep-2008
Creation Date: 16-oct-2005
Expiration Date: 16-oct-2009

[whois.leadnetworks.com]
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD. (01)
Contact: +91.02226313093
Domain Name: WWWVERIZONONLINE.NET
Registrant:
    Private WHOIS
    Privacy Protection          (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra, 400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Creation Date: 16-Oct-2005
Expiration Date: 16-Oct-2009
Domain servers in listed order:
    dns9.leadnetworks.com
    dns10.leadnetworks.com
Administrative Contact:
    Private WHOIS
    Privacy Protection          (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra, 400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Technical Contact:
    Private WHOIS
    Privacy Protection          (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra, 400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Billing Contact:
    Private WHOIS
    Privacy Protection          (pr342Q82h7@privatewhois.in)
    B-304,Florida, Y-11, Shastrinagar,
    Lokhandwala Complex,
    Andheri (West)
    Mumbai
    Maharashtra, 400053
    IN
    Tel. +91.02226300138
    Fax. +91.02226311820
Status:LOCKED
```

Exhibit 17
Page 380

Exhibit 18

Case 2:09-cv-00613-ABC-CW   Document 122-4   Filed 12/03/10   Page 237 of 319   Page ID
#:2900



# Rules for Uniform Domain Name Dispute Resolution Policy

Policy Adopted: August 26, 1999
Implementation Documents Approved: October 24, 1999

---

**Note: These rules are now in effect. See www.icann.org/udrp/udrp-schedule.htm for the implementation schedule.**

---

# Rules for Uniform Domain Name Dispute Resolution Policy
## (the "Rules")

### (As Approved by ICANN on October 24, 1999)

Administrative proceedings for the resolution of disputes under the Uniform Dispute Resolution Policy adopted by ICANN shall be governed by these Rules and also the Supplemental Rules of the Provider administering the proceedings, as posted on its web site.

## 1. Definitions

In these Rules:

**Complainant** means the party initiating a complaint concerning a domain-name registration.

**ICANN** refers to the Internet Corporation for Assigned Names and Numbers.

**Mutual Jurisdiction** means a court jurisdiction at the location of either (a) the principal office of the Registrar (provided the domain-name holder has submitted in its Registration Agreement to that jurisdiction for court adjudication of disputes concerning or arising from the use of the domain name) or (b) the domain-name holder's address as shown for the registration of the domain name in Registrar's Whois database at the time the complaint is submitted to the Provider.

**Panel** means an administrative panel appointed by a Provider to decide a complaint concerning a domain-name registration.

**Panelist** means an individual appointed by a Provider to be a member of a Panel.

**Party** means a Complainant or a Respondent.

**Policy** means the Uniform Domain Name Dispute Resolution Policy that is incorporated by reference and made a part of the Registration Agreement.

**Provider** means a dispute-resolution service provider approved by ICANN. A list of such Providers appears at www.icann.org/udrp/approved-providers.htm.

Exhibit 18
Page 381

**Registrar** means the entity with which the Respondent has registered a domain name that is the subject of a complaint.

**Registration Agreement** means the agreement between a Registrar and a domain-name holder.

**Respondent** means the holder of a domain-name registration against which a complaint is initiated.

**Reverse Domain Name Hijacking** means using the Policy in bad faith to attempt to deprive a registered domain-name holder of a domain name.

**Supplemental Rules** means the rules adopted by the Provider administering a proceeding to supplement these Rules. Supplemental Rules shall not be inconsistent with the Policy or these Rules and shall cover such topics as fees, word and page limits and guidelines, the means for communicating with the Provider and the Panel, and the form of cover sheets.

## 2. Communications

(a) When forwarding a complaint to the Respondent, it shall be the Provider's responsibility to employ reasonably available means calculated to achieve actual notice to Respondent. Achieving actual notice, or employing the following measures to do so, shall discharge this responsibility:

> (i) sending the complaint to all postal-mail and facsimile addresses (A) shown in the domain name's registration data in Registrar's Whois database for the registered domain-name holder, the technical contact, and the administrative contact and (B) supplied by Registrar to the Provider for the registration's billing contact; and

> (ii) sending the complaint in electronic form (including annexes to the extent available in that form) by e-mail to:

>> (A) the e-mail addresses for those technical, administrative, and billing contacts;

>> (B) postmaster@<the contested domain name>; and

>> (C) if the domain name (or "www." followed by the domain name) resolves to an active web page (other than a generic page the Provider concludes is maintained by a registrar or ISP for parking domain-names registered by multiple domain-name holders), any e-mail address shown or e-mail links on that web page; and

> (iii) sending the complaint to any address the Respondent has notified the Provider it prefers and, to the extent practicable, to all other addresses provided to the Provider by Complainant under Paragraph 3(b)(v).

(b) Except as provided in Paragraph 2(a), any written communication to

Exhibit 18
Page 382

Complainant or Respondent provided for under these Rules shall be made by the preferred means stated by the Complainant or Respondent, respectively (see Paragraphs 3(b)(iii) and 5(b)(iii)), or in the absence of such specification

(i) by telecopy or facsimile transmission, with a confirmation of transmission; or

(ii) by postal or courier service, postage pre-paid and return receipt requested; or

(iii) electronically via the Internet, provided a record of its transmission is available.

(c) Any communication to the Provider or the Panel shall be made by the means and in the manner (including number of copies) stated in the Provider's Supplemental Rules.

(d) Communications shall be made in the language prescribed in Paragraph 11. E-mail communications should, if practicable, be sent in plaintext.

(e) Either Party may update its contact details by notifying the Provider and the Registrar.

(f) Except as otherwise provided in these Rules, or decided by a Panel, all communications provided for under these Rules shall be deemed to have been made:

(i) if delivered by telecopy or facsimile transmission, on the date shown on the confirmation of transmission; or

(ii) if by postal or courier service, on the date marked on the receipt; or

(iii) if via the Internet, on the date that the communication was transmitted, provided that the date of transmission is verifiable.

(g) Except as otherwise provided in these Rules, all time periods calculated under these Rules to begin when a communication is made shall begin to run on the earliest date that the communication is deemed to have been made in accordance with Paragraph 2(f).

(h) Any communication by

(i) a Panel to any Party shall be copied to the Provider and to the other Party;

(ii) the Provider to any Party shall be copied to the other Party; and

(iii) a Party shall be copied to the other Party, the Panel and the Provider, as the case may be.

(i) It shall be the responsibility of the sender to retain records of the fact and circumstances of sending, which shall be available for inspection by affected parties and for reporting purposes.

Exhibit 18
Page 383

(j) In the event a Party sending a communication receives notification of non-delivery of the communication, the Party shall promptly notify the Panel (or, if no Panel is yet appointed, the Provider) of the circumstances of the notification. Further proceedings concerning the communication and any response shall be as directed by the Panel (or the Provider).

## 3. The Complaint

(a) Any person or entity may initiate an administrative proceeding by submitting a complaint in accordance with the Policy and these Rules to any Provider approved by ICANN. (Due to capacity constraints or for other reasons, a Provider's ability to accept complaints may be suspended at times. In that event, the Provider shall refuse the submission. The person or entity may submit the complaint to another Provider.)

(b) The complaint shall be submitted in hard copy and (except to the extent not available for annexes) in electronic form and shall:

(i) Request that the complaint be submitted for decision in accordance with the Policy and these Rules;

(ii) Provide the name, postal and e-mail addresses, and the telephone and telefax numbers of the Complainant and of any representative authorized to act for the Complainant in the administrative proceeding;

(iii) Specify a preferred method for communications directed to the Complainant in the administrative proceeding (including person to be contacted, medium, and address information) for each of (A) electronic-only material and (B) material including hard copy;

(iv) Designate whether Complainant elects to have the dispute decided by a single-member or a three-member Panel and, in the event Complainant elects a three-member Panel, provide the names and contact details of three candidates to serve as one of the Panelists (these candidates may be drawn from any ICANN-approved Provider's list of panelists);

(v) Provide the name of the Respondent (domain-name holder) and all information (including any postal and e-mail addresses and telephone and telefax numbers) known to Complainant regarding how to contact Respondent or any representative of Respondent, including contact information based on pre-complaint dealings, in sufficient detail to allow the Provider to send the complaint as described in Paragraph 2(a);

(vi) Specify the domain name(s) that is/are the subject of the complaint;

(vii) Identify the Registrar(s) with whom the domain name(s) is/are registered at the time the complaint is filed;

(viii) Specify the trademark(s) or service mark(s) on which the

Exhibit 18
Page 384

complaint is based and, for each mark, describe the goods or services, if any, with which the mark is used (Complainant may also separately describe other goods and services with which it intends, at the time the complaint is submitted, to use the mark in the future.);

(ix) Describe, in accordance with the Policy, the grounds on which the complaint is made including, in particular,

> (1) the manner in which the domain name(s) is/are identical or confusingly similar to a trademark or service mark in which the Complainant has rights; and

> (2) why the Respondent (domain-name holder) should be considered as having no rights or legitimate interests in respect of the domain name(s) that is/are the subject of the complaint; and

> (3) why the domain name(s) should be considered as having been registered and being used in bad faith

(The description should, for elements (2) and (3), discuss any aspects of Paragraphs 4(b) and 4(c) of the Policy that are applicable. The description shall comply with any word or page limit set forth in the Provider's Supplemental Rules.);

(x) Specify, in accordance with the Policy, the remedies sought;

(xi) Identify any other legal proceedings that have been commenced or terminated in connection with or relating to any of the domain name(s) that are the subject of the complaint;

(xii) State that a copy of the complaint, together with the cover sheet as prescribed by the Provider's Supplemental Rules, has been sent or transmitted to the Respondent (domain-name holder), in accordance with Paragraph 2(b);

(xiii) State that Complainant will submit, with respect to any challenges to a decision in the administrative proceeding canceling or transferring the domain name, to the jurisdiction of the courts in at least one specified Mutual Jurisdiction;

(xiv) Conclude with the following statement followed by the signature of the Complainant or its authorized representative:

> "Complainant agrees that its claims and remedies concerning the registration of the domain name, the dispute, or the dispute's resolution shall be solely against the domain-name holder and waives all such claims and remedies against (a) the dispute-resolution provider and panelists, except in the case of deliberate wrongdoing, (b) the registrar, (c) the registry administrator, and (d) the Internet Corporation for Assigned Names and Numbers, as

Exhibit 18
Page 385

well as their directors, officers, employees, and agents."

"Complainant certifies that the information contained in this Complaint is to the best of Complainant's knowledge complete and accurate, that this Complaint is not being presented for any improper purpose, such as to harass, and that the assertions in this Complaint are warranted under these Rules and under applicable law, as it now exists or as it may be extended by a good-faith and reasonable argument."; and

(xv) Annex any documentary or other evidence, including a copy of the Policy applicable to the domain name(s) in dispute and any trademark or service mark registration upon which the complaint relies, together with a schedule indexing such evidence.

(c) The complaint may relate to more than one domain name, provided that the domain names are registered by the same domain-name holder.

## 4. Notification of Complaint

(a) The Provider shall review the complaint for administrative compliance with the Policy and these Rules and, if in compliance, shall forward the complaint (together with the explanatory cover sheet prescribed by the Provider's Supplemental Rules) to the Respondent, in the manner prescribed by Paragraph 2(a), within three (3) calendar days following receipt of the fees to be paid by the Complainant in accordance with Paragraph 19.

(b) If the Provider finds the complaint to be administratively deficient, it shall promptly notify the Complainant and the Respondent of the nature of the deficiencies identified. The Complainant shall have five (5) calendar days within which to correct any such deficiencies, after which the administrative proceeding will be deemed withdrawn without prejudice to submission of a different complaint by Complainant.

(c) The date of commencement of the administrative proceeding shall be the date on which the Provider completes its responsibilities under Paragraph 2(a) in connection with forwarding the Complaint to the Respondent.

(d) The Provider shall immediately notify the Complainant, the Respondent, the concerned Registrar(s), and ICANN of the date of commencement of the administrative proceeding.

## 5. The Response

(a) Within twenty (20) days of the date of commencement of the administrative proceeding the Respondent shall submit a response to the Provider.

(b) The response shall be submitted in hard copy and (except to the extent not available for annexes) in electronic form and shall:

(i) Respond specifically to the statements and allegations contained in

Exhibit 18
Page 386

the complaint and include any and all bases for the Respondent (domain-name holder) to retain registration and use of the disputed domain name (This portion of the response shall comply with any word or page limit set forth in the Provider's Supplemental Rules.);

(ii) Provide the name, postal and e-mail addresses, and the telephone and telefax numbers of the Respondent (domain-name holder) and of any representative authorized to act for the Respondent in the administrative proceeding;

(iii) Specify a preferred method for communications directed to the Respondent in the administrative proceeding (including person to be contacted, medium, and address information) for each of (A) electronic-only material and (B) material including hard copy;

(iv) If Complainant has elected a single-member panel in the Complaint (see Paragraph 3(b)(iv)), state whether Respondent elects instead to have the dispute decided by a three-member panel;

(v) If either Complainant or Respondent elects a three-member Panel, provide the names and contact details of three candidates to serve as one of the Panelists (these candidates may be drawn from any ICANN-approved Provider's list of panelists);

(vi) Identify any other legal proceedings that have been commenced or terminated in connection with or relating to any of the domain name(s) that are the subject of the complaint;

(vii) State that a copy of the response has been sent or transmitted to the Complainant, in accordance with Paragraph 2(b); and

(viii) Conclude with the following statement followed by the signature of the Respondent or its authorized representative:

> "Respondent certifies that the information contained in this Response is to the best of Respondent's knowledge complete and accurate, that this Response is not being presented for any improper purpose, such as to harass, and that the assertions in this Response are warranted under these Rules and under applicable law, as it now exists or as it may be extended by a good-faith and reasonable argument."; and

(ix) Annex any documentary or other evidence upon which the Respondent relies, together with a schedule indexing such documents.

(c) If Complainant has elected to have the dispute decided by a single-member Panel and Respondent elects a three-member Panel, Respondent shall be required to pay one-half of the applicable fee for a three-member Panel as set forth in the Provider's Supplemental Rules. This payment shall be made together with the submission of the response to the Provider. In the event that the required

<div align="center">
Exhibit 18
Page 387
</div>

payment is not made, the dispute shall be decided by a single-member Panel.

(d) At the request of the Respondent, the Provider may, in exceptional cases, extend the period of time for the filing of the response. The period may also be extended by written stipulation between the Parties, provided the stipulation is approved by the Provider.

(e) If a Respondent does not submit a response, in the absence of exceptional circumstances, the Panel shall decide the dispute based upon the complaint.

## 6. Appointment of the Panel and Timing of Decision

(a) Each Provider shall maintain and publish a publicly available list of panelists and their qualifications.

(b) If neither the Complainant nor the Respondent has elected a three-member Panel (Paragraphs 3(b)(iv) and 5(b)(iv)), the Provider shall appoint, within five (5) calendar days following receipt of the response by the Provider, or the lapse of the time period for the submission thereof, a single Panelist from its list of panelists. The fees for a single-member Panel shall be paid entirely by the Complainant.

(c) If either the Complainant or the Respondent elects to have the dispute decided by a three-member Panel, the Provider shall appoint three Panelists in accordance with the procedures identified in Paragraph 6(e). The fees for a three-member Panel shall be paid in their entirety by the Complainant, except where the election for a three-member Panel was made by the Respondent, in which case the applicable fees shall be shared equally between the Parties.

(d) Unless it has already elected a three-member Panel, the Complainant shall submit to the Provider, within five (5) calendar days of communication of a response in which the Respondent elects a three-member Panel, the names and contact details of three candidates to serve as one of the Panelists. These candidates may be drawn from any ICANN-approved Provider's list of panelists.

(e) In the event that either the Complainant or the Respondent elects a three-member Panel, the Provider shall endeavor to appoint one Panelist from the list of candidates provided by each of the Complainant and the Respondent. In the event the Provider is unable within five (5) calendar days to secure the appointment of a Panelist on its customary terms from either Party's list of candidates, the Provider shall make that appointment from its list of panelists. The third Panelist shall be appointed by the Provider from a list of five candidates submitted by the Provider to the Parties, the Provider's selection from among the five being made in a manner that reasonably balances the preferences of both Parties, as they may specify to the Provider within five (5) calendar days of the Provider's submission of the five-candidate list to the Parties.

(f) Once the entire Panel is appointed, the Provider shall notify the Parties of the Panelists appointed and the date by which, absent exceptional circumstances, the Panel shall forward its decision on the complaint to the Provider.

## 7. Impartiality and Independence

Exhibit 18
Page 388

A Panelist shall be impartial and independent and shall have, before accepting appointment, disclosed to the Provider any circumstances giving rise to justifiable doubt as to the Panelist's impartiality or independence. If, at any stage during the administrative proceeding, new circumstances arise that could give rise to justifiable doubt as to the impartiality or independence of the Panelist, that Panelist shall promptly disclose such circumstances to the Provider. In such event, the Provider shall have the discretion to appoint a substitute Panelist.

## 8. Communication Between Parties and the Panel

No Party or anyone acting on its behalf may have any unilateral communication with the Panel. All communications between a Party and the Panel or the Provider shall be made to a case administrator appointed by the Provider in the manner prescribed in the Provider's Supplemental Rules.

## 9. Transmission of the File to the Panel

The Provider shall forward the file to the Panel as soon as the Panelist is appointed in the case of a Panel consisting of a single member, or as soon as the last Panelist is appointed in the case of a three-member Panel.

## 10. General Powers of the Panel

(a) The Panel shall conduct the administrative proceeding in such manner as it considers appropriate in accordance with the Policy and these Rules.

(b) In all cases, the Panel shall ensure that the Parties are treated with equality and that each Party is given a fair opportunity to present its case.

(c) The Panel shall ensure that the administrative proceeding takes place with due expedition. It may, at the request of a Party or on its own motion, extend, in exceptional cases, a period of time fixed by these Rules or by the Panel.

(d) The Panel shall determine the admissibility, relevance, materiality and weight of the evidence.

(e) A Panel shall decide a request by a Party to consolidate multiple domain name disputes in accordance with the Policy and these Rules.

## 11. Language of Proceedings

(a) Unless otherwise agreed by the Parties, or specified otherwise in the Registration Agreement, the language of the administrative proceeding shall be the language of the Registration Agreement, subject to the authority of the Panel to determine otherwise, having regard to the circumstances of the administrative proceeding.

(b) The Panel may order that any documents submitted in languages other than the language of the administrative proceeding be accompanied by a translation in whole or in part into the language of the administrative proceeding.

## 12. Further Statements

Exhibit 18
Page 389

In addition to the complaint and the response, the Panel may request, in its sole discretion, further statements or documents from either of the Parties.

### 13. In-Person Hearings

There shall be no in-person hearings (including hearings by teleconference, videoconference, and web conference), unless the Panel determines, in its sole discretion and as an exceptional matter, that such a hearing is necessary for deciding the complaint.

### 14. Default

(a) In the event that a Party, in the absence of exceptional circumstances, does not comply with any of the time periods established by these Rules or the Panel, the Panel shall proceed to a decision on the complaint.

(b) If a Party, in the absence of exceptional circumstances, does not comply with any provision of, or requirement under, these Rules or any request from the Panel, the Panel shall draw such inferences therefrom as it considers appropriate.

### 15. Panel Decisions

(a) A Panel shall decide a complaint on the basis of the statements and documents submitted and in accordance with the Policy, these Rules and any rules and principles of law that it deems applicable.

(b) In the absence of exceptional circumstances, the Panel shall forward its decision on the complaint to the Provider within fourteen (14) days of its appointment pursuant to Paragraph 6.

(c) In the case of a three-member Panel, the Panel's decision shall be made by a majority.

(d) The Panel's decision shall be in writing, provide the reasons on which it is based, indicate the date on which it was rendered and identify the name(s) of the Panelist(s).

(e) Panel decisions and dissenting opinions shall normally comply with the guidelines as to length set forth in the Provider's Supplemental Rules. Any dissenting opinion shall accompany the majority decision. If the Panel concludes that the dispute is not within the scope of Paragraph 4(a) of the Policy, it shall so state. If after considering the submissions the Panel finds that the complaint was brought in bad faith, for example in an attempt at Reverse Domain Name Hijacking or was brought primarily to harass the domain-name holder, the Panel shall declare in its decision that the complaint was brought in bad faith and constitutes an abuse of the administrative proceeding.

### 16. Communication of Decision to Parties

(a) Within three (3) calendar days after receiving the decision from the Panel, the Provider shall communicate the full text of the decision to each Party, the

Exhibit 18
Page 390

concerned Registrar(s), and ICANN. The concerned Registrar(s) shall immediately communicate to each Party, the Provider, and ICANN the date for the implementation of the decision in accordance with the Policy.

(b) Except if the Panel determines otherwise (see Paragraph 4(j) of the Policy), the Provider shall publish the full decision and the date of its implementation on a publicly accessible web site. In any event, the portion of any decision determining a complaint to have been brought in bad faith (see Paragraph 15(e) of these Rules) shall be published.

## 17. <u>Settlement or Other Grounds for Termination</u>

(a) If, before the Panel's decision, the Parties agree on a settlement, the Panel shall terminate the administrative proceeding.

(b) If, before the Panel's decision is made, it becomes unnecessary or impossible to continue the administrative proceeding for any reason, the Panel shall terminate the administrative proceeding, unless a Party raises justifiable grounds for objection within a period of time to be determined by the Panel.

## 18. <u>Effect of Court Proceedings</u>

(a) In the event of any legal proceedings initiated prior to or during an administrative proceeding in respect of a domain-name dispute that is the subject of the complaint, the Panel shall have the discretion to decide whether to suspend or terminate the administrative proceeding, or to proceed to a decision.

(b) In the event that a Party initiates any legal proceedings during the pendency of an administrative proceeding in respect of a domain-name dispute that is the subject of the complaint, it shall promptly notify the Panel and the Provider. See Paragraph 8 above.

## 19. <u>Fees</u>

(a) The Complainant shall pay to the Provider an initial fixed fee, in accordance with the Provider's Supplemental Rules, within the time and in the amount required. A Respondent electing under Paragraph 5(b)(iv) to have the dispute decided by a three-member Panel, rather than the single-member Panel elected by the Complainant, shall pay the Provider one-half the fixed fee for a three-member Panel. See Paragraph 5(c). In all other cases, the Complainant shall bear all of the Provider's fees, except as prescribed under Paragraph 19(d). Upon appointment of the Panel, the Provider shall refund the appropriate portion, if any, of the initial fee to the Complainant, as specified in the Provider's Supplemental Rules.

(b) No action shall be taken by the Provider on a complaint until it has received from Complainant the initial fee in accordance with Paragraph 19(a).

(c) If the Provider has not received the fee within ten (10) calendar days of receiving the complaint, the complaint shall be deemed withdrawn and the administrative proceeding terminated.

Exhibit 18
Page 391

Case 2:09-cv-00613-ABC-CW    Document 122-4    Filed 12/03/10    Page 248 of 319    Page ID #:2911

(d) In exceptional circumstances, for example in the event an in-person hearing is held, the Provider shall request the Parties for the payment of additional fees, which shall be established in agreement with the Parties and the Panel.

## 20. Exclusion of Liability

Except in the case of deliberate wrongdoing, neither the Provider nor a Panelist shall be liable to a Party for any act or omission in connection with any administrative proceeding under these Rules.

## 21. Amendments

The version of these Rules in effect at the time of the submission of the complaint to the Provider shall apply to the administrative proceeding commenced thereby. These Rules may not be amended without the express written approval of ICANN.

---

Comments concerning the layout, construction and functionality of this site should be sent to webmaster@icann.org.

Page Updated 05-Feb-2002

©2000, 2002  The Internet Corporation for Assigned Names and Numbers.  All rights reserved.

Exhibit 18
Page 392

Exhibit 19

Case 2:09-cv-00613-ABC-CW   Document 122-4   Filed 12/03/10   Page 250 of 319   Page ID
#:2913



# Uniform Domain Name
# Dispute Resolution Policy

Policy Adopted: August 26, 1999
Implementation Documents Approved: October 24, 1999

---

**Notes:**

**1. This policy is now in effect. See www.icann.org/udrp/udrp-schedule.htm
for the implementation schedule.**

**2. This policy has been adopted by all accredited domain-name registrars
for domain names ending in .com, .net, and .org. It has also been adopted
by certain managers of country-code top-level domains (e.g., .nu, .tv, .ws).**

**3. The policy is between the registrar (or other registration authority in the
case of a country-code top-level domain) and its customer (the
domain-name holder or registrant). Thus, the policy uses "we" and "our" to
refer to the registrar and it uses "you" and "your" to refer to the
domain-name holder.**

---

## Uniform Domain Name Dispute Resolution Policy

(As Approved by ICANN on October 24, 1999)

**1. Purpose.** This Uniform Domain Name Dispute Resolution Policy (the "Policy") has been
adopted by the Internet Corporation for Assigned Names and Numbers ("ICANN"), is
incorporated by reference into your Registration Agreement, and sets forth the terms and
conditions in connection with a dispute between you and any party other than us (the
registrar) over the registration and use of an Internet domain name registered by you.
Proceedings under Paragraph 4 of this Policy will be conducted according to the Rules for
Uniform Domain Name Dispute Resolution Policy (the "Rules of Procedure"), which are
available at www.icann.org/udrp/udrp-rules-24oct99.htm, and the selected administrative-
dispute-resolution service provider's supplemental rules.

**2. Your Representations.** By applying to register a domain name, or by asking us to
maintain or renew a domain name registration, you hereby represent and warrant to us that
(a) the statements that you made in your Registration Agreement are complete and accurate;
(b) to your knowledge, the registration of the domain name will not infringe upon or otherwise
violate the rights of any third party; (c) you are not registering the domain name for an
unlawful purpose; and (d) you will not knowingly use the domain name in violation of any
applicable laws or regulations. It is your responsibility to determine whether your domain
name registration infringes or violates someone else's rights.

**3. Cancellations, Transfers, and Changes.** We will cancel, transfer or otherwise make
changes to domain name registrations under the following circumstances:

Exhibit 19
Page 393

a. subject to the provisions of Paragraph 8, our receipt of written or appropriate electronic instructions from you or your authorized agent to take such action;

b. our receipt of an order from a court or arbitral tribunal, in each case of competent jurisdiction, requiring such action; and/or

c. our receipt of a decision of an Administrative Panel requiring such action in any administrative proceeding to which you were a party and which was conducted under this Policy or a later version of this Policy adopted by ICANN. (See Paragraph 4(i) and (k) below.)

We may also cancel, transfer or otherwise make changes to a domain name registration in accordance with the terms of your Registration Agreement or other legal requirements.

## 4. <u>Mandatory Administrative Proceeding</u>.

This Paragraph sets forth the type of disputes for which you are required to submit to a mandatory administrative proceeding. These proceedings will be conducted before one of the administrative-dispute-resolution service providers listed at www.icann.org/udrp /approved-providers.htm (each, a "Provider").

**a. Applicable Disputes.** You are required to submit to a mandatory administrative proceeding in the event that a third party (a "complainant") asserts to the applicable Provider, in compliance with the Rules of Procedure, that

(i) your domain name is identical or confusingly similar to a trademark or service mark in which the complainant has rights; and

(ii) you have no rights or legitimate interests in respect of the domain name; and

(iii) your domain name has been registered and is being used in bad faith.

In the administrative proceeding, the complainant must prove that each of these three elements are present.

**b. Evidence of Registration and Use in Bad Faith.** For the purposes of Paragraph 4(a)(iii), the following circumstances, in particular but without limitation, if found by the Panel to be present, shall be evidence of the registration and use of a domain name in bad faith:

(i) circumstances indicating that you have registered or you have acquired the domain name primarily for the purpose of selling, renting, or otherwise transferring the domain name registration to the complainant who is the owner of the trademark or service mark or to a competitor of that complainant, for valuable consideration in excess of your documented out-of-pocket costs directly related to the domain name; or

(ii) you have registered the domain name in order to prevent the owner of the trademark or service mark from reflecting the mark in a

<div align="center">
Exhibit 19

Page 394
</div>

corresponding domain name, provided that you have engaged in a
pattern of such conduct; or

(iii) you have registered the domain name primarily for the purpose of
disrupting the business of a competitor; or

(iv) by using the domain name, you have intentionally attempted to
attract, for commercial gain, Internet users to your web site or other
on-line location, by creating a likelihood of confusion with the
complainant's mark as to the source, sponsorship, affiliation, or
endorsement of your web site or location or of a product or service on
your web site or location.

**c. How to Demonstrate Your Rights to and Legitimate Interests in the
Domain Name in Responding to a Complaint.** When you receive a complaint,
you should refer to Paragraph 5 of the Rules of Procedure in determining how
your response should be prepared. Any of the following circumstances, in
particular but without limitation, if found by the Panel to be proved based on its
evaluation of all evidence presented, shall demonstrate your rights or legitimate
interests to the domain name for purposes of Paragraph 4(a)(ii):

(i) before any notice to you of the dispute, your use of, or
demonstrable preparations to use, the domain name or a name
corresponding to the domain name in connection with a bona fide
offering of goods or services; or

(ii) you (as an individual, business, or other organization) have been
commonly known by the domain name, even if you have acquired no
trademark or service mark rights; or

(iii) you are making a legitimate noncommercial or fair use of the
domain name, without intent for commercial gain to misleadingly divert
consumers or to tarnish the trademark or service mark at issue.

**d. Selection of Provider.** The complainant shall select the Provider from among
those approved by ICANN by submitting the complaint to that Provider. The
selected Provider will administer the proceeding, except in cases of consolidation
as described in Paragraph 4(f).

**e. Initiation of Proceeding and Process and Appointment of Administrative
Panel.** The Rules of Procedure state the process for initiating and conducting a
proceeding and for appointing the panel that will decide the dispute (the
"Administrative Panel").

**f. Consolidation.** In the event of multiple disputes between you and a
complainant, either you or the complainant may petition to consolidate the
disputes before a single Administrative Panel. This petition shall be made to the
first Administrative Panel appointed to hear a pending dispute between the
parties. This Administrative Panel may consolidate before it any or all such
disputes in its sole discretion, provided that the disputes being consolidated are
governed by this Policy or a later version of this Policy adopted by ICANN.

Exhibit 19
Page 395

**g. Fees.** All fees charged by a Provider in connection with any dispute before an Administrative Panel pursuant to this Policy shall be paid by the complainant, except in cases where you elect to expand the Administrative Panel from one to three panelists as provided in Paragraph 5(b)(iv) of the Rules of Procedure, in which case all fees will be split evenly by you and the complainant.

**h. Our Involvement in Administrative Proceedings.** We do not, and will not, participate in the administration or conduct of any proceeding before an Administrative Panel. In addition, we will not be liable as a result of any decisions rendered by the Administrative Panel.

**i. Remedies.** The remedies available to a complainant pursuant to any proceeding before an Administrative Panel shall be limited to requiring the cancellation of your domain name or the transfer of your domain name registration to the complainant.

**j. Notification and Publication.** The Provider shall notify us of any decision made by an Administrative Panel with respect to a domain name you have registered with us. All decisions under this Policy will be published in full over the Internet, except when an Administrative Panel determines in an exceptional case to redact portions of its decision.

**k. Availability of Court Proceedings.** The mandatory administrative proceeding requirements set forth in Paragraph 4 shall not prevent either you or the complainant from submitting the dispute to a court of competent jurisdiction for independent resolution before such mandatory administrative proceeding is commenced or after such proceeding is concluded. If an Administrative Panel decides that your domain name registration should be canceled or transferred, we will wait ten (10) business days (as observed in the location of our principal office) after we are informed by the applicable Provider of the Administrative Panel's decision before implementing that decision. We will then implement the decision unless we have received from you during that ten (10) business day period official documentation (such as a copy of a complaint, file-stamped by the clerk of the court) that you have commenced a lawsuit against the complainant in a jurisdiction to which the complainant has submitted under Paragraph 3(b)(xiii) of the Rules of Procedure. (In general, that jurisdiction is either the location of our principal office or of your address as shown in our Whois database. See Paragraphs 1 and 3(b)(xiii) of the Rules of Procedure for details.) If we receive such documentation within the ten (10) business day period, we will not implement the Administrative Panel's decision, and we will take no further action, until we receive (i) evidence satisfactory to us of a resolution between the parties; (ii) evidence satisfactory to us that your lawsuit has been dismissed or withdrawn; or (iii) a copy of an order from such court dismissing your lawsuit or ordering that you do not have the right to continue to use your domain name.

**5. All Other Disputes and Litigation.** All other disputes between you and any party other than us regarding your domain name registration that are not brought pursuant to the mandatory administrative proceeding provisions of Paragraph 4 shall be resolved between you and such other party through any court, arbitration or other proceeding that may be available.

Exhibit 19
Page 396

**6. Our Involvement in Disputes.** We will not participate in any way in any dispute between you and any party other than us regarding the registration and use of your domain name. You shall not name us as a party or otherwise include us in any such proceeding. In the event that we are named as a party in any such proceeding, we reserve the right to raise any and all defenses deemed appropriate, and to take any other action necessary to defend ourselves.

**7. Maintaining the Status Quo.** We will not cancel, transfer, activate, deactivate, or otherwise change the status of any domain name registration under this Policy except as provided in Paragraph 3 above.

**8. Transfers During a Dispute.**

> **a. Transfers of a Domain Name to a New Holder.** You may not transfer your domain name registration to another holder (i) during a pending administrative proceeding brought pursuant to Paragraph 4 or for a period of fifteen (15) business days (as observed in the location of our principal place of business) after such proceeding is concluded; or (ii) during a pending court proceeding or arbitration commenced regarding your domain name unless the party to whom the domain name registration is being transferred agrees, in writing, to be bound by the decision of the court or arbitrator. We reserve the right to cancel any transfer of a domain name registration to another holder that is made in violation of this subparagraph.

> **b. Changing Registrars.** You may not transfer your domain name registration to another registrar during a pending administrative proceeding brought pursuant to Paragraph 4 or for a period of fifteen (15) business days (as observed in the location of our principal place of business) after such proceeding is concluded. You may transfer administration of your domain name registration to another registrar during a pending court action or arbitration, provided that the domain name you have registered with us shall continue to be subject to the proceedings commenced against you in accordance with the terms of this Policy. In the event that you transfer a domain name registration to us during the pendency of a court action or arbitration, such dispute shall remain subject to the domain name dispute policy of the registrar from which the domain name registration was transferred.

**9. Policy Modifications.** We reserve the right to modify this Policy at any time with the permission of ICANN. We will post our revised Policy at least thirty (30) calendar days before it becomes effective. Unless this Policy has already been invoked by the submission of a complaint to a Provider, in which event the version of the Policy in effect at the time it was invoked will apply to you until the dispute is over, all such changes will be binding upon you with respect to any domain name registration dispute, whether the dispute arose before, on or after the effective date of our change. In the event that you object to a change in this Policy, your sole remedy is to cancel your domain name registration with us, provided that you will not be entitled to a refund of any fees you paid to us. The revised Policy will apply to you until you cancel your domain name registration.

---

Comments concerning the layout, construction and functionality of this site
should be sent to webmaster@icann.org.

Exhibit 19
Page 397

Case 2:09-cv-00613-ABC-CW   Document 122-4   Filed 12/03/10   Page 255 of 319   Page ID
#:2918

Page Updated 05-Feb-2002

©2000, 2002  The Internet Corporation for Assigned Names and Numbers.  All rights reserved.

Exhibit 19
Page 398

Exhibit 20

TrafficZ    **DomainTools**    LeaseThis.com      Welcome          My Account



# Comcastsports.com on 2005-04-18 - Domain History

« Previous                                    Next »

| | |
|---|---|
| **Domain:** | **comcastsports.com** - Domain History |
| **Cache Date:** | 2005-04-18 |
| **Registrar:** | IHOLDINGS.COM, INC. D/B/A DOTREGISTRAR.COM |
| **Registrant Search:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: lkang@ukr.net |

```
Registrant:
     Lorna Kang (COMCASTSPORTS-COM-DOM)
     P.O Box 21, Telok Intan
     Perak,  36009
     Malaysia
     622-7114
     LKang@ukr.net

     Domain Name: COMCASTSPORTS.COM

     Administrative Contact:
         Lorna Kang LKang@ukr.net
         P.O Box 21, Telok Intan
         Perak,  36009
         Malaysia
         622-7114

     Technical Contact, Zone Contact:
         Lorna Kang LKang@ukr.net
         P.O Box 21, Telok Intan
         Perak,  36009
         Malaysia
         622-7114

     Record last updated on 31-Mar-2005.
     Record expires on 01-May-2005.
     Record created on 01-May-2002.
```

```
Domain servers in listed order:

Name Server: ns.nnw.net
Name Server: pendulum.maxim.net
```

Exhibit 20
Page 400

Comcastsports.com on 2008-01-23 - Domain History                    Page 1 of 2
Case 2:09-cv-00613-ABC-CW    Document 122-4    Filed 12/03/10    Page 259 of 319    Page ID
#:2922

TrafficZ    **DomainTools**    LeaseThis.com            Welcome                    My Account



## Comcastsports.com on 2008-01-23 - Domain History

« Previous                                                              Next »

**Domain:**              **comcastsports.com** -  Domain History

**Cache Date:**          2008-01-23

**Registrar:**           LEAD NETWORKS DOMAINS PVT. LTD.

**Registrant Search:**   Click on an email address we found in this whois record
                         to see which other domains the registrant is associated with:
                         comcastsports.com@privatewhois.in

---

```
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.02226300138

Domain Name: COMCASTSPORTS.COM

Registrant:
      Private WHOIS FOR COMCASTSPORTS.COM
      Privacy Protection        (COMCASTSPORTS.COM@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
      Lokhandwala Complex,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820

Creation Date: 01-May-2002
Expiration Date: 01-May-2008

Domain servers in listed order:
      ns1.proredirect.com
      ns2.proredirect.com

Administrative Contact:
      Private WHOIS FOR COMCASTSPORTS.COM
      Privacy Protection        (COMCASTSPORTS.COM@privatewhois.in)
      B-304,Florida, Y-11, Shastrinagar,
```

```
               Lokhandwala Complex,
               Andheri (West)
               Mumbai
               Maharashtra,400053
               IN
               Tel. +91.02226300138
               Fax. +91.02226311820


    Technical Contact:
               Private WHOIS FOR COMCASTSPORTS.COM
               Privacy Protection       (COMCASTSPORTS.COM@privatewhois.in)
               B-304,Florida, Y-11, Shastrinagar,
               Lokhandwala Complex,
               Andheri (West)
               Mumbai
               Maharashtra,400053
               IN
               Tel. +91.02226300138
               Fax. +91.02226311820


    Billing Contact:
               Private WHOIS FOR COMCASTSPORTS.COM
               Privacy Protection       (COMCASTSPORTS.COM@privatewhois.in)
               B-304,Florida, Y-11, Shastrinagar,
               Lokhandwala Complex,
               Andheri (West)
               Mumbai
               Maharashtra,400053
               IN
               Tel. +91.02226300138
               Fax. +91.02226311820


    Status:LOCKED
```

Exhibit 20
Page 402



# WIPO Arbitration and Mediation Center

**ADMINISTRATIVE PANEL DECISION**

**Comcast Sportsnet Philadelphia, L.P v. Privacy Protection / Laksh Internet Solutions Private Limited**

**Case No. D2008-1316**

## 1. The Parties

The Complainant is Comcast Sportsnet Philadelphia L.P., of Philadelphia, Pennsylvania, United States of America, represented by Cozen O'Connor, United States of America.

The Respondent is Privacy Protection / Laksh Internet Solutions Private Limited, of Mumbai, Maharashtra, India.

## 2. The Domain Name and Registrar

The disputed domain name <comcastsports.com> is registered with Lead Networks Domains Pvt. Ltd.

## 3. Procedural History

The Complaint was filed with the WIPO Arbitration and Mediation Center (the "Center") on August 28, 2008. On August 29, 2008, the Center transmitted by email to Lead Networks Domains Pvt. Ltd. a request for registrar verification in connection with the domain name at issue. On September 1, 2008, Lead Networks Domains Pvt. Ltd. transmitted by email to the Center its verification response disclosing registrant and contact information for the disputed domain name which differed from the named Respondent and contact information in the Complaint. The Center sent an email communication to the Complainant on September 3, 2008 providing the registrant and contact information disclosed by the Registrar, and inviting the Complainant to submit an amendment to the Complaint. The Complainant filed an amended Complaint on September 5, 2008. The Center verified that the Complaint together with the amended Complaint satisfied the formal requirements of the Uniform Domain Name Dispute Resolution Policy (the "Policy"), the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules"), and the WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the "Supplemental Rules").

In accordance with the Rules, paragraphs 2(a) and 4(a), the Center formally notified the Respondent of the Complaint, and

the proceedings commenced on September 9, 2008. In accordance with the Rules, paragraph 5(a), the due date for Response was September 29, 2008. The Respondent did not submit any response. Accordingly, the Center notified the Respondent's default on September 30, 2008.

The Center appointed David Perkins as the sole panelist in this matter on October 6, 2008. The Panel finds that it was properly constituted. The Panel has submitted the Statement of Acceptance and Declaration of Impartiality and Independence, as required by the Center to ensure compliance with the Rules, paragraph 7.

## 4. Factual Background

### 4.A The Complainant

4.A.1 The Complainant is a subsidiary of Comcast Corporation ("Comcast"). Comcast is a United States of America ("US") Corporation which is the nation's largest provider of entertainment, information and communications products and services. According to its website, Comcast has 24.6 million cable customers, 14.4 million high-speed Internet customers and 5.6 million voice customers.

4.A.2 Comcast is the proprietor of US trademark registration 1,421,433 for COMCAST in Class 37. That registration was granted on December 16, 1986 based on first use in commerce in April 1969. It is the first of a number of other US trademark registrations for COMCAST and COMCAST with varying suffixes, for example COMCAST CONNECTIONS and COMCAST DIGITAL VOICE.

4.A.3 The Complainant owns a group of television sports networks throughout the US and provides television sports networks throughout the US under the COMCAST SPORTSNET trademark, beginning in July 1997.

### The COMCAST SPORTSNET trademark

4.A.4 The Complainant is the proprietor of the following US trademark registrations.

| US Trademark Reg. No. | Mark | Classes of goods and services | Date of Application | Date of Registration |
|---|---|---|---|---|
| 2,984,662 | COMCAST SPORTSNET | 25,38 and 41 | February 20, 2004 | August 16, 2005 |
| 2,984,663 | COMCAST SPORTSNET (stylized) | (25, 38 and 41 | February 20, 2004 | August 16, 2005 |

Both marks were first used in commerce in July 1997. "Sportsnet" is disclaimed except where used in combination with "Comcast".

### The COMCAST SPORTSNET website

4.A.5 The Complainant is the registrant of the domain name <comcastsportsnet.com> which was created on December 19, 1997 and which has been used in relation to its flagship website since 2000. A print out from that website lists a number of Sportsnets, for example, Bay Area: Chicago: New England, etc., and provides Daily News Live and Post Games Live information and comment.

### 4.B. The Respondent

4.B.1 In the absence of a Response, nothing is known of the Respondents other than what appears from the Complaint.

4.B.2 The disputed domain name was created on May 1, 2002. That domain name resolves to the <comcastsports.com> website which offers links to third party commercial websites grouped under headings such as "Comcast Sports": "Cable TV": "Cable television" and "Broadband". These include similar products and services to those offered by the Complainant

under its COMCAST SPORTSNET trademark. The <comcastsports.com> website also offers links to third party commercial websites grouped under the headings "Finance": "Travel" and "Home", which provide quite different goods and services to those offered by the Complainant under its COMCAST SPORTSNET trademark.

## 5. Parties' Contentions

### 5.A Complainant

#### Identical or Confusingly Similar

5.A.1 But for omission of the word "net" from the Complainant's COMCAST SPORTSNET trademark and <comcastsportsnet.com> domain name, the disputed domain name is identical. It contains both the distinctive prefix COMCAST and the descriptive suffix SPORTS.

5.A.2 Both the Complainant's COMCAST SPORTSNET trademark and its <comcastsportsnet.com> domain name were being used – respectively, July 1997 and 2000 – before the disputed domain name was created in May 2002.

5.A.3 The Complainant asserts that, in the circumstances, the disputed domain is confusingly similar to the COMCAST SPORTSNET trademark.

#### Rights or Legitimate Interests

5.A.4 The Complainant's case is that there are none of the circumstances present whereunder the Respondents could demonstrate rights to or legitimate interests in the disputed domain name pursuant to paragraph 4(c) of the Policy.

5.A.5 Manifestly, it cannot bring itself under paragraph 4(c)(ii).

5.A.6 As to paragraphs 4(c)(i) and (iii) the Complainant says that the use being made of the disputed domain name – which is described in paragraph 4.B.2 above – is neither *bona fide* nor a legitimate noncommercial or fair use. This is because the disputed domain name is being used in connection with a commercial link service, known as a "link farm". That use is, the Complainant says, designed to lure Internet users and divert them to other commercial websites by using the disputed domain name which is confusingly similar to the COMCAST SPORTSNET trademark. That practice on similar facts has been found in a number of decisions under the Policy not to confer a right to or legitimate interest in the disputed domain name. In that respect, the Complainant cites the decisions in *Deloitte Touche Tohmatsu v. Henry Chan*, WIPO Case No. D2003-0584: *Minka Lighting, Inc. d/b/a Minka Group v. Lee Wongi*, WIPO Case No. D2004.0984: *Bridgestone Corporation v. Horoshiy, Inc.*, WIPO Case No. D2004-0795 and *MBI, Inc. v. Moniker Privacy Services/Nevis Domains LLC*, WIPO Case No. D2006-0550. These cases involved the respective trademarks and disputed domain names:

| Complainant's Trademarks | Disputed Domain Name |
|---|---|
| Deloitte & Touch | <deloitt.com> |
| Minka | <minkagroup.com> |
| Bridgestone | <bridgestonegolf.com> |
| The Danbury Mint | <thedanburymint.com> |

#### Registered and Used in Bad Faith

5.A.7 The disputed domain name was created in May 2002, some 5 years after the Complainant began using its COMCAST SPORTSNET trademark and over 15 years after the COMCAST US trademark was registered by its parent company.

5.A.8 The Complainant points to the continued use of the disputed domain name notwithstanding a cease and desist letter dated August 7, 2008 sent by the Complainant's counsel to the address given for the registrant of the disputed domain name appearing in the WHOIS database.

5.A.9 The Complainant points to the use being made of the disputed domain name - described in paragraph 4.B.2 above -

which it says falls within the circumstances set out in paragraph 4(b)(iv) of the Policy. Hence, the Complainant says, the disputed domain name was registered and is being used in bad faith.

**5.B The Respondent**

As stated, no Response has been filed.

**6. Discussion and Findings**

6.1 The Policy paragraph 4(a) provides that the Complainant must prove each of the following in order to succeed in an administrative proceeding:

(i) that the Respondent's domain name is identical or confusingly similar to a trademark or service mark in which the Complainant has rights; and

(ii) that the Respondent has no rights or legitimate interests in respect of the domain name; and

(iii) that the domain name has been registered and is being used in bad faith.

6.2 The Policy paragraph 4(c) sets out circumstances which, in particular but without limitation, if found by the Panel to be proved shall demonstrate the Respondent's rights or legitimate interest in the domain name in issue.

6.3 The Policy paragraph 4(b) sets out circumstances which, again in particular but without limitation, if found by the Panel to be present shall be evidence of the registration and use of a domain name in bad faith.

6.4 As stated, the circumstances set out in paragraph 4(b) and 4(c) of the Policy are not exclusive. They are without limitation. That is, the Policy expressly recognizes that other circumstances can be evidence relevant to the requirements of paragraphs 4(a)(ii) and (iii) of the Policy.

**Identical or Confusingly Similar**

6.5 Comcast is a very well-known cable TV operator in the US and has now traded under the COMCAST name and mark for some 45 years. The Complainant, a Comcast subsidiary, has operated under the COMCAST SPORTSNET mark since July 1997. That mark was applied for in February 2004 and registered in August 2005. The Complainant is the registered proprietor of that mark. The COMCAST prefix is the dominant feature of that trademark.

6.6. The disputed domain name incorporates the COMCAST SPORTSNET mark in its entirety but for the suffix "net". In the circumstances, the Panel has no hesitation in finding that the disputed domain name is confusingly similar to the Complainant's trademark and that, consequently, the Complaint meets the requirement of paragraph 4(a)(i) of the Policy.

**Rights or Legitimate Interests**

6.7 The disputed domain name is used in the manner described in paragraph 4.B.2 above. Such use does not constitute any of the circumstance set out in paragraph 4(c) of the Policy demonstrating rights to or legitimate interests in that domain name.

6.8 In particular, use of the disputed domain name as discussed above, which is confusingly similar to the Complainant's COMCAST SPORTSNET trademark, does not qualify as a *bona fide* use of that domain name. The COMCAST SPORTSNET trademark was in use at least 4 years before the disputed domain name was created and the COMCAST mark itself had been used very many years before. Since the use to which the confusingly similar disputed domain name is being put is likely to misleadingly divert consumers into believing it is in some way connected to and a part of the Complainant's business, such use cannot be *bona fide*.

6.9 The cases cited by the Complainant (see, paragraph 5.A.6 above) serve to confirm that the use being made of the disputed domain name in this case cannot provide the Respondent with rights to or legitimate interests in the disputed domain name.

6.10 In the light of the foregoing, the Complaint satisfies the second requirement of the Policy in paragraph 4(a)(ii).

**Registered and Used in bad Faith**

6.11 Although the domain name was created 3 years (May 2002) before the Complainant's COMCAST SPORTSNET trademark was registered (August 2005), the COMCAST SPORTSNET trademark had been used since July 1997 and the well-known COMCAST trademark of the Complainant's parent company had been used for almost 40 years. In the circumstances, it is not credible that the disputed domain name was registered in good faith. This is confirmed by the use to which the disputed domain name has been put.

6.12 By reason of the confusing similarity between the disputed domain name and the Complainant's trademark, that use – described in paragraph 4.B.2 above – can only be regarded as an intentional attempt to attract, for commercial gain, Internet users to the "www.comcastsports.com" website by creating a likelihood of confusion with the COMCAST SPORTSNET trademark as to the affiliation of that website with the Complainant's trademark and its business. The Respondent's "www.comcastsports.com" website offers links to third party commercial websites offering services which compete with those of the Complainant and also to third party commercial websites offering services in quite different areas, namely "Finance", "Travel" and "Home". This is precisely evidence of circumstances falling within paragraph 4(b)(iv) of the Policy.

6.13 In the circumstances, the Panel has no hesitation in finding that the Complaint satisfies the requirements of paragraph 4(a)(iii) of the Policy.

**7. Decision**

For all the foregoing reasons, in accordance with paragraphs 4(i) of the Policy and 15 of the Rules, the Panel orders that the domain name <comcastsports.com> be transferred to the Complainant.

David Perkins
Sole Panelist

Dated: October 15, 2008

Comcastsports.com on 2008-10-06 - Domain History                Page 1 of 2
Case 2:09-cv-00613-ABC-CW    Document 122-4    Filed 12/03/10    Page 266 of 319    Page ID
#:2929

TrafficZ   **DomainTools**   LeaseThis.com          Welcome                    My Account



# Comcastsports.com on 2008-10-06 - Domain History

« Previous                                                                          Next »

| | |
|---|---|
| **Domain:** | **comcastsports.com** - Domain History |
| **Cache Date:** | 2008-10-06 |
| **Registrar:** | **LEAD NETWORKS DOMAINS PVT. LTD.** |
| **Registrant Search:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: contact@lakshinternetservices.com |

```
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.02226313093

Domain Name: COMCASTSPORTS.COM

Registrant:
      LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.
      LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.          (contact@lakshinternetservices.com)
      Room No.30, Fatima Bibi Chawl,
      Gulshan Nagar,Behram Baug,
      Jogeshwari (W),
      Mumbai
      Maharashtra,400102
      IN
      Tel. +91.9322160169

Creation Date: 01-May-2002
Expiration Date: 01-May-2009

Domain servers in listed order:
      ns2.proredirect.com
      ns1.proredirect.com

Administrative Contact:
      LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.
      LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.          (contact@lakshinternetservices.com)
      Room No.30, Fatima Bibi Chawl,
      Gulshan Nagar,Behram Baug,
```

```
          Jogeshwari (W),
          Mumbai
          Maharashtra,400102
          IN
          Tel. +91.9322160169


Technical Contact:
          LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.
          LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.          (contact@lakshinternetservices.com)
          Room No.30, Fatima Bibi Chawl,
          Gulshan Nagar,Behram Baug,
          Jogeshwari (W),
          Mumbai
          Maharashtra,400102
          IN
          Tel. +91.9322160169


Billing Contact:
          LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.
          LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.          (contact@lakshinternetservices.com)
          Room No.30, Fatima Bibi Chawl,
          Gulshan Nagar,Behram Baug,
          Jogeshwari (W),
          Mumbai
          Maharashtra,400102
          IN
          Tel. +91.9322160169


Status:ACTIVE
```

Exhibit 20
Page 409



# High Court of Judicature at Bombay

## CASE DETAILS

---

### *Bench:-Bombay*

---

| | | | |
|---|---|---|---|
| *Lodging No.:-* | SL/3400/2008 | *Filing Date:-* | 07/11/2008 |

---

*Petitioner:-* LAKSH INTERNET SOLUTIONS PRIVATE LIMITI   *Respondent:-* COMCAST SPORTSNET PHILADELPHIA, LP PH

*Petn.Adv.:-* ABHAY PANDE.

*District:-* BOMBAY

---

*Bench:-* SINGLE

*Status:-* Pre-Admission     *Category:-* SUITS FOR DAMAGES

---

| Office Information | Connected Matters | Application cases | Listing Dates | Orders/Judgment |

---

*PLEASE NOTE: FUTURE DATES IN CASE OF PRE-ADMITTED CASES ARE COMPUTER GENERATED PROVISIONAL DATES OF LISTING EXCEPT WHERE HON'BLE COURTS HAVE GIVEN DUE DATES. THE PROVISIONAL DATES MAY CHANGE, SUBJECT TO LISTING DIRECTIONS OF THE RESPECTIVE HON'BLE COURTS FROM TIME TO TIME. PLEASE MONITOR DAILY CAUSELISTS FOR CONFIRMED LISTINGS.*

---

 

Exhibit 20
Page 410

Exhibit 21

Case 2:09-cv-00613-ABC-CW    Document 122-4    Filed 12/03/10    Page 270 of 319    Page ID
#:2933

TrafficZ   **DomainTools**   LeaseThis.com            Welcome                        My Account



# Bcbgmaxazria.com on 2008-02-10 - Domain History

« Previous                                                                 Next »

**Domain:**            **bcbgmaxazria.com** - Domain History

**Cache Date:**        2008-02-10

**Registrar:**         REBEL.COM CORP.

**Registrant Search:** Click on an email address we found in this whois record
                       to see which other domains the registrant is associated with:
                       mjsbdwecs@whois-privacy.net

---

```
Domain bcbgmaxazria.com

   Date Registered: 2004-5-22
    Date Modified: 2/9/2008
      Expiry Date: 2010-5-22
              DNS1: NS1.FREEREDIRECTION.NET
              DNS2: NS2.FREEREDIRECTION.NET

  Registrant

                  Open Water Enterprises Limited
                  Anse Intendance
                  Mahe
                  AA
                  1111
                  SC

  Administrative Contact

                  Open Water Enterprises Limited
                  Louis S
                  Anse Intendance
                  Mahe, AA (SC)
                  1111
                  +248.3825041
                  mjsbdwecs@whois-privacy.net

  Technical Contact
```

```
Open Water Enterprises Limited
Louis S
Anse Intendance
Mahe, AA (SC)
1111
+248.3825041
mjsbdwecs@whois-privacy.net
```

Registrar: Rebel.com

Bcbgmaxazria.com on 2008-05-20 - Domain History                          Page 1 of 2
Case 2:09-cv-00613-ABC-CW    Document 122-4    Filed 12/03/10    Page 272 of 319    Page ID
#:2935

TrafficZ   **DomainTools**   LeaseThis.com        Welcome                My Account



# Bcbgmaxazria.com on 2008-05-20 - Domain History

« Previous                                                              Next »

**Domain:**          **bcbgmaxazria.com** - Domain History

**Cache Date:**      2008-05-20

**Registrar:**       LEAD NETWORKS DOMAINS PVT. LTD.

**Registrant Search:** Click on an email address we found in this whois record
                       to see which other domains the registrant is associated with:
                       contact@privacyprotect.org

```
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226300138

Domain Name: BCBGMAXAZRIA.COM

Registrant:
     PrivacyProtect.org
     Domain Admin          (contact@privacyprotect.org)
     P.O. Box 97
     All Postal Mails Rejected, visit Privacyprotect.org
     Moergestel
     null,5066 ZH
     NL
     Tel. +45.36946676


Creation Date: 22-May-2004
Expiration Date: 22-May-2011

Domain servers in listed order:
     ns2.parked.com
     ns1.parked.com

Administrative Contact:
     PrivacyProtect.org
     Domain Admin          (contact@privacyprotect.org)
     P.O. Box 97
     All Postal Mails Rejected, visit Privacyprotect.org
     Moergestel
```

Exhibit 21
Page 413

Case 2:09-cv-00613-ABC-CW   Document 122-4   Filed 12/03/10   Page 273 of 319   Page ID
#:2936

```
               null,5066 ZH
               NL
               Tel. +45.36946676


     Technical Contact:
               PrivacyProtect.org
               Domain Admin          (contact@privacyprotect.org)
               P.O. Box 97
               All Postal Mails Rejected, visit Privacyprotect.org
               Moergestel
               null,5066 ZH
               NL
               Tel. +45.36946676


     Billing Contact:
               PrivacyProtect.org
               Domain Admin          (contact@privacyprotect.org)
               P.O. Box 97
               All Postal Mails Rejected, visit Privacyprotect.org
               Moergestel
               null,5066 ZH
               NL
               Tel. +45.36946676


     Status:LOCKED
```



# WIPO Arbitration and Mediation Center

**ADMINISTRATIVE PANEL DECISION**

**MLA Multibrand Holdings, Inc., BCBG Max Azria Group Inc. v. Chen Bao Shui/ Privacyprotect.org/ Laksh Internet Solutions Private Limited**

**Case No. D2008-0952**

## 1. The Parties

The Complainant is MLA Multibrand Holdings, Inc., BCBG Max Azria Group Inc., Vernon, California, of United States of America, represented by Maryn Miller, United States of America.

The Respondent is Chen Bao Shui/ PrivacyProtect.org/ Laksh Internet Solutions Private Limited, of Shanghai, China; Moergestel, Netherlands; and Mumbai, Maharashtra, India.

## 2. The Domain Name and Registrar

The disputed domain name <bcbgmaxazria.com>is registered with Lead Networks Domains Pvt. Ltd.

## 3. Procedural History

The Complaint was filed with the WIPO Arbitration and Mediation Center (the "Center") on June 21, 2008. On June 24, 2008, the Center transmitted by email to Lead Networks Domains Pvt. Ltd. an initial request for registrar verification in connection with the domain name at issue. Lead Networks Domains Pvt. Ltd. did not reply to the initial and numerous follow up requests for registrar verification. Following the initial request for registrar verification a search of the registrar's publicly available WhoIs disclosed a new Registrant Laksh Internet Solutions Private Limited as the Registrant of the domain name in dispute. Based on the change in the publicly available WhoIs, the Center thus invited the Complainant to submit an amendment to the Complaint. The Complainant filed an amendment to the Complaint on July 16, 2008 adding Laksh Internet Solutions Private Limited as a Respondent. The Center verified that the Complaint together with the amended to the Complaint satisfied the formal requirements of the Uniform Domain Name Dispute Resolution Policy (the "Policy"), the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules"), and the WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the "Supplemental Rules").

In accordance with the Rules, paragraphs 2(a) and 4(a), the Center formally notified Respondent of the Complaint, and the proceedings commenced on July 18, 2008. In accordance with the Rules, paragraph 5(a), the due date for Response was

August 7, 2008. Respondent did not submit any Response. Accordingly, the Center notified Respondent's default on August 8, 2008.

The Center appointed Ross Carson as the sole panelist in this matter on August 27, 2008. The Panel finds that it was properly constituted. The Panel has submitted the Statement of Acceptance and Declaration of Impartiality and Independence, as required by the Center to ensure compliance with the Rules, paragraph 7.

## 4. Factual Background

Complainant is the owner of the trademark BCBG MAX AZRIA which is registered with the United States of America Patent and Trademark Office and the Chinese and Canadian Trademarks Office and in use by Complainant for the following goods and services, among others:

toiletries, namely, perfumes, colognes and eaux de toilette, scented body spay, perfume oils, body lotions, shampoos, hair conditioners, bath oils and salts, bath soaps, bath gels, bubble bath, skin soap, body oil, body powder, skin moisturizers, body and eye cream, and cosmetics, namely, mascaras, lipsticks, lip glosses, cosmetic pencils, eye pencils, eye shadows, eyeliners, eye make up remover, foundation, face powder, blusher, hair gel and hair styling preparations, nail enamel, nail polish and potpourri (US Reg. No. 2581590)

sunglasses (US Reg. No 2229366);

jewelry and watches (US Reg. No. 2362512);

handbags, purses, clutches, cosmetic bags and back packs (US Reg. No. 2162709);

clothing, namely, jackets, pants, shirts, dresses, T-shirts, headbands, skirts, suits, hats, belts, shoes, boots and slippers (US Reg. No. 2160919); and

retail stores featuring men's and women's clothing, footwear, eyewear, belts, bags, wallets, notebooks, costume jewelry, and accessories (US Reg. No. 2229365).

Complainant is also the owner of Canadian Reg. No. TMA 573447, and Chinese Reg. Nos. 1389232, 1420403, 1395328, 1407740, and 1246718 for the trademark BCBG MAX AZRIA.

The domain name in dispute was registered on May 22, 2004.

## 5. Parties' Contentions

### A. Complainant

### A.1 Identical or Confusingly Similar

Complainant is the registered owner of trademark registrations for the trademark BCBG MAX AZRIA in the United States of America, Canada and the People's Republic of China particulars of which are provided in paragraph 4 above.

Complainant submits that the domain name in dispute is identical to the trademark in which the Complainant has rights as it uses the identical term "bcbgmaxazria" as the trademark BCBG MAX AZRIA. Complainant states that its trademark is entirely reproduced in the domain name in dispute. The only difference between the two, i.e., the lack of the spaces between the three words in the domain name in dispute, emanates from the technical restrictions of a domain name, i.e., that they do not contain spaces. The fact that a space is made between the elements of a mark is irrelevant, both for the consumers and merchants, and for the Internet users and the research engines. See *Christian Dior Couture SA v. Liage International Inc.,* WIPO Case No. D2000-0098.

### A.2 No Rights or Legitimate Interests in respect of the Domain Name

Exhibit 21
Page 416

Complainant submits that there is no evidence to suggest that, before any notice to the original Respondent of the dispute, the original Respondent made use of the domain name in connection with a *bona fide* offering of goods or services.

Complainant further states that there is absolutely no evidence that Respondent is or has ever been using the name in any legitimate noncommercial or fair use basis. There is no evidence that Respondent, as an individual, business, or other organization, has ever been known by the name "bcbgmaxazria" or any name similar thereto.

Complainant states that Respondent is not the licensee of the Complainant and is, in no way, authorized to use Complainant's trademark BCBG MAX AZRIA. Furthermore, the Respondent is not authorized to market any products or services bearing said trademark, to use or apply for registration of a domain name on behalf of Complainant, to represent the Complainant, or to act on its behalf. Complainant has no affiliation with Respondent other than this action. (See *Crédit Industriel et Commercial S.A v. Betjinghongshanhushuizushangmaoyouxiangongsi,* WIPO Case No. D2007-1818, (hereinafter the *"Beijinghong Case")* and *Credit Industriel et Commercial S.A. v. XUBO,* WIPO Case No. D2006-1268, both finding that these factors are enough show respondent has no rights or legitimate interests in respect of the domain name).

**A.3 Registered and Used in Bad Faith**

Complainant submits that Respondent registered the domain name in dispute in bad faith as Complainant had made extensive use of and registered its trademark BCBG MAX AZRIA in China, the United States of America, Canada and other countries prior to registration of the domain name in dispute on May 22, 2004. Complainant further states that the term "BCBG" in the trademark is a French term of art in the apparel industry standing for "Bon Chic Bon Genre" which translates to "Good Style, Good Life". Complainant states that as Respondent is not French it is not conceivable that Respondent registered the domain name in dispute comprised of a French term and the name of a well-known designer in good faith independently of Complainant's previously used and registered trademark BCBG MAX AZRIA.

Complainant states that in the *Beijinghong Case, supra,* a case almost identical in facts to this one, the panel taking into account the fact that the complainant's mark was incorporated entirely into the domain name, and the complainant's reputation and activities worldwide, found that the respondent was undoubtedly aware of the complainant's mark. The other facts that the panel considered in making the inference that the respondent has registered the domain name in bad faith were: (i) that the domain name contained a generic word, "banques", which describes the complainant's business; and (ii) this word is in French, a language that would appear to be foreign to the respondent. The panel concluded in the *Beijinghong Case* "[t]o suggest that the Respondent's selection of this domain name is pure coincidence would require a stretch of one's imagination."

Complainant further states that Respondent has used the domain name in dispute in bad faith.

Complainant states that UDRP case records show that the Respondent Shui is a well-known "domain squatter." There are at least 7 cases in the UDRP case records involving Respondent Shui for claims of cybersquatting and, all of them, ordered Respondent Shui to transfer the domain name to the owner. See *Beijinghong Case,* WIPO Case No. D2007-1818; *Deveraux Deloitte v. Bao Shui Chen,* WIPO Case No. D2007-1160; *Cis Bio International v. N.A. Bao Shui Chen,* WIPO Case No. D2007-1191; *Weyerhaeuser Company v. Chen Bao Shui,* WIPO Case No. D2007-0969; *The Ford Foundation v. Chen Bao Shui,* WIPO Case No. D2007-0862; *SmithKline Beecham PLC v. Chen Bao Shui,* NAF Case No. 989685 (June 28, 2007); and *Dillard's, Inc., Dillard's International, Inc. v. Chen Bao Shui,* WIPO Case No. D2007-0520.

Complainant submits that previous UDRP Panels have established the principle that the registration of a domain name that is obviously connected with a well-known trade mark by someone who has no connection whatsoever with the trade mark suggests opportunistic bad faith. See *Veuve Clicquot Ponsardin, Maison Fondée en 1772 v. The Polygenix Group Co.,* WIPO Case No. D2000-0163.

Complainant further submits that the domain name in dispute is obviously connected with the Complainant's widely known trademark. Previous UDRP Panels have found that this indicates that the domain name was registered in order to prevent the owner of the trademark from reflecting the mark in a corresponding domain name. See *Beijinghong Case, supra.*

Complainant states that Respondent has registered a domain name that exactly corresponds to the widely-known mark of Complainant. This indicates that it has intentionally attempted to attract Internet users by creating a likelihood of confusion with Complainant's mark. See *Beijinghong Case, supra.*

Complainant further submits that the domain name in dispute diverts Internet users to an inactive website which does not correspond to the Complainant's official website but instead points users to other sites that sell BCBG MAX AZRIA products. This is damaging to Complainant's reputation as Internet users would expect the domain name to lead them to Complainant's website and is damaging to Complainant's business in that it directly diverts potential purchasers of

Exhibit 21
Page 417

Complainant's products to vendors other than Complainant, some of which are unauthorized.

**B. Respondent**

The Respondent did not file a Response or otherwise reply to the Complainant's contentions.

**6. Discussion and Findings**

Paragraph 15(a) of the Rules instructs this Panel to "decide a complaint on the basis of the statements and documents submitted in accordance with the Policy, these Rules and any rules and principles of law that it deems applicable".

Paragraph 4(a) of the Policy requires that Complainant must prove each of the following three elements to obtain an order that a domain name should be cancelled or transferred:

(1) the domain name registered by the Respondent is identical or confusingly similar to a trademark or service mark in which Complainant has rights; and

(2) Respondent has no rights or legitimate interests in respect of the domain name; and

(3) the domain name has been registered and is being used in bad faith.

The fact that Respondent did not submit a Response does not automatically result in a decision in favor of Complainant. The failure of Respondent to file a Response results in the Panel drawing certain inferences from Complainant's evidence. The Panel may accept all reasonable and supported allegations and inferences following therefrom in the Complaint as true. *Charles Jourdan Holding AG v. AAIM,* WIPO Case No. D2000-0403.

**A. Identical or Confusingly Similar**

Pursuant to paragraph 4(a)(i) of the Policy Complainant must establish rights in a trademark and secondly that the domain name in dispute is identical to or confusingly similar to the trademark in which Complainant has rights.

Complainant is the registered owner of trademark registrations for the trademark BCBG MAX AZRIA in the United States of America, Canada and the People's Republic of China particulars of which are provided in paragraph 4 above. Complainant's trademark BCBG MAX AZRIA has been widely used and advertised in print and online since at least as early as 1996 and considerable customer recognition and goodwill has been built up in Complainant's trademark.

The domain name in dispute is comprised of Complainant's registered trademark BCBG MAX AZRIA in combination with the TLD designation ".com". Previous panels have held that the absence of spacing between parts of trademarks copied in domain names as a result of the ICANN rules governing the presentation of domain names is irrelevant in determining the likelihood of confusion of a domain name in dispute with a registered trademark.

Panels have repeatedly held that the specific top level of the domain name such as ".org", ".net", or ".com" does not affect the domain name for the purpose of determining whether it is identical or confusingly similar (see *Magnum Piering, Inc. v. The Mudjackers and Garwood & Wilson, Sr.*, WIPO Case No. D2000-1525 holding that confusing similarity under the Policy is decided upon the inclusion of a trademark in the domain name; and *Rollerblade, Inc. v. Chris McCrady,* WIPO Case No. D2000-0429 finding that the top level of the domain name such as ".net" or ".com" does not affect the domain name for the purpose of determining whether it is identical or confusingly similar).

The Panel finds that the domain name in dispute is confusingly similar to Complainant's trademarks BCBG MAX AZRIA.

**B. Rights or Legitimate Interests**

Pursuant to paragraph 4(a)(ii) of the Policy Complainant must prove that Respondent has no rights or legitimate interests in respect of the domain name in dispute.

Respondent is not affiliated with Complainant and has never been authorized by Complainant to use Complainant's

Exhibit 21
Page 418

registered trademark or any trademark confusingly similar thereto.

The web page associated with the domain name in dispute displays a series of sponsored links to Internet sites offering BCBG MAX AZRIA fashions as well as fashions of Complainant's competitors. UDRP decisions have consistently found that registrants that "park" their domain names that are confusingly similar to a trademark by using redirecting services with links to the goods or services of a complainant or complainant's competitors have not made a *bona fide* offering of goods or services giving rise to any right or legitimate interest in the domain name in dispute. *Deloitte Touche Tohmatsu v. Henry Chan*, WIPO Case No. D2003-0584.

It is difficult for a complainant to prove the negative that a respondent does not have any rights or legitimate interests in a domain name in dispute. Respondent was given the opportunity by way of reply to demonstrate any rights or legitimate interests in the domain name in dispute, e.g. pursuant to paragraph 4(c) of the Policy. Previous decisions under the UDRP have found it sufficient for a complainant to make a *prima facie* showing that a respondent does not have any rights or legitimate interests in the domain name in dispute. Once this showing is met, the burden of proof shifts a respondent to demonstrate its rights or legitimate interests in the disputed domain name. Here, Respondent did not file a Response nor avail itself of the benefits of paragraph 4(c) of the Policy.

The Panel finds that Complainant has proven that Respondent does not have any rights or legitimate interests in the domain name in dispute.

**C. Registered and Used in Bad Faith**

Pursuant to paragraph 4(a)(iii) of the Policy Complainant must prove that the domain name in dispute has been registered and used in bad faith.

**C.1 Domain Name Registered in Bad Faith**

By reason of Complainant's registrations and substantial use of its trade mark BCBG MAX AZRIA for many years in association with the sale of the goods and services listed in paragraph 4, Complainant's trademark was widely known prior to registration of the domain name in dispute on May 22, 2004.

The domain name at issue, <bcbgmaxazria.com>, includes Complainant's trade mark BCBG MAX AZRIA and consists of Complainant's trademark in combination with the generic top level domain descriptor ". com". "BCBG" in the trademark is a French term of art in the apparel industry standing for "Bon Chic Bon Genre" which translates to "Good Style, Good Life". Respondent is not French, and it is difficult to conceive that Respondent registered the domain name in dispute comprised of a French term and the name of a well known designer in good faith independently of Complainant's previously used and registered trademark BCBG MAX AZRIA.

Respondent was invited to file a Response. Respondent's failure to explain any reason for choosing the domain name in dispute strengthens the Panel's inference that Respondent registered the domain name in dispute with knowledge of Complainant's fashion goods and services sold and advertised by Complainant in association with Complainant's trademark BCBG MAX AZRIA.

The Panel finds that Respondent registered the domain name in dispute in bad faith.

**C.2. Domain Name Used in Bad Faith.**

Respondent's use of the domain name in dispute <bcbgmaxazria.com> to resolve to websites of Complainant and Complainant's competitors incorporating Complainant's trademark BCBG MAX AZRIA constitutes use of the domain name in bad faith. *See Baccarat SA v. Web Domain Names*, WIPO Case No. D2006-0038. ("The disputed domain name links to a web-site that includes links to other commercial web-sites. The Panel finds that providing such links, the Respondent most likely obtains a financial return through visitors that were originally looking for the Complainant and its products.")

Respondent is using the confusingly similar domain name <bcbgmaxazria.com> to attract users to Respondent's website for commercial gain by creating a likelihood of confusion with Complainant's trademarks as to source, sponsorship, affiliation or endorsement of Respondent's website constituting bad faith use under paragraph 4(b)(iv) of the Policy.

Respondent registered the domain name in order to prevent Complainant from reflecting the mark in a corresponding domain name. Respondent has engaged in a pattern of conduct that substantiates this finding. There are at least 7 cases in the UDRP case records involving Respondent Shui for claims of cybersquatting and, all of them, ordered Respondent

Exhibit 21
Page 419

Shui to transfer the domain name to the owner. See *Beijinghong Case,* WIPO Case No. D2007-1818; *Deveraux Deloitte v. Bao Shui Chen,* WIPO Case No. D2007-1160; *Cis Bio International v. N.A. Bao Shui Chen,* WIPO Case No. D2007-1191; *Weyerhaeuser Company v. Chen Bao Shui,* WIPO Case No. D2007-0969; *The Ford Foundation v. Chen Bao Shui,* WIPO Case No. D2007-0862; *SmithKline Beecham PLC v. Chen Bao Shui,* NAF Case No. 989685; and *Dillard's, Inc., Dillard's International, Inc. v. Chen Bao Shui,* WIPO Case No. D2007-0520.

The Panel finds that Respondent is using the domain name in dispute in bad faith.

**7. Decision**

For all the foregoing reasons, in accordance with paragraphs 4(i) of the Policy and 15 of the Rules, the Panel orders that the domain name <bcbgmaxazria.com> be transferred to the Complainant.

---

Ross Carson
Sole Panelist

Dated: September 10, 2008

TrafficZ   **DomainTools**   LeaseThis.com          Welcome                    My Account



# Bcbgmaxazria.com on 2008-07-21 - Domain History

« Previous                                                                     Next »

| | |
|---|---|
| **Domain:** | **bcbgmaxazria.com** - Domain History |
| **Cache Date:** | 2008-07-21 |
| **Registrar:** | **LEAD NETWORKS DOMAINS PVT. LTD.** |
| **Registrant Search:** | Click on an email address we found in this whois record |
| | to see which other domains the registrant is associated with: |
| | contact@lakshinternetservices.com |

---

```
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093


Domain Name: BCBGMAXAZRIA.COM

Registrant:
      LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.
      LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.          (contact@lakshinternetservices.com)
      Room No.30, Fatima Bibi Chawl,
      Gulshan Nagar,Behram Baug,
      Jogeshwari (W),
      Mumbai
      Maharashtra,400102
      IN
      Tel. +91.9322160169


Creation Date: 22-May-2004
Expiration Date: 22-May-2011

Domain servers in listed order:
      ns2.sedoparking.com
      ns1.sedoparking.com


Administrative Contact:
      LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.
      LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.          (contact@lakshinternetservices.com)
      Room No.30, Fatima Bibi Chawl,
      Gulshan Nagar,Behram Baug,
```

Case 2:09-cv-00613-ABC-CW   Document 122-4   Filed 12/03/10   Page 281 of 319   Page ID
#:2944

```
      Jogeshwari (W),
      Mumbai
      Maharashtra,400102
      IN
      Tel. +91.9322160169

  Technical Contact:
      LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.
      LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.          (contact@lakshinternetservices.com)
      Room No.30, Fatima Bibi Chawl,
      Gulshan Nagar,Behram Baug,
      Jogeshwari (W),
      Mumbai
      Maharashtra,400102
      IN
      Tel. +91.9322160169

  Billing Contact:
      LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.
      LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.          (contact@lakshinternetservices.com)
      Room No.30, Fatima Bibi Chawl,
      Gulshan Nagar,Behram Baug,
      Jogeshwari (W),
      Mumbai
      Maharashtra,400102
      IN
      Tel. +91.9322160169

  Status:LOCKED
```

Exhibit 21
Page 422

# High Court of Judicature at Bombay

## CASE DETAILS

***Bench:-Bombay***

| | | | |
|---|---|---|---|
| ***Lodging No.:-*** | SL/3050/2008 | ***Filing Date:-*** | 30/09/2008 |

***Petitioner:-*** LAKSH INTERNET SOLUTIONS PVT. LTD. - ***Respondent:-*** MLA MULTIBRAND HOLDINGS, INC. AND 2 ORS

***Petn.Adv.:-*** ABHAY P. PANDE

***District:-*** BOMBAY

| | | | |
|---|---|---|---|
| ***Bench:-*** | SINGLE | | |
| ***Status:-*** | Pre-Admission | ***Category:-*** | SUITS FOR DEFAMATION |
| ***Last Date:-*** | 13/01/2009 | ***Stage:-*** | PLAINTS FOR REJECTION U/R 986 OF THE H.C.(O.S.)RULES 1980 |
| ***Last Coram:-*** | REGISTRAR(OS)/PROTHONOTARY & SR. MASTER | | |

Office Information | Connected Matters | Application cases | Listing Dates | Orders/Judgment

***PLEASE NOTE: FUTURE DATES IN CASE OF PRE-ADMITTED CASES ARE COMPUTER GENERATED PROVISIONAL DATES OF LISTING EXCEPT WHERE HON'BLE COURTS HAVE GIVEN DUE DATES. THE PROVISIONAL DATES MAY CHANGE, SUBJECT TO LISTING DIRECTIONS OF THE RESPECTIVE HON'BLE COURTS FROM TIME TO TIME. PLEASE MONITOR DAILY CAUSELISTS FOR CONFIRMED LISTINGS.***

Back

Exhibit 21
Page 423

Exhibit 22

TrafficZ    **DomainTools**    LeaseThis.com                Welcome                                My Account



# Firemansam.com on 2007-12-25 - Domain History

« Previous                                                        Next »

**Domain:**              **firemansam.com** - Domain History

**Cache Date:**          2007-12-25

**Registrar:**           MONIKER ONLINE SERVICES, INC.

**Registrant Search:**   Click on an email address we found in this whois record
                         to see which other domains the registrant is associated with:
                         domainnotforsale.mon@startseek.com

---

```
Domain Name: FIREMANSAM.COM

Registrant [666126]:
        Chen Xianshang
        Nan Ma Tou Lu 11-87
        Rm 601 Bldg 28
        Shanghai
        Shanghai
        200126
        CN

Administrative Contact [666126]:
        Chen Xianshang DomainNotForSale.Mon@startseek.com
        Nan Ma Tou Lu 11-87
        Rm 601 Bldg 28
        Shanghai
        Shanghai
        200126
        CN
        Phone: +1.8019386488

Billing Contact [666126]:
        Chen Xianshang DomainNotForSale.Mon@startseek.com
        Nan Ma Tou Lu 11-87
        Rm 601 Bldg 28
        Shanghai
        Shanghai
        200126
```

Case 2:09-cv-00613-ABC-CW   Document 122-4   Filed 12/03/10   Page 285 of 319   Page ID #:2948

```
                         CN
                         Phone: +1.8019386488


          Technical Contact [666126]:
                         Chen Xianshang DomainNotForSale.Mon@startseek.com
                         Nan Ma Tou Lu 11-87
                         Rm 601 Bldg 28
                         Shanghai
                         Shanghai
                         200126
                         CN
                         Phone: +1.8019386488


          Domain servers in listed order:


                         NS2.APHOST.COM
                         NS1.APHOST.COM


                         Record created on:        2007-06-28 14:39:35.0
                         Database last updated on: 2007-12-06 02:15:00.32
                         Domain Expires on:         2009-06-28 14:39:35.0
```

Exhibit 22
Page 425

TrafficZ    **DomainTools**    LeaseThis.com                Welcome                            My Account



# Firemansam.com on 2008-06-08 - Domain History

« Previous                                                                                    Next »

**Domain:**            **firemansam.com** - Domain History

**Cache Date:**        2008-06-08

**Registrar:**         **LEAD NETWORKS DOMAINS PVT. LTD.**

**Registrant Search:** Click on an email address we found in this whois record
                       to see which other domains the registrant is associated with:
                       contact@privacyprotect.org

---

```
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226300138

Domain Name: FIREMANSAM.COM

Registrant:
     PrivacyProtect.org
     Domain Admin          (contact@privacyprotect.org)
     P.O. Box 97
     Note - All Postal Mails Rejected, visit Privacyprotect.org
     Moergestel
     null,5066 ZH
     NL
     Tel. +45.36946676

Creation Date: 28-Jun-2007
Expiration Date: 28-Jun-2010

Domain servers in listed order:
     ns1.aphost.com
     ns2.aphost.com

Administrative Contact:
     PrivacyProtect.org
     Domain Admin          (contact@privacyprotect.org)
     P.O. Box 97
     Note - All Postal Mails Rejected, visit Privacyprotect.org
     Moergestel
```

Case 2:09-cv-00613-ABC-CW   Document 122-4   Filed 12/03/10   Page 287 of 319   Page ID
#:2950

```
            null,5066 ZH
            NL
            Tel. +45.36946676


Technical Contact:
            PrivacyProtect.org
            Domain Admin          (contact@privacyprotect.org)
            P.O. Box 97
            Note - All Postal Mails Rejected, visit Privacyprotect.org
            Moergestel
            null,5066 ZH
            NL
            Tel. +45.36946676


Billing Contact:
            PrivacyProtect.org
            Domain Admin          (contact@privacyprotect.org)
            P.O. Box 97
            Note - All Postal Mails Rejected, visit Privacyprotect.org
            Moergestel
            null,5066 ZH
            NL
            Tel. +45.36946676


Status:ACTIVE
```

Exhibit 22
Page 427

Case 2:09-cv-00613-ABC-CW   Document 122-4   Filed 12/03/10   Page 288 of 319   Page ID
#:2951



# WIPO Arbitration and Mediation Center

**ADMINISTRATIVE PANEL DECISION**

**Hit Entertainment Limited and Prism Art & Design Limited v. PrivacyProtect.org and Laksh Internet Solutions Private Limited**

**Case No. D2008-0877**

## 1. The Parties

Complainants are Hit Entertainment Limited and Prism Art & Design Limited, London, United Kingdom, represented by SafeNames Ltd., Milton Keynes, United Kingdom.

The Respondents are PrivacyProtect.org and Laksh Internet Solutions Private Limited, of Moergestel, the Netherlands and Mumbai, India, respectively.

## 2. The Domain Name and Registrar

The disputed domain name <firemansam.com> is registered with Lead Networks Domains Pvt. Ltd.

## 3. Procedural History

The Complaint was filed with the WIPO Arbitration and Mediation Center (the "Center") on June 9, 2008. On June 9, 2008, the Center transmitted by email to Lead Networks Domains Pvt. Ltd. a request for registrar verification in connection with the domain name at issue. On June 23, 2008, Lead Networks Domains Pvt. Ltd. transmitted by email to the Center its verification response disclosing underlying registrant and contact information for the disputed domain name which differed from the named Respondent and contact information in the Complaint. The Center sent an email communication to Complainant on July 4, 2008, providing the underlying registrant and contact information disclosed by the Registrar, and inviting Complainant to submit an amendment to the Complaint. Complainant filed an amendment to the Complaint on July 7, 2008. The registrar-confirmed registrant of record for the disputed domain name is Laksh Internet Solutions Private Limited. The Center verified that the Complaint together with the amendment to the Complaint satisfied the formal requirements of the Uniform Domain Name Dispute Resolution Policy (the "Policy"), the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules"), and the WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the "Supplemental Rules").

In accordance with the Rules, paragraphs 2(a) and 4(a), the Center formally notified Respondent of the Complaint, and the

proceedings commenced on July 21, 2008. In accordance with the Rules, paragraph 5(a), the due date for Response was August 10, 2008. The Respondent did not submit any response. Accordingly, the Center notified the Respondent's default on August 15, 2008.

The Center appointed Lynda J. Zadra-Symes as the sole panelist in this matter on September 3, 2008. The Panel finds that it was properly constituted. The Panel has submitted the Statement of Acceptance and Declaration of Impartiality and Independence, as required by the Center to ensure compliance with the Rules, paragraph 7.

### 4. Factual Background

Complainant Hit Entertainment Limited and its wholly owned subsidiary, Prism Art and Design Limited, are the owners of the trademark rights in the character and trademark FIREMAN SAM, a popular British fictional children's character who resides in Wales and heroically saves lives. The FIREMAN SAM television program was first shown on British television in the 1990's.

Complainant Prism Art and Design owns several trademark registrations for marks including the words FIREMAN SAM:

FIREMAN SAM CTM Registration No. 5792767, registered April 7, 2008

FIREMAN SAM CTM Registration No. 5799382, registered April 7, 2008

FIREMAN SAM UK Registration No. 2288272, registered August 23, 2002

In addition to the above trademark registrations, Complainant Prism Art and Design Limited is the owner of pending U.S. Trademark applications, Serial Nos. 77/148,157 and 77/142,133 for the mark FIREMAN SAM, filed in 2007. Complainant Hit Entertainment Limited also owns several domain registrations incorporating the FIREMAN SAM trademark, which were registered prior to Respondents' registration of the domain name in dispute.

### 5. Parties' Contentions

#### A. Complainant

Complainants contend that the disputed domain name is confusingly similar to Complainants' FIREMAN SAM trademark, that Respondents have no rights or legitimate interests in respect of the disputed domain names and that Respondents have registered and used the disputed domain names in bad faith.

#### B. Respondent

The Respondents did not reply to the Complainants' contentions.

### 6. Discussion and Findings

In order to succeed in their claim, Complainants must demonstrate that all of the elements enumerated in Paragraph 4(a) of the Policy have been satisfied:

(i) the domain name in dispute is identical or confusingly similar to a trademark or service mark in which the Complainants have rights; and

(ii) the Respondents have no rights or legitimate interests with respect to the domain name; and

(iii) the domain name has been registered and used in bad faith.

Exhibit 22
Page 429

Paragraph 15(a) of the Rules instructs this Panel to decide a Complaint "on the basis of the statements and documents submitted in accordance with the Policy, these Rules and any rules and principles of law that it deems applicable".

**A. Identical or Confusingly Similar**

Complainants have demonstrated that they own numerous trademarks incorporating the words FIREMAN SAM, and that this trademark is incorporated in its entirety in the domain name in dispute. The suffix ".com" should be disregarded for the purpose of comparison under this criterion of the Policy.

Accordingly, the Panel finds that Complainants have satisfied paragraph 4(a)(i) of the Policy.

**B. Rights or Legitimate Interests**

Respondents are not affiliated or related to Complainants in any way, nor are Respondents licensed by Complainants or otherwise authorized to use the FIREMAN SAM trademark.

Respondents are not generally known by the domain name and have not acquired any trademark or service mark rights in the domain name, as reflected in the OHIM and USPTO trademark databases.

Respondents are not using the domain name in a *bona fide* manner. The domain name resolves to a click-through-revenue or "pay per click" website. The links on Respondents' website include domain names for Complainants' competitors, providing similar classes of products, including "Thomas the Tank Engine" and other educational toy websites.

Based on the present record, the Panel finds that Respondents have no rights or legitimate interests with regard to the domain name.

**C. Registered and Used in Bad Faith**

Paragraph 4(b) of the Policy states circumstances which, if found, shall be evidence of the registration and use of the domain name in bad faith:

(i) circumstances indicating that Respondent has registered or acquired the domain name primarily for the purpose of selling, renting or otherwise transferring the domain name registration to the Complainant who is the owner of the trademark or service mark or to a competitor of the Complainant, for valuable consideration in excess of the documented out-of-pocket costs directly related to the domain name; or

(ii) Respondent has registered the domain name in order to prevent the owner of the trademark or service mark from reflecting the mark in a corresponding domain name, provided that Respondent has engaged in a pattern of such conduct; or

(iii) Respondent has registered the domain name primarily for the purpose of disrupting the business of a competitor; or

(iv) by using the domain name, Respondent has intentionally attempted to attract, for commercial gain, Internet users to Respondent's website or other on-line location, by creating a likelihood of confusion with the Complainant's mark as to the source, sponsorship, affiliation or endorsement of Respondent's website or location of a product or service on Respondent's website or location.

Complainants have shown that the domain name is being used for commercial gain to attract Internet users to Respondents' website based on a likelihood of confusion with Complainants' FIREMAN SAM mark. Without any indication to the contrary, Complainants' prior use and trademark registrations of the FIREMAN SAM mark lead to the inevitable conclusion that Respondents registered and are using the domain name with actual knowledge of Complainants' rights.

Accordingly, the Panel finds the disputed domain name to be registered and used in bad faith.

**7. Decision**

Case 2:09-cv-00613-ABC-CW   Document 122-4   Filed 12/03/10   Page 291 of 319   Page ID
#:2954

For all the foregoing reasons, in accordance with paragraphs 4(i) of the Policy and 15 of the Rules, the Panel orders that
the domain name, <firemansam.com> be transferred to the Complainant.

_____

Lynda J. Zadra-Symes
Sole Panelist

Date: September 16, 2008

Firemansam.com on 2008-09-24 - Domain History                Page 1 of 2
Case 2:09-cv-00613-ABC-CW   Document 122-4   Filed 12/03/10   Page 292 of 319   Page ID
#:2955

TrafficZ   **DomainTools**   LeaseThis.com          Welcome                    My Account



# Firemansam.com on 2008-09-24 - Domain History

« Previous                                                                      Next »

| | |
|---|---|
| **Domain:** | **firemansam.com** - Domain History |
| **Cache Date:** | 2008-09-24 |
| **Registrar:** | **LEAD NETWORKS DOMAINS PVT. LTD.** |
| **Registrant Search:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: contact@lakshinternetservices.com |

```
Registration Service Provided By: PRIVATE WHOIS
Contact: +91.000000000000
Website: http://www.privatewhois.in

Domain Name: FIREMANSAM.COM

Registrant:
     LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.
     LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.        (contact@lakshinternetservices.com)
     Room No.30, Fatima Bibi Chawl,
     Gulshan Nagar,Behram Baug,
     Jogeshwari (W),
     Mumbai
     Maharashtra,400102
     IN
     Tel. +91.9322160169

Creation Date: 28-Jun-2007
Expiration Date: 28-Jun-2010

Domain servers in listed order:
     ns1.aphost.com
     ns2.aphost.com

Administrative Contact:
     LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.
     LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.        (contact@lakshinternetservices.com)
     Room No.30, Fatima Bibi Chawl,
```

```
        Gulshan Nagar,Behram Baug,
        Jogeshwari (W),
        Mumbai
        Maharashtra,400102
        IN
        Tel. +91.9322160169


   Technical Contact:
        LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.
        LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.        (contact@lakshinternetservices.com)
        Room No.30, Fatima Bibi Chawl,
        Gulshan Nagar,Behram Baug,
        Jogeshwari (W),
        Mumbai
        Maharashtra,400102
        IN
        Tel. +91.9322160169


   Billing Contact:
        LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.
        LAKSH INTERNET SOLUTIONS PRIVATE LIMITED.        (contact@lakshinternetservices.com)
        Room No.30, Fatima Bibi Chawl,
        Gulshan Nagar,Behram Baug,
        Jogeshwari (W),
        Mumbai
        Maharashtra,400102
        IN
        Tel. +91.9322160169


   Status:LOCKED
```



# High Court of Judicature at Bombay

## CASE DETAILS

---

### Bench:-Bombay

---

| | | | |
|---|---|---|---|
| *Lodging No.:-* | SL/3048/2008 | *Filing Date:-* | 30/09/2008 |

---

**Petitioner:-** LAKSH INTERNET SOLUTIONS PVT. LTD. -     **Respondent:-** HIT ENTERTAINMENT LTD. AND 2 ORS. -

**Petn.Adv.:-** ABHAY P. PANDE

**District:-** BOMBAY

---

| | | | |
|---|---|---|---|
| *Bench:-* | SINGLE | | |
| *Status:-* | Pre-Admission | *Category:-* | SUITS FOR DAMAGES |
| *Last Date:-* | 13/01/2009 | *Stage:-* | PLAINTS FOR REJECTION U/R 986 OF THE H.C.(O.S.)RULES 1980 |
| *Last Coram:-* | REGISTRAR(OS)/PROTHONOTARY & SR. MASTER | | |

---

[ Office Information ]  [ Connected Matters ]  [ Application cases ]  [ Listing Dates ]  [ Orders/Judgment ]

---

*PLEASE NOTE: FUTURE DATES IN CASE OF PRE-ADMITTED CASES ARE COMPUTER GENERATED PROVISIONAL DATES OF LISTING EXCEPT WHERE HON'BLE COURTS HAVE GIVEN DUE DATES. THE PROVISIONAL DATES MAY CHANGE, SUBJECT TO LISTING DIRECTIONS OF THE RESPECTIVE HON'BLE COURTS FROM TIME TO TIME. PLEASE MONITOR DAILY CAUSELISTS FOR CONFIRMED LISTINGS.*

---

 

Exhibit 22
Page 434

Exhibit 23

 TrafficZ   **DomainTools**   LeaseThis.com          Welcome                    My Account



# Tntcarports.com on 2008-02-13 - Domain History

« Previous                                                                    Next »

**Domain:**              **tntcarports.com** - Domain History

**Cache Date:**          2008-02-13

**Registrar:**           **ENOM, INC.**

**Registrant Search:**   Click on an email address we found in this whois record
                         to see which other domains the registrant is associated with:
                         wvaughan@dhg.mu

---

```
Registration Service Provided By: Domain Administration Limited
Contact: wvaughan@dhg.mu

Domain name: tntcarports.com

Administrative Contact:
    Domain Administration Limited
    David Halstead (wvaughan@dhg.mu)
    +61.395243151
    Fax: +61.395243111
    PO Box 37410
    Parnell Auckland
    Auckland, VIC 1033
    NZ

Technical Contact:
    Domain Administration Limited
    David Halstead (wvaughan@dhg.mu)
    +61.395243151
    Fax: +61.395243111
    PO Box 37410
    Parnell Auckland
    Auckland, VIC 1033
    NZ

Registrant Contact:
    Domain Administration Limited
    David Halstead (wvaughan@dhg.mu)
```

Exhibit 23
Page 435

Case 2:09-cv-00613-ABC-CW   Document 122-4   Filed 12/03/10   Page 297 of 319   Page ID
#:2960

```
                    +61.395243151
                    Fax: +61.395243111
                    PO Box 37410
                    Parnell Auckland
                    Auckland, VIC 1033
                    NZ


          Status: Locked


          Name Servers:
                    ns1.fastpark.net
                    ns2.fastpark.net


          Creation date: 15 Nov 2002 07:27:52
          Expiration date: 15 Nov 2008 07:27:52
```

Exhibit 23
Page 436

TrafficZ    **DomainTools**    LeaseThis.com                Welcome                My Account



## Tntcarports.com on 2008-08-16 - Domain History

« Previous                                                                  Next »

| | |
|---|---|
| **Domain:** | **tntcarports.com** - Domain History |
| **Cache Date:** | 2008-08-16 |
| **Registrar:** | **LEAD NETWORKS DOMAINS PVT. LTD.** |
| **Registrant Search:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: 005p17050408@privatewhois.in |

```
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093

Domain Name: TNTCARPORTS.COM

Registrant:
      Private Whois Escrow Domains Private Limited.
      Private Whois For 005P17050408        (005P17050408@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
      Lokhandwala Complex, 4th Cross Road,
      Andheri (West)
      Mumbai
      Maharashtra,400053
      IN
      Tel. +91.02226300138
      Fax. +91.02226311820

Creation Date: 15-Nov-2002
Expiration Date: 15-Nov-2009

Domain servers in listed order:
      ns1.fastpark.net
      ns2.fastpark.net

Administrative Contact:
      Private Whois Escrow Domains Private Limited.
      Private Whois For 005P17050408        (005P17050408@privatewhois.in)
      707,C-Wing,7th Floor, The Neptune Versova Society,
```

Exhibit 23
Page 437

Case 2:09-cv-00613-ABC-CW   Document 122-4   Filed 12/03/10   Page 299 of 319   Page ID
#:2962

```
            Lokhandwala Complex, 4th Cross Road,
            Andheri (West)
            Mumbai
            Maharashtra,400053
            IN
            Tel. +91.02226300138
            Fax. +91.02226311820


     Technical Contact:
            Private Whois Escrow Domains Private Limited.
            Private Whois For 005P17050408        (005P17050408@privatewhois.in)
            707,C-Wing,7th Floor, The Neptune Versova Society,
            Lokhandwala Complex, 4th Cross Road,
            Andheri (West)
            Mumbai
            Maharashtra,400053
            IN
            Tel. +91.02226300138
            Fax. +91.02226311820


     Billing Contact:
            Private Whois Escrow Domains Private Limited.
            Private Whois For 005P17050408        (005P17050408@privatewhois.in)
            707,C-Wing,7th Floor, The Neptune Versova Society,
            Lokhandwala Complex, 4th Cross Road,
            Andheri (West)
            Mumbai
            Maharashtra,400053
            IN
            Tel. +91.02226300138
            Fax. +91.02226311820


     Status:ACTIVE
```

Exhibit 23
Page 438



# WIPO Arbitration and Mediation Center

**ADMINISTRATIVE PANEL DECISION**

**T-N-T Carports, Inc. v. Private Who is For bpelprip1701 / Pluto Domain Services Private Limited**

**Case No. D2008-1605**

## 1. The Parties

The Complainant is T-N-T Carports, Inc., of Mount Airy, North Carolina, United States of America, represented by Gregory A. Pool, of United States of America.

The Respondent is Private Who is For bpelprip1701 / Pluto Domain Services Private Limited, both of Mumbai, Maharashtra, India.

## 2. The Domain Name and Registrar

The disputed domain name <tntcarports.com> is registered with Lead Networks Domains Pvt. Ltd.

## 3. Procedural History

The Complaint was filed with the WIPO Arbitration and Mediation Center (the "Center") on October 21, 2008. On October 22, 2008, the Center transmitted by email to Lead Networks Domains Pvt. Ltd. a request for registrar verification in connection with the disputed domain name. On November 6, 2008, Lead Networks Domains Pvt. Ltd. transmitted by email to the Center its verification response disclosing registrant and contact information for the disputed domain name which differed from the named Respondent and contact information in the Complaint. The Center sent an email communication to the Complainant on November 6, 2008 providing the registrant and contact information disclosed by the Registrar, and inviting the Complainant to submit an amendment to the Complaint. The Complainant filed an amendment to the Complaint on November 7, 2008. The Center verified that the Complaint and the amendment to the Complaint satisfied the formal requirements of the Uniform Domain Name Dispute Resolution Policy (the "Policy" or "UDRP"), the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules"), and the WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the "Supplemental Rules").

Exhibit 23
Page 439

In accordance with the Rules, paragraphs 2(a) and 4(a), the Center formally notified the Respondent of the Complaint, and the proceedings commenced on November 12, 2008. In accordance with the Rules, paragraph 5(a), the due date for Response was December 2, 2008. The Respondent did not submit any response. Accordingly, the Center notified the Respondent's default on December 3, 2008.

The Center appointed Debrett G. Lyons as the sole panelist in this matter on December 12, 2008. The Panel finds that it was properly constituted. The Panel has submitted the Statement of Acceptance and Declaration of Impartiality and Independence, as required by the Center to ensure compliance with the Rules, paragraph 7.

## 4. Factual Background

1. The Complainant is a seller and constructor of pre-fabricated carports and garages, principally to customers in the United States of America ("U.S.").

2. The Complainant commenced business in January 1998 and now has over 100 employees and an annual turnover of 100 million USD.

3. The Complainant has used the trade mark T-N-T CARPORTS in relation to that business and has two U.S. federally registered trade marks.

4. The Complainant has not licensed or otherwise permitted the Respondent to use the trade mark or to register or use any domain name incorporating the trade mark.

5. The disputed domain name was registered on November 15, 2002.

6. The disputed domain name corresponds with a portal style website, "www.tntcarports.com" which carries numerous links to third party retailers of goods which compete with the Complainant's goods.

7. The Complainant petitions the Panel to order transfer of the disputed domain name from the Respondent to the Complainant.

## 5. Parties' Contentions

### A. Complainant

The Complainant asserts trade mark rights and states that the disputed domain name "is identical and confusingly similar" to the trade mark.

The Complainant alleges that the Respondent has no rights or legitimate interests in the disputed domain name.

The Complainant alleges that the Respondent registered and used the disputed domain name in bad faith.

The detail of the Complaint is included where necessary in Part 6 of this Decision.

### B. Respondent

The Respondent did not reply to the Complainant's contentions.

## 6. Discussion and Findings

According to paragraph 4(a) of the Policy, the complainant must prove that:

Exhibit 23
Page 440

(i) the domain name is identical or confusingly similar to a trade mark or service mark in which the complainant has rights; and

(ii) the respondent has no rights or legitimate interests in respect of the domain name; and

(iii) the domain name has been registered and is being used in bad faith.

## A. Preliminary Issue: Identification of Respondent

The Complainant originally nominated Private Who is For bpelprip1701, Private Whois Escrow Domains Private Limited as the Respondent. The named Respondent appeared to be a proxy service company. On November 6, 2008, the Registrar disclosed Pluto Domain Services Private Limited as the registrant of the disputed domain name. Subsequently, at the invitation of the Center, the Complaint was amended to nominate Private Who is For bpelprip1701 and Pluto Domain Services Private Limited as Respondents (collectively "Respondent"). The Center repeatedly asked the Registrar to indicate the beneficial owner of the domain name but that information was not forthcoming. The Complaint presented information which points in the direction of a third-party beneficial owner of the domain name, however the Panel finds that forensically there is not enough to link that party with the nominated Respondent or to require substitution or addition of that party to the present proceedings. Accordingly, the Panel treats this Complaint as proceeding against the Respondent as described.

## B. Identical or Confusingly Similar

The Complainant premises its trade mark rights on U.S. Federal Trademark Registration Nos. 3,383,798, and 3,383,799, both filed on June 29, 2007 and both registered on February 19, 2008, which state a first use in commerce as of 1998. The registrations are in the name of the Complainant. In each case, the trade mark is stylised, the letters "T-N-T" featuring prominently and being arranged in a manner suggestive of the outline of a building. Below this device element is the company name "T-N-T CARPORTS INC."

Whilst the registrations establish rights in the trade mark[1], it can not be said that the trade mark, as registered, is identical to the disputed domain name. Discounting the minor differences which typically still permit a finding of legal identity[2], the device element created in this case by the use of the lettering is such to give rise to confusing similarity. That said, the Panel has little hesitation in finding that the disputed domain name is confusingly similar to the trade mark[3].

The Panel accordingly, finds that the Complainant has satisfied the first element of the Policy.

## C. Rights or Legitimate Interests

The complainant has the burden to establish that the respondent has no rights or legitimate interests in the domain name. Nevertheless, it is well settled that the complainant need only make out a *prima facie* case, after which the onus shifts to the respondent to demonstrate rights or legitimate interests[4].

Notwithstanding the lack of a response to the Complaint, paragraph 4(c) of the Policy states that any of the following circumstances, in particular but without limitation, if found by the Panel to be proved based on its evaluation of all evidence presented, shall demonstrate rights or legitimate interests to a domain name for purposes of paragraph 4(a)(ii) of the Policy:

(i) before any notice to you of the dispute, your use of, or demonstrable preparations to use, the domain name or a name corresponding to the domain name in connection with a *bona fide* offering of goods or services; or

(ii) you (as an individual, business, or other organization) have been commonly known by the domain name, even if you have acquired no trademark or service mark rights; or

(iii) you are making a legitimate noncommercial or fair use of the domain name, without intent for commercial gain to misleadingly divert consumers or to tarnish the trademark or service mark at issue.

The WhoIs data does not support any argument that the Respondent might be commonly known by the disputed domain name. There is no evidence that the Respondent has any trade mark rights in the name, registered or not. The Complainant has stated there to be no relationship between the parties.

The Respondent does not appear to be using, nor has it presented evidence of any demonstrable preparations to use the disputed domain name in connection with a *bona fide* offering of goods or services. Rather, the Respondent appears to be using the disputed domain name to re-direct Internet users to commercial websites that promote the goods of competitors in the same business as the Complainant. It is established by former decisions under the Policy that such action is not a *bona fide* offering of goods or services, nor is it a legitimate noncommercial or fair use of the domain name[5].

The Panel finds that the Complainant has succeeded in making out a *prima facie* case that the Respondent lacks rights or legitimate interests in the disputed domain name, and that the Respondent in failing to reply has not discharged the onus which fell to it as a result. The Panel finds that the Respondent has no rights or legitimate interests in the domain name and so the Complainant has established the second limb of the Policy.

## D. Registered and Used in Bad Faith

Paragraph 4(b) of the Policy sets out the circumstances which shall be evidence of the registration and use of a domain name in bad faith. They are:

(i) circumstances indicating that you have registered or you have acquired the domain name primarily for the purpose of selling, renting, or otherwise transferring the domain name registration to the complainant who is the owner of the trademark or service mark or to a competitor of that complainant, for valuable consideration in excess of your documented out of pocket costs directly related to the domain name; or

(ii) you have registered the domain name in order to prevent the owner of the trademark or service mark from reflecting the mark in a corresponding domain name, provided that you have engaged in a pattern of such conduct; or

(iii) you have registered the domain name primarily for the purpose of disrupting the business of a competitor; or

(iv) by using the domain name, you have intentionally attempted to attract, for commercial gain, Internet users to your website or other on-line location, by creating a likelihood of confusion with the complainant's mark as to the source, sponsorship, affiliation, or endorsement of your website or location or of a product or service on your website or location.

What is noteworthy about paragraphs 4(b)(i)-(iv) of the Policy is that they are cases of both registration and use in bad faith. Paragraph 4(b) of the Policy is not exhaustive and other instances of bad faith might be in evidence. However, the Panel will turn to first test the facts against the enumerated examples.

The Complaint does not make specific reference to any of paragraphs 4(b)(i)-(iv) of the Policy but its language makes it fairly plain that the Complainant alleges that the Respondent's conduct falls under paragraphs 4(b)(ii) and (iv) of the Policy. Since paragraph 4(b)(ii) of the Policy requires examination of the Respondent's pattern of conduct, the Panel prefers to turn to the paragraph 4(b)(iv) of the Policy claim in the first instance.

Paragraph 4(b)(iv) of the Policy requires a use of the domain name creating a likelihood of confusion with the complainant's mark as to the source of the online location to which Internet users are attracted. The Panel has already found the domain name to be confusingly similar to the trade mark. The Panel finds that the likelihood of confusion as to source is therefore highly likely.

Paragraph 4(b)(iv) of the Policy also requires an intention for commercial gain. What is required is proof that it is more likely than not that intention existed; absolute proof is not required and the Panel is entitled to accept reasonable allegations and inferences set forth in the Complaint as true unless the evidence is clearly contradictory[6].

The Complainant states that:

"It is now a well known practice to display on a webpage or search engine various links to other commercial websites, every link activated by an Internet user enables the host of the search engine to collect financial remuneration proportional to the number of connections."

The links in question are principally to manufactures and sellers of metal buildings, carports and garages, all goods competing in the marketplace with the Complainant's products. On the facts, the Panel finds it more likely than not that the Respondent had the requisite intention for commercial gain. Moreover, what is clear is that use of a domain name in this same manner is very frequently for commercial gain[7]. Also, the Panel notes that while the Complainant's trade mark was registered after the disputed domain name was registered, the Panel is satisfied that the Complainant has established

common law trade mark rights in the relevant mark dating from the inception of its business, and the stated first use in commerce of the Complainant's trade mark, in 1998, which does predate the disputed domain name's registration by the Respondent such that, taken in conjunction with the use of the disputed domain name, the Panel is satisfied the disputed domain name was registered in bad faith.

The Panel finds that the Complainant has shown the Respondent's use of the disputed domain name falls under paragraph 4(b)(iv) of the Policy and was therefore used and registered in bad faith. Accordingly, the Panel finds that the Complainant has satisfied the third and final limb of the Policy.

## 7. Decision

For all the foregoing reasons, in accordance with paragraphs 4(i) of the Policy and 15 of the Rules, the Panel orders that the domain name <tntcarports.com> be transferred to the Complainant.

_____

Debrett G. Lyons
Sole Panelist

Dated: December 29, 2008

_____

[1] See *State Farm Mutual Automobile Insurance Company v. Periasami Malain*, NAF Case No. 705262 ("Complainant's registrations with the United States Patent and Trademark Office of the trademark STATE FARM establishes its rights in the STATE FARM mark pursuant to Policy paragraph 4(a)(i)."); see also *Mothers Against Drunk Driving v. phix*, NAF Case No. 174052 (finding that the complainant's registration of the MADD mark with the United States Patent and Trademark Office establishes the complainant's rights in the mark for purposes of Policy paragraph 4(a)(i)).

[2] See *Vin Diesel v. LMN a/k/a L.M. Nordell*, NAF Case No. 804924 finding <vindiesel.com> to be identical to complainant's mark because "simply eliminat[ing] the space between terms and add[ing] the generic top-level domain ('gTLD') '.com' [is] insufficient to differentiate the disputed domain name from Complainant's VIN DIESEL mark under Policy 4(a)(i)".

[3] See *Wal-Mart Stores, Inc. v. Richard MacLeod d/b/a For Sale*, WIPO Case No. D2000-0662 holding confusing similarity when the domain name includes the trademark, or a confusingly similar approximation, regardless of the other non-distinctive terms in the domain name.

[4] See *Do The Hustle, LLC v. Tropic Web*, WIPO Case No. D2000-0624; *Hanna-Barbera Productions, Inc. v. Entertainment Commentaries*, NAF Case No. 741828; *AOL LLC v. Jordan Gerberg*, NAF Case No. 780200.

[5] See, for example, *Bank of America Corporation v. Azra Khan*, NAF Case No. 124515 (finding that the respondent's diversionary use of the domain name to <magazines.com> was not a *bona fide* offering of goods or services, was not noncommercial use, and was not fair use); see also *Oki Data Americas, Inc. v. ASD, Inc.*, WIPO Case No. D2001-0903.

[6] See *Vertical Solutions Management, Inc. v. webnet-marketing, inc.*, NAF Case No. 95095 (holding that the respondent's failure to respond allows all reasonable inferences of fact in the allegations of the complaint to be deemed true); see also *Talk City, Inc. v. Michael Robertson*, WIPO Case No. D2000-0009 ("In the absence of a response, it is appropriate to accept as true all allegations of the complaint.").

[7] See *The Vanguard Group, Inc. v. Lorna Kang*, WIPO Case No. D2002-1064 (finding that redirecting users to the website "www.magazines.com" was for commercial gain and was bad faith registration and use); *Ticketmaster Corporation v. Amjad Kausar*, WIPO Case No. D2002-1018 (holding that "[t]he Respondent is clearly acting in bad faith by using the Complainant's mark to profit in the form of commissions by linking of the Ticketsnow.com Affiliate Program"); *Yahoo! Inc. v. DFI Inc.*, NAF Case No. 147313 (holding that, because respondent participated in an affiliate program whereby it earned a commission for each user redirected from its infringing site, its ultimate goal was commercial gain and thus it was using the name in bad faith); and *Showboat, Inc. v. Azra Khan*, NAF Case No. 125227 (redirecting users for a commission is using a

Case 2:09-cv-00613-ABC-CW    Document 122-4    Filed 12/03/10    Page 305 of 319    Page ID
#:2968

confusingly similar domain name for commercial benefit, which is evidence of bad faith).

Exhibit 23
Page 444

 TrafficZ   **DomainTools**   LeaseThis.com          Welcome                    My Account

# Tntcarports.com on 2008-11-01 - Domain History

« Previous                                                                      Next »

**Domain:**                **tntcarports.com** - Domain History

**Cache Date:**            2008-11-01

**Registrar:**             **LEAD NETWORKS DOMAINS PVT. LTD.**

**Registrant Search:**     Click on an email address we found in this whois record

                           to see which other domains the registrant is associated with:

                           contact@plutodomainservices.com

---

```
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226313093

Domain Name: TNTCARPORTS.COM

Registrant:
     PLUTO DOMAIN SERVICES PRIVATE LIMITED.
     PLUTO DOMAIN SERVICES PRIVATE LIMITED.          (contact@PlutoDomainServices.com)
     A to Z Business Centre, Cabin No.02
     Room No.30,Fatima Bibi Chawl,
     Gulshan Nagar,Behram Baug,
     Jogeshwari (W),Mumbai
     Maharashtra,400102
     IN
     Tel. +91.9322160169

Creation Date: 15-Nov-2002
Expiration Date: 15-Nov-2009

Domain servers in listed order:
     ns1.fastpark.net
     ns2.fastpark.net

Administrative Contact:
     PLUTO DOMAIN SERVICES PRIVATE LIMITED.
     PLUTO DOMAIN SERVICES PRIVATE LIMITED.          (contact@PlutoDomainServices.com)
     A to Z Business Centre, Cabin No.02
     Room No.30,Fatima Bibi Chawl,
```

Exhibit 23
Page 445

Case 2:09-cv-00613-ABC-CW   Document 122-4   Filed 12/03/10   Page 307 of 319   Page ID
#:2970

```
     Gulshan Nagar,Behram Baug,
     Jogeshwari (W),Mumbai
     Maharashtra,400102
     IN
     Tel. +91.9322160169

Technical Contact:
     PLUTO DOMAIN SERVICES PRIVATE LIMITED.
     PLUTO DOMAIN SERVICES PRIVATE LIMITED.          (contact@PlutoDomainServices.com)
     A to Z Business Centre, Cabin No.02
     Room No.30,Fatima Bibi Chawl,
     Gulshan Nagar,Behram Baug,
     Jogeshwari (W),Mumbai
     Maharashtra,400102
     IN
     Tel. +91.9322160169

Billing Contact:
     PLUTO DOMAIN SERVICES PRIVATE LIMITED.
     PLUTO DOMAIN SERVICES PRIVATE LIMITED.          (contact@PlutoDomainServices.com)
     A to Z Business Centre, Cabin No.02
     Room No.30,Fatima Bibi Chawl,
     Gulshan Nagar,Behram Baug,
     Jogeshwari (W),Mumbai
     Maharashtra,400102
     IN
     Tel. +91.9322160169

Status:LOCKED
```

Exhibit 23
Page 446

Case 2:09-cv-00643-ABC-CW   Document 122-4   Filed 12/03/10   Page 308 of 319   Page ID
#:2371

# High Court of Judicature at Bombay

## CASE DETAILS

### *Bench:-Bombay*

| | | | |
|---|---|---|---|
| *Lodging No.:-* | SL/131/2009 | *Filing Date:-* | 16/01/2009 |

| | |
|---|---|
| *Petitioner:-* | PLUTO DOMAIN SERVICES PVT. LTD. - |
| *Petn.Adv.:-* | ABHAY PANDE |
| *District:-* | BOMBAY |

| | |
|---|---|
| *Respondent:-* | T N T CARPORTS, INC, U.S.A. AND ANR - |

| | | | |
|---|---|---|---|
| *Bench:-* | SINGLE | | |
| *Status:-* | Pre-Admission | *Category:-* | SUITS FOR DAMAGES |

| Office Information | Connected Matters | Application cases | Listing Dates | Orders/Judgme |
|---|---|---|---|---|

*PLEASE NOTE: FUTURE DATES IN CASE OF PRE-ADMITTED CASES ARE COMPUTER GENERATED PROVISIONAL DATES OF LISTING EXCEPT WHERE HON'BLE COURTS HAVE GIVEN DUE DATES. THE PROVISIONAL DATES MAY CHANGE, SUBJECT TO LISTING DIRECTIONS OF THE RESPECTIVE HON'BLE COURTS FROM TIME TO TIME. PLEASE MONITOR DAILY CAUSELISTS FOR CONFIRMED LISTINGS.*




Exhibit 24

Case 2:09-cv-00613-ABC-CW    Document 122-4    Filed 12/03/10    Page 310 of 319    Page ID
#:2973

TrafficZ    **DomainTools**    LeaseThis.com            Welcome            My Account



# Radiomariatanzania.com on 2007-12-29 - Domain History

Next »

| | |
|---|---|
| **Domain:** | **radiomariatanzania.com** - Domain History |
| **Cache Date:** | 2007-12-29 |
| **Registrar:** | NAME.NET LLC |
| **Registrant Search:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: |
| | billysuesoftech@yahoo.com |

```
Domain Name:      radiomariatanzania.com
Registrar:        Name.net LLC

REGISTRANT CONTACT
Softech ltd.
DNS Administrator (fran)
P.O. BOX 10509 APO
Grand Cayman
KY1-1005
KY
Email Address: billysuesoftech@yahoo.com

ADMINISTRATIVE CONTACT
Softech ltd.
DNS Administrator (fran)
P.O. BOX 10509 APO
Grand Cayman
KY1-1005
KY
Email Address: billysuesoftech@yahoo.com

TECHNICAL CONTACT
Softech ltd.
DNS Administrator (fran)
P.O. BOX 10509 APO
Grand Cayman
KY1-1005
KY
```

Case 2:09-cv-00613-ABC-CW   Document 122-4   Filed 12/03/10   Page 311 of 319   Page ID
#:2974

```
Email Address: billysuesoftech@yahoo.com

BILLING CONTACT
Softech ltd.
DNS Administrator (fran)
P.O. BOX 10509 APO
Grand Cayman
KY1-1005
KY
Email Address: billysuesoftech@yahoo.com

0.92927400 1198982447
```

Exhibit 24
Page 449

TrafficZ    **DomainTools**    LeaseThis.com            Welcome                        My Account



# Radiomariatanzania.com on 2008-05-19 - Domain History

« Previous                                                          Next »

| | |
|---|---|
| **Domain:** | **radiomariatanzania.com** - Domain History |
| **Cache Date:** | 2008-05-19 |
| **Registrar:** | **LEAD NETWORKS DOMAINS PVT. LTD.** |
| **Registrant Search:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: contact@comdotservices.com |

```
Registration Service Provided By: LEAD NETWORKS DOMAINS PVT. LTD
Contact: +91.2226300138

Domain Name: RADIOMARIATANZANIA.COM

Registrant:
     COMDOT INTERNET SERVICES PRIVATE LIMITED.
     COMDOT INTERNET SERVICES PRIVATE LIMITED.        (contact@comdotservices.com)
     Room No.30, Fatima Bibi Chawl,
     Gulshan Nagar,Behram Baug,
     Jogeshwari (W)
     Mumbai
     Maharashtra,400102
     IN
     Tel. +91.9322160169

Creation Date: 04-Feb-2007
Expiration Date: 04-Feb-2009

Domain servers in listed order:
     ns.1.name.net
     ns.2.name.net

Administrative Contact:
     COMDOT INTERNET SERVICES PRIVATE LIMITED.
     COMDOT INTERNET SERVICES PRIVATE LIMITED.        (contact@comdotservices.com)
     Room No.30, Fatima Bibi Chawl,
     Gulshan Nagar,Behram Baug,
```

Exhibit 24
Page 450

```
          Jogeshwari (W)
          Mumbai
          Maharashtra,400102
          IN
          Tel. +91.9322160169


Technical Contact:
          COMDOT INTERNET SERVICES PRIVATE LIMITED.
          COMDOT INTERNET SERVICES PRIVATE LIMITED.         (contact@comdotservices.com)
          Room No.30, Fatima Bibi Chawl,
          Gulshan Nagar,Behram Baug,
          Jogeshwari (W)
          Mumbai
          Maharashtra,400102
          IN
          Tel. +91.9322160169


Billing Contact:
          COMDOT INTERNET SERVICES PRIVATE LIMITED.
          COMDOT INTERNET SERVICES PRIVATE LIMITED.         (contact@comdotservices.com)
          Room No.30, Fatima Bibi Chawl,
          Gulshan Nagar,Behram Baug,
          Jogeshwari (W)
          Mumbai
          Maharashtra,400102
          IN
          Tel. +91.9322160169


Status:LOCKED
```

Exhibit 24
Page 451



# WIPO Arbitration and Mediation Center

### ADMINISTRATIVE PANEL DECISION

**Associazione Radio Maria v. Private Whois Escrow Domains Private Limited/ Comdot Internet Services Private Limited**

**Case No. D2008-0477**

## 1. The Parties

The Complainant is Associazione Radio Maria, Erba, Como, of Italy, represented by Studio Legale Perani, Italy.

The Respondent is Private Whois Escrow Domains Private Limited, Mumbai, Maharashtra, of India, and Comdot Internet Services Private Limited, Maharashtra, of India.

## 2. The Domain Name and Registrar

The disputed domain name <radiomariatanzania.com> is registered with Lead Networks Domains Pvt. Ltd.

## 3. Procedural History

The Complaint was filed with the WIPO Arbitration and Mediation Center (the "Center") on March 27, 2008. On March 31, 2008, the Center transmitted by email to Lead Networks Domains Pvt. Ltd. a request for registrar verification in connection with the domain name at issue. No verification was received despite repeated requests for the same made on April 3, 10, 14 and 17, 2008. Finally, on April 22, 2008, after commencement of the administrative proceedings on the basis of the publicly-listed WhoIs registrant data, Lead Networks Domains Pvt. Ltd. transmitted by email to the Center a belated verification response confirming that the initially named Respondent, (hereinafter, the "First Respondent") was not listed as the registrant. Instead, Lead Networks provided the name and contact details of another entity, Comdot Internet Services Private Limited, (hereinafter, the "Second Respondent"). The First Respondent appears to be a privacy service apparently used to conceal the identity of the Second Respondent, the latter having been identified by the Registrar, only after formal commencement of the Complaint (as discussed further below).

In response to a notification by the Center that the Complaint was administratively deficient, the Complainant filed an amendment to the Complaint on April 18, 2008. The Center verified that the Complaint together with the amendment to the Complaint satisfied the formal requirements of the Uniform Domain Name Dispute Resolution Policy (the "Policy"), the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules"), and the WIPO Supplemental Rules for Uniform

Domain Name Dispute Resolution Policy (the "Supplemental Rules").

In the circumstances, the Panel is satisfied that the Complaint was appropriately notified by the Center, on the basis of the best available registrant information. The Center endeavored on a number of occasions to obtain a registrar verification from the Registrar, to which no timely reply was forthcoming. The Center had little choice in the circumstances but to commence the proceedings on the basis of the registrant information in the Registrar's publicly listed WhoIs database.

The Center formally notified the Complaint to the First Respondent, as being the registrant named in the Complaint and confirmed by the Registrar's WhoIs database, and the proceedings commenced on April 22, 2008. Subsequently, upon the apparent disclosure of an underlying registrant by the Registrar only after commencement, the Center forwarded the notification of Complaint to the Second Respondent, in accordance with the contact details provided by the Registrar, later the same day. In accordance with the Rules, paragraph 5(a), the due date for Response was May 12, 2008. The Respondents did not submit a response by the deadline. Accordingly, the Center notified the Respondents' default on May 15, 2008.

The Center appointed Jordan S. Weinstein as the sole panelist in this matter on May 23, 2008. The Panel finds that it was properly constituted. The Panel has submitted the Statement of Acceptance and Declaration of Impartiality and Independence, as required by the Center to ensure compliance with the Rules, paragraph 7.

On May 21, 2008, nine days after the deadline for Response, the Second Respondent submitted a Response. The Second Respondent attempted to excuse its late filing by stating that it was expecting an amendment to the Complaint to be made and hence did not file a Reply to the original Complaint. The Panel finds this excuse unacceptable for several reasons. First, nothing in the Policy, Rules or Supplemental Rules requires the Center to request an amendment to the Complaint after formal commencement of the administrative proceedings. This is especially so in cases involving a privacy provider,the effect of whose appointment is at least in part to shield the identity of the registrant/principal. That the provider/agent carried out its agency too well, or due to inaction or belated action failed to carry out its agency duties, is a risk which must be borne by the registrant/principal, not by the Complainant or the Center. . See *Mrs. Eva Padberg v. Eurobox Ltd.,* WIPO Case No. D2007-1886 (wherein the panel found that a respondent is, at the least, "*prima facie* the entity that is recorded in the registrar's register as revealed by a Who-Is search." See also, *The iFranchise Group v. Jay Bean / MDNH, Inc. / Moniker Privacy Services [23658],* WIPO Case No. D2007-1438 (finding the respondent to properly be both the privacy protection service and the later disclosed underlying registrant). Moreover, the Second Respondent does not and cannot complain that it was unaware of the proceedings against it, that it had insufficient time to respond to the Complaint, or that it was unaware that the domain name it owned was at issue in this proceeding. In light of *The iFranchise Group,* further support for the consolidation and identification of both the initial and disclosed registrants of record as the proper party Respondents rests in the successful notification to both Respondents of the ongoing administrative proceedings, *i.e.* actual notice was effected to the parties of interest. Therefore, the Panel shall not formally admit the late-filed Response. Even were the Panel to do so, however, it finds that the Respondents' arguments would not have changed the Panel's decision.

One day later, a further Response was submitted by the First Respondent, Private Whois Escrow Domains Private Limited. The First Respondent disclaimed ownership of the domain name at issue, confirming the Registrar's advice that the First Respondent was merely a company which held the domain name for the actual registrant in order to maintain the latter's privacy. Private Whois Escrow Domains confirmed that the actual domain name owner was Comdot Internet Services Private Limited but otherwise made no substantive representations on behalf of the Second Respondent. Accordingly, the Panel finds that Comdot Internet Services Private Limited, the Second Respondent, ought properly be deemed and included as a party respondent, as the beneficial owner of the domain name at issue. However, the Panel does not subtract the First Respondent (the party listed in the un-amended Complaint as Respondent) from the proceedings despite its assertions. See *Mrs. Eva Padberg v. Eurobox Ltd.,* WIPO Case No. D2007-1886 (wherein the panel maintained the privacy protection service as a respondent despite its statement disavowing ownership of the disputed domain name and identification of the underlying registrant as the proper respondent). If the First Respondent had wished to disassociate itself from the Second Respondent and the domain name at issue, it should have done so earlier. For convenience, unless other specified, the Panel will hereafter refer to the First and Second Respondents collectively as the "Respondent."

On May 28, 2008, the Center acknowledged receipt of the supplemental filing by the Complainant, addressing the late-filed Reply by Comdot Internet Services Private Limited. Because the rules make no express provisions for supplemental filings by either party, and because Complainant's supplemental filing does not take issue with the assertion that the actual Respondent and domain name registrant is Comdot Internet Services Private Limited, the Panel shall not otherwise consider Complainant's supplemental filing.

**4. Factual Background**

Exhibit 24
Page 453

Complainant is the owner of numerous trademark registrations for RADIO MARIA in International Class 38 (communication services) in many countries in the world. Several of these registrations issued from nations from the African continent, including Tanzania, as well as in the African Union (OAPI). Complainant has also registered RADIO MARIA in India in connection with services in International Class 38.

## 5. Parties' Contentions

### A. Complainant

Complainant asserts that RADIO MARIA began as a Catholic Parish radio station in 1983, but became a formal association in 1987, independent from the Parish. By 1990, RADIO MARIA's signal covered all of Italy. Complainant asserts that it established The World Family of Radio Maria in 1998 with several stations placed throughout the world, and it operates in over 30 countries, in more than a dozen languages, and reaches 300 million people worldwide. Complainant operates a website whose homepage is "www.radiomaria.org". Complainant asserts that RADIO MARIA also operates in Tanzania where Complainant has a corresponding website "www.radiomariatanzania.co.tz". Complainant asserts that the organization is supported solely by listener contributions and does not rely on sponsorships.

In addition to the aforementioned international trademark registrations, Complainant also asserts ownership of nearly 30 domain names connected with RADIO MARIA, including <radiomaria.com>, <radiomaria.us>, <radiomaria.fr>, <radiomaria.it>, etc. Complainant's ownership of its RADIO MARIA trademark has already been established by previous Panelists. See *Associazione Radio Maria v. Mr. Hong Hee Don*, WIPO Case No. D2005-0062, *Associazione Radio Maria v. Satnet S.A.*, WIPO Case No. D2006-0376.

Complainant asserts that the domain name at issue was registered on February 4, 2007, and links to a search page containing links to other websites including religious matter. One of the links which Internet users can find is named "Listen Radio Maria," which itself is connected to a page containing several links promoting radio and musical services having nothing to do with Complainant. The Panel notes that the webpage provided by Complainant for the "www.radiomariatanzania.com" website also contains links for numerous other subjects of a non-religious nature, including "car insurance," "ring tones," "dating," "houses for sale" and "mortgage".

Complainant asserts that the domain name <radiomariatanzania.com> is nearly identical to its trademark RADIO MARIA, combining the identical words of Complainant's trademark with the geographic area Tanzania, where Complainant's radio station operates and has a webpage.

Complainant asserts that neither Respondents nor anyone other than Complainant has rights or legitimate interests in the disputed domain name or has received permission from Complainant to use it; that the domain name does not correspond to either the First or Second Respondent; and that actual use of the contested domain name is unfair because it links to religious and radiophonic websites not owned by Complainant.

Complainant asserts that the domain name is registered and is being used in bad faith because Respondents have intentionally attempted to attract, for commercial gain, Internet users to its website by creating a likelihood of confusion with Complainant's mark. Specifically, Complainant notes that Respondents intended to exploit the reputation of Complainant's RADIO MARIA trademark, and that Complainant is damaged because Internet users might conclude from Respondents' website that Complainant is sponsored by the entities whose links appear on Respondent's website and therefore be discouraged from contributing to Complainant or at least receive the impression that Complainant is connected with a commercial activity incompatible with its mission.

Complainant requests that the Panel transfer the disputed domain name to Complainant.

### B. Respondent

As mentioned above, the late-filed Response has not been formally admitted into the record by this Panel, having been filed a week and a half after the deadline. In any event, none of the assertions were corroborated by any competent evidence. The only assertion made by the Respondent which this Panel was able to corroborate appear to be inaccurate. Specifically, the Respondent asserted that it registered the domain name for a client a few years ago, while the registration information reflects clearly that the registration is only a year old. The Panel finds, therefore, that it cannot place any credence in the Respondent's remaining, unsubstantiated assertions.

**6. Discussion and Findings**

**A. Applicable Policy Provisions**

Paragraph 4(a) of the Policy requires Complainant to prove each of the following three elements in order to prevail in this proceeding:

(1) the domain name is identical or confusingly similar to a trademark or service mark in which the Complainant has rights; and

(2) the Respondent has no rights or legitimate interests in respect of the domain name; and

(3) the domain name has been registered and is being used in bad faith.

It is not sufficient to prevail that a complainant prove only registration in bad faith; rather, the complainant must prove both registration and use in bad faith. See *World Wrestling Federation Entertainment, Inc. v. Michael Bosman*, WIPO Case No. D1999-0001; *Robert Ellenbogen v. Mike Pearson,* WIPO Case No. D2000-0001.

However, the Policy states that the following circumstances shall be evidence of the registration and use of a domain name in bad faith:

(i) Circumstances indicating that [the respondent has] registered or acquired the domain name primarily for the purpose of selling, renting or otherwise transferring the domain name registration to the complainant who is the owner of the trademark or service mark or to a competitor of that complainant, for valuable consideration in excess of documented out-of-pocket costs directly related to the domain name; or

(ii) [the respondent has] registered the domain name in order to prevent the owner of the trademark or service mark from reflecting the mark in a corresponding domain name, provided that [the respondent has] engaged in a pattern of such conduct; or

(iii) [the respondent has] registered the domain name primarily for the purpose of disrupting the business of a competitor; or

(iv) by using the domain name, [the respondent has] intentionally attempted to attract, for commercial gain, Internet users to [its] website or other on-line location, by creating a likelihood of confusion with the complainant's mark as to the source, sponsorship, affiliation, or endorsement of [its] website or location or of a product or service on [its] website or location.

Policy, paragraph 4(b). These circumstances are non-inclusive, and a panel may consider other circumstances as constituting registration and use of a domain name in bad faith. *Id.*

The respondent may demonstrate rights in or legitimate interests to the domain name by any of the following, without limitation:

(i) Before any notice to you of the dispute, your use of, or demonstrable preparations to use the domain name or a name corresponding to the domain name in connection with a *bona fide* offering of goods or services; or

(ii) you, as an individual, business, or other organization have been commonly known by the domain name, even if you have acquired no trademark or service mark rights; or

(iii) you are making a legitimate non-commercial or fair use of the domain name, without intent for commercial gain to misleadingly divert customers or to tarnish the trademark or service mark at issue.

Policy, paragraph 4(c).

Where a respondent is in default, the panel may draw such inferences as it considers appropriate. Policy, paragraph 14(b).

**B. Identical or Confusingly Similar**

Respondent's domain name <radiomariatanzania.com> combines Complainant's registered trademark with the geographic term Tanzania. Rather than serving to distinguish Respondent's domain name from Complainant's registered trademark, the addition of the geographic term would likely confuse Internet users into believing that the domain name referred to Complainant's Tanzanian broadcasts or website. *See Inter-Ikea Systems B.V. v. Evezon Co. Ltd.*, WIPO Case No. D2000-0437, *Honda Motor Company Limited v. Lokita Enterprises*, WIPO Case No. D2003-0507. The Panel finds, therefore, that Complainant has provided sufficient evidence to establish element 4(a)(i) of the Policy.

**C. Rights or Legitimate Interests**

Complainant asserts, and Respondents have failed to rebut, that Respondent is not affiliated with or related to Complainant, that Respondents are not licensed by Complainant or otherwise authorized to use Complainant's trademark, that Respondent is not generally known by the domain name at issue, has not acquired any trademark or service mark rights in the name, and is not making *bona fide* fair use of Complainant's mark. In sum, Complainant has made a *prima facie* showing that Respondents have no rights or legitimate interest in the domain name at issue, which showing Respondents have failed to rebut. See WIPO Overview of WIPO Panel Views on Selected UDRP Questions § 2.1 and cases cited therein. As a result, Complainant has established element 4(a)(ii) of the policy.

**D. Registered and Used in Bad Faith**

The Panel finds that Complainant has provided sufficient evidence satisfying paragraph 4(b)(iv) of the Policy, namely that by using the domain name, Respondent' intentionally intended to attract for commercial gain Internet users to its website by creating a likelihood of confusion with the Complainant's mark as to the source, sponsorship, affiliation or endorsement of Respondent' website.

Supporting this conclusion is the evidence that the Respondent combined Complainant's internationally-registered trademark RADIO MARIA with the geographic location Tanzania where Complainant broadcasts and operates a website, and linked that domain name to a website for several commercial enterprises, including commercial radio stations, ostensibly to receive pay-per-click revenue from confused Internet users. As a result, the Panel finds that Respondent's registration and linking of its domain name <radiomariatanzania.com> to a pay-per-click search page in the circumstances is in bad faith. See *mVisible Technologies, Inc., bitm v. Navigation Catalyst Systems, Inc.*, WIPO Case No. D2007-1141; see also *Telstra Corp Ltd v. Nuclear Marshmallows*, WIPO Case No. D2000-0003, *Teacher's Insurance and Annuity Association of America v. Wreaks Communications Group*, WIPO Case No. D2006-0483.

**7. Decision**

For all the foregoing reasons, in accordance with paragraphs 4(i) of the Policy and 15 of the Rules, the Panel orders that the domain name <radiomariatanzania.com> be transferred to the Complainant.

Jordan S. Weinstein
Sole Panelist

Date: June 6, 2008

Case 2:09-cv-00613-ABC-CW Document 133-4 Filed 12/03/10 Page 319 of 319 Page ID #:2982



# High Court of Judicature at Bombay

## CASE DETAILS

### *Bench:-Bombay*

| | | | | | | |
|---|---|---|---|---|---|---|
| *Lodging No.:-* | SL/2049/2008 | *Filing Date:-* | 30/06/2008 | *Reg. No.:-* S/2939/2008 | *Reg. Date:-* | 06/10/2008 |

**Petitioner:-** COMDOT INTERNET SERVICES PRIVATE LIL  **Respondent:-** ASSOCIAZIONE RADIO MARIA, ITALY AND A

**Petn.Adv.:-** ABHAY P.PANDE.

**District:-** BOMBAY

| | |
|---|---|
| *Bench:-* | SINGLE |
| *Status:-* | Pre-Admission |
| *Last Date:-* | 07/10/2008 |
| *Last Coram:-* | REGISTRAR(OS)/PROTHONOTARY & SR. MASTER |

| | |
|---|---|
| *Category:-* | SUITS FOR DAMAGES |
| *Stage:-* | PLAINTS FOR REJECTION U/R 986 OF THE H.C.(O.S.)RULES 1980 |

| Office Information | Connected Matters | Application cases | Listing Dates | Orders/Judgme |
|---|---|---|---|---|

*PLEASE NOTE: FUTURE DATES IN CASE OF PRE-ADMITTED CASES ARE COMPUTER GENERATED PROVISIONAL DATES OF LISTING EXCEPT WHERE HON'BLE COURTS HAVE GIVEN DUE DATES. THE PROVISIONAL DATES MAY CHANGE, SUBJECT TO LISTING DIRECTIONS OF THE RESPECTIVE HON'BLE COURTS FROM TIME TO TIME. PLEASE MONITOR DAILY CAUSELISTS FOR CONFIRMED LISTINGS.*

