**DAVID J. STEELE, CA Bar No. 209797**
**Email: djslit@cph.com**
**CHRISTIE, PARKER & HALE, LLP**
**3501 Jamboree Road, Suite 6000 - North Tower**
**Newport Beach, CA 92660**
**Telephone: (949) 476-0757**
**Facsimile: (949) 476-8640**

**HOWARD A. KROLL, CA Bar No. 100981**
**Email: howard.kroll@cph.com**
**CHRISTIE, PARKER & HALE, LLP**
**350 West Colorado Boulevard, Suite 500**
**Pasadena, California 91105**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

**SARAH B. DEUTSCH (Admitted *pro hac vice*)**
**Email: sarah.b.deutsch@verizon.com**
**VERIZON CORPORATE RESOURCES GROUP LLC**
**1320 North Court House Road, 9th Floor**
**Arlington, VA 22201**
**Telephone: (703) 351-3044**
**Facsimile: (703) 351-3670**

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF DISTRICT

WESTERN DIVISION

VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,

Plaintiffs,

vs.

LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,

Defendants.

Case No. CV 09-0613 ABC (CWx)

**DECLARATION OF DAVID J. STEELE IN SUPPORT OF APPLICATION FOR FINAL DEFAULT JUDGMENT AGAINST MAHESH MALIK**

**DATE: January 10, 2011**
**TIME: 10:00 AM**
**CTRM: 680**

**Hon. Audrey B. Collins**

I, David J. Steele, state as follows:

1. I am a Partner with the law firm of Christie, Parker & Hale, LLP, attorneys of record for Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company. I make this declaration of my personal knowledge and, if called as a witness, could testify competently to each of the following facts.

2. During this litigation I have spoken with defendant Mahesh Malik, defendant Kevin Daste and several Doe defendants. From these conversations, I have learned that Mahesh Malik is not a minor or an incompetent person or in military service or otherwise exempted under the Servicemembers Civil Relief Act, 50 App. U.S.C. § 521.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on December 3, 2010 in Newport Beach, California.

/s/David J. Steele
David J. Steele

LLB IRV1120010.1-*-12/3/10 11:50 AM

## CERTIFICATE OF SERVICE

I certify that on December 3, 2010, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **DECLARATION OF DAVID J. STEELE IN SUPPORT OF APPLICATION FOR FINAL DEFAULT JUDGMENT AGAINST MAHESH MALIK** was served on the party(ies) in this action as follows:

**MAHESH MALIK**

**By First Class International Air Mail to:**
707/C Neptune Apts, 4th Cross Lane,
Lokhandwala Complex, Andheri (West)
Mumbai Maharashtra 400053
India

**By Email to:**
Mahesh@LeadNetworks.in

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on December 3, 2010 at Newport Beach, California.

Linda L. Bolter