1  **DAVID J. STEELE, CA Bar No. 209797**
   Email: djslit@cph.com
2  **CHRISTIE, PARKER & HALE, LLP**
   3501 Jamboree Road, Suite 6000 - North Tower
3  Newport Beach, CA 92660
   Telephone: (949) 476-0757
4  Facsimile: (949) 476-8640

5  **HOWARD A. KROLL, CA Bar No. 100981**
   Email: howard.kroll@cph.com
6  **CHRISTIE, PARKER & HALE, LLP**
   350 West Colorado Boulevard, Suite 500
7  Pasadena, California 91105
   Telephone: (626) 795-9900
8  Facsimile: (626) 577-8800

9  **SARAH B. DEUTSCH (Admitted *pro hac vice*)**
   Email: sarah.b.deutsch@verizon.com
10 **VERIZON CORPORATE RESOURCES GROUP LLC**
   1320 North Court House Road, 9th Floor
11 Arlington, VA 22201
   Telephone: (703) 351-3044
12 Facsimile: (703) 351-3670

13 Attorneys for Plaintiffs
   VERIZON CALIFORNIA INC.
14 VERIZON TRADEMARK SERVICES LLC
   VERIZON LICENSING COMPANY

15

16                    UNITED STATES DISTRICT COURT
17                   CENTRAL DISTRICT OF CALIFORNIA
                              WESTERN DIVISION
18

| 19 | VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY, | Case No. CV 09-00613 ABC (CWx) |
|---|---|---|
| 20 | | |
| 21 | | **REQUEST FOR STATUS CONFERENCE** |
| 22 | Plaintiffs, | |
| 23 | vs. | **DATE:** January 10, 2011<br>**TIME:** 10:00 a.m. |
| 24 | LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100, | **CTRM:** 680 |
| 25 | | |
| 26 | | **Hon. Audrey B. Collins** |
| 27 | Defendants. | |

28

CHRISTIE, PARKER & HALE, LLP

-1-

Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company (collectively, "Plaintiffs"), by and through their counsel, request that the Court hold a Status Conference on January 10, 2011, or at another time convenient for the Court.

The parties were last in Court on September 14, 2009, at which time the Court granted Plaintiffs' Application for Default Judgment against Defendants Lead Networks Domains Private Limited and Naresh Malik a/k/a Nick M. (Dkt. ## 79, 83.) Plaintiffs filed their Request for Entry of Final Default Judgment Against Defendant Mahesh Malik concurrently with this Request for Status Conference, and have requested a hearing on the Final Default Judgment on the same day.

In order to ascertain the identities of the Doe defendants, the Court authorized Plaintiffs to take discovery. (Dkt. ## 82, 88.) Plaintiffs have conducted discovery and have made progress in ascertaining the identities of the Doe defendants.

Plaintiffs' counsel intend to update the Court about their progress identifying the Doe defendants and to discuss amending their Complaint.

Dated: December 3, 2010          Respectfully submitted,

                                 CHRISTIE, PARKER & HALE, LLP

                                 By  /David J. Steele/
                                     David J. Steele
                                     Howard A. Kroll

                                 Attorneys for Plaintiffs
                                 VERIZON CALIFORNIA INC.
                                 VERIZON TRADEMARK SERVICES LLC
                                 VERIZON LICENSING COMPANY

LLB IRV1120011.1-*-12/3/10 11:52 AM

# CERTIFICATE OF SERVICE

I certify that on December 3, 2010, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **REQUEST FOR STATUS CONFERENCE** was served on the party(ies) in this action as follows:

**MAHESH MALIK**

**By First Class International Air Mail to:**
707/C Neptune Apts, 4th Cross Lane,
Lokhandwala Complex, Andheri (West)
Mumbai Maharashtra 400053
India

**By Email to:**
Mahesh@LeadNetworks.in

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on December 3, 2010 at Newport Beach, California.

Linda L. Bolter