**DAVID J. STEELE, CA Bar No. 209797**
Email:  djslit@cph.com
**CHRISTIE, PARKER & HALE, LLP**
3501 Jamboree Road, Suite 6000 - North Tower
Newport Beach, CA 92660
Telephone:  (949) 476-0757
Facsimile:  (949) 476-8640

**HOWARD A. KROLL, CA Bar No. 100981**
Email:  howard.kroll@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Pasadena, California 91105
Telephone:  (626) 795-9900
Facsimile:  (626) 577-8800

**SARAH B. DEUTSCH (Admitted *pro hac vice*)**
Email:  sarah.b.deutsch@verizon.com
**VERIZON CORPORATE RESOURCES GROUP LLC**
1320 North Court House Road, 9th Floor
Arlington, VA 22201
Telephone:  (703) 351-3044
Facsimile:  (703) 351-3670

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>Defendants. | Case No. CV 09-00613 ABC (CWx)<br><br>**REQUEST FOR STATUS CONFERENCE**<br><br>**DATE:** January 10, 2011<br>**TIME:** 10:00 a.m.<br>**CTRM:** 680<br><br>**Hon. Audrey B. Collins** |

Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company (collectively, "Plaintiffs"), by and through their counsel, request that the Court hold a Status Conference on January 10, 2011, or at another time convenient for the Court. A [Proposed] Order is filed concurrently with this Request for a Status Conference.

The parties were last in Court on September 14, 2009, at which time the Court granted Plaintiffs' Application for Default Judgment against Defendants Lead Networks Domains Private Limited and Naresh Malik a/k/a Nick M. (Dkt. ## 79, 83.) Plaintiffs filed their Request for Entry of Final Default Judgment Against Defendant Mahesh Malik on December 3, 2010, and requested a hearing on the Final Default Judgment on the same day as this requested Status Conference (January 10, 2011).

In order to ascertain the identities of the Doe defendants, the Court authorized Plaintiffs to take discovery. (Dkt. ## 82, 88.) Plaintiffs have conducted discovery and have made progress in ascertaining the identities of the Doe defendants.

Plaintiffs' counsel intend to update the Court about their progress identifying the Doe defendants and to discuss amending their Complaint.

Dated: December 6, 2010        Respectfully submitted,

                                   CHRISTIE, PARKER & HALE, LLP

                                   By  /David J. Steele/
                                         David J. Steele
                                         Howard A. Kroll

                                 Attorneys for Plaintiffs
                                 VERIZON CALIFORNIA INC.
                                 VERIZON TRADEMARK SERVICES LLC
                                 VERIZON LICENSING COMPANY

LLB IRV1120015.1-*-12/6/10 3:05 PM

# CERTIFICATE OF SERVICE

I certify that on December 6, 2010, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **REQUEST FOR STATUS CONFERENCE** was served on the party(ies) in this action as follows:

**MAHESH MALIK**

<u>**By First Class International Air Mail to:**</u>
707/C Neptune Apts, 4th Cross Lane,
Lokhandwala Complex, Andheri (West)
Mumbai Maharashtra 400053
India

<u>**By Email to:**</u>
Mahesh@LeadNetworks.in

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on December 6, 2010 at Newport Beach, California.

_____
Linda L. Bolter

CHRISTIE, PARKER & HALE, LLP