UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>Defendants. | Case No. CV 09-00613 ABC (CWx)<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR STATUS CONFERENCE ON JANUARY 10, 2011**<br><br>DATE: January 10, 2011<br>TIME: 10:00 a.m.<br>CTRM: 680<br><br>**Hon. Audrey B. Collins** |

Plaintiffs's filed a request for a Status Conference on January 10, 2011 at 10:00 a.m. in Courtroom 680. Plaintiffs' request is GRANTED.

**IT IS SO ORDERED.**

Dated:_____

Audrey B. Collins
United States District Judge

LLB IRV1120016.1-*-12/6/10 3:09 PM

CHRISTIE, PARKER & HALE, LLP

-1-

# CERTIFICATE OF SERVICE

I certify that on December 6, 2010, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **[PROPOSED] ORDER GRANTING REQUEST FOR STATUS CONFERENCE ON JANUARY 10, 2011** was served on the party(ies) in this action as follows:

**MAHESH MALIK**

**By First Class International Air Mail to:**
707/C Neptune Apts, 4th Cross Lane,
Lokhandwala Complex, Andheri (West)
Mumbai Maharashtra 400053
India

**By Email to:**
Mahesh@LeadNetworks.in

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on December 6, 2010 at Newport Beach, California.

Linda L. Bolter

CHRISTIE, PARKER & HALE, LLP