UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>Defendants. | Case No. CV 09-00613 ABC (CWx)<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR STATUS CONFERENCE ON JANUARY 10, 2011<br><br>DATE:  January 10, 2011<br>TIME:  10:00 a.m.<br>CTRM:  680<br><br>**Hon. Audrey B. Collins** |

Plaintiffs's filed a request for a Status Conference on January 10, 2011 at 10:00 a.m. in Courtroom 680. Plaintiffs' request is GRANTED.

**IT IS SO ORDERED.**

Dated: 12/7/2010

*[signature: Audrey B. Collins]*

Audrey B. Collins
United States District Judge

LLB IRV1120016.1-*-12/6/10 4:30 PM