**DAVID J. STEELE,** CA Bar No. 209797
Email: djslit@cph.com
**CHRISTIE, PARKER & HALE, LLP**
3501 Jamboree Road, Suite 6000-North Tower
Newport Beach, CA 92660
Telephone: (949) 476-0757
Facsimile: (949) 476-8640

**HOWARD A. KROLL,** CA Bar No. 100981
Email: howard.kroll@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Pasadena, California 91105
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

**SARAH B. DEUTSCH** (admitted *pro hac vice*)
Email: sarah.b.deutsch@verizon.com
**VERIZON CORPORATE RESOURCES GROUP LLC**
1320 North Court House Road, Suite 900
Arlington, VA 22201
Telephone: (703) 351-3044
Facsimile: (703) 351-3670

Attorneys for Plaintiffs/Judgment Creditors
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>Defendants. | Case No. CV-09-00613 ABC (CWx)<br><br>**PLAINTIFFS' NOTICE INDICATING CONCLUSION OF SEAL PERIOD FOR DOCKET ENTRIES 91 THROUGH 102**<br><br>Hon. Audrey B. Collins |

CHRISTIE, PARKER & HALE, LLP

-1-

On October 1, 2009, this Court entered default final judgment (the "Judgment") (DE 87) in favor of Plaintiffs/Judgment Creditors VERIZON CALIFORNIA INC., VERIZON TRADEMARK SERVICES LLC, and VERIZON LICENSING COMPANY (collectively, "Verizon") and against LEAD NETWORKS DOMAINS PRIVATE LIMITED ("Lead Networks") and NARESH MALIK (collectively, "Judgment Debtors"), in the amount of $23,800,000.

In light of Judgment Debtors' history of deceptive practices designed to frustrate the enforcement of court orders and the orders of other tribunals, their disregard for this Court's Orders, their established unwillingness to comply with the Orders of this Court and other tribunals, and the likelihood that they would attempt to frustrate any efforts to satisfy the Judgment, on December 2, 2009 Verizon requested the appointment of a temporary receiver to seize the domain names owned by the Judgment Debtors (the "Domain Name Assets") and the business operations of Lead Networks. (*See, Ex Parte* Application for Appointment of Receiver and Order to Show Cause, DE 100, pp. 11-12, dated 12/4/09 on the Docket.) On December 4, 2009, this Court granted Verizon's application, and appointed a temporary receiver. (Order for Appointment of Receiver, DE 102, p. 2.)

Docket Entries 91 through 102 are applications, supporting declarations, and subsequent orders related to the appointment of the temporary receiver, and were filed under seal because any notice to Judgment Debtors was likely to cause Judgment Debtors to move or hide the Domain Name Assets and the assets of Lead Networks. (*See, e.g.*, DE 100, pp. 11-12.) Verizon requested that the filed documents and related orders remain under seal until such time as the Domain Name Assets and the business operations of Lead Networks have been transferred into the Receiver's control. (DE 100, p. 12.) Additionally, in the *Ex Parte* Application for Appointment of Receiver, Verizon states that, "once the Domain

Name Assets have been transferred to the Receiver for liquidation and the Receiver has taken temporary control over Lead Networks to stabilize and evaluate its business operations, Verizon intends to unseal the record so that third-parties will have notice of the receivership." (DE 100, p. 12.)

The Receiver has advised Verizon that the Domain Name Assets and the business operations of Lead Networks have been transferred into his control. Because the Domain Name Assets and the business operations of Lead Networks have been transferred into the Receiver's control, Docket Entries 91 through 102 may be unsealed.

Accordingly, Verizon now files this notice and proposed order that Docket Entries 91 through 102 be unsealed by the Clerk of the Court and made publicly available in the file and docket.

Dated: January 14, 2011                     Respectfully submitted,

                                                  CHRISTIE, PARKER & HALE, LLP

                                              By /s/ David J. Steele
                                                   David J. Steele
                                                   Howard A. Kroll

                                              Attorneys for Plaintiffs/Judgment Creditors
                                             VERIZON CALIFORNIA INC.
                                             VERIZON TRADEMARK SERVICES LLC
                                             VERIZON LICENSING COMPANY

LLB IRV1120152.1-*-01/14/11 11:27 AM