CC: CASE COORDINATOR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF DISTRICT

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>Defendants. | Case No. CV 09-0613 ABC (CWx)<br><br>**[PROPOSED] ORDER TO UNSEAL CERTAIN DOCUMENTS**<br><br>**Hon. Audrey B. Collins** |

The Court having read and considered VERIZON CALIFORNIA INC.'s, VERIZON TRADEMARK SERVICES LLC's, and VERIZON LICENSING COMPANY's Notice Indicating Conclusion of Seal Period for Docket Entries 91 through 102,

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED** that Docket Entries 91 to 102 in this Action be removed from under seal by the Clerk of the Court and made publicly available in the file and docket. |
| 2 | |
| 3 | |
| 4 | |
| 5 | Dated: 1/18/2011           _____ |
| 6 |                                          Audrey B. Collins |
| 7 |                                          United States District Judge |

LLB IRV1120155.1-*-01/14/11 11:31 AM