

**OFFICE OF THE GENERAL COUNSEL**
**OKLAHOMA BAR ASSOCIATION**
1901 North Lincoln Boulevard
P. O. Box 53036
Oklahoma City, OK 73152-3036
(405) 416-7007  Fax: (405) 416-7003

**Gina L. Hendryx**
General Counsel

**Loraine D. Farabow**
First Assistant
General Counsel

**Ted D. Rossier**
Assistant General Counsel

**Debbie Maddox**
Assistant General Counsel

**Katherine M. Ogden**
Staff Attorney

**Sharon Orth**
Investigator

**Dorothy Walos**
Investigator

**Krystal Willis**
Investigator

**Tommy Butler**
Investigator

**J. Manni Arzola**
Out-of-State Attorney
Registration

Website:
www.okbar.org

## C E R T I F I C A T E

STATE OF OKLAHOMA   )
                    )
COUNTY OF OKLAHOMA )

Gina Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That STEPHEN HUME STURGEON JR., OBA #8725, was admitted to the practice of law by the Supreme Court of Oklahoma on April 26, 1974, and is an active member in good standing of the Oklahoma Bar Association.

*Gina Hendryx, General Counsel*

Subscribed and sworn to before me this 7th day of April, 2011.

*NOTARY PUBLIC*

My Commission Expires
  January 8, 2015
Commission Number
  07000304

[Notary Seal: LAURA M. L. WILLIS, NOTARY #07000304, EXP. 01/08/15, STATE OF OKLAHOMA, PUBLIC]