Name & Address:
Stephen H. Sturgeon, Jr.
Mid-Atlantic Law Group, P.C.
11116 Hurdle Hill Drive
Potomac, MD 20854

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VERIZON CALIFORNIA INC., et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV-09-00613 ABC (CWx) |
| v. | |
| LEAD NETWORKS DOMAINS LIMITED, et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Stephen H. Sturgeon, Jr.__ , of __Mid-Atlantic Law Group, P.C.__
       *Applicant's Name*                              *Firm Name / Address*

__301-983-6111__                         __shs@sturgeonfirm.com__
   *Telephone Number*                        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant
☐ Intervener or other interested person __NARESH MALIK__

and the designation of __Melodie K. Larsen, SBN 110819__
                       *Local Counsel Designee /State Bar Number*

of __Burke, Williams & Sorensen, LLP, 444 South Flower Street, Suite 2400, Los Angeles, CA 90071__
       *Local Counsel Firm / Address*

__213-236-0600__                         __mlarsen@bwslaw.com__
   *Telephone Number*                        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____        _____
                                      U. S. District Judge/U.S. Magistrate Judge


American LegalNet, Inc.
www.FormsWorkFlow.com