NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

MELODIE K. LARSEN (SBN 110819)
BURKE, WILLIAMS & SORENSEN, LLP
444 So. Flower Street, Suite 2400
Los Angeles, CA 90071
213-236-0600 (voice); 213-236-0600 (fax)
mlarsen@bwslaw.com

ATTORNEYS FOR: NARESH MALIK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIZON CALIFORNIA, INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY <br><br> Plaintiff(s), <br> v. <br> LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK aka NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100 <br><br> Defendant(s). | CASE NUMBER: <br><br> CV-09-000613 ABC (CWx) <br><br> CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  NARESH MALIK
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| VERIZON CALIFORNIA, INC. | Plaintiff |
| VERIZON TRADEMARK SERVICES, LLC | Plaintiff |
| VERIZON LICENSING COMPANY | Plaintiff |
| LEAD NETWORKS DOMAINS PRIVATE LIMITED | Defendant |
| NARESH MALIK aka NICK M. | Defendant |
| MAHESH MALIK | Defendant |
| KEVIN DASTE | Defendant |

April 12, 2011
Date

*/s/ Melodie K Larsen*
Sign

MELODIE K. LARSEN
Attorney of record for or party appearing in pro per