STEPHEN H. STURGEON, JR.,
(PRO HAC VICE PENDING)
Email: shs@sturgeonfirm.com
MID-ATLANTIC LAW GROUP, P. C.
11116 Hurdle Hill Drive,
Potomac, Maryland 20854
Telephone: (301) 983-6111
Facsimile: (202) 595-7806

MELODIE K. LARSEN, Bar No. 110819
mlarsen@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

Attorneys for Defendant
Naresh Malik, A/K/A Nick M.

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC. VERIZON TRADEMARK SERVICES LLC; AND VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK AKA NICK M; MAHESH MALIK; KEVIN DASTE; AND DOES 1-100,<br><br>Defendants | Case No.CV-09-cv-00613 ABC-(CW x)<br><br>DECLARATION OF NARESH MALIK IN SUPPORT OF HIS OBJECTION TO THE ORDER REGARDING THE APPOINTMENT OF A PERMANENT RECEIVER<br><br>Hon. Audrey B. Collins |

I, Naresh Malik, declare as follows:

1) I am a citizen of India and a Resident of United Arab Emirates (U.A.E.). I have been named as a defendant in the above-referenced proceeding. The matters set

1

forth below are of my personal knowledge and, if called as a witness, I would testify competently to each of the following facts.

2) I only recently received information about the Order to Show Cause and have therefore not had sufficient time to prepare a complete and thorough objection. I first received information about the Order to Show Cause on Monday, April 4, 2011. Accordingly, I request additional time to prepare a complete and through objection.

3) I have read the document entitled "Proof of Service Summons and Complaint" which Plaintiff has entered into this proceeding on February 25, 2009 as docket document number 48 and which is attached to a Plaintiff's filing entitled "Corrected Proof of Service of Summons and Complaint on Defendant Naresh Malik a/k/a Nick M". The "Proof of Service Summons and Complaint" is signed under penalty of perjury with the name, Ali Ammar, and there is a check mark besides the purported method of delivery which states "Personal service. By personally delivering copies." I attest that this statement and representation of Ali Ammar is false. Service of Process was not delivered to me.

4) Also, with respect to "Proof of Service Summons and Complaint" that the Plaintiff has submitted to the court in docket number 47 on February 25, 2009, I note that the document states that I am "the Managing/General Agent of Lead Networks Domains Private Limited". I attest that I am not and never have been "the Managing/General Agent of Lead Networks Domains Private Limited."

5) After I discovered that the Plaintiff alleged that service of process had been delivered to me, I hired an investigator to investigate the manner in which the hotel handled deliveries. The investigator interviewed the chief of security of the hotel. The

2

04/13/2011  09:41                    FEDEX OFFICE      5515                    PAGE  03

chief of security told the investigator the following. The investigator's report reads as follows:

> "The hotel's policy is extremely strict and very clear when it comes to protecting the guest's privacy. Mr. Zuniga said that a guest's room number is not given out to anyone under any circumstances. Mr. Zuniga said this policy is written in a manual that he only knows as "LSOP." Mr. Zuniga said he does not know what it stands for, but that he has read it for his own work in the security department. Mr. Zuniga said the hotel policy on package deliveries is also meant to protect the guest's privacy. The guest must be the one to grant permission to have it delivered to their room, or the guest can come down to the lobby to pick it up. Mr. Zuniga stated that under no circumstances would the hotel ever send a delivery person up to a guest's room without their knowledge and consent. Mr. Zuniga stated that usually the front desk sends a text message to the guest's room to inform them of a package, and the guest must contact the front desk with further instructions."

6) This finding of the investigator substantiates my attestation that the signed statement on the "Proof of Service Summons and Complaint" is false.

7) I attest that I am not an employee, director, officer, shareholder or any other type of representative of Lead Networks upon whom service of process can be delivered in order to effectuate service on the Indian corporation Lead Networks.

8) I have checked government records and have confirmed that Lead Networks is a corporate entity that was formed pursuant to the laws of India. Official documents have been requested in order to verify its status.

9) I have researched and investigated the activities of the Receiver. I have learned from my research (into research sources that are very reliable) that the Receiver has given the management of the domain names of Lead Networks to another registrar without any compensation payable to Lead Networks. A fee of $15 per domain name could have been obtained on behalf of Lead Networks since the Receiver received offers from companies to pay compensation in this amount to Lead Networks.

3

I declare under penalty of perjury the laws of the United States of America that the foregoing is true and correct.

Executed this 13 day of April, 2011  _____/s/ Malik_____
Naresh Malik

4