STEPHEN H.  STURGEON, JR.,
(PRO HAC VICE PENDING)
Email: shs@sturgeonfirm.com
MID-ATLANTIC LAW GROUP, P. C.
11116 Hurdle Hill Drive,
Potomac, Maryland 20854
Telephone: (301) 983-6111
Facsimile: (202) 595-7806

MELODIE K. LARSEN, Bar No. 110819
mlarsen@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

Attorneys for Defendant
Naresh Malik, A/K/A Nick M.

## IN THE
## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC. VERIZON TRADEMARK SERVICES LLC; AND VERIZON LICENSING COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK AKA NICK M; MAHESH MALIK; KEVIN DASTE; AND DOES 1-100, <br><br> Defendants | Case No.CV-09-cv-00613 ABC-(CW x) <br><br> **DECLARATION OF STEPHEN H. STURGEON, JR. IN SUPPORT OF OBJECTION OF NARESH MALIK TO THE APPOINTMENT OF PERMANENT RECEIVER** <br><br> **Hon. Audrey B. Collins** |

I, Stephen H. Sturgeon, Jr., declare:

1. I am an attorney licensed to practice law in the State of Oklahoma.  My *pro hac vice* application to practice before this court in this proceeding is pending.  I am a shareholder

in the law firm of Mid-Atlantic Law Group, P. C., counsel of Naresh Malik, a defendant in this proceeding.  I have personal knowledge of the following facts and could and would testify competently thereto if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of Docket Document # 52-2 of this proceeding entitled DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT OF DEFENDANTS LEAD NETWORKS DOMAINS PRIVATE LIMITED AND NARESH MALIK a/k/a NICK M. which Plaintiff filed with this court on February 26, 2009.  Attached to the declaration is an exhibit captioned as PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT NARESH MALIK A/K/A NICK M. and an exhibit captioned as PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT LEAD NETWORKS DOMAINS PRIVATE LIMITED.

3. Attached hereto as Exhibit B is a true and correct copy of Docket Document # 47 of this proceeding entitled CORRECTED PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT LEAD NETWORKS DOMAINS PRIVATE LIMITED which Plaintiff filed with this court on February 25, 2009.

4. Attached hereto as Exhibit C is a true and correct copy of an article from the online publication DOTWEEKLY which was downloaded from the website http://www.dotweekly.com/marcaria-com-purchases-trademark-domains-for-protection-hmmm on April 12, 2011.

5.  Attached hereto as Exhibit D are true and correct copies of screenshots of several webpages that were printed out on April 8, 2011.  The URL address of each of the screenshots appears in the "browser window" at the top of each screenshot.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on April 13, 2011 in Rockville, Maryland.

Stephen H. Sturgeon, Jr., Esquire

# Exhibit A

1    **DAVID J. STEELE, CA Bar No. 209797**
     Email:  djslit@cph.com
2    **CHRISTIE, PARKER & HALE, LLP**
     **3501 Jamboree Road, Suite 6000 - North Tower**
3    Newport Beach, CA 92660
     Telephone: (949) 476-0757
4    Facsimile:  (949) 476-8640

5    **HOWARD A. KROLL, CA Bar No. 100981**
     Email:  howard.kroll@cph.com
6    **CHRISTIE, PARKER & HALE, LLP**
     **350 West Colorado Boulevard, Suite 500**
7    Pasadena, California 91105
     Telephone: (626) 795-9900
8    Facsimile:  (626) 577-8800

9    **SARAH B. DEUTSCH (*pro hac vice* pending)**
     Email:  sarah.b.deutsch@verizon.com
10   **VERIZON CORPORATE RESOURCES GROUP LLC**
     **1320 North Court House Road, Suite 900**
11   Arlington, VA 22201
     Telephone: (703) 351-3044
12   Facsimile:  (703) 351-3670

13   Attorneys for Plaintiffs
     VERIZON CALIFORNIA INC.
14   VERIZON TRADEMARK SERVICES LLC
     VERIZON LICENSING COMPANY
15

16                  UNITED STATES DISTRICT COURT

17                CENTRAL  DISTRICT OF DISTRICT

18                      WESTERN DIVISION

19

20   VERIZON CALIFORNIA INC.;               Case No. CV 09-0613 ABC (CWx)
     VERIZON TRADEMARK SERVICES
21   LLC; and VERIZON LICENSING
     COMPANY,                               **DECLARATION OF DAVID J.**
22                                          **STEELE IN SUPPORT OF**
                    Plaintiffs,             **PLAINTIFFS' REQUEST FOR**
23                                          **ENTRY OF DEFAULT OF**
              vs.                           **DEFENDANTS LEAD**
24                                          **NETWORKS DOMAINS**
     LEAD NETWORKS DOMAINS                  **PRIVATE LIMITED AND**
25   PRIVATE LIMITED; NARESH                **NARESH MALIK a/k/a NICK M.**
     MALIK a/k/a NICK M.; MAHESH
26   MALIK; KEVIN DASTE; and DOES           **Hon. Audrey B. Collins**
     1-100,
27
                    Defendants.
28

CHRISTIE, PARKER & HALE, LLP

Case 2:09-cv-00613-ABC-CW   Document 138-2   Filed 04/13/11   Page 6 of 48   Page ID
#:3383
Case 2:09-cv-00613-ABC-CW   Document 52-2   Filed 02/26/09   Page 2 of 17   Page ID
#:1132

1    I, David J. Steele, state as follows:

2        1.    I am a Partner with the law firm of Christie, Parker & Hale, LLP,

3    attorneys of record for Plaintiffs Verizon California Inc., Verizon Trademark

4    Services LLC, and Verizon Licensing Company. I make this declaration of my

5    personal knowledge and, if called as a witness, could testify competently to each

6    of the following facts.

7        2.    On January 29, 2009, Defendants Lead Networks Domains Private

8    Limited and Naresh Malik a/k/a Nick M. ("Defendants") were served with the

9    Summons and Complaint in this matter. A copy of the Corrected Proof of Service

10   of Summons and Complaint for each Defendant is attached to this Declaration as

11   Exhibit 1.

12       3.    Defendants have failed to appear, respond to the Complaint or file

13   any other pleading or motion permitted by law within the time prescribed by Rule

14   12(a)(1)(A) of the Federal Rules of Civil Procedure.

15

16       I declare under penalty of perjury under the laws of the United States of

17   America that the foregoing is true and correct and that this declaration is

18   executed on February 25, 2009 in Newport Beach, California.

19

20                              /s/David J. Steele
                                David J. Steele

21

22

23

24

25

26

27

28

# Exhibit 1

Case 2:09-cv-00613-ABC-CW   Document 138-2   Filed 04/13/11   Page 8 of 48   Page ID
#:3385
Case 2:09-cv-00613-ABC-CW   Document 52-2   Filed 01/30/2009   Page 4 of 17   Page ID
#:1134

1   DAVID J. STEELE, CA Bar No. 209797
    Email:  djslit@cph.com
2   CHRISTIE, PARKER & HALE, LLP
    3501 Jamboree Road, Suite 6000 - North Tower
3   Newport Beach, CA 92660
    Telephone: (949) 476-0757
4   Facsimile:  (949) 476-8640

5   HOWARD A. KROLL, CA Bar No. 100981
    Email:  howard.kroll@cph.com
6   CHRISTIE, PARKER & HALE, LLP
    350 West Colorado Boulevard, Suite 500
7   Pasadena, California 91105
    Telephone: (626) 795-9900
8   Facsimile:  (626) 577-8800

9   SARAH B. DEUTSCH (*pro hac vice* pending)
    Email:  sarah.b.deutsch@verizon.com
10  VERIZON CORPORATE RESOURCES GROUP LLC
    1320 North Court House Road, Suite 900
11  Arlington, VA 22201
    Telephone: (703) 351-3044
12  Facsimile:  (703) 351-3670

13  Attorneys for Plaintiffs
    VERIZON CALIFORNIA INC.
14  VERIZON TRADEMARK SERVICES LLC
    VERIZON LICENSING COMPANY

15

16                   UNITED STATES DISTRICT COURT

17                   CENTRAL DISTRICT OF DISTRICT

18                        WESTERN DIVISION

19

20  VERIZON CALIFORNIA INC.; VERIZON      Case No. CV 09-0613 ABC (CWx)
    TRADEMARK SERVICES LLC; and
    VERIZON LICENSING COMPANY,
21                                         PROOF OF SERVICE OF SUMMONS
              Plaintiffs,                  AND COMPLAINT ON DEFENDANT
22                                         NARESH MALIK a/k/a NICK M.
         vs.
23
    LEAD NETWORKS DOMAINS PRIVATE          Hon. Audrey B. Collins
24  LIMITED; NARESH MALIK a/k/a NICK M.;
    MAHESH MALIK; KEVIN DASTE; and
25  DOES 1-100,                            [FILED UNDER SEAL]

26            Defendants.

27

28

CHRISTIE, PARKER & HALE, LLP

                              Exhibit 1
                              Page 2

                                          STURGEON DEC. - 8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Verizon California Inc., et al., <br> **Plaintiff(s)** <br><br> v. <br><br> Lead Networks Domains Private Limited, et al., <br> **Defendant(s)** | **CASE NUMBER:** <br> CV09-0613 CAS (JCx) <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. ☒ summons    ☒ complaint    ☐ alias summons    ☐ first amended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☒ other *(specify):* See Exhibit A

2. **Person served:**
   a. ☒ Defendant *(name):* Naresh Malik aka Nick M.
   b. ☐ Other *(specify name and title or relationship to the party/business named):*

   c. ☒ Address where papers were served: 1755 N HIGHLAND AVE, HOLLYWOOD CA 90028

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*
   a. ☒ Federal Rules of Civil Procedure
   b. ☒ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☒ Papers were served on *(date):* 01-29-09   at *(time):* 8:40 AM
   b. ☐ By **Substituted service**. By leaving copies:
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ Papers were served on *(date):* _____ at *(time):* _____
      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ papers were mailed on (date): _____
      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                 PAGE 1

Exhibit 1
Page 3

STURGEON DEC. - 9

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service:   *(date):* _____ at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

ALI AMMAR
26741 PORTOLA PKWY #1E448
FOOTHILL RANCH CA 92610
( 800 ) 498-1097

a. Fee for service: $

b. ☐ Not a registered California process server

c. ☒ Exempt from registration under B&P 22350(b)

d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   01-29-09

_____
*(Signature)*

Case 2:09-cv-00613-ABC-CW   Document 138-2   Filed 04/13/11   Page 11 of 48   Page ID
#:3388
Case 2:09-cv-00613-ABC-CW   Document 52-2   Filed 12/16/10   Page 7 of 4   Page ID
#:1137

**EXHIBIT A**

1.   Summons;

2.   Complaint for Cybersquatting and Contributory Cybersquatting;

3.   Notice of Motion and Motion to File Case Under Temporary Seal and Supporting Memorandum of Points and Authorities;

4.   Order for Filing Case Under Temporary Seal, and Waiving Notice to Defendants;

5.   Application and [Proposed] Order to File Under Temporary Seal Plaintiffs' Motion to File Case Under Temporary Seal;

6.   Ex Parte Application to Hear on an Expedited Basis Without Notice Plaintiffs' Motions: (1) Motion to File Case Under Temporary Seal; (2) Motion for Temporary Restraining Order; and (3) Motion for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents;

7.   Order Granting Plaintiffs' Ex Parte Application to Hear on an Ex Parte and Expedited Basis Without Notice Plaintiffs' Motions: (1) Motion to File Case Under Temporary Seal; (2) Motion for Temporary Restraining Order; and (3) Motion for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents;

8.   Application and Order to File Ex Parte Application to Hear on an Expedited Basis Without Notice Plaintiffs' Motions: (1) Motion to File Case Under Temporary Seal; (2) Motion for Temporary Restraining Order; and (3) Motion for Accelerated Discovery, Appearance at Depositions, and Accelerated Productions of Documents Under Temporary Seal;

9.   Civil Cover Sheet;

10.   Report on the Filing or Determination of an Action Regarding a Patent or Trademark;

11.   Application and Order to File Complaint Under Temporary Seal;

12.   Certification and Notice of Interested Parties;

CHRISTIE, PARKER & HALE, LLP

13.   Application and Order to File Plaintiffs' Certification and  Notice of Interested Parties (Local Rule 7.1-1) Under Temporary Seal;

14.   Corporate Disclosure Statement;

15.   Application and Order to file Plaintiffs' Corporate Disclosure Statement Under Temporary Seal;

16.   Notice of Related Cases;

17.   Application and [Proposed] Order to File the Notice of Related Cases Under Temporary Seal;

18.   Notice of Motion and Motion for Temporary Restraining Order and for a Preliminary Injunction; Memorandum of Points and Authorities in Support of Motion;

19.   [Proposed] Order Granting Plaintiff's Motion for Temporary Restraining Order and for a Preliminary Injunction;

20.   Application and Order to File  Notice of Motion and Motion for Temporary Restraining Order and for a Preliminary Injunction; Memorandum of Points and Authorities in Support of Motion Under Temporary Seal;

21.   Temporary Restraining Order and Order to Show Cause re Preliminary Injunction;

22.   Application and Order to File Under Temporary Seal [Proposed] Temporary Restraining Order and Order to Show Cause re Preliminary Injunction;

23.   Declaration of Anne F. Bradley in Support of Motion for Temporary Restraining Order and Expedited Discovery;

24.   Application and Order to File Under Temporary Seal Declaration of Anne F. Bradley in Support of Plaintiffs' Motion for Temporary Restraining Order and Expedited Discovery;

25.   Declaration of Janis M. Manning in Support of Plaintiffs' Motion for Temporary Restraining Order;

2

Exhibit 1
Page 6

STURGEON DEC. - 12

CHRISTIE, PARKER & HALE, LLP

26.     Application and Order to File Under Temporary Seal Declaration of Janis M. Manning in Support of Plaintiffs' Motion for Temporary Restraining Order;

27.     Notice of Motion and Motion for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents; Memorandum of Points and Authorities in Support of Motion;

28.     Order for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents;

29.     Application and Order to File Under Temporary Seal Plaintiffs' Notice of Motion, Motion, and [Proposed] Order for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents;

30.     Notice to Counsel;

31.     U.S. District Court Central District of California Civility and Professionalism Guidelines;

32.     Clerk's Offices Services;

33.     Attention – New Civil Actions;

34.     Dismissal of Parties Designated by a Fictitious Name;

35.     Notice of Assignment to United States Magistrate Judge for Discovery;

36.     Notice to Parties of ADR Pilot Program;

37.     Notice of Deposition of Lead Networks Domains Pvt. Ltd Pursuant to Federal Rule of Civil Procedure 30(b)(6);

38.     Notice of Deposition of Naresh Malik;

39.     Notice of Deposition of Kevin Daste; and

40.     Plaintiffs' Accelerated Set of Requests for Production of Documents and Things to Lead Networks Domains Private Limited

SCL PAS833951.1-*-01/28/09 1:00 PM

CHRISTIE, PARKER & HALE, LLP

3

Exhibit 1
Page 7

STURGEON DEC. - 13

1   **DAVID J. STEELE, CA Bar No. 209797**
    Email: djslit@cph.com
2   **CHRISTIE, PARKER & HALE, LLP**
    **3501 Jamboree Road, Suite 6000 - North Tower**
3   **Newport Beach, CA 92660**
    **Telephone: (949) 476-0757**
4   **Facsimile: (949) 476-8640**

5   **HOWARD A. KROLL, CA Bar No. 100981**
    Email: howard.kroll@cph.com
6   **CHRISTIE, PARKER & HALE, LLP**
    **350 West Colorado Boulevard, Suite 500**
7   **Pasadena, California 91105**
    **Telephone: (626) 795-9900**
8   **Facsimile: (626) 577-8800**

9   **SARAH B. DEUTSCH (*pro hac vice* pending)**
    Email: sarah.b.deutsch@verizon.com
10  **VERIZON CORPORATE RESOURCES GROUP LLC**
    **1320 North Court House Road, Suite 900**
11  **Arlington, VA 22201**
    **Telephone: (703) 351-3044**
12  **Facsimile: (703) 351-3670**

13  Attorneys for Plaintiffs
    VERIZON CALIFORNIA INC.
14  VERIZON TRADEMARK SERVICES LLC
    VERIZON LICENSING COMPANY
15

16                  UNITED STATES DISTRICT COURT

17                  CENTRAL DISTRICT OF DISTRICT

18                       WESTERN DIVISION

19

20  VERIZON CALIFORNIA INC.; VERIZON      Case No. CV 09-0613 ABC (CWx)
    TRADEMARK SERVICES LLC; and
21  VERIZON LICENSING COMPANY,
                                          **PROOF OF SERVICE OF SUMMONS**
22            Plaintiffs,                 **AND COMPLAINT ON DEFENDANT**
                                          **LEAD NETWORKS DOMAINS**
23       vs.                             **PRIVATE LIMITED**

24  LEAD NETWORKS DOMAINS PRIVATE
    LIMITED; NARESH MALIK a/k/a NICK M.;  **Hon. Audrey B. Collins**
25  MAHESH MALIK; KEVIN DASTE; and
    DOES 1-100,
26                                        **[FILED UNDER SEAL]**
              Defendants.
27

28

CHRISTIE, PARKER & HALE, LLP

                        Exhibit 1
                        Page 8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Verizon California Inc., et al., | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV09-0613 CAS (JCx) |
| v. | **PROOF OF SERVICE** |
| Lead Networks Domains Private Limited, et al., | **SUMMONS AND COMPLAINT** |
| Defendant(s) | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:

    a. ☒ summons   ☒ complaint   ☐ alias summons   ☐ first amended complaint
    ☐ second amended complaint
    ☐ third amended complaint

    ☒ other *(specify)*: Exhibit A

2. **Person served:**
    a. ☒ Defendant *(name)*: Lead Networks Domains Private Limited
    b. ☐ Other *(specify name and title or relationship to the party/business named)*:

    c. ☒ Address where papers were served: 1755 N HIGHLAND AVE, HOLLYWOOD, CA 90028

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
    a. ☒ Federal Rules of Civil Procedure
    b. ☐ California Code of Civil Procedure

4. **I served the person named in Item 2:**
    a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

    1. ☒ Papers were served on *(date)*: 01-29-09   at *(time)*: 8:40 AM

    b. ☐ By **Substituted service.** By leaving copies:

    1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

    2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

    3. ☐ **Papers were served on** *(date)*: _____ at *(time)*: _____

    4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

    5. ☐ **papers were mailed on** (date): _____

    6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

Exhibit 1
Page 9

STURGEON DEC. - 15

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service:   *(date):* _____ at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   ALI AMMAR
   26741 PORTOLA PKWY #1E448
   FOOTHILL RANCH CA 92610
   (800) 498-1097

   a. Fee for service: $
   b. ☐ Not a registered California process server
   c. ☒ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 01-29-09                                    _____
                                                      *(Signature)*

Exhibit 1
Page 10

STURGEON DEC. - 16

# EXHIBIT A

1.   Summons;

2.   Complaint for Cybersquatting and Contributory Cybersquatting;

3.   Notice of Motion and Motion to File Case Under Temporary Seal and Supporting Memorandum of Points and Authorities;

4.   Order for Filing Case Under Temporary Seal, and Waiving Notice to Defendants;

5.   Application and [Proposed] Order to File Under Temporary Seal Plaintiffs' Motion to File Case Under Temporary Seal;

6.   Ex Parte Application to Hear on an Expedited Basis Without Notice Plaintiffs' Motions: (1) Motion to File Case Under Temporary Seal; (2) Motion for Temporary Restraining Order; and (3) Motion for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents;

7.   Order Granting Plaintiffs' Ex Parte Application to Hear on an Ex Parte and Expedited Basis Without Notice Plaintiffs' Motions: (1) Motion to File Case Under Temporary Seal; (2) Motion for Temporary Restraining Order; and (3) Motion for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents;

8.   Application and Order to File Ex Parte Application to Hear on an Expedited Basis Without Notice Plaintiffs' Motions: (1) Motion to File Case Under Temporary Seal; (2) Motion for Temporary Restraining Order; and (3) Motion for Accelerated Discovery, Appearance at Depositions, and Accelerated Productions of Documents Under Temporary Seal;

9.   Civil Cover Sheet;

10.  Report on the Filing or Determination of an Action Regarding a Patent or Trademark;

11.  Application and Order to File Complaint Under Temporary Seal;

12.  Certification and Notice of Interested Parties;

CHRISTIE, PARKER & HALE, LLP

1

Exhibit 1
Page 11

STURGEON DEC. - 17

13.    Application and Order to File Plaintiffs' Certification and  Notice of Interested Parties (Local Rule 7.1-1) Under Temporary Seal;

14.    Corporate Disclosure Statement;

15.    Application  and  Order  to  file  Plaintiffs'  Corporate  Disclosure Statement Under Temporary Seal;

16.    Notice of Related Cases;

17.    Application  and  [Proposed]  Order  to  File  the  Notice  of  Related Cases Under Temporary Seal;

18.    Notice of Motion and Motion for Temporary Restraining Order and for a Preliminary Injunction; Memorandum of Points and Authorities in Support of Motion;

19.    [Proposed]  Order  Granting  Plaintiff's  Motion  for  Temporary Restraining Order and for a Preliminary Injunction;

20.    Application and Order to File  Notice of Motion and Motion for Temporary Restraining Order and for a Preliminary Injunction; Memorandum of Points and Authorities in Support of Motion Under Temporary Seal;

21.    Temporary  Restraining  Order  and  Order  to  Show  Cause  re Preliminary Injunction;

22.    Application and Order to File Under Temporary Seal [Proposed] Temporary  Restraining  Order  and  Order  to  Show  Cause  re  Preliminary Injunction;

23.    Declaration of Anne F. Bradley in Support of Motion for Temporary Restraining Order and Expedited Discovery;

24.    Application and Order to File Under Temporary Seal Declaration of Anne  F.  Bradley  in  Support  of  Plaintiffs'  Motion  for  Temporary  Restraining Order and Expedited Discovery;

25.    Declaration of Janis M. Manning in Support of Plaintiffs' Motion for Temporary Restraining Order;

2

Exhibit 1
Page 12

26.   Application and Order to File Under Temporary Seal Declaration of Janis M. Manning in Support of Plaintiffs' Motion for Temporary Restraining Order;

27.   Notice of Motion and Motion for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents; Memorandum of Points and Authorities in Support of Motion;

28.   Order for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents;

29.   Application and Order to File Under Temporary Seal Plaintiffs' Notice of Motion, Motion, and [Proposed] Order for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents;

30.   Notice to Counsel;

31.   U.S. District Court Central District of California Civility and Professionalism Guidelines;

32.   Clerk's Offices Services;

33.   Attention – New Civil Actions;

34.   Dismissal of Parties Designated by a Fictitious Name;

35.   Notice of Assignment to United States Magistrate Judge for Discovery;

36.   Notice to Parties of ADR Pilot Program;

37.   Notice of Deposition of Lead Networks Domains Pvt. Ltd Pursuant to Federal Rule of Civil Procedure 30(b)(6);

38.   Notice of Deposition of Naresh Malik;

39.   Notice of Deposition of Kevin Daste; and

40.   Plaintiffs' Accelerated Set of Requests for Production of Documents and Things to Lead Networks Domains Private Limited

SCL PAS833951.1-*-01/28/09 1:08 PM

3

Exhibit 1
Page 13

1

## CERTIFICATE OF SERVICE

2

3   I certify that on February 26, 2009, pursuant to Federal Rules of Civil

Procedure, a true and correct copy of the foregoing document described as

4   **DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS'**

5   **REQUEST FOR ENTRY OF DEFAULT OF DEFENDANTS LEAD**

6   **NETWORKS DOMAINS PRIVATE LIMITED AND NARESH MALIK**

7   **a/k/a NICK M.** was served on the parties in this action as follows:

8
        To:  Mahesh Malik/Naresh Malik a/k/a Nick M.
9             **LEAD NETWORKS DOMAINS PRIVATE LIMITED**

10            **By FedEx to:**
              Regd. Off.: B-304 Florida, Y-11 Shastri Nagar,
11            Lokhandwala Complex,
              Andheri (West), Mumbai - 400 053
12            India
              **By Facsimile to:**
13            011-91-22-2631 1820

14            **By Email to:**
              domain.disputes@leadnetworks.in
15

16        To:  **MAHESH MALIK**

17            **By FedEx to:**
              707/C Neptune Apts, 4th Cross Lane,
18            Lokhandwala Complex, Andheri (West)
              Mumbai Maharashtra 400053
19            India
              **By Facsimile to:**
20            011-91-22-2631 1820

21            **By Email to:**
              Mahesh@LeadNetworks.in

22        To:  **STEPHEN H. STURGEON, JR.**

23                **By Email to:**
                  shs@sturgeonfirm.com
24
                  Attorneys for Lead Networks Domains Private Limited
25                and Mahesh Malik

26

27

28

To:  **NARESH MALIK a/k/a NICK M.**

**By FedEx to:**
B-505 Florida, Y-11 Shastri Nagar,
Lokhandwala Complex,
Andheri (West) Mumbai - 400 053
India

**By Facsimile to:**
011-91-22-2879 1049

**By Email to:**
nick@dotnamemail.com

To:  **KEVIN DASTE**

**By Electronic Service/Court's CM/ECF System**
John D. Du Wors
Newman & Newman
Attorneys At Law, LLP
801 Century Park East
Suite 2400
Los Angeles, CA  90067

Attorneys for Kevin Daste

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on February 26, 2009 at Newport Beach, California.

_Linda L. Bolter_
Linda L. Bolter

LLB IRV1116516.1-*-02/26/09 3:08 PM

CHRISTIE, PARKER & HALE, LLP

# Exhibit B

1    DAVID J. STEELE, CA Bar No. 209797
     Email: djslit@cph.com
2    CHRISTIE, PARKER & HALE, LLP
     3501 Jamboree Road, Suite 6000 - North Tower
3    Newport Beach, CA 92660
     Telephone: (949) 476-0757
4    Facsimile: (949) 476-8640

5    HOWARD A. KROLL, CA Bar No. 100981
     Email: howard.kroll@cph.com
6    CHRISTIE, PARKER & HALE, LLP
     350 West Colorado Boulevard, Suite 500
7    Pasadena, California 91105
     Telephone: (626) 795-9900
8    Facsimile: (626) 577-8800

9    SARAH B. DEUTSCH (*pro hac vice* pending)
     Email: sarah.b.deutsch@verizon.com
10   VERIZON CORPORATE RESOURCES GROUP LLC
     1320 North Court House Road, Suite 900
11   Arlington, VA 22201
     Telephone: (703) 351-3044
12   Facsimile: (703) 351-3670

13   Attorneys for Plaintiffs
     VERIZON CALIFORNIA INC.
14   VERIZON TRADEMARK SERVICES LLC
     VERIZON LICENSING COMPANY

15

16                UNITED STATES DISTRICT COURT

17                CENTRAL DISTRICT OF DISTRICT

18                      WESTERN DIVISION

19

20   VERIZON CALIFORNIA INC.; VERIZON          Case No. CV 09-0613 ABC (CWx)
     TRADEMARK SERVICES LLC; and
     VERIZON LICENSING COMPANY,
21
                Plaintiffs,                     **CORRECTED PROOF OF SERVICE
22                                             OF SUMMONS AND COMPLAINT
          vs.                                  ON DEFENDANT LEAD NETWORKS
23                                             DOMAINS PRIVATE LIMITED**
     LEAD NETWORKS DOMAINS PRIVATE
24   LIMITED; NARESH MALIK a/k/a NICK M.;       **Hon. Audrey B. Collins**
     MAHESH MALIK; KEVIN DASTE; and
25   DOES 1-100,

26                Defendants.

27

28

CHRISTIE, PARKER & HALE, LLP

David J. Steele, CA Bar No. 209797
Howard A. Kroll, CA Bar No. 100981
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road
Suite 6000 - North Tower
Newport Beach, CA  92660
(949) 476-0757

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company,<br><br>Plaintiff(s)<br><br>v.<br><br>Lead Networks Domains Private Limited; Naresh Malik a/k/a Nick M.; Mahesh Malik; Kevin Daste; and Does 1-100,<br><br>Defendant(s) | **CASE NUMBER:**<br><br>CV 09-0613 ABC (CWx)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
    a.  ☒ summons          ☒ complaint          ☐ alias summons          ☐ first amended complaint
                                                                          ☐ second amended complaint
                                                                          ☐ third amended complaint

        ☒ other *(specify)*: See Exhibit A

2.  **Person served:**
    a.  ☒ Defendant *(name)*:  Lead Networks Domains Private Limited
    b.  ☒ Other *(specify name and title or relationship to the party/business named)*:
        Naresh Malik a/k/a Nick M, Managing/General Agent of Lead Networks Domains Private Limited
    c.  ☒ Address where papers were served: 1755 N. Highland Ave., Hollywood, CA  90028

3.  **Manner of Service** in compliance with *(the appropriate box must be checked)*:
    a.  ☒ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  **I served** the person named in Item 2:
    a.  ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

        1.  ☒ Papers were served on *(date)*:  01/29/09          at *(time)*:  8:40 AM

    b.  ☐ By **Substituted service.** By leaving copies.

        1.  ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2.  ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3.  ☐ Papers were served on *(date)*: _____ at *(time)*: _____

        4.  ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

        5.  ☐ **papers were mailed** on (date): _____

        6.  ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                                          PAGE 1

c. ☐ **Mail and acknowledgment of service**. By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint)**.

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service)**.

f. ☐ **Service on a foreign corporation**. In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service**. By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service:   *(date):* _____ at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

Ali Ammar
26741 Portola Parkway #1E448
Foothill Ranch, CA  92610

(800) 498-1097

a. Fee for service:  $
b. ☐ Not a registered California process server
c. ☒ Exempt from registration under B&P 22350(b)
d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  02-25-09

_____
*(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

## EXHIBIT A

1.     Summons;

2.     Complaint for Cybersquatting and Contributory Cybersquatting;

3.     Notice of Motion and Motion to File Case Under Temporary Seal and Supporting Memorandum of Points and Authorities;

4.     Order for Filing Case Under Temporary Seal, and Waiving Notice to Defendants;

5.     Application and [Proposed] Order to File Under Temporary Seal Plaintiffs' Motion to File Case Under Temporary Seal;

6.     Ex Parte Application to Hear on an Expedited Basis Without Notice Plaintiffs' Motions: (1) Motion to File Case Under Temporary Seal; (2) Motion for Temporary Restraining Order; and (3) Motion for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents;

7.     Order Granting Plaintiffs' Ex Parte Application to Hear on an Ex Parte and Expedited Basis Without Notice Plaintiffs' Motions: (1) Motion to File Case Under Temporary Seal; (2) Motion for Temporary Restraining Order; and (3) Motion for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents;

8.     Application and Order to File Ex Parte Application to Hear on an Expedited Basis Without Notice Plaintiffs' Motions: (1) Motion to File Case Under Temporary Seal; (2) Motion for Temporary Restraining Order; and (3) Motion for Accelerated Discovery, Appearance at Depositions, and Accelerated Productions of Documents Under Temporary Seal;

9.     Civil Cover Sheet;

10.     Report on the Filing or Determination of an Action Regarding a Patent or Trademark;

11.     Application and Order to File Complaint Under Temporary Seal;

12.     Certification and Notice of Interested Parties;

1

CHRISTIE, PARKER & HALE, LLP

Case 2:09-cv-00613-ABC-CW   Document 138-2   Filed 04/13/11   Page 27 of 48   Page ID
#:3404
Case 2:09-cv-00613-ABC-CW   Document 47   Filed 02/25/09   Page 5 of 6   Page ID #:1097

13.     Application and Order to File Plaintiffs' Certification and  Notice of Interested Parties (Local Rule 7.1-1) Under Temporary Seal;

14.     Corporate Disclosure Statement;

15.     Application and Order to file Plaintiffs' Corporate Disclosure Statement Under Temporary Seal;

16.     Notice of Related Cases;

17.     Application and [Proposed] Order to File the Notice of Related Cases Under Temporary Seal;

18.     Notice of Motion and Motion for Temporary Restraining Order and for a Preliminary Injunction; Memorandum of Points and Authorities in Support of Motion;

19.     [Proposed] Order Granting Plaintiff's Motion for Temporary Restraining Order and for a Preliminary Injunction;

20.     Application and Order to File  Notice of Motion and Motion for Temporary Restraining Order and for a Preliminary Injunction; Memorandum of Points and Authorities in Support of Motion Under Temporary Seal;

21.     Temporary Restraining Order and Order to Show Cause re Preliminary Injunction;

22.     Application and Order to File Under Temporary Seal [Proposed] Temporary Restraining Order and Order to Show Cause re Preliminary Injunction;

23.     Declaration of Anne F. Bradley in Support of Motion for Temporary Restraining Order and Expedited Discovery;

24.     Application and Order to File Under Temporary Seal Declaration of Anne F. Bradley in Support of Plaintiffs' Motion for Temporary Restraining Order and Expedited Discovery;

25.     Declaration of Janis M. Manning in Support of Plaintiffs' Motion for Temporary Restraining Order;

2

CHRISTIE, PARKER & HALE, LLP

26.     Application and Order to File Under Temporary Seal Declaration of Janis M. Manning in Support of Plaintiffs' Motion for Temporary Restraining Order;

27.     Notice of Motion and Motion for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents; Memorandum of Points and Authorities in Support of Motion;

28.     Order for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents;

29.     Application and Order to File Under Temporary Seal Plaintiffs' Notice of Motion, Motion, and [Proposed] Order for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents;

30.     Notice to Counsel;

31.     U.S. District Court Central District of California Civility and Professionalism Guidelines;

32.     Clerk's Offices Services;

33.     Attention – New Civil Actions;

34.     Dismissal of Parties Designated by a Fictitious Name;

35.     Notice of Assignment to United States Magistrate Judge for Discovery;

36.     Notice to Parties of ADR Pilot Program;

37.     Notice of Deposition of Lead Networks Domains Pvt. Ltd Pursuant to Federal Rule of Civil Procedure 30(b)(6);

38.     Notice of Deposition of Naresh Malik;

39.     Notice of Deposition of Kevin Daste; and

40.     Plaintiffs' Accelerated Set of Requests for Production of Documents and Things to Lead Networks Domains Private Limited

SCL PAS833951.1-*-01/28/09 1:08 PM

3

CHRISTIE, PARKER & HALE, LLP

1    DAVID J. STEELE, CA Bar No. 209797
       Email:  djslit@cph.com
2    CHRISTIE, PARKER & HALE, LLP
       3501 Jamboree Road, Suite 6000 - North Tower
3    Newport Beach, CA 92660
       Telephone: (949) 476-0757
4    Facsimile:  (949) 476-8640

5    HOWARD A. KROLL, CA Bar No. 100981
       Email:  howard.kroll@cph.com
6    CHRISTIE, PARKER & HALE, LLP
       350 West Colorado Boulevard, Suite 500
7    Pasadena, California 91105
       Telephone: (626) 795-9900
8    Facsimile:  (626) 577-8800

9    SARAH B. DEUTSCH (*pro hac vice* pending)
       Email:  sarah.b.deutsch@verizon.com
10   VERIZON CORPORATE RESOURCES GROUP LLC
       1320 North Court House Road, Suite 900
11   Arlington, VA 22201
       Telephone: (703) 351-3044
12   Facsimile:  (703) 351-3670

13   Attorneys for Plaintiffs
       VERIZON CALIFORNIA INC.
14   VERIZON TRADEMARK SERVICES LLC
       VERIZON LICENSING COMPANY

15

16                  UNITED STATES DISTRICT COURT

17                  CENTRAL DISTRICT OF DISTRICT

18                          WESTERN DIVISION

19

20   VERIZON CALIFORNIA INC.; VERIZON          Case No. CV 09-0613 ABC (CWx)
       TRADEMARK SERVICES LLC; and
       VERIZON LICENSING COMPANY,
21
                                               **CORRECTED PROOF OF SERVICE**
22           Plaintiffs,                        **OF SUMMONS AND COMPLAINT**
                                               **ON DEFENDANT NARESH MALIK**
                vs.                             **a/k/a NICK M.**
23
24   LEAD NETWORKS DOMAINS PRIVATE
       LIMITED; NARESH MALIK a/k/a NICK M.;    **Hon. Audrey B. Collins**
25   MAHESH MALIK; KEVIN DASTE; and
       DOES 1-100,
26
             Defendants.
27

28

CHRISTIE, PARKER & HALE, LLP

Case 2:09-cv-00613-ABC-CW   Document 48   Filed 02/25/09   Page 2 of 6   Page ID #:1100

David J. Steele, CA Bar No. 209797
Howard A. Kroll, CA Bar No. 100981
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road
Suite 6000 - North Tower
Newport Beach, CA  92660
(949) 476-0757

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company,<br><br>                                    Plaintiff(s)<br><br>v.<br><br>Lead Networks Domains Private Limited; Naresh Malik a/k/a Nick M.; Mahesh Malik; Kevin Daste; and Does 1-100,<br><br>                                    Defendant(s) | **CASE NUMBER:**<br><br>CV 09-0613 ABC (CWx)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

  a.  ☒ summons          ☒ complaint          ☐ alias summons          ☐ first amended complaint
                                                                      ☐ second amended complaint
                                                                      ☐ third amended complaint

      ☒ other *(specify)*: See Exhibit A

2.  **Person served:**

  a.  ☒ Defendant *(name)*:  Lead Networks Domains Private Limited
  b.  ☒ Other *(specify name and title or relationship to the party/business named)*:
      Naresh Malik a/k/a Nick M, Managing/General Agent of Lead Networks Domains
  c.  ☒ Address where papers were served: 1755 N. Highland Ave., Hollywood, CA  90028

3.  **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

  a.  ☒ Federal Rules of Civil Procedure
  b.  ☐ California Code of Civil Procedure

4.  **I served** the person named in Item 2:

  a.  ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

    1.  ☒ Papers were served on *(date)*:  01/29/09                     at *(time)*:  8:40 AM

  b.  ☐ By **Substituted service**. By leaving copies:

    1.  ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

    2.  ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

    3.  ☐ **Papers were served on** *(date)*: _____ at *(time)*: _____

    4.  ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

    5.  ☐ **papers were mailed** on (date): _____

    6.  ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served: _____

Title of person served: _____

Date and time of service: *(date):* _____ at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

Ali Ammar
26741 Portola Parkway #1E448
Foothill Ranch, CA  92610

(800) 498-1097

a. Fee for service:  $

b. ☐ Not a registered California process server

c. ☒ Exempt from registration under B&P 22350(b)

d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: *02-25-09*

_____
*(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

**EXHIBIT A**

1.      Summons;

2.      Complaint for Cybersquatting and Contributory Cybersquatting;

3.      Notice of Motion and Motion to File Case Under Temporary Seal and Supporting Memorandum of Points and Authorities;

4.      Order for Filing Case Under Temporary Seal, and Waiving Notice to Defendants;

5.      Application and [Proposed] Order to File Under Temporary Seal Plaintiffs' Motion to File Case Under Temporary Seal;

6.      Ex Parte Application to Hear on an Expedited Basis Without Notice Plaintiffs' Motions: (1) Motion to File Case Under Temporary Seal; (2) Motion for Temporary Restraining Order; and (3) Motion for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents;

7.      Order Granting Plaintiffs' Ex Parte Application to Hear on an Ex Parte and Expedited Basis Without Notice Plaintiffs' Motions:  (1) Motion to File Case Under Temporary Seal; (2) Motion for Temporary Restraining Order; and (3) Motion for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents;

8.      Application and Order to File Ex Parte Application to Hear on an Expedited Basis Without Notice Plaintiffs' Motions: (1) Motion to File Case Under Temporary Seal; (2) Motion for Temporary Restraining Order; and (3) Motion for Accelerated Discovery, Appearance at Depositions, and Accelerated Productions of Documents Under Temporary Seal;

9.      Civil Cover Sheet;

10.     Report on the Filing or Determination of an Action Regarding a Patent or Trademark;

11.     Application and Order to File Complaint Under Temporary Seal;

12.     Certification and Notice of Interested Parties;

1

CHRISTIE, PARKER & HALE, LLP

13. Application and Order to File Plaintiffs' Certification and Notice of Interested Parties (Local Rule 7.1-1) Under Temporary Seal;

14. Corporate Disclosure Statement;

15. Application and Order to file Plaintiffs' Corporate Disclosure Statement Under Temporary Seal;

16. Notice of Related Cases;

17. Application and [Proposed] Order to File the Notice of Related Cases Under Temporary Seal;

18. Notice of Motion and Motion for Temporary Restraining Order and for a Preliminary Injunction; Memorandum of Points and Authorities in Support of Motion;

19. [Proposed] Order Granting Plaintiff's Motion for Temporary Restraining Order and for a Preliminary Injunction;

20. Application and Order to File  Notice of Motion and Motion for Temporary Restraining Order and for a Preliminary Injunction; Memorandum of Points and Authorities in Support of Motion Under Temporary Seal;

21. Temporary Restraining Order and Order to Show Cause re Preliminary Injunction;

22. Application and Order to File Under Temporary Seal [Proposed] Temporary Restraining Order and Order to Show Cause re Preliminary Injunction;

23. Declaration of Anne F. Bradley in Support of Motion for Temporary Restraining Order and Expedited Discovery;

24. Application and Order to File Under Temporary Seal Declaration of Anne F. Bradley in Support of Plaintiffs' Motion for Temporary Restraining Order and Expedited Discovery;

25. Declaration of Janis M. Manning in Support of Plaintiffs' Motion for Temporary Restraining Order;

2

26.   Application and Order to File Under Temporary Seal Declaration of Janis M. Manning in Support of Plaintiffs' Motion for Temporary Restraining Order;

27.   Notice of Motion and Motion for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents; Memorandum of Points and Authorities in Support of Motion;

28.   Order for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents;

29.   Application and Order to File Under Temporary Seal Plaintiffs' Notice of Motion, Motion, and [Proposed] Order for Accelerated Discovery, Appearance at Depositions, and Accelerated Production of Documents;

30.   Notice to Counsel;

31.   U.S. District Court Central District of California Civility and Professionalism Guidelines;

32.   Clerk's Offices Services;

33.   Attention – New Civil Actions;

34.   Dismissal of Parties Designated by a Fictitious Name;

35.   Notice of Assignment to United States Magistrate Judge for Discovery;

36.   Notice to Parties of ADR Pilot Program;

37.   Notice of Deposition of Lead Networks Domains Pvt. Ltd Pursuant to Federal Rule of Civil Procedure 30(b)(6);

38.   Notice of Deposition of Naresh Malik;

39.   Notice of Deposition of Kevin Daste; and

40.   Plaintiffs' Accelerated Set of Requests for Production of Documents and Things to Lead Networks Domains Private Limited

SCL PAS833951.1-*-01/28/09 1:08 PM

3

CHRISTIE, PARKER & HALE, LLP

# Exhibit C

Marcaria.com Purchases Trademarks For "Protection" Hmmm        http://www.dotweekly.com/marcaria-com-purchases-trademark-d...



Home
About
Contact
Domains For Sale
Donate
Privacy Policy
Resources

## Marcaria.com Purchases Trademark Domains For "Protection" Hmmm

posted by Jamie Zoch in April 2nd, 2011
in Domain News   Tags: exxonmobilecard.com, Godaddy, marcaria.com, Sedo, tm domains

**Montgomery County Coupons** www.Groupon.com/dk
1 ridiculously huge coupon a day. Like doing
Mont. County at 90% off!

**Trademark Search Engine** »™ www.Trademarkia.com
$159 To Register Your Trademark Now Search
Trademarks Filed Since 1870.

**Register a Trademark $149** www.TheTrademarkCompa
Register a Trademark in 5 Minutes! Have
Questions? Call 800-906-8626.

Ads by Google

I was a little surprised to see the domain name ExxonMobileCard.com currently on auction at Sedo.com with 1 bid at $4,000 USD. Clearly a TM domain!

My first thought was... if you register a domain name like that with a very clear TM issue, and somebody offers you $4K for it, accept the F N' offer and don't drop it in the public eye by placing it in an auction!

Well, **only using Whois data,** this is what it looks like happened and very well could be the case. It gets interesting, so read on!

In 2008/2009 Exxon won a UDRP for the domain name. On March 17, 2010 the domain name is transferred to Dynadot and whois shows:

Bret Fausett, Court-Appointed Receiver
c/o Adorno Yoss
633 West 5th Street
Los Angeles, CA 90071
United States

Makes sense so far.. well kind of.

The domain name was registered with LeadNetworks.com and transferred to Dynadot on 3/17/2010 (the transfer likely started a good deal of time before this, so a year was added on to the expire date) and the expire date was 12/20/2010 when the domain arrived in the court appointed receiver.

ExxonMobileCard.com is never renewed and expires 12/20/2010, drops from the registry and is registered **March 8, 2011** by Marcaria.com who "purchases domain names for trademark protect" according to the site.

| Domain: | exxonmobilecard.com – Whois History |
|---|---|
| Cache Date: | 2011-03-08 |
| Registrar: | MARCARIA.COM, INTERNATIONAL, INC. |
| Server: | whois-generic.marcaria.com |
| Created: | 2011-03-08 |
| Updated: | 2011-03-08 |
| Expires: | 2012-03-08 |
| Reverse Whois: | Click on an email address we found in this whois record to see which other domains the registrant is associated with: sales@nominus.com |

Registration Service Provided By: Marcaria.com International, Inc.

Domain Name:exxonmobilecard.com

Registrant:
    Marcaria.com International, Inc. ( sales@nominus.com )
    1306 N.N. 97th Avenue
    Miami
    US
    +1.3058630424
    Fax. +1 (530) 216 6146

Creation Date : 08-mar-2011
Expiration Date : 08-mar-2012

So Marcaria.com holds the domain name from March 8, 2011 until a March 11, 2011 whois record as shown in the screen shot:

1 of 4                                                                                        4/12/2011 10:06 PM

Marcaria.com Purchases Trademarks For "Protection" Hmmm            http://www.dotweekly.com/marcaria-com-purchases-trademark-d...

**Domain:** exxonmobilecard.com · Whois History
**Cache Date:** 2011-03-11
**Registrar:** MARCARIA.COM, INTERNATIONAL, INC.
**Server:** whois-generic.marcaria.com
**Created:** 2011-03-08
**Updated:** 2011-03-08
**Expires:** 2012-03-08
**Reverse Whois:** Click on an email address we found in this whois record
to see which other domains the registrant is associated with:
sales@nominus.com

Registration Service Provided By: Marcaria.com International, Inc.

Domain Name:exxonmobilecard.com

Registrant:
    Marcaria.com International, Inc. ( sales@nominus.com )
    1900 N.W. 97th Avenue
    Miami
    US
    +1.3053538424
    Fax. +1 (320) 213 5146

By March 13, 2011 the whois goes to privacy (next record on file). The interesting thing… Marcaria.com **Dropped the domain** after owning it from March 8, 2011 until March 11, 2011. The domain name was then registered at GoDaddy on March 11, 2011, the same day Marcaria dropped it.

Today I see the domain **ExxonMobileCard.com** on auction at Sedo, about 2 days left in auction with the 1 bid for $4K. So about March 29, 2011 the domain was sent to auction on Sedo.

I have several theory's as to what happened between March 8th and the redrop of the domain and registration at GoDaddy on the 11th. Since the domain has had whois privacy protection on it since being at GoDaddy… it is hard to tell who "owns" the domain right now. It's not likely Exxon is selling the domain on Sedo! Clicking **Meet The Seller** in the Sedo auction only provides that the seller is from the United States and has been on Sedo since 2005. They are an active seller as well, with full bars (5)!

So a couple things… Exxon wins the domain via UDRP and transfers it to an appointed person, who lets it **expire**! Oops!

Marcaria.com who states "is a company specialized in the global registration and protection of trademarks and domain names, with presence in more than 180 countries in the five continents. " registers the domain and drops it after owning it for 3 days. I'm not sure what kind of protect that is… but they did own it.

Marcaria may have grabbed the domain using it's registrar on the drop, approached Exxon with the services Marcaria offers and they denied, so Marcaria dropped the domain.

Somebody sees the domain redrop on the 11th and they pick up it and list it on Sedo. Could this "somebody" be Marcaria? With privacy protection on the domain, can't tell.

For Exxon, clearly this could have been avoided for a second time if they simply renewed the domain when they got it the first time, but they didn't or the court ordered person didn't. A future UDRP may be coming again for Exxon but only time will tell.

Sedo should feel guilty for running an auction with such a clear trademark. Secondly, if the domain sells, sedo will profit from a trademark IMO, by earning seller fees for the auction/sale of the domain.

Will the auction bidder pay? Is it Exxon bidding? Is the seller just some cybersquatter? Does Marcaria own the domain again, but now at GoDaddy under privacy protection and is selling the domain? All hard to say but the potential is unlimited!

**Share this:**   Facebook       9    Digg    StumbleUpon

**2011's Best Web Hosts** www.Consumer-Rankings.com/Ho
Web Hosting Prices, Reviews & Ranks
Compare Best Hosts Before You Buy!

**Trademark Search** www.Directincorporation.com
Need to register a trademark? Now Offering
Free Trademark Search!

**Trademark Search** www.TMHtml/Biz.com
Make sure your potential name isn't already
Trademarked. Visit today.

**Trademarks - 3 Easy Steps** LegalZoom.com
(1) Sign up (2) Fill in online form (3) LegalZoom
files your trademark

                            Ads by Google

email this

Add to deli.cio.us

Digg it

Permalink

« Quotes.com Million Dollar Domain Name Sale Falls Through
DotWeekly Discoveries: A New Series On Domain Discoveries »

**2 Users Responded in " Marcaria.com Purchases Trademark Domains For "Protection" Hmmm "**

Subscribes To Comments Post Rss | Leave A Trackback To This Post
Anthony Hanner

"Sedo should feel guilty for running an auction with such a clear trademark. Secondly, if the domain sells, sedo will profit from a trademark IMO, by earning seller fees for the auction/sale of the domain."

Hard to better the image of our industry when companies within the industry facilitate these types of sales.

April 2nd, 2011
Alan

You have to wonder why Exxon does not go after the
person who registered the name, can it be that it
would be cheaper in the long run just to buy it rather than go through the dispute process?

In any case, if Exxon is buying it, with the price of gas these days, they can well afford it!

April 2nd, 2011

Post Your Comment

Your Name (*required)

Email Address (*private)

Website (*optional)

Submit

☐ Stay in the Loop and get follow-up comments via e-mail

Subscribes to Rss Feed Here

Get latest updates From DotWeekly via RSS



**Search DotWeekly.com**

**Reliable DNS Services** www.UltraDNS.com
We provide a Global Infrastructure You Control
Your DNS Data

**Free Coupons** www.SpoofMeme.com
100's Brand Name Free Coupons Free Sample
& Free Coupon Website!

**Trademark Registrations** www.Nametree.com
High Quality Service-Efficient Work
Product-Low rates

**Utah Trademark Attorneys** www.tnw.com
Thorpe North & Western Protection for Your
Innovation

**Recent Articles**

- DotWeekly Discoveries: Latest Company Purchased Domains
- GoDaddy Goodies: Yummy Expired Domain Names
- DotWeekly Discoveries: The Final Call
- 5DI.com Sells For $21,000
- Getting Spammed From EpikDomains.com
- GoDaddy Goodies: Expired Domain Hand Picked List
- DotWeekly Discoveries: More Company Action
- Some Of My Recent Dropcatches
- 8.12% vs 91.88% .com Customer vs Afternic
- DotWeekly Discoveries: Company Domain Buys
- MahjongGames.com Domain Sells For $46,000 + More Sales
- Picking Your Domain, Keyword Discovery! Purex Free Sample Example

**Categories**

- Select Category

**Archives**

- Select Month

**NR Domain Auctions**

- Domain Name
- Intruders.com
- PoliceForce.com
- DreamMakers.com
- InsiderRacing.com
- Rant.org

**Domaining.com**

- Domaining

**Domain Escrow**

- Escrow.com
- EscrowDNS.com
- Moniker.com Escrow

STURGEON DEC. - 38

Marcaria.com Purchases Trademarks For "Protection" Hmmm        http://www.dotweekly.com/marcaria-com-purchases-trademark-d...

**Domain Forums**

- DnForum.com
- NamePros.com

**Domain Registrars**

- GoDaddy.com
- Moniker.com

**Domain Tools**

- Buy Expiring Domains
- Compete.com
- DomainTools.com
- Estibot.com
- KeywordSpy.com
- LiveDomainAuction.net
- SnapNames.com
- Template Builder
- Whois.sc

**Friends**

- Afternic.com
- Bruce Marler
- BuyDomains.com
- ChefPatrick.com
- DirectNavigation.com
- DnJournal.com
- DNKB.org
- DnMedia.com
- DNW.com
- DomainShane.com
- eBusinessDomains.com
- ElliotsBlog.com
- LazyDomaining.com
- MorganLinton.com
- NameBee.com
- NameMon.com
- Offers.com
- OvernightPrints.com
- SullysBlog.com
- TeenDomainer.com
- TheDomains.com

**General Links**

- Domain Consulting
- Godaddy Auctions

**Hosting/Devel.**

- Header Creator
- Host Gator
- PhpBayPro
- XSite Pro

©2006-2011 DotWeekly.com Internet Ventures
Designed by Elegant WP Themes
Valid XHTML and Valid CSS

STURGEON DEC. - 39

4/12/2011 10:06 PM

# Exhibit D















