Name & Address:
Stephen H. Sturgeon, Jr.
Mid-Atlantic Law Group, P.C.
11116 Hurdle Hill Drive
Potomac, MD 20854



E-FILED
APR 14 2011

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIZON CALIFORNIA INC., et al.<br><br>                                    Plaintiff(s)<br>v.<br><br>LEAD NETWORKS DOMAINS LIMITED, et al.<br><br>                                    Defendant(s). | CASE NUMBER:<br>CV-09-00613 ABC (CWx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Stephen H. Sturgeon, Jr.__, of __Mid-Atlantic Law Group, P.C.__
    Applicant's Name                              Firm Name / Address

__301-983-6111__                                  __shs@sturgeonfirm.com__
   Telephone Number                                  E-mail Address

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff  ☒ Defendant
☐ Intervener or other interested person __NARESH MALIK__

and the designation of __Melodie K. Larsen, SBN 110819__
                        Local Counsel Designee /State Bar Number

of __Burke, Williams & Sorensen, LLP, 444 South Flower Street, Suite 2400, Los Angeles, CA 90071__
                        Local Counsel Firm / Address

__213-236-0600__                                  __mlarsen@bwslaw.com__
   Telephone Number                                  E-mail Address

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __April 14, 2011__                          _____
                                                  U. S. District Judge/U.S. Magistrate Judge

---

G-64 ORDER (11/10)       ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

American LegalNet, Inc.
www.FormsWorkFlow.com