UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-00613 ABC (CW) | Date | April 18, 2011 |
|---|---|---|---|
| Title | Verizon California, Inc. et al. v. Lead Networks Domains Private Limited et al. | | |

| Present: The Honorable | Audrey B. Collins, Chief Judge | |
|---|---|---|
| Angela Bridges | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **ORDER RE: Objection to Appointment of Permanent Receiver** (In Chambers)

   In this case, the Court entered default judgment against Defendants Lead Networks Domains Private Limited and Naresh Malik on October 1, 2009 and against Defendant Mahesh Malik on January 1, 2011.  (Docket Nos. 87, 129.)  On March 14, 2011, the Court ordered Defendants to show cause why a permanent receiver should not be appointed to liquidate Defendants' domain names and business assets.  Defendant Naresh Malik timely responded on April 13, 2011.  (Docket No. 138.)

   In his objections, Defendant raised various arguments attacking the underlying judgment and the Court's initial appointment of the receiver.  (See, e.g., Docket no. 138 at 2–8.)  The Court finds these arguments improper and will not consider them at this time.  Moreover, the Court DENIES Defendant's request to file a supplement to his objections.

   The Court GRANTS the receiver LEAVE to file a response to Defendant's objection, **no later than Monday, April 25, 2011**, which responds to the objections directed specifically to the appoint of the receiver.

   IT IS SO ORDERED.

_____ : _____

Initials of Preparer          AB