BRET A. FAUSETT (CA Bar No. 139420)
bfausett@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel.   (213) 229-2400
Fax.   (213) 229-2499

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>Defendant. | Case No. CV 09-00613 ABC (CWx)<br><br>Honorable Audrey B. Collins<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

**PLEASE TAKE NOTICE** that the law firm of Adorno Yoss Alvarado & Smith, a professional corporation, has changed its name to ALVARADOSMITH, a professional corporation.  The address, telephone and facsimile numbers remain the same.

DATED:  April 25, 2011              ALVARADOSMITH
                                    A Professional Corporation


                                    By:   /s/ Bret A. Fausett
                                          BRET A. FAUSETT
                                          Court Appointed Receiver

ALVARADOSMITH
A PROFESSIONAL CORPORATION
LOS ANGELES