1  DIEMER, WHITMAN & CARDOSI, LLP
   KATHRYN S. DIEMER, #133977
2  75 East Santa Clara Street, Suite 290
   San Jose, California  95113
3  Telephone:  (408) 971-6270
   Facsimile: (408) 971-6271
4
   ATTORNEYS FOR
5  SHABOD RAESTEGAR AND METRIX 360, INC.
   INTERESTED THIRD PARTIES
6

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                     WESTERN DIVISION

10

11 VERIZON CALIFORNIA INC., et al.,    )
                                        )   Case No. CV-09-00613 ABC (CWx)
12              Plaintiff,              )
                                        )
13 vs.                                  )   NOTICE OF MOTION AND MOTION
                                        )   FOR A PROTECTIVE ORDER
14 LEAD NETWORK DOMAINS                 )
   PRIVATE LIMITED, et al.              )   DATE: August 2, 2011
15                                      )   TIME: 10:00 AM
                Defendants.             )   JUDGE: Magistrate Judge Carla Woehrie
16                                      )   COURTROOM: 640
                                        )
17                                      )
                                        )
18 _____  )

19 TO THE PARTIES HEREIN AND THERE ATTORNEYS OF RECORD:

20 **PLEASE TAKE NOTICE THAT ON** August 2, 2011 at 10:00 am or as soon thereafter as the

21 motion may be heard before the Hon. Carla Woehrie, United States District Court Magistrate

22 Judge, in Courtroom No. 640, United States District Court, 255 East Temple Street, Los

23 Angeles, CA 90012, SHABOD RAESTEGAR AND METRIX 360, INC., INTERESTED THIRD

24 PARTIES, will move and do hereby move the court for an order quashing the subpoena to

25 SHABOD RAESTEGAR AND METRIX 360, INC. issued on May 25, 2011, or in the

26 alternative, for a protective order limiting the subject matter of those depositions.

27         This motion will be made on the grounds that good cause exists for an order quashing the

28 subpoenas or for a protective order under FRCP 26(c)(1) because the subpoenas seeks information

NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER

1  not relevant to any litigation pending before the court, ll issues before the court having been
2  resolved by judgment or dismissal. There is no longer any controversy to justify any discovery from
3  non-parties. As a further ground, the subpoenas are overbroad and seek production of confidential
4  financial information. Unless a protective order is issued, Metrix 360, Inc. and Shabod Raestegar
5  will be subject to an undue burden in responding to the discovery, and confidential personal financial
6  information will be disclosed which is not relevant to a claim or defense, or relevant to the subject
7  matter of this action.

8      This motion will be based on this notice and motion, the memorandum of points and
9  authorities submitted herewith, the declaration of Kathryn S. Diemer submitted herewith, the
10 pleadings and papers on file in this action, and such other and further matter as this court deems fit.

12 Dated: June 24, 2011

DIEMER, WHITMAN & CARDOSI, LLP

By: _____
Kathryn S. Diemer
Attorneys for SHABOD RAESTEGAR
INTERESTED THIRD PARTY

NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER

2