DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN S. DIEMER, #133977
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

ATTORNEYS FOR
SHABOD RASTEGAR AND METRIX 360, INC.
INTERESTED THIRD PARTIES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC., et al., <br><br> Plaintiff, <br><br> vs. <br><br> LEAD NETWORK DOMAINS PRIVATE LIMITED, et al. <br><br> Defendants. | Case No. CV-09-00613 ABC (CWx) <br><br> DIEMER DECLARATION IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER <br><br> DATE: August 2, 2011 <br> TIME: 10:00 AM <br> JUDGE: Magistrate Judge Carla Woehrie <br> COURTROOM: 640 |

I, KATHRYN S. DIEMER DECLARE:

1. I am an attorney admitted before the courts of the state of California and the U.S. District Court, Central District of California, and I am a Partner in the firm of DIEMER, WHITMAN & CARDOSI, LLP, attorneys for movants SHABOD RAESTEGAR AND METRIX 360, INC.

2. Attached hereto as Exhibits A and B are true and correct copies of the subpoenas issued on May 25. 2011 to Shabod Rastegar and Metrix 360, Inc. in the above matter.

I declare under penalty of perjury under the laws of the Untied States that the foregoing is true and correct. Executed by me on June 24, 2011 at San Jose, CA.

_____
KATHRYN S. DIEMER

DIEMER DECLARATION IN SUPPORT OF MOTION
FOR A PROTECTIVE ORDER

EXHIBIT A

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company, *Plaintiff* <br> v. <br> Lead Networks Domains Private Limited; Naresh Malik a/k/a Nick M.; Mahesh Malik, Kevin Daste, and Does 1-100, *Defendant* | ) ) ) ) ) ) ) ) Civil Action No.  CV-09-00613 ABC (CWx) <br><br> (If the action is pending in another district, state where: ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: METRIX 360, LLC
1948 Fox Hills Drive, Los Angeles, CA 90025

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Exhibits A and B

| Place: Christie, Parker & Hale, LLP <br> 350 W. Colorado Blvd, Suite 500 <br> Pasadena, CA 91105     (626) 795-9900 | Date and Time: <br> 06/27/2011 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   05/25/2011

CLERK OF COURT

OR _____
Signature of Clerk or Deputy Clerk        Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Verizon California, Inc.; Verizon Trademark Services LLC: and Verizon Licensing Company_____, who issues or requests this subpoena, are:

David J. Steele
Christie, Parker & Hale, LLP, 18101 Von Karman Ave., Suite 1950, Irvine, CA 92612-0163
Email: david.steele@cph.com   Tel. (949) 476-0757

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. CV-09-00613 ABC (CWx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
   (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      (i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.
      (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
   (A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:
      (i) fails to allow a reasonable time to comply;
      (ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;
      (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      (iv) subjects a person to undue burden.
   (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:
      (i) disclosing a trade secret or other confidential research, development, or commercial information;
      (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or
      (iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.
   (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      (ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
   (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      (i) expressly make the claim; and
      (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

## Exhibit A
### Documents to Be Produced

1. The Articles of Incorporation, operating agreements, and bylaws for Metrix 360, LLC ("METRIX").

2. All documents relating to meetings of the METRIX board of directors, including but not limited to minutes, agendas, announcements, invitations, and resolutions.

3. All documents that identify any officer, director, shareholder, employee, subsidiary company, partner, agents, affiliate, joint venturer, member, organizer, manager, and office location of METRIX from 2006 to present.

4. All documents that identify any party who has held any ownership or financial interest in METRIX from 2006 to present.

5. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the REGISTRATION,[1] USE,[2] MONETIZATION,[3] or TRAFFICKING IN[4] of any domain name by METRIX.

6. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by DEFENDANTS[5].

7. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by OTHER PARTIES.[6]

8. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any of the INFRINGING DOMAIN NAMES.[7]

---

[1] "REGISTRATION" shall refer to the registration or renewal of a registration for a domain name, or any other act that entitles a party to the exclusive control and use of a domain name for any length of time.

[2] "USE" shall mean using a domain name to provide a website accessible at that domain name, or configuring the domain name to redirect visitors to any other domain name or website, or authorizing any third party to use the domain name.

[3] "MONETIZATION" shall mean using a domain name to provide a website accessible at that domain name that displays links to advertisements, or that displays advertisements, or that displays or triggers pop-up or pop-under advertisements.

[4] "TRAFFICKING IN" shall mean any transaction including, but not limited to, sales, purchases, loans, pledges, license, exchanges of currency, and any other transfer for consideration or receipt in exchange for consideration.

[5] "DEFENDANTS" shall mean, collectively and individually: Lead Networks Domains Private Limited, Naresh Malik a/k/a Nick M., Mahesh Malik, and Kevin Daste.

[6] "OTHER PARTIES" shall mean, collectively and individually: Dale Begg-Smith; Jason Begg-Smith; Domaincannon.com L.L.C.; Name.com L.L.C., Name.net L.L.C., and Spot Domains L.L.C.; 19 Parking.com; AMG inc. a/k/a Alternative Marketing Group; Softech Ltd. a/k/a Softtech Ltd.; Hecta Media Inc. (now known as Top Level Domain Holdings Ltd.); and any and all employees, officers, owners, past and present domestic or foreign parents, subsidiaries, divisions, departments, sister entities, affiliates, partners of partnerships, predecessors or successors-in-interest, corporate subunits, partnerships, joint ventures, or other business entities.

[7] The list of INFRINGING DOMAIN NAMES is attached as Exhibit B.

9. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any other domain name.

10. All documents, including correspondence, contracts, payments, and financial documents, related to any agreement or transaction between METRIX and DEFENDANTS.

11. All documents, including correspondence, contracts, payments, and financial documents, related to any agreement or transaction between METRIX and and OTHER PARTIES.

12. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any business operations involving domain names of DEFENDANTS.

13. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any business operations involving domain names of OTHER PARTIES.

14. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the transfer of business operations and/or assets of DEFENDANTS, OTHER PARTIES, and/or METRIX.

15. All documents relating to any claim of cybersquatting, trademark infringement, or trademark dilution made against METRIX, DEFENDANTS, and/or OTHER PARTIES.

16. All documents relating to any claim of cybersquatting, trademark infringement, or trademark dilution made against DEFENDANTS.

17. All documents relating to any claim of cybersquatting, trademark infringement, or trademark dilution made against OTHER PARTIES.

18. All documents filed in any action involving a domain name in which METRIX was a party that was filed with any United States court, regulatory agency, or arbitration panel.

19. All documents METRIX produced to any opposing party or third party in connection with any action involving a domain name that was filed with any United States court, regulatory agency, or arbitration panel.

20. All declarations and affidavits filed by METRIX in connection with any action involving a domain name that was filed with any United States court, regulatory agency, arbitration panel, or panel hearing a complaint filed pursuant to the Uniform Domain-Name Dispute-Resolution Policy.

21. All documents relating to any deposition of METRIX in any lawsuit concerning any domain name.

**Exhibit B**
**Infringing Domain Names**

| | | |
|---|---|---|
| vaerizon.com | verizonfiles.com | verrisionwireless.com |
| vaerizonwireless.com | verizonfiosinternet.com | verrizon.com |
| varaizon.com | verizonfiostv.com | verrizonwireless.com |
| varizionwireless.com | verizonfiso.com | verrzonwireless.com |
| varizon.com | verizonfreeringtones.com | versionwireles.com |
| vedrizonwireless.com | verizongames.com | versisonwireless.com |
| veirzon.com | verizonhawaii.com | verszionwireless.com |
| verazionwireless.com | verizonhotmail.com | verszonwireless.com |
| verazonwireless.com | verizoninpulse.com | vervizon.com |
| vereizon.com | verizonireless.com | vervizonwireless.com |
| veri8zon.com | verizonjob.com | verwisonwireless.com |
| veri9zon.com | verizonless.com | verwizon.com |
| veriaonwireless.com | verizonmireless.com | verysonwireless.com |
| veriazon.com | verizonmobiles.com | veryzonwireles.com |
| verinwireless.com | verizonmyaccount.com | verzionwireless.com |
| verionfios.com | verizonmymsn.com | verzonwireles.com |
| veriononline.com | verizonmyprepay.com | vevrizonwireless.com |
| verionswireless.com | verizomwireless.com | vezrizon.com |
| veriontracker.com | verizonon.net | viersonwireless.com |
| verionwieless.com | verizononlinedsl.com | vierzionwireless.com |
| veriozen.com | verizonphonebook.com | vierzon.com |
| veriozionwireless.com | verizonphonenumbers.com | viraizon.com |
| veriozn.com | verizonpixplace.com | virazonwireless.com |
| veriozonwireless.com | verizonprepaidphone.com | vireizon.com |
| veriozonwirless.com | verizonprepay.com | virisionwireless.com |
| verironwireless.com | verizonrebate.com | virizonwireless.com |
| verisenwireless.com | verizonresidential.com | virizonwirelss.com |
| veriseon.com | verizonringbacks.com | vironwireless.com |
| verisionphones.com | verizonringbacktones.com | vironzon.com |
| verison-wirless.com | verizonspeed.com | virozionwireless.com |
| verisonbusiness.com | verizonstart.com | virozon.com |
| verisoncareers.com | verizonstart.net | virozonwireless.com |
| verisonewireless.com | verizonsuperpage.com | virzonewireless.com |
| verisonmobile.com | verizontracker.com | vizonwireless.com |
| verisononline.com | verizonvireless.com | vorizanwireless.com |
| verisonpcs.com | verizonvirusprotection.com | vorizen.com |
| verisonphones.com | verizonvisaaccountonline.com | vorizin.com |
| verisonpics.com | verizonw.com | vorizon.net |
| verisonprepayed.com | verizonweriles.com | vorzon.com |
| verisonvireless.com | verizonwhirless.com | vriezon.com |
| verisonweireless.com | verizonwhitepages.com | vriszon.com |
| verisonwerless.com | verizonwierles.com | vrizonwireless.com |
| verisonwiless.com | verizonwikreless.com | vrtizonwireless.com |

Page 1 of 2

verisonwireess.com
verisonwireles.com
verisonwirelessinternet.com
verisonwirelles.com
verisonwirelwss.com
verisonwirerles.com
verisonwiress.com
verisonwirless.com
veriszon.com
veriszonwireless.com
verixoncentral.com
verizenwireles.com
verizinwirless.com
verizion22.com
verizionmail.com
verizionmobile.com
verizionwirelessrebates.com
verizionwirles.com
verizionwirless.com
verizionyellowpages.com
verizizonwireless.com
verizkn.com
veriznowireless.com
verizofios.com
verizoinwireless.com
verizolnwireless.com
verizon-wirless.com
verizon1.com
verizon2.com
verizonarena.com
verizonbusinessdsl.com
verizoncarrers.com
verizoncellphone.com
verizoncelluar.com
verizoncelular.com
verizoncentrel.com
verizonephones.com

verizonwilerless.com
verizonwirekless.com
verizonwireleee.com
verizonwirelees.com
verizonwireles.com
verizonwirelessbilling.com
verizonwirelessdownloads.com
verizonwirelessemployment.com
verizonwirelessgetdiscount.com
verizonwirelessmyprepaid.com
verizonwirelessmyprepay.com
verizonwirelesspixplace.com
verizonwirelesspixs.com
verizonwirelesss.com
verizonwirelesstheather.com
verizonwirelessvzw.com
verizonwirelesxs.com
verizonwirelexx.com
verizonwirelles.com
verizonwirelless.com
verizonwirelsee.com
verizonwirelss.com
verizonwiressless.com
verizonwirfeless.com
verizonwirlesspr.com
verizonwirrless.com
verizonwreless.com
verizonwwireless.com
verizopn.com
verizowirless.com
verizwireless.com
verkzon.com
veronwireless.com
verozinwireless.com
verozonwireless.com
verraizon.com

vweizon.com
vzrizon.com
vzwirelessringtones.com
wbillpayverizonwireless.com
webmailverizon.net
wrizon.com
wwwlverizonwireless.com
wwwvarizon.com
wwwveraizon.com
wwwverizononline.net
wwwverrizon.com
vzchat.com
vznavagator.com
vzpics.com
vzwdeluxe.com
vzwierless.com
vzwpixplace.com
vzwprepay.com
vzwpx.com
vzwringtonesdelux.com
vzxpix.com
wirelesssynchvzw.com
wirelesssynvzw.com
22verizion.com
activatemyfiosverizon.net
berizon.com
businessverizon.net
dslstartverizon.com
erizon.com
infospeedverizon.net
myaccountatwwwverizonwireless.com
myaccountverizonwireless.com
myverizonprepaid.com
quickverizon.net
startverizon.net
v-wireless-cellphones.com

LLB IRV1121032.1-*-05/25/11 10:35 AM

EXHIBIT B

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company, <br> *Plaintiff* <br> v. <br> Lead Networks Domains Private Limited; Naresh Malik a/k/a Nick M.; Mahesh Malik; Kevin Daste; and Does 1-100, <br> *Defendant* | ) <br> ) <br> ) Civil Action No.   CV-09-00613 ABC (CWx) <br> ) <br> ) (If the action is pending in another district, state where: <br> )                                                                                  ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: SHAHBOD RASTEGAR
1948 Fox Hills Drive, Los Angeles, CA 90025

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See Exhibits A and B

| Place: Christie, Parker & Hale, LLP <br> 350 W. Colorado Blvd., Suite 500 <br> Pasadena, CA 91105        (626) 795-9900 | Date and Time: <br> 06/30/2011 1:00 pm |
|---|---|

The deposition will be recorded by this method:  Real-time reporting and by sound and visual means

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  05/25/2011

CLERK OF COURT

OR  *[signature]*

_____      _____
*Signature of Clerk or Deputy Clerk*             *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company   , who issues or requests this subpoena, are:
David J. Steele
Christie, Parker & Hale, LLP, 18101 Von Karman Ave., Suite 1950, Irvine, CA 92612-0163
Email: david.steele@cph.com      Tel. (949) 476-0757

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. CV-09-00613 ABC (CWx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* SHAHBOD RASTEGAR
was received by me on *(date)* _____

☐ I served the subpoena by delivering a copy to the named individual as follows:

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

**Exhibit A**
**Topics for Deposition**

1. Documents produced by Shahbod Rastegar ("RASTEGAR")

2. Business operations of RASTEGAR.

3. Business operations of DEFENDANTS[1].

4. Business operations of OTHER PARTIES.[2]

5. Business relationships between RASTEGAR and DEFENDANTS.

6. Business relationships between RASTEGAR and OTHER PARTIES.

7. The transfer of business operations and/or assets of RASTEGAR, DEFENDANTS, and OTHER PARTIES.

8. Any payments or agreements related to any of the INFRINGING DOMAIN NAMES.[3]

9. Any payments or agreements related to any domain name other than the INFRINGING DOMAIN NAMES.

10. Agreements and/or transactions between RASTEGAR and DEFENDANTS.

11. Agreements and/or transactions between RASTEGAR and OTHER PARTIES.

12. The REGISTRATION,[4] USE,[5] MONETIZATION,[6] or TRAFFICKING IN[7] of any domain name by RASTEGAR.

---

[1] "DEFENDANTS" shall mean, collectively and individually: Lead Networks Domains Private Limited, Naresh Malik a/k/a Nick M., Mahesh Malik, and Kevin Daste.

[2] "OTHER PARTIES" shall mean, collectively and individually: Dale Begg-Smith; Jason Begg-Smith; Domaincannon.com L.L.C.; Name.com L.L.C., Name.net L.L.C., and Spot Domains L.L.C.; 19 Parking.com; AMG inc. a/k/a Alternative Marketing Group; Softech Ltd. a/k/a Softtech Ltd.; Hecta Media Inc. (now known as Top Level Domain Holdings Ltd.); and any and all employees, officers, owners, past and present domestic or foreign parents, subsidiaries, divisions, departments, sister entities, affiliates, partners of partnerships, predecessors or successors-in-interest, corporate subunits, partnerships, joint ventures, or other business entities.

[3] The list of INFRINGING DOMAIN NAMES is attached as Exhibit B.

[4] "REGISTRATION" shall refer to the registration or renewal of a registration for a domain name, or any other act that entitles a party to the exclusive control and use of a domain name for any length of time.

[5] "USE" shall mean using a domain name to provide a website accessible at that domain name, or configuring the domain name to redirect visitors to any other domain name or website, or authorizing any third party to use the domain name.

[6] "MONETIZATION" shall mean using a domain name to provide a website accessible at that domain name that displays links to advertisements, or that displays advertisements, or that displays or triggers pop-up or pop-under advertisements.

[7] "TRAFFICKING IN" shall mean any transaction including, but not limited to, sales, purchases, loans, pledges, license, exchanges of currency, and any other transfer for consideration or receipt in exchange for consideration.

13. The REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by DEFENDANTS.

14. The REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by OTHER PARTIES.

15. Claims of cybersquatting, trademark infringement, or trademark dilution made against RASTEGAR, DEFENDANTS, and OTHER PARTIES.

16. Claims of cybersquatting, trademark infringement, or trademark dilution made against DEFENDANTS.

17. Claims of cybersquatting, trademark infringement, or trademark dilution made against OTHER PARTIES.

LLB IRV1121021.1-*-05/25/11 11:38 AM

**Exhibit B**
**Infringing Domain Names**

| | | |
|---|---|---|
| vaerizon.com | verizonfiles.com | verrisionwireless.com |
| vaerizonwireless.com | verizonfiosinternet.com | verrizon.com |
| varaizon.com | verizonfiostv.com | verrizonwireles.com |
| varizionwireless.com | verizonfiso.com | verrzonwireless.com |
| varizon.com | verizonfreeringtones.com | versionwireless.com |
| vedrizonwireless.com | verizongames.com | versisonwireless.com |
| veirzon.com | verizonhawaii.com | verszionwireless.com |
| verazionwireless.com | verizonhotmail.com | verszonwireless.com |
| verazonwireless.com | verizoninpulse.com | vervizon.com |
| vereizon.com | verizonireless.com | vervizonwireless.com |
| veri8zon.com | verizonjob.com | verwisonwireless.com |
| veri9zon.com | verizonless.com | verwizon.com |
| veriaonwireless.com | verizonmireless.com | verysonwireless.com |
| veriazon.com | verizonmobiles.com | veryzonwireles.com |
| verinwireless.com | verizonmyaccount.com | verzionwireless.com |
| verionfios.com | verizonmymsn.com | verzonwireles.com |
| veriononline.com | verizonmyprepay.com | vevrizonwireless.com |
| verionswireless.com | verizonnwireless.com | vezrizon.com |
| veriontracker.com | verizonon.net | viersonwireless.com |
| verionwieless.com | verizononlinedsl.com | vierzionwireless.com |
| veriozen.com | verizonphonebook.com | vierzon.com |
| veriozionwireless.com | verizonphonenumbers.com | viraizon.com |
| veriozn.com | verizonpixplace.com | virazonwireless.com |
| veriozonwireless.com | verizonprepaidphone.com | vireizon.com |
| veriozonwirless.com | verizonprepay.com | virisionwireless.com |
| verironwireless.com | verizonrebate.com | virizonwireless.com |
| verisenwireless.com | verizonresidential.com | virizonwirelss.com |
| veriseon.com | verizonringbacks.com | vironwireless.com |
| verisionphones.com | verizonringbacktones.com | vironzon.com |
| verison-wirless.com | verizonspeed.com | virozionwireless.com |
| verisonbusiness.com | verizonstart.com | virozon.com |
| verisoncareers.com | verizonstart.net | virozonwireless.com |
| verisonewireless.com | verizonsuperpage.com | virzonewireless.com |
| verisonmobile.com | verizontracker.com | vizonwireless.com |
| verisononline.com | verizonvireless.com | vorizanwireless.com |
| verisonpcs.com | verizonvirusprotection.com | vorizen.com |
| verisonphones.com | verizonvisaaccountonline.com | vorizin.com |
| verisonpics.com | verizonw.com | vorizon.net |
| verisonprepayed.com | verizonweriles.com | vorzon.com |
| verisonvireless.com | verizonwhirless.com | vriezon.com |
| verisonweireless.com | verizonwhitepages.com | vriszon.com |
| verisonwerless.com | verizonwierles.com | vrizonwireless.com |
| verisonwiless.com | verizonwikreless.com | vrtizonwireless.com |

Page 1 of 2

| | | |
|---|---|---|
| verisonwireess.com | verizonwilerless.com | vweizon.com |
| verisonwireles.com | verizonwirckless.com | vzrizon.com |
| verisonwirelessinternet.com | verizonwireleee.com | vzwirelessringtones.com |
| verisonwirelles.com | verizonwirelees.com | wbillpayverizonwireless.com |
| verisonwirelwss.com | verizonwircles.com | webmailverizon.net |
| verisonwirerles.com | verizonwirelessbilling.com | wrizon.com |
| verisonwiress.com | verizonwirelessdownloads.com | wwwlverizonwireless.com |
| verisonwirless.com | verizonwirelessemployment.com | wwwvarizon.com |
| veriszon.com | verizonwirelessgetdiscount.com | wwwveraizon.com |
| veriszonwireless.com | verizonwirelessmyprepaid.com | wwwverizononline.net |
| verixoncentral.com | verizonwirelessmyprepay.com | wwwverrizon.com |
| verizenwireles.com | verizonwirelesspixplace.com | vzchat.com |
| verizinwirless.com | verizonwirelesspixs.com | vznavagator.com |
| verizion22.com | verizonwirelesss.com | vzpics.com |
| verizionmail.com | verizonwirclesstheather.com | vzwdeluxe.com |
| verizionmobile.com | verizonwirelessvzw.com | vzwierless.com |
| verizionwirelessrebates.com | verizonwirelesxs.com | vzwpixplace.com |
| verizionwirles.com | verizonwirelexx.com | vzwprepay.com |
| verizionwirless.com | verizonwirelles.com | vzwpx.com |
| verizionyellowpages.com | verizonwirelless.com | vzwringtonesdelux.com |
| verizizonwireless.com | verizonwirelsee.com | vzxpix.com |
| verizkn.com | verizonwirelss.com | wirelesssynchvzw.com |
| veriznowireless.com | verizonwiressless.com | wirelesssynvzw.com |
| verizofios.com | verizonwirfeless.com | 22vcrizion.com |
| verizoinwireless.com | verizonwirlesspr.com | activatemyfiosverizon.net |
| verizolnwireless.com | verizonwirrless.com | berizon.com |
| verizon-wirless.com | verizonwreless.com | businessverizon.net |
| verizon1.com | verizonwwireless.com | dslstartverizon.com |
| verizon2.com | verizopn.com | erizon.com |
| verizonarena.com | verizowirless.com | infospeedverizon.net |
| verizonbusinessdsl.com | verizwireless.com | myaccountatwwwverizonwireless.com |
| verizoncarrers.com | verkzon.com | myaccountverizonwireless.com |
| verizoncellphone.com | veronwireless.com | myverizonprepaid.com |
| verizoncelluar.com | verozinwireless.com | quickverizon.net |
| verizoncelular.com | verozonwireless.com | startverizon.net |
| verizoncentrel.com | verraizon.com | v-wireless-cellphones.com |
| verizonephones.com | | |

LLB IRV1121032.1-*-05/25/11 10:35 AM