**DAVID J. STEELE, CA Bar No. 209797**
Email:  djslit@cph.com
**CHRISTIE, PARKER & HALE, LLP**
18101 Von Karman Ave., Suite 1950
Irvine, CA  92612-0163
Telephone: (949) 476-0757
Facsimile:  (949) 476-8640

**HOWARD A. KROLL, CA Bar No. 100981**
Email:  howard.kroll@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Pasadena, CA  91105
Telephone: (626) 795-9900
Facsimile:  (626) 577-8800

**SARAH B. DEUTSCH (Admitted *pro hac vice*)**
Email:  sarah.b.deutsch@verizon.com
**VERIZON CORPORATE RESOURCES GROUP LLC**
1320 North Court House Road, 9th Floor
Arlington, VA 22201
Telephone: (703) 351-3044
Facsimile:  (703) 351-3670

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>           Plaintiffs,<br><br>     vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>           Defendants. | Case No. CV 09-00613 ABC (CWx)<br><br>**STATUS REPORT RE JULY 11, 2011 STATUS CONFERENCE**<br><br>DATE:   July 11, 2011<br>TIME:   10:00 a.m.<br>CTRM:   680<br><br>Hon. Audrey B. Collins |

Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company (collectively, "Plaintiffs"), by and through their counsel, report the following:

On October 5, 2009, the Court entered an Order (Docket Entry No. 88) permitting Plaintiffs to serve discovery on third parties to identify the Does in this action.

On January 11, 2011, Plaintiffs provided a report to the Court (Docket Entry No. 128) advising the Court of their discovery efforts to date and requested that the Court hold an additional Status Conference on July 11, 2011 so that Plaintiffs could further update the Court as to the status of their efforts. On January 13, 2011, the Court granted Plaintiffs' request and set a Status Conference for July 11, 2011 at 10:00 a.m. (Docket Entry No. 131.)

Plaintiffs have continued their discovery efforts to identify the Does in this action. Plaintiffs have served numerous discovery requests on third-parties and have received responsive discovery from all but two of the third-parties. This information has also led to Plaintiffs serving additional discovery on potential Doe defendants in this action.

Two third-parties recently moved for a protective order and have not produced any discovery.[1] (Docket Entry Nos. 145-1 – 145-3.) Plaintiffs and the Third-Parties expect to fully brief the dispute and notice a hearing in August 2011. Because the Third-Parties' position, in part, is that no discovery is proper at this time due to the procedural posture of the case—notwithstanding this Court's Order permitting the discovery, Plaintiffs intend to notice the dispute for hearing before this Court and not the Magistrate Judge.

---

[1] The third-parties, Shabod Raestegar and Metrix 360, Inc. (the "Third-Parties"), failed to comply with the local rules for discovery motions when noticing their motion. Plaintiffs' counsel and counsel for the Third-Parties have stipulated to the withdrawal of the pending motion.

Plaintiffs anticipate concluding their discovery within the next several months and will ask the Court at that time to amend their Complaint to name the Doe Defendants in this action.

In view of this report, and the information contained herein, Plaintiffs request that the Status Conference currently scheduled for July 11, 2011 at 10:00 a.m. be continued until Monday, November 14, 2011 at 10:00 a.m.

Dated: July 8, 2011

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By  /David J. Steele/
David J. Steele
Howard A. Kroll

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

SCL PAS1127184.1-*-07/8/11 11:49 AM

CHRISTIE, PARKER & HALE, LLP

-2-