DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN S. DIEMER, #133977
JOHN P. CARDOSI, #111381
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

ATTORNEYS FOR
SHABOD RAESTEGAR AND METRIX 360, INC.
INTERESTED THIRD PARTIES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>Defendants. | Case No. CV09-0613 ABC (CWx)<br><br>**JOINT STIPULATION RE: WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER FILED BY SHABOD RAESTEGAR AND METRIX 360 WITHOUT PREJUDICE** |

-1-

CHRISTIE, PARKER & HALE, LLP

# STIPULATION

WHEREAS, on June 24, 2011, interested third parties Shabod Raestegar ("Raestegar") and Metrix 360, Inc. ("Metrix 360") filed a Motion For Protective Order (*see* Docket Entry Nos. 145-1, 145-2) ("Motion") in response to certain third party subpoenas previously served by Plaintiffs Verizon California Inc., Verizon Trademark Services LLC and Verizon Licensing Company (collectively, "Verizon"), and

WHEREAS, counsel for Verizon and counsel for Raestegar and Metrix 360 have discussed the procedural requirements for filing a discovery motion in this Court,

It is hereby stipulated by Verizon and Raestegar and Metrix 360 that:

(1) the Motion is now formally withdrawn from the record by Raestegar and Metrix 360 without prejudice; and

(2) Raestegar and Metrix 360 reserve all rights to seek relief from the Court in compliance with the applicable local rules.

DATED: July 8, 2011

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By */s/ David J. Steele*
David J. Steele

Attorneys for Plaintiffs,
VERIZON CALIFORNIA INC.,
VERIZON TRADEMARK
SERVICES LLC, and VERIZON
LICENSING COMPANY

DATED: July 8, 2011

DIEMER, WHITMAN & CARDOSI, LLP

By: */s/ John P. Cardosi* .
John P. Cardosi

CHRISTIE, PARKER & HALE, LLP

| | |
|---|---|
| 1 | |
| 2 | Attorneys for SHABOD RAESTEGAR AND METRIX 360, INC. |
| 3 | |
| 4 | GWB PAS1126833.1-*-07/6/11 3:31 PM |

CHRISTIE, PARKER & HALE, LLP