# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-0613 ABC (CWx) | Date | July 8, 2011 |
|---|---|---|---|
| Title | Verizon California, Inc., et al. v. Lead Networks Domains Private Limited | | |

| Present: The Honorable | Audrey B. Collins, Chief United States District Judge | |
|---|---|---|
| Angela Bridges | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**   ORDER CONTINUING Status Conference (In Chambers)

     A status conference in this matter is currently set for Monday, July 11, 2011 at 10:00 a.m. On July 8, 2011, Plaintiffs filed a status report updating the Court on their discovery efforts and requesting that the status conference be continued. The Court GRANTS the request and CONTINUES the status conference to **Monday, November 14, 2011 at 10:00 a.m.** Plaintiffs are ORDERED to file a status report **no later than Monday, November 7, 2011.**

     **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | AB |