| | |
|---|---|
| 1 | DAVID J. STEELE, CA Bar No. 209797 |
| | Email: djslit@cph.com |
| 2 | CHRISTIE, PARKER & HALE, LLP |
| | 3501 Jamboree Road, Suite 6000-North Tower |
| 3 | Newport Beach, CA 92660 |
| | Telephone: (949) 476-0757 |
| 4 | Facsimile: (949) 476-8640 |
| 5 | HOWARD A. KROLL, CA Bar No. 100981 |
| | Email: howard.kroll@cph.com |
| 6 | G. WARREN BLEEKER, CA Bar No. 210834 |
| | Email: warren.bleeker@cph.com |
| 7 | CHRISTIE, PARKER & HALE, LLP |
| | 350 West Colorado Boulevard, Suite 500 |
| 8 | Pasadena, California 91105 |
| | Telephone: (626) 795-9900 |
| 9 | Facsimile: (626) 577-8800 |
| 10 | SARAH B. DEUTSCH (admitted pro hac vice) |
| | Email: sarah.b.deutsch@verizon.com |
| 11 | VERIZON CORPORATE RESOURCES GROUP LLC |
| | 1320 North Court House Road, Suite 900 |
| 12 | Arlington, VA 22201 |
| | Telephone: (703) 351-3044 |
| 13 | Facsimile: (703) 351-3670 |
| 14 | Attorneys for Plaintiffs, |
| | VERIZON CALIFORNIA INC., |
| 15 | VERIZON TRADEMARK SERVICES LLC, |
| | and VERIZON LICENSING COMPANY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY, | | Case No. CV09-0613 ABC (CWx) |
| | Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | | |
| LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100, | | |
| | Defendants. | |

-1-

CHRISTIE, PARKER & HALE, LLP

PLEASE TAKE NOTICE that undersigned attorney, G. Warren Bleeker, of the law firm of Christie, Parker & Hale, LLP, hereby enters his appearance on behalf of Plaintiffs, VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY.

DATED: July 11, 2011

Respectfully submitted,
CHRISTIE, PARKER & HALE, LLP

By _/s/ G. Warren Bleeker_
G. Warren Bleeker

Attorneys for Plaintiffs,
VERIZON CALIFORNIA INC.,
VERIZON TRADEMARK SERVICES LLC, and VERIZON LICENSING COMPANY

GWB PAS1127562.1-*-07/11/11 9:29 AM

CHRISTIE, PARKER & HALE, LLP

-2-