1  **DAVID J. STEELE, CA Bar No. 209797**
   **Email:  djslit@cph.com**
2  **CHRISTIE, PARKER & HALE, LLP**
   **3501 Jamboree Road, Suite 6000-North Tower**
3  **Newport Beach, CA  92660**
   **Telephone:  (949) 476-0757**
4  **Facsimile:  (949) 476-8640**

5  **HOWARD A. KROLL, CA Bar No. 100981**
   **Email:  howard.kroll@cph.com**
6  **G. WARREN BLEEKER, CA Bar No. 210834**
   **Email: warren.bleeker@cph.com**
7  **CHRISTIE, PARKER & HALE, LLP**
   **350 West Colorado Boulevard, Suite 500**
8  **Pasadena, California 91105**
   **Telephone:  (626) 795-9900**
9  **Facsimile:  (626) 577-8800**

10 **SARAH B. DEUTSCH (admitted pro hac vice)**
   **Email:  sarah.b.deutsch@verizon.com**
11 **VERIZON CORPORATE RESOURCES GROUP LLC**
   **1320 North Court House Road, Suite 900**
12 **Arlington, VA  22201**
   **Telephone: (703) 351-3044**
13 **Facsimile: (703) 351-3670**

14 Attorneys for Plaintiffs,
   VERIZON CALIFORNIA INC.,
15 VERIZON TRADEMARK SERVICES LLC,
   and VERIZON LICENSING COMPANY
16

17          UNITED STATES DISTRICT COURT

18          CENTRAL DISTRICT OF CALIFORNIA

19              WESTERN DIVISION

20 VERIZON CALIFORNIA INC.;          Case No.  CV09-0613 ABC (CWx)
   VERIZON TRADEMARK SERVICES
21 LLC; and VERIZON LICENSING        **NOTICE OF MOTION AND**
   COMPANY,                          **MOTION BY VERIZON TO**
22                                   **ENFORCE AMENDED ORDER**
              Plaintiffs,            **DATED OCTOBER 5, 2009**
23                                   **ENTERED BY CHIEF UNITED**
        vs.                          **STATES DISTRICT JUDGE**
24                                   **AUDREY B. COLLINS AND**
   LEAD NETWORKS DOMAINS             **FOR CONTEMPT OF COURT**
25 PRIVATE LIMITED; NARESH MALIK
   a/k/a NICK M.; MAHESH MALIK;      **DATE:     August 22, 2011**
26 KEVIN DASTE; and DOES 1-100,      **TIME:     10:00 a.m.**
                                     **CTRM:    640 (Roybal)**
27          Defendants.
                                     **Hon. Audrey B. Collins**
28

-1-

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 22, 2011 at 10:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 640 of the United States District Court for the Central District of California, Western Division, located at 255 East Temple Street, Los Angeles, California 90012 before the Honorable Audrey B. Collins, Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company (collectively "Verizon") will bring on for hearing their Motion To Enforce Amended Order Dated October 5, 2009 Entered By Chief United States District Judge Audrey B. Collins and For Contempt of Court ("Motion").

Verizon moves the Court:

(1) to compel third parties Shabod Rastegar ("Rastegar") and Metrix 360, Inc. ("Metrix 360") to produce documents and other things (including all electronically stored information), without objection, pursuant to FRCP 45(c)(2)(B)(1);

(2) to hold Rastegar and Metrix 360 in contempt of Court pursuant to FRCP 45(e);

(3) to order Rastegar and Metrix 360 to comply fully with the document and depositions subpoenas previously served on them; and

(4) to order Rastegar, Metrix 360 and their counsel to pay Verizon its costs and attorneys' fees associated with the filing of this Motion.

This Motion is based upon the accompanying Joint Stipulation, the Declarations of David J. Steele and G. Warren Bleeker, any supplemental brief and declaration(s) filed by Verizon, the complete record of this action and other

CHRISTIE, PARKER & HALE, LLP

1    oral and documentary evidence as may be submitted in connection with this

2    Motion.

3    DATED:  August 1, 2011                    Respectfully submitted,

4                                              CHRISTIE, PARKER & HALE, LLP

5                                              By /s/ David J. Steele
                                                  David J. Steele

6
                                               Attorneys for Plaintiffs,
7                                              VERIZON CALIFORNIA INC.,
                                               VERIZON TRADEMARK
8                                              SERVICES LLC, and VERIZON
                                               LICENSING COMPANY

9

10   SCL PAS1129350.1-*-08/1/11 1:39 PM

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28