UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF DISTRICT

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100,<br><br>Defendants. | Case No. CV 09-00613 ABC (CWx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE AMENDED ORDER DATED OCTOBER 5, 2009 ENTERED BY CHIEF UNITED STATES DISTRICT JUDGE AUDREY B. COLLINS AND FOR CONTEMPT OF COURT**<br><br>**Hon. Audrey B. Collins** |

For good cause showing it is ORDERED, ADJUDGED, AND DECREED that:

(1) Metrix 360 and Shabod Rastegar are held in contempt of this Court for their failure to produce any documents and for their failure to appear for deposition as required by third party subpoenas served on Metrix 360 and Mr. Rastegar by Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company (collectively "Plaintiffs") on May 27, 2011 pursuant to Federal Rule of Civil Procedure 45 and the Amended Order Permitting Third Party Discovery in Advance of Rule 26(f) Conference dated October 5, 2009 [Docket No. 88].

(2) Metrix 360 has waived all objections and shall deliver to counsel for Plaintiffs all documents and all other information (including all electronically stored information) in its possession, custody and control, without objection, responsive to each document request contained in the document subpoena served by Plaintiffs on Metrix 360 on May 27, 2011 by no later than _____.

(3) Metrix 360 shall produce for deposition at Christie, Parker & Hale, LLP, located at 350 W. Colorado Blvd., Suite 500, Pasadena, CA 91105 a corporate representative to testify on behalf of Metrix 360 regarding each deposition topic identified in the deposition subpoena served by Plaintiffs on Metrix 360 on May 27, 2011 on _____.

(4) Shabod Rastegar has waived all objections and shall deliver to counsel for Plaintiffs all documents and all other information (including all electronically stored information) in his possession, custody and control, without objection, responsive to each document request contained in the document subpoena served by Plaintiffs on Mr. Rastegar on May 27, 2011 by no later than _____.

(5) Shabod Rastegar shall appear for deposition at Christie, Parker & Hale,

LLP, located at 350 W. Colorado Blvd., Suite 500, Pasadena, CA 91105 on _____.

(6) Metrix 360 and Shabod Rastegar, jointly and severally, shall pay Plaintiffs' reasonable costs and attorneys' fees incurred in preparing, filing and appearing for argument on Plaintiffs' Motion to Enforce Amended Order Dated October 5, 2009 Entered By Chief United States District Judge Audrey B. Collins and For Contempt of Court. Plaintiffs shall file and serve a detailed summary of costs and attorneys' fees incurred with this Court by _____. Any response from Metrix 360 and Shabod Rastegar shall be filed and served with this Court by no later than _____.

**IT IS SO ORDERED.**

Dated:_____

Audrey B. Collins
Chief United States District Judge

SCL PAS1129356.1-*-08/1/11 1:36 PM