1   DAVID J. STEELE, CA Bar No. 209797
    Email: djslit@cph.com
2   CHRISTIE, PARKER & HALE, LLP
    3501 Jamboree Road, Suite 6000-North Tower
3   Newport Beach, CA 92660
    Telephone: (949) 476-0757
4   Facsimile: (949) 476-8640

5   HOWARD A. KROLL, CA Bar No. 100981
    Email: howard.kroll@cph.com
6   G. WARREN BLEEKER, CA Bar No. 210834
    Email: warren.bleeker@cph.com
7   CHRISTIE, PARKER & HALE, LLP
    350 West Colorado Boulevard, Suite 500
8   Pasadena, California 91105
    Telephone: (626) 795-9900
9   Facsimile: (626) 577-8800

10  SARAH B. DEUTSCH (admitted pro hac vice)
    Email: sarah.b.deutsch@verizon.com
11  VERIZON CORPORATE RESOURCES GROUP LLC
    1320 North Court House Road, Suite 900
12  Arlington, VA 22201
    Telephone: (703) 351-3044
13  Facsimile: (703) 351-3670

14  Attorneys for Plaintiffs,
    VERIZON CALIFORNIA INC.,
15  VERIZON TRADEMARK SERVICES LLC,
    and VERIZON LICENSING COMPANY
16

17              UNITED STATES DISTRICT COURT

18              CENTRAL DISTRICT OF CALIFORNIA

19                   WESTERN DIVISION

20  VERIZON CALIFORNIA INC.;            Case No. CV09-0613 ABC (CWx)
    VERIZON TRADEMARK SERVICES
21  LLC; and VERIZON LICENSING          DECLARATION OF G.
    COMPANY,                            WARREN BLEEKER IN
22                                      SUPPORT OF VERIZON'S
              Plaintiffs,               MOTION TO ENFORCE
23                                      AMENDED ORDER DATED
         vs.                            OCTOBER 5, 2009 ENTERED
24                                      BY CHIEF UNITED STATES
    LEAD NETWORKS DOMAINS               DISTRICT JUDGE AUDREY B.
25  PRIVATE LIMITED; NARESH MALIK       COLLINS AND FOR
    a/k/a NICK M.; MAHESH MALIK;        CONTEMPT OF COURT
26  KEVIN DASTE; and DOES 1-100,
27            Defendants.
28

CHRISTIE, PARKER & HALE, LLP

I, G. Warren Bleeker, declare as follows:

1.     I make this declaration of my personal knowledge, and if sworn could competently testify to each of the following facts:

2.     I am an attorney with the law firm of Christie, Parker & Hale, LLP, attorneys of record for Plaintiffs and Judgment Creditors Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company (collectively "Verizon").

3.     On May 27, 2011, Metrix 360, Inc. ("Metrix 360") was personally served with a document subpoena and a deposition subpoena.  Copies of these subpoenas and the accompanying proofs of service are attached as Exhibits A and B, respectively.   At the same time, Shabod Rastegar ("Rastegar") was also personally served with a document subpoena and deposition subpoena.  Copies of these subpoenas are attached as Exhibits C and D, respectively.

4.     To date, neither Metrix 360 nor Rastegar have produced any documents.  Neither Metrix 360 nor Rastegar appeared for their depositions on June 30, 2011.

5.     On July 1, 2011, I sent correspondence requesting a conference of counsel to counsel for Metrix 360/Rastegar.  Attached as Exhibit E is a copy of that correspondence.

6.     On July 6, 2011, the parties held the conference of counsel regarding Verizon's motion.  During the conference, John Cardosi, counsel for Metrix 360 and Rastegar, admitted that he was not aware of any search for responsive documents.  He further admitted that he had no idea of the scope of responsive documents, what efforts it would take to search for and/or produce responsive documents, or if any responsive documents existed.

7.     The overriding reason offered by Mr. Cardosi's for his clients' failure to comply with the subpoenas is his assertion that no third party discovery should be permitted because judgment was entered against some (not all) of the

CHRISTIE, PARKER & HALE, LLP

defendants.  Mr. Cardosi acknowledged that he knew of the Court's Amended Order dated 10/5/09 ("3rd Party Discovery Order"), but that according to Mr. Cardosi, it was "too old" to be enforced.  I inquired whether Metrix 360 and Rastegar would agree to produce information if Verizon agreed to limit the scope of any of the requests.  Mr. Cardosi stated that no matter what Verizon offered, Metrix 360 and Rastegar would not agree to comply with the subpoenas.

8.     Mr. Cardosi also stated that he believed the discovery requested was "not relevant" but his only essential assertion was that it was not relevant only because no third party discovery is appropriate, in Mr. Cardosi's opinion.  Mr. Cardosi did not deny that the financial payments involving the infringing domain names at issue in this case passed through his clients' accounts.

9.     Mr. Cardosi also stated that the requests were "overbroad" but he offered no way to limit any request in such a way that his clients would then agree to respond.  Instead, he simply demanded that the requests be withdrawn altogether.

10.    Mr. Cardosi further stated that the requests sought information that was confidential and/or private.  We agreed that this issue could be resolved by entering into a stipulation regarding confidentiality. I agreed to send Mr. Cardosi a draft stipulation regarding confidentiality.

11.    Attached as Exhibit F is a copy of a printout of a Google map direction search I performed on the website maps.google.com by inputting the address for Metrix 360 and Rastegar, 1042 Fiske St., Pacific Palisades, CA, and the address for the Pasadena office of Christie, Parker & Hale, LLP, 350 W. Colorado Blvd., Pasadena, CA 91105.  According to the results of the Google map search, the driving distance between these two locations is 29 miles. Verizon asks the Court to take judicial notice of the distance between these two locations.

12.    On July 6, 2011, I received a letter from Mr. Cardosi requesting a

CHRISTIE, PARKER & HALE, LLP

conference of counsel regarding a planned motion to quash the subpoenas to be filed by Metrix 360 and Rastegar.   Attached as Exhibit G is a copy of that correspondence.  As of the date of this Declaration, Metrix 360 and Rastegar have not served their portion of a joint stipulation on Verizon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of July, 2011.

/s/ G. Warren Bleeker
G. Warren Bleeker

GWB PAS1127943.1-*-07/21/11 2:25 PM

-4-

CHRISTIE, PARKER & HALE, LLP

# EXHIBIT A

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Lead Networks Domains Private Limited; Naresh Malik a/k/a Nick M.; Mahesh Malik; Kevin Daste; and Does 1-100, | ) |
| *Defendant* | ) |

Civil Action No.   CV-09-00613 ABC (CWx)

(If the action is pending in another district, state where:
                                     )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  METRIX 360, LLC
     1042 Fiske Street, Pacific Palisades, CA  90272

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

> See Exhibits A and B

| Place: Christie, Parker & Hale, LLP 350 W. Colorado Blvd, Suite 500 Pasadena, CA  91105          (626) 795-9900 | Date and Time: 06/27/2011 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:     05/26/2011

| *CLERK OF COURT* | OR | |
|---|---|---|
| _____ Signature of Clerk or Deputy Clerk | | _____ Attorney's signature |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Verizon California, Inc.;
Verizon Trademark Services LLC; and Verizon Licensing Company     , who issues or requests this subpoena, are:

David J. Steele
Christie, Parker & Hale, LLP, 18101 Von Karman Ave., Suite 1950, Irvine, CA 92612-0163
Email:  david.steele@cph.com    Tel. (949) 476-0757



EXHIBIT  *A*
PAGE  *5*

AO 88B  (Rev.  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   CV-09-00613 ABC (CWx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

EXHIBIT A
PAGE 6

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information;

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

**(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

EXHIBIT 4
PAGE 7

**Exhibit A**
**Documents to Be Produced**

1. The Articles of Incorporation, operating agreements, and bylaws for Metrix 360, LLC ("METRIX").

2. All documents relating to meetings of the METRIX board of directors, including but not limited to minutes, agendas, announcements, invitations, and resolutions.

3. All documents that identify any officer, director, shareholder, employee, subsidiary company, partner, agents, affiliate, joint venturer, member, organizer, manager, and office location of METRIX from 2006 to present.

4. All documents that identify any party who has held any ownership or financial interest in METRIX from 2006 to present.

5. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the REGISTRATION,[1] USE,[2] MONETIZATION,[3] or TRAFFICKING IN[4] of any domain name by METRIX.

6. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by DEFENDANTS[5].

7. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by OTHER PARTIES.[6]

8. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any of the INFRINGING DOMAIN NAMES.[7]

---

[1] "REGISTRATION" shall refer to the registration or renewal of a registration for a domain name, or any other act that entitles a party to the exclusive control and use of a domain name for any length of time.
[2] "USE" shall mean using a domain name to provide a website accessible at that domain name, or configuring the domain name to redirect visitors to any other domain name or website, or authorizing any third party to use the domain name.
[3] "MONETIZATION" shall mean using a domain name to provide a website accessible at that domain name that displays links to advertisements, or that displays advertisements, or that displays or triggers pop-up or pop-under advertisements.
[4] "TRAFFICKING IN" shall mean any transaction including, but not limited to, sales, purchases, loans, pledges, license, exchanges of currency, and any other transfer for consideration or receipt in exchange for consideration.
[5] "DEFENDANTS" shall mean, collectively and individually: Lead Networks Domains Private Limited, Naresh Malik a/k/a Nick M., Mahesh Malik, and Kevin Daste.
[6] "OTHER PARTIES" shall mean, collectively and individually: Dale Begg-Smith; Jason Begg-Smith; Domaincannon.com L.L.C.; Name.com L.L.C., Name.net L.L.C., and Spot Domains L.L.C.; 19 Parking.com; AMG inc. a/k/a Alternative Marketing Group; Softech Ltd. a/k/a Softtech Ltd.; Hecta Media Inc. (now known as Top Level Domain Holdings Ltd.); and any and all employees, officers, owners, past and present domestic or foreign parents, subsidiaries, divisions, departments, sister entities, affiliates, partners of partnerships, predecessors or successors-in-interest, corporate subunits, partnerships, joint ventures, or other business entities.
[7] The list of INFRINGING DOMAIN NAMES is attached as Exhibit B.

EXHIBIT A
PAGE 8

9. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any other domain name.

10. All documents, including correspondence, contracts, payments, and financial documents, related to any agreement or transaction between METRIX and DEFENDANTS.

11. All documents, including correspondence, contracts, payments, and financial documents, related to any agreement or transaction between METRIX and and OTHER PARTIES.

12. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any business operations involving domain names of DEFENDANTS.

13. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any business operations involving domain names of OTHER PARTIES.

14. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the transfer of business operations and/or assets of DEFENDANTS, OTHER PARTIES, and/or METRIX.

15. All documents relating to any claim of cybersquatting, trademark infringement, or trademark dilution made against METRIX, DEFENDANTS, and/or OTHER PARTIES.

16. All documents relating to any claim of cybersquatting, trademark infringement, or trademark dilution made against DEFENDANTS.

17. All documents relating to any claim of cybersquatting, trademark infringement, or trademark dilution made against OTHER PARTIES.

18. All documents filed in any action involving a domain name in which METRIX was a party that was filed with any United States court, regulatory agency, or arbitration panel.

19. All documents METRIX produced to any opposing party or third party in connection with any action involving a domain name that was filed with any United States court, regulatory agency, or arbitration panel.

20. All declarations and affidavits filed by METRIX in connection with any action involving a domain name that was filed with any United States court, regulatory agency, arbitration panel, or panel hearing a complaint filed pursuant to the Uniform Domain-Name Dispute-Resolution Policy.

21. All documents relating to any deposition of METRIX in any lawsuit concerning any domain name.

LLB IRV1120704.1-*-05/25/11 12:48 PM

EXHIBIT _A_
PAGE _7_

**Exhibit B**
**Infringing Domain Names**

| | | |
|---|---|---|
| vaerizon.com | verizonfiles.com | verrisionwireless.com |
| vaerizonwireless.com | verizonfiosinternet.com | verrizon.com |
| varaizon.com | verizonfiostv.com | verrizonwireles.com |
| varizionwireless.com | verizonfiso.com | verrzonwireless.com |
| varizon.com | verizonfreeringtones.com | versionwireless.com |
| vedrizonwireless.com | verizongames.com | versisonwireless.com |
| veirzon.com | verizonhawaii.com | verszionwireless.com |
| verazionwireless.com | verizonhotmail.com | verszonwireless.com |
| verazonwireless.com | verizoninpulse.com | vervizon.com |
| vereizon.com | verizonireless.com | vervizonwireless.com |
| veri8zon.com | verizonjob.com | verwisonwireless.com |
| veri9zon.com | verizonless.com | verwizon.com |
| veriaonwireless.com | verizonmireless.com | verysonwireless.com |
| veriazon.com | verizonmobiles.com | veryzonwireless.com |
| verinwireless.com | verizonmyaccount.com | verzionwireless.com |
| verionfios.com | verizonmymsn.com | verzonwireles.com |
| veriononline.com | verizonmyprepay.com | vevrizonwireless.com |
| verionswireless.com | verizonnwireless.com | vezrizon.com |
| veriontracker.com | verizonon.net | viersonwireless.com |
| verionwieless.com | verizononlinedsl.com | vierzionwireless.com |
| veriozen.com | verizonphonebook.com | vierzon.com |
| veriozionwireless.com | verizonphonenumbers.com | viraizon.com |
| veriozn.com | verizonpixplace.com | virazonwireless.com |
| veriozonwireless.com | verizonprepaidphone.com | vireizon.com |
| veriozonwirless.com | verizonprepay.com | virisionwireless.com |
| verironwireless.com | verizonrebate.com | virizonwireless.com |
| verisenwireless.com | verizonresidential.com | virizonwirels.com |
| veriseon.com | verizonringbacks.com | vironwireless.com |
| verisionphones.com | verizonringbacktones.com | vironzon.com |
| verison-wirless.com | verizonspeed.com | virozionwireless.com |
| verisonbusiness.com | verizonstart.com | virozon.com |
| verisoncareers.com | verizonstart.net | virozonwireless.com |
| verisonewireless.com | verizonsuperpage.com | virzonewireless.com |
| verisonmobile.com | verizontracker.com | vizonwireless.com |
| verisononline.com | verizonvireless.com | vorizanwireless.com |
| verisonpcs.com | verizonvirusprotection.com | vorizen.com |
| verisonphones.com | verizonvisaaccountonline.com | vorizin.com |
| verisonpics.com | verizonw.com | vorizon.net |
| verisonprepayed.com | verizonweriles.com | vorzon.com |
| verisonwireless.com | verizonwhirless.com | vriezon.com |
| verisonweireless.com | verizonwhitepages.com | vriszon.com |
| verisonwerless.com | verizonwierles.com | vrizonwireless.com |
| verisonwiless.com | verizonwikreless.com | vrtizonwireless.com |

EXHIBIT A
PAGE 10

| | | |
|---|---|---|
| verisonwireess.com | verizonwilerless.com | vweizon.com |
| verisonwireles.com | verizonwirekless.com | vzrizon.com |
| verisonwirelessinternet.com | verizonwireleee.com | vzwirelessringtones.com |
| verisonwirelles.com | verizonwireless.com | wbillpayverizonwireless.com |
| verisonwirelwss.com | verizonwireles.com | webmailverizon.net |
| verisonwirerles.com | verizonwirelessbilling.com | wrizon.com |
| verisonwiress.com | verizonwirelessdownloads.com | wwwlverizonwireless.com |
| verisonwirless.com | verizonwirelessemployment.com | wwwvarizon.com |
| veriszon.com | verizonwirelessgetdiscount.com | wwwveraizon.com |
| veriszonwireless.com | verizonwirelessmyprepaid.com | wwwverizononline.net |
| verixoncentral.com | verizonwirelessmyprepay.com | wwwverrizon.com |
| verizenwireles.com | verizonwirelesspixplace.com | vzchat.com |
| verizinwirless.com | verizonwirelesspixs.com | vznavagator.com |
| verizion22.com | verizonwirelesss.com | vzpics.com |
| verizionmail.com | verizonwirelesstheather.com | vzwdeluxe.com |
| verizionmobile.com | verizonwirelessvzw.com | vzwierless.com |
| verizionwirelessrebates.com | verizonwirelesxs.com | vzwpixplace.com |
| verizionwirles.com | verizonwirelexx.com | vzwprepay.com |
| verizionwirless.com | verizonwirelles.com | vzwpx.com |
| verizionyellowpages.com | verizonwirless.com | vzwringtonesdelux.com |
| verizizonwireless.com | verizonwirelsee.com | vzxpix.com |
| verizkn.com | verizonwirelss.com | wirelesssynchvzw.com |
| veriznowireless.com | verizonwiressless.com | wirelesssynvzw.com |
| verizofios.com | verizonwirfeless.com | 22verizion.com |
| verizoinwireless.com | verizonwirlesspr.com | activatemyfiosverizon.net |
| verizolnwireless.com | verizonwirrless.com | berizon.com |
| verizon-wireless.com | verizonwreless.com | businessverizon.net |
| verizon1.com | verizonwwireless.com | dslstartverizon.com |
| verizon2.com | verizopn.com | erizon.com |
| verizonarena.com | verizowirless.com | infospeedverizon.net |
| verizonbusinessdsl.com | verizwireless.com | myaccountatwwwverizonwireless.com |
| verizoncarrers.com | verkzon.com | myaccountverizonwireless.com |
| verizoncellphone.com | veronwireless.com | myverizonprepaid.com |
| verizoncelluar.com | verozinwireless.com | quickverizon.net |
| verizoncelular.com | verozonwireless.com | startverizon.net |
| verizoncentrel.com | verraizon.com | v-wireless-cellphones.com |
| verizonephones.com | | |

LLB IRV1121032.1-*-05/25/11 10:35 AM

EXHIBIT ___A___
PAGE ___11___

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| CHRISTIE, PARKER & HALE<br>350 W. COLORADO BLVD.<br>SUITE: #500<br>PASADENA, CA 91105<br>Telephone No: 626 795-9900     FAX No: 626 577-8800 | | | | | |
| Attorney for: Plaintiff | | | | Ref. No. or File No.:<br>193576 | |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court Central District Of California

*Plaintiff:* VERIZON CALIFORNIA, INC., et al.

*Defendant:* LEAD NETWORKS DOMAINS PRIVATE LIMITED, et al.

| PROOF OF SERVICE<br>SUBPOENA | Hearing Date:<br>Mon, Jun. 27, 2011 | Time:<br>10:00AM | Dept/Div: | Case Number:<br>CV09-00613 ABC (CWx) |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUBPOENA  TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

*3.  a. Party served:*                                         METRIX 360, LLC
    *b. Person served:*                            SHAHBOD RASTEGAR, Authorized to Accept Service

*4.  Address where the party was served:*          1042 FRISKE STREET
                                           PACIFIC PALISADES, CA 90272

*5.  I served the party:*
    **a. by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 27, 2011 (2) at: 7:00AM
    *b. I received this subpena for service on:*        Wednesday, May 25, 2011

*6.  Witness fees were not demanded or paid.*

*7.  Person Who Served Papers:*                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. THANUSAK  MAHATTAKULRUNGSI
    **b. CORPORATE LEGAL SERVICES**             *d.*  *The Fee for Service was:*
        PO BOX 27975, Registration # 2296            *e.*  I am: (3)  registered California process server
        LOS ANGELES, CA  90027                       *(i)*   Independent Contractor
    c. 213 202-6030, FAX 213 202-6045               *(ii)*  *Registration No.:*    5620
                                                *(iii)*  *County:*          Los Angeles
                                              *(iv)* *Expiration Date:*   Thu, Sep. 22, 2011

*8.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    *Date: Fri, May. 27, 2011*

                                      PROOF OF SERVICE                 (THANUSAK  MAHATTAKULRUNGSI)
                                        SUBPOENA                                  38684.chrpa.38684

EXHIBIT __4__
PAGE __12__

# EXHIBIT B

AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Lead Networks Domains Private Limited; Naresh Malik a/k/a Nick M.; Mahesh Malik; Kevin Daste; and Does 1-100, | ) |
| *Defendant* | ) |

Civil Action No.   CV-09-00613 ABC (CWx)

(If the action is pending in another district, state where:

                                                   )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  METRIX 360, LLC
     1042 Fiske Street, Pacific Palisades, CA  90272

    ☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

                         See Exhibits A and B

| Place:  Christie, Parker & Hale, LLP<br>350 W. Colorado Blvd., Suite 500<br>Pasadena, CA  91105      (626) 795-9900 | Date and Time:<br><br>     06/30/2011 9:30 am |
|---|---|

    The deposition will be recorded by this method:   Real-time reporting and by sound and visual means

    ☐ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

    The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   05/26/2011

        *CLERK OF COURT*

                                   OR

| | |
|---|---|
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company     , who issues or requests this subpoena, are:
David J. Steele
Christie, Parker & Hale, LLP, 18101 Von Karman Ave., Suite 1950, Irvine, CA 92612-0163
Email:  david.steele@cph.com    Tel.  (949) 476-0757



EXHIBIT *B*
PAGE *13*

AO 88A  (Rev.  06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  CV-09-00613 ABC (CWx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named individual as follows: _____

_____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                    *Server's signature*

                                               _____
                                                    *Printed name and title*

                                               _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information;

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

**(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).



EXHIBIT  B
PAGE  15

**Exhibit A**
**Topics for Metrix 360, LLC 30(b)(6) Witness**

1. Documents produced by Metrix 360, LLC ("METRIX").

2. Formation of METRIX, including but not limited to, the reasons for the formation.

3. Corporate structure of METRIX.

4. Business operations of METRIX.

5. Business relationships between METRIX and DEFENDANTS[1].

6. Business relationships between METRIX and OTHER PARTIES.[2]

7. The transfer of business operations and/or assets of METRIX, DEFENDANTS, and OTHER PARTIES.

8. Any payments or agreements related to any of the INFRINGING DOMAIN NAMES.[3]

9. Any payments or agreements related to any domain name other than the INFRINGING DOMAIN NAMES.

10. Agreements and/or transactions between METRIX and DEFENDANTS.

11. Agreements and/or transactions between METRIX and OTHER PARTIES.

12. The REGISTRATION,[4] USE,[5] MONETIZATION,[6] or TRAFFICKING IN[7] of any domain name by METRIX.

---

[1] "DEFENDANTS" shall mean, collectively and individually: Lead Networks Domains Private Limited, Naresh Malik a/k/a Nick M., Mahesh Malik, and Kevin Daste.
[2] "OTHER PARTIES" shall mean, collectively and individually: Dale Begg-Smith; Jason Begg-Smith; Domaincannon.com L.L.C.; Name.com L.L.C., Name.net L.L.C., and Spot Domains L.L.C.; 19 Parking.com; AMG inc. a/k/a Alternative Marketing Group; Softech Ltd. a/k/a Softtech Ltd.; Hecta Media Inc. (now known as Top Level Domain Holdings Ltd.); and any and all employees, officers, owners, past and present domestic or foreign parents, subsidiaries, divisions, departments, sister entities, affiliates, partners of partnerships, predecessors or successors-in-interest, corporate subunits, partnerships, joint ventures, or other business entities.
[3] The list of INFRINGING DOMAIN NAMES is attached as Exhibit B.
[4] "REGISTRATION" shall refer to the registration or renewal of a registration for a domain name, or any other act that entitles a party to the exclusive control and use of a domain name for any length of time.
[5] "USE" shall mean using a domain name to provide a website accessible at that domain name, or configuring the domain name to redirect visitors to any other domain name or website, or authorizing any third party to use the domain name.
[6] "MONETIZATION" shall mean using a domain name to provide a website accessible at that domain name that displays links to advertisements, or that displays advertisements, or that displays or triggers pop-up or pop-under advertisements.
[7] "TRAFFICKING IN" shall mean any transaction including, but not limited to, sales, purchases, loans, pledges, license, exchanges of currency, and any other transfer for consideration or receipt in exchange for consideration.

Page 1 of 2

EXHIBIT _B_
PAGE _16_

13. The REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by DEFENDANTS.

14. The REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by OTHER PARTIES.

15. Claims of cybersquatting, trademark infringement, or trademark dilution made against METRIX, DEFENDANTS, and OTHER PARTIES.

16. Claims of cybersquatting, trademark infringement, or trademark dilution made against DEFENDANTS.

17. Claims of cybersquatting, trademark infringement, or trademark dilution made against OTHER PARTIES.

LLB IRV1121031.1-*-05/25/11 12:46 PM

EXHIBIT _B_
PAGE _13_

**Exhibit B**
**Infringing Domain Names**

| | | |
|---|---|---|
| vaerizon.com | verizonfiles.com | verrisionwireless.com |
| vaerizonwireless.com | verizonfiosinternet.com | verrizon.com |
| varaizon.com | verizonfiostv.com | verrizonwireless.com |
| varizionwireless.com | verizonfiso.com | verrzonwireless.com |
| varizon.com | verizonfreeringtones.com | versionwireless.com |
| vedrizonwireless.com | verizongames.com | versisonwireless.com |
| veirzon.com | verizonhawaii.com | verszionwireless.com |
| verazionwireless.com | verizonhotmail.com | verszonwireless.com |
| verazonwireless.com | verizoninpulse.com | vervizon.com |
| vereizon.com | verizonireless.com | vervizonwireless.com |
| veri8zon.com | verizonjob.com | verwisonwireless.com |
| veri9zon.com | verizonless.com | verwizon.com |
| veriaonwireless.com | verizonmireless.com | verysonwireless.com |
| veriazon.com | verizonmobiles.com | veryzonwireless.com |
| verinwireless.com | verizonmyaccount.com | verzionwireless.com |
| verionfios.com | verizonmymsn.com | verzonwireles.com |
| veriononline.com | verizonmyprepay.com | vevrizonwireless.com |
| verionswireless.com | verizonnwireless.com | vezrizon.com |
| veriontracker.com | verizonon.net | viersonwireless.com |
| verionwieless.com | verizononlinedsl.com | vierzionwireless.com |
| veriozen.com | verizonphonebook.com | vierzon.com |
| veriozionwireless.com | verizonphonenumbers.com | viraizon.com |
| veriozn.com | verizonpixplace.com | virazonwireless.com |
| veriozonwireless.com | verizonprepaidphone.com | vireizon.com |
| veriozonwirless.com | verizonprepay.com | virisionwireless.com |
| verironwireless.com | verizonrebate.com | virizonwireless.com |
| verisenwireless.com | verizonresidential.com | virizonwireless.com |
| veriseon.com | verizonringbacks.com | vironwireless.com |
| verisionphones.com | verizonringbacktones.com | vironzon.com |
| verison-wirless.com | verizonspeed.com | virozionwireless.com |
| verisonbusiness.com | verizonstart.com | virozon.com |
| verisoncareers.com | verizonstart.net | virozonwireless.com |
| verisonewireless.com | verizonsuperpage.com | virzonewireless.com |
| verisonmobile.com | verizontracker.com | vizonwireless.com |
| verisononline.com | verizonvireless.com | vorizanwireless.com |
| verisonpcs.com | verizonvirusprotection.com | vorizen.com |
| verisonphones.com | verizonvisaaccountonline.com | vorizin.com |
| verisonpics.com | verizonw.com | vorizon.net |
| verisonprepayed.com | verizonweriles.com | vorzon.com |
| verisonwireless.com | verizonwhirless.com | vriezon.com |
| verisonweireless.com | verizonwhitepages.com | vriszon.com |
| verisonwerless.com | verizonwierles.com | vrizonwireless.com |
| verisonwiless.com | verizonwikreless.com | vrtizonwireless.com |

EXHIBIT _B_
PAGE _18_

verisonwireess.com
verisonwireles.com
verisonwirelessinternet.com
verisonwirelles.com
verisonwirelwss.com
verisonwirerles.com
verisonwiress.com
verisonwirless.com
veriszon.com
veriszonwireless.com
verixoncentral.com
verizenwireles.com
verizinwirless.com
verizion22.com
verizionmail.com
verizionmobile.com
verizionwirelessrebates.com
verizionwirles.com
verizionwirlass.com
verizionyellowpages.com
verizizonwireless.com
verizkn.com
veriznowireless.com
verizofios.com
verizoinwireless.com
verizolnwireless.com
verizon-wireless.com
verizon1.com
verizon2.com
verizonarena.com
verizonbusinessdsl.com
verizoncarrers.com
verizoncellphone.com
verizoncelluar.com
verizoncelular.com
verizoncentrel.com
verizonephones.com

verizonwilerless.com
verizonwirekless.com
verizonwireleee.com
verizonwirelees.com
verizonwireles.com
verizonwirelessbilling.com
verizonwirelessdownloads.com
verizonwirelessemployment.com
verizonwirelessgetdiscount.com
verizonwirelessmyprepaid.com
verizonwirelessmyprepay.com
verizonwirelesspixplace.com
verizonwirelesspixs.com
verizonwirelesss.com
verizonwirelesstheather.com
verizonwirelessvzw.com
verizonwirelesxs.com
verizonwirelexx.com
verizonwirelles.com
verizonwirelless.com
verizonwirelsee.com
verizonwirelss.com
verizonwirelessless.com
verizonwirfeless.com
verizonwirlesspr.com
verizonwirrless.com
verizonwreless.com
verizonwwireless.com
verizopn.com
verizowirless.com
verizwireless.com
verkzon.com
veronwireless.com
verozinwireless.com
verozonwireless.com
verraizon.com

vweizon.com
vzrizon.com
vzwirelessringtones.com
wbillpayverizonwireless.com
webmailverizon.net
wrizon.com
wwwlverizonwireless.com
wwwvarizon.com
wwwveraizon.com
wwwverizononline.net
wwwverizon.com
vzchat.com
vznavagator.com
vzpics.com
vzwdeluxe.com
vzwierless.com
vzwpixplace.com
vzwprepay.com
vzwpx.com
vzwringtonesdelux.com
vzxpix.com
wirelesssynchvzw.com
wirelesssynvzw.com
22verizion.com
activatemyfiosverizon.net
berizon.com
businessverizon.net
dslstartverizon.com
erizon.com
infospeedverizon.net
myaccountatwwwverizonwireless.com
myaccountverizonwireless.com
myverizonprepaid.com
quickverizon.net
startverizon.net
v-wireless-cellphones.com

LLB IRV1121032.1-*-05/25/11 10:35 AM

Page 2 of 2

EXHIBIT B
PAGE 19

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CHRISTIE, PARKER & HALE<br>350 W. COLORADO BLVD.<br>SUITE: #500<br>PASADENA, CA 91105<br>Telephone No: 626 795-9900    FAX No: 626 577-8800 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>193575 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Central District Of California

Plaintiff: VERIZON CALIFORNIA, INC., et al.

Defendant: LEAD NETWORKS DOMAINS PRIVATE LIMITED, et al.

| PROOF OF SERVICE<br>SUBPOENA TO TESTIFY | Hearing Date:<br>Thu, Jun. 30, 2011 | Time:<br>9:30AM | Dept/Div: | Case Number:<br>CV09-00613 ABC (CWx) |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

3. a. *Party served:*          METRIX 360, LLC
   b. *Person served:*        SHAHBOD RASTEGAR, Authorized to Accept Service

4. *Address where the party was served:*        1042 FRISKE STREET
                                                  PACIFIC PALISADES, CA 90272

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 27, 2011 (2) at: 7:00AM
   b. *I received this subpena for service on:*        Wednesday, May 25, 2011

6. *Witness fees were offered or demanded, and paid:*        $67.00

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. THANUSAK  MAHATTAKULRUNGSI                    d. *The Fee for Service was:*
   b. **CORPORATE LEGAL SERVICES**                   e. I am: (3) registered California process server
      PO BOX 27975, Registration # 2296                    *(i)* Independent Contractor
      LOS ANGELES, CA 90027                               *(ii) Registration No.:*    5620
   c. 213 202-6030, FAX 213 202-6045                       *(iii) County:*             Los Angeles
                                                           *(iv) Expiration Date:*     Thu, Sep. 22, 2011

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   *Date:* Fri, May. 27, 2011

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUBPOENA TO TESTIFY

(THANUSAK  MAHATTAKULRUNGSI)
38683.chrpa.38683

EXHIBIT B
PAGE 20

# EXHIBIT C

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Lead Networks Domains Private Limited; Naresh Malik a/k/a Nick M.; Mahesh Malik; Kevin Daste; and Does 1-100, | ) |
| *Defendant* | ) |

Civil Action No.    CV-09-00613 ABC (CWx)

(If the action is pending in another district, state where:
                                        )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  SHAHBOD RASTEGAR
     1042 Fiske Street, Pacific Palisades, CA  90272

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

            See Exhibits A and B

| Place: Christie, Parker & Hale, LLP 350 W. Colorado Blvd, Suite 500 Pasadena, CA  91105                (626) 795-9900 | Date and Time: 06/27/2011 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    05/26/2011

                    *CLERK OF COURT*

                                                    OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Verizon California, Inc.;
Verizon Trademark Services LLC; and Verizon Licensing Company         , who issues or requests this subpoena, are:
David J. Steele
Christie, Parker & Hale, LLP, 18101 Von Karman Ave., Suite 1950, Irvine, CA 92612-0163
Email:  david.steele@cph.com     Tel. (949) 476-0757

EXHIBIT   C
PAGE   21

AO 88B  (Rev.  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   CV-09-00613 ABC (CWx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    SHAHBOD RASTEGAR

was received by me on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____ _____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

EXHIBIT C
PAGE 22

AO 88B  (Rev.  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).



EXHIBIT C
PAGE 23

**Exhibit A**
**Documents to Be Produced**

1.  All documents that identify any entity which Shahbod Rastegar ("RASTEGAR") has been an officer, director, managing member, shareholder, owner, or employee from 2006 to the present.

2.  All documents relating to any dividends, loans, capital contributions, or payments received by or made to RASTEGAR from or by any of the DEFENDANTS[1], or OTHER PARTIES.[2]

3.  All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the REGISTRATION,[3] USE,[4] MONETIZATION,[5] or TRAFFICKING IN[6] of any domain name by RASTEGAR.

4.  All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by DEFENDANTS[7].

5.  All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by OTHER PARTIES.[8]

---

[1] "DEFENDANTS" shall mean, collectively and individually: Lead Networks Domains Private Limited, Naresh Malik a/k/a Nick M., Mahesh Malik, and Kevin Daste.
[2] "OTHER PARTIES" shall mean, collectively and individually: Metrix 360 L.L.C.; Dale Begg-Smith; Jason Begg-Smith; Domaincannon.com L.L.C.; Name.com L.L.C., Name.net L.L.C., and Spot Domains L.L.C.; 19 Parking.com; AMG inc. a/k/a Alternative Marketing Group; Softech Ltd. a/k/a Softtech Ltd.; Hecta Media Inc. (now known as Top Level Domain Holdings Ltd.); and any and all employees, officers, owners, past and present domestic or foreign parents, subsidiaries, divisions, departments, sister entities, affiliates, partners of partnerships, predecessors or successors-in-interest, corporate subunits, partnerships, joint ventures, or other business entities.
[3] "REGISTRATION" shall refer to the registration or renewal of a registration for a domain name, or any other act that entitles a party to the exclusive control and use of a domain name for any length of time.
[4] "USE" shall mean using a domain name to provide a website accessible at that domain name, or configuring the domain name to redirect visitors to any other domain name or website, or authorizing any third party to use the domain name.
[5] "MONETIZATION" shall mean using a domain name to provide a website accessible at that domain name that displays links to advertisements, or that displays advertisements, or that displays or triggers pop-up or pop-under advertisements.
[6] "TRAFFICKING IN" shall mean any transaction including, but not limited to, sales, purchases, loans, pledges, license, exchanges of currency, and any other transfer for consideration or receipt in exchange for consideration.
[7] "DEFENDANTS" shall mean, collectively and individually: Lead Networks Domains Private Limited, Naresh Malik a/k/a Nick M., Mahesh Malik, and Kevin Daste.
[8] "OTHER PARTIES" shall mean, collectively and individually: Dale Begg-Smith; Jason Begg-Smith; Domaincannon.com L.L.C.; Name.com L.L.C., Name.net L.L.C., and Spot Domains L.L.C.; 19 Parking.com; AMG inc. a/k/a Alternative Marketing Group; Softech Ltd. a/k/a Softtech Ltd.; Hecta Media Inc. (now known as Top Level Domain Holdings Ltd.); and any and all employees, officers, owners, past and present domestic or foreign parents, subsidiaries, divisions, departments, sister entities, affiliates, partners of partnerships, predecessors or successors-in-interest, corporate subunits, partnerships, joint ventures, or other business entities.

EXHIBIT C
PAGE 24

6.  All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any of the INFRINGING DOMAIN NAMES.[9]

7.  All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any other domain name.

8.  All documents, including correspondence, contracts, payments, and financial documents, related to any agreement or transaction between RASTEGAR and DEFENDANTS.

9.  All documents, including correspondence, contracts, payments, and financial documents, related to any agreement or transaction between RASTEGAR and OTHER PARTIES.

10. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any business operations involving domain names of DEFENDANTS.

11. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any business operations involving domain names of OTHER PARTIES.

12. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the transfer of business operations and/or assets of DEFENDANTS, OTHER PARTIES, and/or RASTEGAR.

13. All documents relating to any claim of cybersquatting, trademark infringement, or trademark dilution made against RASTEGAR, DEFENDANTS, and/or OTHER PARTIES.

14. All documents relating to any claim of cybersquatting, trademark infringement, or trademark dilution made against DEFENDANTS.

15. All documents relating to any claim of cybersquatting, trademark infringement, or trademark dilution made against OTHER PARTIES.

16. All documents filed in any action involving a domain name in which RASTEGAR was a party that was filed with any United States court, regulatory agency, or arbitration panel.

17. All documents RASTEGAR produced to any opposing party or third party in connection with any action involving a domain name that was filed with any United States court, regulatory agency, or arbitration panel.

18. All documents relating to any deposition of RASTEGAR in any lawsuit concerning any domain name.

LLB IRV1121027.1-*-05/25/11 11:03 AM

---

[9] The list of INFRINGING DOMAIN NAMES is attached as Exhibit B.

EXHIBIT _C_
PAGE _25_

**Exhibit B**
**Infringing Domain Names**

| | | |
|---|---|---|
| vaerizon.com | verizonfiles.com | verrisionwireless.com |
| vaerizonwireless.com | verizonfiosinternet.com | verrizon.com |
| varaizon.com | verizonfiostv.com | verrizonwireles.com |
| varizionwireless.com | verizonfiso.com | verrzonwireles.com |
| varizon.com | verizonfreeringtones.com | versionwireles.com |
| vedrizonwireless.com | verizongames.com | versisionwireless.com |
| veirzon.com | verizonhawaii.com | verszionwireless.com |
| verazionwireless.com | verizonhotmail.com | verszonwireless.com |
| verazonwireless.com | verizoninpulse.com | vervizon.com |
| vereizon.com | verizonireless.com | vervizonwireless.com |
| veri8zon.com | verizonjob.com | verwisonwireless.com |
| veri9zon.com | verizonless.com | verwizon.com |
| veriaonwireless.com | verizonmireless.com | verysonwireless.com |
| veriazon.com | verizonmobiles.com | veryzonwireless.com |
| verinwireless.com | verizonmyaccount.com | verzionwireless.com |
| verionfios.com | verizonmymsn.com | verzonwireles.com |
| veriononline.com | verizonmyprepay.com | vevrizonwireless.com |
| verionswireless.com | verizonnwireless.com | vezrizon.com |
| veriontracker.com | verizonon.net | viersonwireless.com |
| verionwieless.com | verizononlinedsl.com | vierzionwireless.com |
| veriozen.com | verizonphonebook.com | vierzon.com |
| veriozionwireless.com | verizonphonenumbers.com | viraizon.com |
| veriozn.com | verizonpixplace.com | virazonwireless.com |
| veriozonwireless.com | verizonprepaidphone.com | vireizon.com |
| veriozonwirless.com | verizonprepay.com | virisionwireless.com |
| verironwireless.com | verizonrebate.com | virizonwireless.com |
| verisenwireless.com | verizonresidential.com | virizonwirless.com |
| veriseon.com | verizonringbacks.com | vironwireless.com |
| verisionphones.com | verizonringbacktones.com | vironzon.com |
| verison-wirless.com | verizonspeed.com | virozionwireless.com |
| verisonbusiness.com | verizonstart.com | virozon.com |
| verisoncareers.com | verizonstart.net | virozonwireless.com |
| verisonewireless.com | verizonsuperpage.com | virzonewireless.com |
| verisonmobile.com | verizontracker.com | vizonwireless.com |
| verisononline.com | verizonvireless.com | vorizanwireless.com |
| verisonpcs.com | verizonvirusprotection.com | vorizen.com |
| verisonphones.com | verizonvisaaccountonline.com | vorizin.com |
| verisonpics.com | verizonw.com | vorizon.net |
| verisonprepayed.com | verizonweriles.com | vorzon.com |
| verisonvireless.com | verizonwhirless.com | vriezon.com |
| verisonweireless.com | verizonwhitepages.com | vriszon.com |
| verisonwerless.com | verizonwierles.com | vrizonwireless.com |
| verisonwiless.com | verizonwikreless.com | vrtizonwireless.com |

Page 1 of 2

EXHIBIT C
PAGE 26

| | | |
|---|---|---|
| verisonwireess.com | verizonwilerless.com | vweizon.com |
| verisonwireles.com | verizonwirekless.com | vzrizon.com |
| verisonwirelessinternet.com | verizonwireleee.com | vzwirelessringtones.com |
| verisonwirelles.com | verizonwirelees.com | wbillpayverizonwireless.com |
| verisonwirelwss.com | verizonwireles.com | webmailverizon.net |
| verisonwirerles.com | verizonwirelessbilling.com | wrizon.com |
| verisonwiress.com | verizonwirelessdownloads.com | wwwlverizonwireless.com |
| verisonwirlss.com | verizonwirelessemployment.com | wwwvarizon.com |
| veriszon.com | verizonwirelessgetdiscount.com | wwwveraizon.com |
| veriszonwireless.com | verizonwirelessmyprepaid.com | wwwverizononline.net |
| verixoncentral.com | verizonwirelessmyprepay.com | wwwverrizon.com |
| verizenwireles.com | verizonwirelesspixplace.com | vzchat.com |
| verizinwirless.com | verizonwirelesspixs.com | vznavagator.com |
| verizion22.com | verizonwirelesss.com | vzpics.com |
| verizionmail.com | verizonwirelesstheather.com | vzwdeluxe.com |
| verizionmobile.com | verizonwirelessvzw.com | vzwierless.com |
| verizionwirelessrebates.com | verizonwirelesxs.com | vzwpixplace.com |
| verizionwirles.com | verizonwirelexx.com | vzwprepay.com |
| verizionwirless.com | verizonwirelles.com | vzwpx.com |
| verizionyellowpages.com | verizonwireless.com | vzwringtonesdelux.com |
| verizizonwireless.com | verizonwirelsee.com | vzxpix.com |
| verizkn.com | verizonwirelss.com | wirelesssynchvzw.com |
| verizknowireless.com | verizonwiressless.com | wirelesssynvzw.com |
| verizofios.com | verizonwirfeless.com | 22verizion.com |
| verizoinwireless.com | verizonwirlesspr.com | activatemyfiosverizon.net |
| verizolnwireless.com | verizonwirrless.com | berizon.com |
| verizon-wirless.com | verizonwreless.com | businessverizon.net |
| verizon1.com | verizonwwireless.com | dslstartverizon.com |
| verizon2.com | verizopn.com | erizon.com |
| verizonarena.com | verizowirless.com | infospeedverizon.net |
| verizonbusinessdsl.com | verizwireless.com | myaccountatwwwverizonwireless.com |
| verizoncarrers.com | verkzon.com | myaccountverizonwireless.com |
| verizoncellphone.com | veronwireless.com | myverizonprepaid.com |
| verizoncelluar.com | verozinwireless.com | quickverizon.net |
| verizoncelular.com | verozonwireless.com | startverizon.net |
| verizoncentrel.com | verraizon.com | v-wireless-cellphones.com |
| verizonephones.com | | |

LLB IRV1121032.1-*-05/25/11 10:35 AM

EXHIBIT C
PAGE 27

| *Attorney or Party without Attorney:* | *For Court Use Only* |
|---|---|
| CHRISTIE, PARKER & HALE<br>350 W. COLORADO BLVD.<br>SUITE: #500<br>PASADENA, CA  91105<br>*Telephone No:* 626 795-9900    *FAX No:* 626 577-8800 | |

*Ref. No. or File No.:* 193574

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Central District Of California

*Plaintiff:* VERIZON CALIFORNIA, INC., et al.

*Defendant:* LEAD NETWORKS DOMAINS PRIVATE LIMITED, et al.

| **PROOF OF SERVICE SUBPOENA** | *Hearing Date:*<br>Mon, Jun. 27, 2011 | *Time:*<br>10:00AM | *Dept/Div:* | *Case Number:*<br>CV09-00613 ABC (CWx) |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUBPOENA  TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

*3.  a. Party served:*                                                    SHAHBOD RASTEGAR

*4.  Address where the party was served:*                 1042 FRISKE STREET
                                                                                     PACIFIC PALISADES, CA  90272

*5.  I served the party:*
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 27, 2011 (2) at: 7:00AM
    *b. I received this subpena for service on:*           Wednesday, May 25, 2011

*6.  Witness fees were not demanded or paid.*

7.  *Person Who Served Papers:*                                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. THANUSAK  MAHATTAKULRUNGSI                    *d.   The Fee for Service was:*
    b. **CORPORATE LEGAL SERVICES**                      *e.*  I am: (3)  registered California process server
       PO BOX 27975, Registration # 2296                          *(i)*   Independent Contractor
       LOS ANGELES, CA  90027                                           *(ii)   Registration No.:*     5620
    c. 213 202-6030, FAX 213 202-6045                            *(iii)  County:*                   Los Angeles
                                                                                       *(iv)  Expiration Date:*      Thu, Sep. 22, 2011

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    *Date: Fri, May. 27, 2011*

PROOF OF SERVICE
SUBPOENA

(THANUSAK  MAHATTAKULRUNGSI)

*38682.chrpa.38682*

EXHIBIT
PAGE  28

# EXHIBIT D

AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Central District of California

| | |
|---|---|
| Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company, _____ *Plaintiff* v. _____ Lead Networks Domains Private Limited; Naresh Malik a/k/a Nick M.; Mahesh Malik; Kevin Daste; and Does 1-100, _____ *Defendant* | ) ) ) ) ) ) ) ) |

Civil Action No.  CV-09-00613 ABC (CWx)

(If the action is pending in another district, state where:

                                                                                     )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  SHAHBOD RASTEGAR
     1042 Fiske Street, Pacific Palisades, CA  90272

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See Exhibits A and B

| Place:  Christie, Parker & Hale, LLP 350 W. Colorado Blvd., Suite 500 Pasadena, CA  91105        (626) 795-9900 | Date and Time: 06/30/2011 1:00 pm |
|---|---|

The deposition will be recorded by this method:   Real-time reporting and by sound and visual means

☐ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    05/26/2011

CLERK OF COURT

                                                                              OR

_____                    _____
    *Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company    , who issues or requests this subpoena, are:
David J. Steele
Christie, Parker & Hale, LLP, 18101 Von Karman Ave., Suite 1950, Irvine, CA 92612-0163
Email:  david.steele@cph.com       Tel. (949) 476-0757

EXHIBIT  D
PAGE  29

AO 88A  (Rev.  06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  CV-09-00613 ABC (CWx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   SHAHBOD RASTEGAR

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

EXHIBIT
PAGE __30__

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

EXHIBIT _D_
PAGE _31_

**Exhibit A**
**Topics for Deposition**

1. Documents produced by Shahbod Rastegar ("RASTEGAR")

2. Business operations of RASTEGAR.

3. Business operations of DEFENDANTS[1].

4. Business operations of OTHER PARTIES.[2]

5. Business relationships between RASTEGAR and DEFENDANTS.

6. Business relationships between RASTEGAR and OTHER PARTIES.

7. The transfer of business operations and/or assets of RASTEGAR, DEFENDANTS, and OTHER PARTIES.

8. Any payments or agreements related to any of the INFRINGING DOMAIN NAMES.[3]

9. Any payments or agreements related to any domain name other than the INFRINGING DOMAIN NAMES.

10. Agreements and/or transactions between RASTEGAR and DEFENDANTS.

11. Agreements and/or transactions between RASTEGAR and OTHER PARTIES.

12. The REGISTRATION,[4] USE,[5] MONETIZATION,[6] or TRAFFICKING IN[7] of any domain name by RASTEGAR.

---

[1] "DEFENDANTS" shall mean, collectively and individually: Lead Networks Domains Private Limited, Naresh Malik a/k/a Nick M., Mahesh Malik, and Kevin Daste.
[2] "OTHER PARTIES" shall mean, collectively and individually: Dale Begg-Smith; Jason Begg-Smith; Domaincannon.com L.L.C.; Name.com L.L.C., Name.net L.L.C., and Spot Domains L.L.C.; 19 Parking.com; AMG inc. a/k/a Alternative Marketing Group; Softech Ltd. a/k/a Softtech Ltd.; Hecta Media Inc. (now known as Top Level Domain Holdings Ltd.); and any and all employees, officers, owners, past and present domestic or foreign parents, subsidiaries, divisions, departments, sister entities, affiliates, partners of partnerships, predecessors or successors-in-interest, corporate subunits, partnerships, joint ventures, or other business entities.
[3] The list of INFRINGING DOMAIN NAMES is attached as Exhibit B.
[4] "REGISTRATION" shall refer to the registration or renewal of a registration for a domain name, or any other act that entitles a party to the exclusive control and use of a domain name for any length of time.
[5] "USE" shall mean using a domain name to provide a website accessible at that domain name, or configuring the domain name to redirect visitors to any other domain name or website, or authorizing any third party to use the domain name.
[6] "MONETIZATION" shall mean using a domain name to provide a website accessible at that domain name that displays links to advertisements, or that displays advertisements, or that displays or triggers pop-up or pop-under advertisements.
[7] "TRAFFICKING IN" shall mean any transaction including, but not limited to, sales, purchases, loans, pledges, license, exchanges of currency, and any other transfer for consideration or receipt in exchange for consideration.

EXHIBIT A
PAGE 32

13. The REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by DEFENDANTS.

14. The REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by OTHER PARTIES.

15. Claims of cybersquatting, trademark infringement, or trademark dilution made against RASTEGAR, DEFENDANTS, and OTHER PARTIES.

16. Claims of cybersquatting, trademark infringement, or trademark dilution made against DEFENDANTS.

17. Claims of cybersquatting, trademark infringement, or trademark dilution made against OTHER PARTIES.

LLB IRV1121021.1-*-05/25/11 11:38 AM

EXHIBIT D
PAGE 33

**Exhibit B**
**Infringing Domain Names**

| | | |
|---|---|---|
| vaerizon.com | verizonfiles.com | verrisionwireless.com |
| vaerizonwireless.com | verizonfiosinternet.com | verrizon.com |
| varaizon.com | verizonfiostv.com | verrzonwireless.com |
| varizionwireless.com | verizonfiso.com | verrzonwireless.com |
| varizon.com | verizonfreeringtones.com | versionwireless.com |
| vedrizonwireless.com | verizongames.com | versisonwireless.com |
| veirzon.com | verizonhawaii.com | verszionwireless.com |
| verazionwireless.com | verizonhotmail.com | verszonwireless.com |
| verazonwireless.com | verizoninpulse.com | vervizon.com |
| vereizon.com | verizonireless.com | vervizonwireless.com |
| veri8zon.com | verizonjob.com | verwisonwireless.com |
| veri9zon.com | verizonless.com | verwizon.com |
| veriaonwireless.com | verizonmireless.com | verysonwireless.com |
| veriazon.com | verizonmobiles.com | veryzonwireles.com |
| verinwireless.com | verizonmyaccount.com | verzionwireless.com |
| verionfios.com | verizonmymsn.com | verzonwireles.com |
| verionline.com | verizonmyprepay.com | vevrizonwireless.com |
| verionswireless.com | verizonnwireless.com | vezrizon.com |
| veriontracker.com | verizonon.net | viersonwireless.com |
| verionwieless.com | verizononlinedsl.com | vierzionwireless.com |
| veriozen.com | verizonphonebook.com | vierzon.com |
| veriozionwireless.com | verizonphonenumbers.com | viraizon.com |
| veriozn.com | verizonpixplace.com | virazonwireless.com |
| veriozonwireless.com | verizonprepaidphone.com | vireizon.com |
| veriozonwirless.com | verizonprepay.com | virisionwireless.com |
| verironwireless.com | verizonrebate.com | virizonwireless.com |
| verisenwireless.com | verizonresidential.com | virizonwirelss.com |
| veriseon.com | verizonringbacks.com | vironwireless.com |
| verisionphones.com | verizonringbacktones.com | vironzon.com |
| verison-wirless.com | verizonspeed.com | virozionwireless.com |
| verisonbusiness.com | verizonstart.com | virozon.com |
| verisoncareers.com | verizonstart.net | virozonwireless.com |
| verisonewireless.com | verizonsuperpage.com | virzonewireless.com |
| verisonmobile.com | verizontracker.com | vizonwireless.com |
| verisononline.com | verizonvireless.com | vorizanwireless.com |
| verisonpcs.com | verizonvirusprotection.com | vorizen.com |
| verisonphones.com | verizonvisaaccountonline.com | vorizin.com |
| verisonpics.com | verizonw.com | vorizon.net |
| verisonprepayed.com | verizonweriles.com | vorzon.com |
| verisonvireless.com | verizonwhirless.com | vriezon.com |
| verisonweireless.com | verizonwhitepages.com | vriszon.com |
| verisonwerless.com | verizonwierles.com | vrizonwireless.com |
| verisonwiless.com | verizonwikreless.com | vrtizonwireless.com |

Page 1 of 2

EXHIBIT
PAGE ___34___

verisonwireess.com
verisonwireles.com
verisonwirelessinternet.com
verisonwirelles.com
verisonwirelwss.com
verisonwirerles.com
verisonwiress.com
verisonwirless.com
veriszon.com
veriszonwireless.com
verixoncentral.com
verizenwireles.com
verizinwirless.com
verizion22.com
verizionmail.com
verizionmobile.com
verizionwirelessrebates.com
verizionwirles.com
verizionwirless.com
verizionyellowpages.com
verizizonwireless.com
verizkn.com
veriznowireless.com
verizofios.com
verizoinwireless.com
verizolnwireless.com
verizon-wirless.com
verizon1.com
verizon2.com
verizonarena.com
verizonbusinessdsl.com
verizoncarrers.com
verizoncellphone.com
verizoncelluar.com
verizoncelular.com
verizoncentrel.com
verizonephones.com

verizonwilerless.com
verizonwirekless.com
verizonwireleee.com
verizonwirelees.com
verizonwireles.com
verizonwirelessbilling.com
verizonwirelessdownloads.com
verizonwirelessemployment.com
verizonwirelessgetdiscount.com
verizonwirelessmyprepaid.com
verizonwirelessmyprepay.com
verizonwirelesspixplace.com
verizonwirelesspixs.com
verizonwirelesss.com
verizonwirelesstheather.com
verizonwirelessvzw.com
verizonwirelesxs.com
verizonwirelexx.com
verizonwirelles.com
verizonwirelss.com
verizonwirelsee.com
verizonwirelss.com
verizonwiressless.com
verizonwirfeless.com
verizonwirlesspr.com
verizonwirrless.com
verizonwreless.com
verizonwwireless.com
verizopn.com
verizowirless.com
verizwireless.com
verkzon.com
veronwireless.com
verozinwireless.com
verozonwireless.com
verraizon.com

vweizon.com
vzrizon.com
vzwirelessringtones.com
wbillpayverizonwireless.com
webmailverizon.net
wrizon.com
wwwlverizonwireless.com
wwwvarizon.com
wwwveraizon.com
wwwverizononline.net
wwwverizon.com
vzchat.com
vznavagator.com
vzpics.com
vzwdeluxe.com
vzwierless.com
vzwpixplace.com
vzwprepay.com
vzwpx.com
vzwringtonesdelux.com
vzxpix.com
wirelesssynchvzw.com
wirelesssynvzw.com
22verizion.com
activatemyfiosverizon.net
berizon.com
businessverizon.net
dslstartverizon.com
erizon.com
infospeedverizon.net
myaccountatwwwverizonwireless.com
myaccountverizonwireless.com
myverizonprepaid.com
quickverizon.net
startverizon.net
v-wireless-cellphones.com

LLB IRV1121032.1-*-05/25/11 10:35 AM

EXHIBIT D
PAGE 35

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>CHRISTIE, PARKER & HALE<br>350 W. COLORADO BLVD.<br>SUITE: #500<br>PASADENA, CA 91105<br>*Telephone No:* 626 795-9900      *FAX No:* 626 577-8800<br><br>*Attorney for:* Plaintiff | |

| | |
|---|---|
| | *Ref. No. or File No.:*<br>193573 |

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court Central District Of California

*Plaintiff:* VERIZON CALIFORNIA, INC., et al.

*Defendant:* LEAD NETWORKS DOMAINS PRIVATE LIMITED, et al.

| **PROOF OF SERVICE**<br>**SUBPOENA TO TESTIFY** | *Hearing Date:*<br>Thu, Jun. 30, 2011 | *Time:*<br>1:00PM | *Dept/Div:* | *Case Number:*<br>CV09-00613 ABC (CWx) |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

*3. a. Party served:*                         SHAHBOD RASTEGAR

*4. Address where the party was served:*          1042 FRISKE STREET
                                               PACIFIC PALISADES, CA 90272

*5. I served the party:*
  a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 27, 2011 (2) at: 7:00AM
  b. *I received this subpena for service on:*        Wednesday, May 25, 2011

*6. Witness fees were offered or demanded, and paid:*     $67.00

| *7. Person Who Served Papers:* | Recoverable Cost Per CCP 1033.5(a)(4)(B) |
|---|---|
| a. THANUSAK MAHATTAKULRUNGSI<br>b. **CORPORATE LEGAL SERVICES**<br>  PO BOX 27975, Registration # 2296<br>  LOS ANGELES, CA 90027<br>c. 213 202-6030, FAX 213 202-6045 | d. *The Fee for Service was:*<br>e. I am: (3) registered California process server<br>  *(i)* Independent Contractor<br>  *(ii) Registration No.:* 5620<br>  *(iii) County:*           Los Angeles<br>  *(iv) Expiration Date:*   Thu, Sep. 22, 2011 |

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   *Date:* Fri, May. 27, 2011

Judicial Council Form                        PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007          SUBPOENA TO TESTIFY          (THANUSAK MAHATTAKULRUNGSI)
                                                                    *38681.chrpa.38681*

EXHIBIT D
PAGE 36

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CHRISTIE, PARKER & HALE<br>350 W. COLORADO BLVD.<br>SUITE: #500<br>PASADENA, CA  91105<br>Telephone No: 626 795-9900     FAX: No: 626 577-8800 | | |

| Attorney for: Plaintiff | Ref. No or File No.:<br>193573 |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court Central District Of California

Plaintiff: VERIZON CALIFORNIA, INC., et al.

Defendant: LEAD NETWORKS DOMAINS PRIVATE LIMITED, et al.

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date:<br>Thu, Jun. 30, 2011 | Time:<br>1:00pm | Dept/Div: | Case Number:<br>CV09-00613 ABC (CWx) |
|---|---|---|---|---|

1.  I, THANUSAK  MAHATTAKULRUNGSI, and any employee or independent contractors retained by CORPORATE LEGAL SERVICES  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Witness SHAHBOD  RASTEGAR as follows:

2.  Documents:    SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/25/11 | 7:10pm | Home | I SPOKE TO RICK, THE CURRENT RESIDENT. HE STATED THAT NO ONE NAMED SHAHBOD RASTEGAR LIVES HERE. Attempt made by: THANUSAK MAHATTAKULRUNGSI. Attempt at: 1948 FOX HILLS DRIVE   LOS ANGELES CA 90025. |
| Thu | 05/26/11 | 6:00pm | Business | GIVEN ADDRESS IS FOR A PRIVATE MAILBOX STORE. THEY DID CONFIRM THAT SHAHBOD HAS A BOX HERE. SHAHBOD IS NOT HERE. Attempt made by: THANUSAK  MAHATTAKULRUNGSI. Attempt at: 9190 W. OLYMPIC BLVD. SUITE 200  BEVERLY HILLS CA 90212. |
| Thu | 05/26/11 | 6:40pm | Home | I SPOKE TO JENNIFER, THE CURRENT RESIDENT. SHE STATED THAT NO ONE NAMED SHAHBOD LIVES HERE. Attempt made by: THANUSAK MAHATTAKULRUNGSI. Attempt at: 969 HILGARD AVENUE APT.#606  LOS ANGELES CA 90024. |
| Thu | 05/26/11 | 7:40pm | Home | SUBJECT IS NOT HOME.; Attempt made by: THANUSAK MAHATTAKULRUNGSI. Attempt at: 1042 FRISKE STREET  PACIFIC PALISADES CA 90272. |
| Fri | 05/27/11 | 7:00am | Home | Personal Service on: SHAHBOD  RASTEGAR Home - 1042 FRISKE STREET PACIFIC PALISADES, CA 90272 by Serving: party in item 3.a.. Served by: THANUSAK  MAHATTAKULRUNGSI |

3.  Person Executing
   a. THANUSAK  MAHATTAKULRUNGSI
   **b. CORPORATE LEGAL SERVICES**
      PO BOX 27975, Registration # 2296
      LOS ANGELES, CA  90027
   c. 213 202-6030, FAX 213 202-6045

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** for service was:
e. I am:    (3)  registered California process server
      (i)    Independent Contractor
      (ii)   Registration No.:       5620
      (iii)  County:                    Los Angeles
      (iv)  Expiration Date:       Thu, Sep. 22, 2011

4.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, May. 27, 2011

AFFIDAVIT OF REASONABLE DILIGENCE (THANUSAK  MAHATTAKULRUNGSI)

EXHIBIT
PAGE __37__

# EXHIBIT E



**CHRISTIE | PARKER | HALE** LLP
Leaders in Intellectual Property Law & Complex Litigation

PASADENA OFFICE
350 W. Colorado Blvd., Suite 500
Pasadena, CA 91105
Post Office Box 7068
Pasadena, CA 91109-7068
E-mail: info@cph.com
Tel: (626) 795-9900 · Fax: (626) 577-8800

July 1, 2011

<u>**Via Email With Confirmation by Facsimile and U.S. Mail**</u>
kdiemer@diemerwhitman.com
facsimile: 408.971.6271

Kathryn S. Diemer
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA
95113

Re:   *Verizon California Inc.,* et al. *v. Lead Network Domains Private Limited,*
      et al.*, Case Number 09-CV-613 ABC (CW) (C.D. Cal.)*
      **CPH Ref. V268:70.3\*11**

Dear Ms. Diemer:

Pursuant to Central District Local Civil Rule 37-1, Plaintiffs Verizon California Inc., Verizon Trademark Services LLC and Verizon Licensing Company (collectively, "Verizon") request a conference of counsel within the next 10 days to discuss Shabod Raestegar's ("Raestegar") and Metrix 360, Inc.'s ("Metrix 360") failure to produce *any* responsive documents, failure to appear for deposition, and failure to serve any written objections at all in response to the four subpoenas issued on May 25, 2011 and personally served on May 27, 2011.[1] All four subpoenas at issue are appended at Tabs 1-4.

The discovery directed to your clients relates to Verizon's efforts to locate and identify all potential Doe Defendants who conspired with or participated in the unlawful cybersquatting activities of the named Defendants and/or other potential Doe Defendants. The named Defendants' unlawful activities included providing a "service" to other cybersquatters to avoid detection and to frustrate the transfer of infringing domain names to trademark owners. Defendants hid the identity of the registrant(s) of the infringing domain names by using shell entities and fictitious businesses, and providing false contact information in various public records and databases. Verizon is therefore seeking all information that will assist it in detecting

<div style="font-size:smaller">

James B. Christie  (1904-1959)
Robert L. Parker  (1920-1980)
C. Russell Hale  (1916-2004)

David A. Dillard
Thomas J. Daly
Edward R. Schwartz
John D. Carpenter
Wesley W. Monroe
David A. Plumley
Gregory S. Lampert
Mark Garscia
Syed A. Hasan
Robert A. Green
Howard A. Kroll
Michael J. MacDermott
Anne Wang
Constantine Marantidis
Gary J. Nelson
Raymond R. Tabandeh
Josephine E. Chang
Jun-Young E. Jeon
Brian K. Brookey
David J. Steele
Peter C. Hsueh
Oliver S. Bajracharya
Lauren E. Schneider
Daniel R. Kimbell
Gary S. Dukarich
G. Warren Bleeker
Gabriel Fitch
Tiffany A. Parcher
Steven E. Lauridsen
Patrick J. Orme
Nikki M. Dossman
Derek W. Yeung
Jason C. Martone
Joshua T. Chu
David W. Klinger
Bruce A. Wagar, Ph.D.
Phyllis C. Simon
Justin O. Ehresmann, Ph.D.
Shaun P. Lee
Ryan M. Swank\*
Faustina Y. Lee

**Of Counsel**
Hayden A. Carney
Walter G. Maxwell
Richard A. Wallen

**Patent Agents**
Nicole Ballew Chang, Ph.D.

\*Admitted only in AZ

</div>

---

[1] The purported "Motion For Protective Order" filed by Raestegar and Metrix 360 on June 24, 2011 (*see* Docket Entry Nos. 145-1, 145-2) addresses only two of the four subpoenas at issue, fails to comply at all with the local rules (as explained in earlier correspondence dated July 1, 2011), and is therefore a nullity. Under the local rules, this motion will not be considered by the Court.



**CHRISTIE | PARKER | HALE** LLP
Leaders in Intellectual Property Law & Complex Litigation



EXHIBIT E
PAGE 38

Kathryn S. Diemer
DIEMER, WHITMAN & CARDOSI, LLP
July 1, 2011
Page 2

the true identity of additional cybersquatters.  The Court has already issued an Order permitting this very discovery to take place. *See* Tab 5.

<u>Document Subpoenas Served on Raestegar and Metrix 360</u>

The document subpoenas served on your clients Raestegar and Metrix 360 all relate directly to Verizon's efforts to uncover the identity of additional cybersquatters—and such discovery has been specifically approved by the Court.  Based on other information received by Verizon, it appears that very large sums of money have apparently passed through your client(s)' bank account(s) in connection with the infringing domain names.  Verizon is therefore entitled to follow the various money trails to uncover additional potential defendants.

Requests 1-4 directed to Metrix 360 and Request 1 directed to Raestegar seek corporate information of Metrix 360 which is general background information that is permitted under the federal discovery rules.

Requests 5-14 directed to Metrix 360 and Requests 2-12 directed to Raestegar seek the documents necessary for Verizon to "follow the money" in order to locate the identity of other potential cybersquatters.

Requests 15-21 directed to Metrix 360 and Requests 13-18 directed to Raestegar seek documents relating to any claims of cybersquatting or trademark infringement against various possible Doe defendants.

Thus, each of the document requests is directed towards identifying and locating additional cybersquatters and the Court has already ordered that such discovery is appropriate in this case.

Metrix 360 and Raestegar were required to produce responsive documents on June 27, 2011.  As of today's date of July 1, 2011, *no documents have been produced* and no formal written objections have been served, thus waiving any claimed objections.  Having now waived all objections, Metrix 360 and Raestegar certainly have no good faith bases to continue to refuse to comply with the document subpoenas.  Even if your clients believe some aspects of the requests are overly broad (and you had not already waived all objections), your clients have a duty to produce the remaining documents, which they have failed to do.

At this point, Verizon will seek an order compelling production of all responsive documents, an order finding that your clients waived all objections by: (1) failing to serve any written objections, (2) failing to take any action at all regarding the document subpoena directed to Raestegar, and (3) filing a purported motion for protective order that is a nullity as to the document subpoena directed to Metrix 360.  Verizon will seek sanctions, including, but not limited to recovery of attorneys' fees and costs.

CHRISTIE PARKER HALE LLP
Leaders in Intellectual Property Law & Complex Litigation

EXHIBIT E
PAGE 38

Kathryn S. Diemer
DIEMER, WHITMAN & CARDOSI, LLP
July 1, 2011
Page 3

<u>Deposition Subpoenas Served on Raestegar and Metrix 360</u>

The deposition subpoenas served back in May required Raestegar and a corporate officer or officers for Metrix 360 to appear for deposition on June 30, 2011.  The deposition topics outlined in the subpoenas track the topics for which Verizon sought document requests and are proper discovery topics as explained above. Your clients failed to serve any written objections to the subpoenas, thus waiving any objections, and failed to appear for deposition.

Verizon will seek an order compelling the depositions of Raestegar and a knowledgeable corporate officer or officers from Metrix 360 for each of the delineated topics and an order finding that your clients waived all objections by: (1) failing to serve any formal written objections, (2) failing to take any action at all regarding the deposition subpoena directed to Metrix 360, and (3) filing a purported motion for protective order that is a nullity regarding the deposition directed to Raestegar.  Verizon will seek sanctions, including, but not limited to recovery of attorneys' fees necessary to compel these deposition and all related costs.

I am available on July 6 and 8 to conduct the pre-filing conference of counsel.  Please advise if you are available on those dates, and if not, please provide alternative dates.

Sincerely,

G. Warren Bleeker

GWB/gwb

Enclosures (Tabs 1-5)
cc: Howard A. Kroll
    David J. Steele

GWB PAS1126311.1-*-07/1/11 4:40 PM

CHRISTIE | PARKER | HALE LLP
Leaders in Intellectual Property Law & Complex Litigation

EXHIBIT  E
PAGE  46

# **TAB 1**

EXHIBIT   *E*
PAGE ___*41*

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | | |
|---|---|---|
| Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   CV-09-00613 ABC (CWx) |
| Lead Networks Domains Private Limited; Naresh Malik a/k/a Nick M.; Mahesh Malik; Kevin Daste; and Does 1-100, | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  METRIX 360, LLC
     1042 Fiske Street, Pacific Palisades, CA  90272

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

        See Exhibits A and B

| Place: Christie, Parker & Hale, LLP 350 W. Colorado Blvd, Suite 500 Pasadena, CA  91105          (626) 795-9900 | Date and Time: 06/27/2011 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

---

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    05/26/2011

| *CLERK OF COURT* | OR | *[signature]* |
|---|---|---|
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Verizon California, Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company    , who issues or requests this subpoena, are:

David J. Steele
Christie, Parker & Hale, LLP, 18101 Von Karman Ave., Suite 1950, Irvine, CA 92612-0163
Email:  david.steele@cph.com    Tel. (949) 476-0757

EXHIBIT  *E*
PAGE  *42*

AO 88B  (Rev.  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  CV-09-00613 ABC (CWx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____

                                              *Server's signature*

                                 _____

                                              *Printed name and title*

                                 _____

                                              *Server's address*

Additional information regarding attempted service, etc:

EXHIBIT B
PAGE 43

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information;

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

**(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

EXHIBIT E
PAGE 44

**Exhibit A**
**Documents to Be Produced**

1. The Articles of Incorporation, operating agreements, and bylaws for Metrix 360, LLC ("METRIX").

2. All documents relating to meetings of the METRIX board of directors, including but not limited to minutes, agendas, announcements, invitations, and resolutions.

3. All documents that identify any officer, director, shareholder, employee, subsidiary company, partner, agents, affiliate, joint venturer, member, organizer, manager, and office location of METRIX from 2006 to present.

4. All documents that identify any party who has held any ownership or financial interest in METRIX from 2006 to present.

5. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the REGISTRATION,[1] USE,[2] MONETIZATION,[3] or TRAFFICKING IN[4] of any domain name by METRIX.

6. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by DEFENDANTS[5].

7. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by OTHER PARTIES.[6]

8. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any of the INFRINGING DOMAIN NAMES.[7]

---

[1] "REGISTRATION" shall refer to the registration or renewal of a registration for a domain name, or any other act that entitles a party to the exclusive control and use of a domain name for any length of time.
[2] "USE" shall mean using a domain name to provide a website accessible at that domain name, or configuring the domain name to redirect visitors to any other domain name or website, or authorizing any third party to use the domain name.
[3] "MONETIZATION" shall mean using a domain name to provide a website accessible at that domain name that displays links to advertisements, or that displays advertisements, or that displays or triggers pop-up or pop-under advertisements.
[4] "TRAFFICKING IN" shall mean any transaction including, but not limited to, sales, purchases, loans, pledges, license, exchanges of currency, and any other transfer for consideration or receipt in exchange for consideration.
[5] "DEFENDANTS" shall mean, collectively and individually: Lead Networks Domains Private Limited, Naresh Malik a/k/a Nick M., Mahesh Malik, and Kevin Daste.
[6] "OTHER PARTIES" shall mean, collectively and individually: Dale Begg-Smith; Jason Begg-Smith; Domaincannon.com L.L.C.; Name.com L.L.C., Name.net L.L.C., and Spot Domains L.L.C.; 19 Parking.com; AMG inc. a/k/a Alternative Marketing Group; Softech Ltd. a/k/a Softtech Ltd.; Hecta Media Inc. (now known as Top Level Domain Holdings Ltd.); and any and all employees, officers, owners, past and present domestic or foreign parents, subsidiaries, divisions, departments, sister entities, affiliates, partners of partnerships, predecessors or successors-in-interest, corporate subunits, partnerships, joint ventures, or other business entities.
[7] The list of INFRINGING DOMAIN NAMES is attached as Exhibit B.

EXHIBIT B
PAGE 45

9. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any other domain name.

10. All documents, including correspondence, contracts, payments, and financial documents, related to any agreement or transaction between METRIX and DEFENDANTS.

11. All documents, including correspondence, contracts, payments, and financial documents, related to any agreement or transaction between METRIX and and OTHER PARTIES.

12. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any business operations involving domain names of DEFENDANTS.

13. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any business operations involving domain names of OTHER PARTIES.

14. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the transfer of business operations and/or assets of DEFENDANTS, OTHER PARTIES, and/or METRIX.

15. All documents relating to any claim of cybersquatting, trademark infringement, or trademark dilution made against METRIX, DEFENDANTS, and/or OTHER PARTIES.

16. All documents relating to any claim of cybersquatting, trademark infringement, or trademark dilution made against DEFENDANTS.

17. All documents relating to any claim of cybersquatting, trademark infringement, or trademark dilution made against OTHER PARTIES.

18. All documents filed in any action involving a domain name in which METRIX was a party that was filed with any United States court, regulatory agency, or arbitration panel.

19. All documents METRIX produced to any opposing party or third party in connection with any action involving a domain name that was filed with any United States court, regulatory agency, or arbitration panel.

20. All declarations and affidavits filed by METRIX in connection with any action involving a domain name that was filed with any United States court, regulatory agency, arbitration panel, or panel hearing a complaint filed pursuant to the Uniform Domain-Name Dispute-Resolution Policy.

21. All documents relating to any deposition of METRIX in any lawsuit concerning any domain name.

LLB IRV1120704.1-*-05/25/11 12:48 PM

Page 2 of 2

EXHIBIT _E_
PAGE _46_

**Exhibit B**
**Infringing Domain Names**

| | | |
|---|---|---|
| vaerizon.com | verizonfiles.com | verrisionwireless.com |
| vaerizonwireless.com | verizonfiosinternet.com | verrizon.com |
| varaizon.com | verizonfiostv.com | verrizonwireless.com |
| varizionwireless.com | verizonfiso.com | verrzonwireless.com |
| varizon.com | verizonfreeringtones.com | versionwireless.com |
| vedrizonwireless.com | verizongames.com | versisionwireless.com |
| veirzon.com | verizonhawaii.com | verszionwireless.com |
| verazionwireless.com | verizonhotmail.com | verszonwireless.com |
| verazonwireless.com | verizoninpulse.com | vervizon.com |
| vereizon.com | verizonireless.com | vervizonwireless.com |
| veri8zon.com | verizonjob.com | verwisonwireless.com |
| veri9zon.com | verizonless.com | verwizon.com |
| veriaonwireless.com | verizonmireless.com | verysonwireless.com |
| veriazon.com | verizonmobiles.com | veryzonwireless.com |
| verinwireless.com | verizonmyaccount.com | verzionwireless.com |
| verionfios.com | verizonmymsn.com | verzonwireles.com |
| veriononline.com | verizonmyprepay.com | vevrizonwireless.com |
| verionswireless.com | verizonnwireless.com | vezrizon.com |
| veriontracker.com | verizonon.net | viersonwireless.com |
| verionwieless.com | verizononlinedsl.com | vierzionwireless.com |
| veriozen.com | verizonphonebook.com | vierzon.com |
| veriozionwireless.com | verizonphonenumbers.com | viraizon.com |
| veriozn.com | verizonpixplace.com | virazonwireless.com |
| veriozonwireless.com | verizonprepaidphone.com | vireizon.com |
| veriozonwireless.com | verizonprepay.com | virisionwireless.com |
| verironwireless.com | verizonrebate.com | virizonwireless.com |
| verisenwireless.com | verizonresidential.com | virizonwirless.com |
| veriseon.com | verizonringbacks.com | vironwireless.com |
| verisionphones.com | verizonringbacktones.com | vironzon.com |
| verison-wirless.com | verizonspeed.com | virozionwireless.com |
| verisonbusiness.com | verizonstart.com | virozon.com |
| verisoncareers.com | verizonstart.net | virozonwireless.com |
| verisonewireless.com | verizonsuperpage.com | virzonewireless.com |
| verisonmobile.com | verizontracker.com | vizonwireless.com |
| verisononline.com | verizonvireless.com | vorizanwireless.com |
| verisonpcs.com | verizonvirusprotection.com | vorizen.com |
| verisonphones.com | verizonvisaaccountonline.com | vorizin.com |
| verisonpics.com | verizonw.com | vorizon.net |
| verisonprepayed.com | verizonweriles.com | vorzon.com |
| verisonvireless.com | verizonwhirless.com | vriezon.com |
| verisonweireless.com | verizonwhitepages.com | vriszon.com |
| verisonwerless.com | verizonwierles.com | vrizonwireless.com |
| verisonwiless.com | verizonwikreless.com | vrtizonwireless.com |

Page 1 of 2

| | | |
|---|---|---|
| verisonwireess.com | verizonwilerless.com | vweizon.com |
| verisonwireles.com | verizonwirekless.com | vzrizon.com |
| verisonwirelessinternet.com | verizonwireleee.com | vzwirelessringtones.com |
| verisonwirelles.com | verizonwirelees.com | wbillpayverizonwireless.com |
| verisonwirelwss.com | verizonwireles.com | webmailverizon.net |
| verisonwirerles.com | verizonwirelessbilling.com | wrizon.com |
| verisonwiress.com | verizonwirelessdownloads.com | wwwlverizonwireless.com |
| verisonwirless.com | verizonwirelessemployment.com | wwwvarizon.com |
| veriszon.com | verizonwirelessgetdiscount.com | wwwveraizon.com |
| veriszonwireless.com | verizonwirelessmyprepaid.com | wwwverizononline.net |
| verixoncentral.com | verizonwirelessmyprepay.com | wwwverrizon.com |
| verizenwireles.com | verizonwirelesspixplace.com | vzchat.com |
| verizinwirless.com | verizonwirelesspixs.com | vznavagator.com |
| verizion22.com | verizonwirelesss.com | vzpics.com |
| verizionmail.com | verizonwirelesstheather.com | vzwdeluxe.com |
| verizionmobile.com | verizonwirelessvzw.com | vzwierless.com |
| verizionwirelessrebates.com | verizonwirelesxs.com | vzwpixplace.com |
| verizionwirles.com | verizonwirelexx.com | vzwprepay.com |
| verizionwirless.com | verizonwirelles.com | vzwpx.com |
| verizionyellowpages.com | verizonwirelless.com | vzwringtonesdelux.com |
| verizizonwireless.com | verizonwirelsee.com | vzxpix.com |
| verizkn.com | verizonwirelsss.com | wirelesssynchvzw.com |
| veriznowireless.com | verizonwiressless.com | wirelesssynvzw.com |
| verizofios.com | verizonwirfeless.com | 22verizion.com |
| verizoinwireless.com | verizonwirlesspr.com | activatemyfiosverizon.net |
| verizolnwireless.com | verizonwirrless.com | berizon.com |
| verizon-wirless.com | verizonwreless.com | businessverizon.net |
| verizon1.com | verizonwwireless.com | dslstartverizon.com |
| verizon2.com | verizopn.com | erizon.com |
| verizonarena.com | verizowirless.com | infospeedverizon.net |
| verizonbusinessdsl.com | verizwireless.com | myaccountatwwwverizonwireless.com |
| verizoncarrers.com | verkzon.com | myaccountverizonwireless.com |
| verizoncellphone.com | veronwireless.com | myverizonprepaid.com |
| verizoncelluar.com | verozinwireless.com | quickverizon.net |
| verizoncelular.com | verozonwireless.com | startverizon.net |
| verizoncentrel.com | verraizon.com | v-wireless-cellphones.com |
| verizonephones.com | | |

LLB IRV1121032.1-*-05/25/11 10:35 AM

EXHIBIT E
PAGE 48

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CHRISTIE, PARKER & HALE<br>350 W. COLORADO BLVD.<br>SUITE: #500<br>PASADENA, CA  91105<br>*Telephone No:* 626 795-9900      *FAX No:* 626 577-8800 | | |

*Attorney for:* Plaintiff

| | *Ref. No. or File No.:*<br>193576 |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court Central District Of California

*Plaintiff:* VERIZON CALIFORNIA, INC., et al.

*Defendant:* LEAD NETWORKS DOMAINS PRIVATE LIMITED, et al.

| PROOF OF SERVICE<br>SUBPOENA | *Hearing Date:*<br>Mon, Jun. 27, 2011 | *Time:*<br>10:00AM | *Dept/Div:* | *Case Number:*<br>CV09-00613 ABC (CWx) |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUBPOENA  TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

*3. a. Party served:*  METRIX 360, LLC
   *b. Person served:*  SHAHBOD RASTEGAR, Authorized to Accept Service

*4. Address where the party was served:*   1042 FRISKE STREET
   PACIFIC PALISADES, CA  90272

*5. I served the party:*
   **a. by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 27, 2011 (2) at: 7:00AM
   *b. I received this subpena for service on:*   Wednesday, May 25, 2011

*6. Witness fees were not demanded or paid.*

*7. Person Who Served Papers:*                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. THANUSAK  MAHATTAKULRUNGSI
   **b. CORPORATE LEGAL SERVICES**         *d.* ***The Fee for Service was:***
      PO BOX 27975, Registration # 2296      *e.* I am: (3)  registered California process server
      LOS ANGELES, CA  90027                      *(i)*   Independent Contractor
   c. 213 202-6030, FAX 213 202-6045             *(ii)* Registration No.:     5620
                                                 *(iii) County:*              Los Angeles
                                                 *(iv) Expiration Date:*      Thu, Sep. 22, 2011

*8.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, May. 27, 2011

Judicial Council Form                       PROOF OF SERVICE                  (THANUSAK  MAHATTAKULRUNGSI)
Rule 2.150.(a)&(b) Rev January 1, 2007       SUBPOENA                                    *38684.chrpa.38684*

EXHIBIT E
PAGE 49

# **TAB 2**

EXHIBIT E
PAGE 50

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Lead Networks Domains Private Limited; Naresh Malik a/k/a Nick M.; Mahesh Malik; Kevin Daste; and Does 1-100, | ) |
| *Defendant* | ) |

Civil Action No.   CV-09-00613 ABC (CWx)

(If the action is pending in another district, state where:

_____ )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  SHAHBOD RASTEGAR
     1042 Fiske Street, Pacific Palisades, CA  90272

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

        See Exhibits A and B

| Place: Christie, Parker & Hale, LLP 350 W. Colorado Blvd, Suite 500 Pasadena, CA  91105            (626) 795-9900 | Date and Time: 06/27/2011 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    05/26/2011

| *CLERK OF COURT* | OR | |
|---|---|---|
| _____ *Signature of Clerk or Deputy Clerk* | | _____ *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Verizon California, Inc.;
Verizon Trademark Services LLC; and Verizon Licensing Company    , who issues or requests this subpoena, are:
David J. Steele
Christie, Parker & Hale, LLP, 18101 Von Karman Ave., Suite 1950, Irvine, CA 92612-0163
Email:  david.steele@cph.com    Tel. (949) 476-0757

EXHIBIT  E
PAGE  51

AO 88B  (Rev.  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   CV-09-00613 ABC (CWx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    SHAHBOD RASTEGAR

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

EXHIBIT _E_
PAGE _52_

AO 88B  (Rev.  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information;

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

**(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).



EXHIBIT *E*
PAGE *53*

**Exhibit A**
**Documents to Be Produced**

1.  All documents that identify any entity which Shahbod Rastegar ("RASTEGAR") has been an officer, director, managing member, shareholder, owner, or employee from 2006 to the present.

2.  All documents relating to any dividends, loans, capital contributions, or payments received by or made to RASTEGAR from or by any of the DEFENDANTS[1], or OTHER PARTIES.[2]

3.  All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the REGISTRATION,[3] USE,[4] MONETIZATION,[5] or TRAFFICKING IN[6] of any domain name by RASTEGAR.

4.  All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by DEFENDANTS[7].

5.  All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by OTHER PARTIES.[8]

---

[1] "DEFENDANTS" shall mean, collectively and individually: Lead Networks Domains Private Limited, Naresh Malik a/k/a Nick M., Mahesh Malik, and Kevin Daste.

[2] "OTHER PARTIES" shall mean, collectively and individually: Metrix 360 L.L.C., Dale Begg-Smith; Jason Begg-Smith; Domaincannon.com L.L.C.; Name.com L.L.C., Name.net L.L.C., and Spot Domains L.L.C.; 19 Parking.com; AMG inc. a/k/a Alternative Marketing Group; Softech Ltd. a/k/a Softtech Ltd.; Hecta Media Inc. (now known as Top Level Domain Holdings Ltd.); and any and all employees, officers, owners, past and present domestic or foreign parents, subsidiaries, divisions, departments, sister entities, affiliates, partners of partnerships, predecessors or successors-in-interest, corporate subunits, partnerships, joint ventures, or other business entities.

[3] "REGISTRATION" shall refer to the registration or renewal of a registration for a domain name, or any other act that entitles a party to the exclusive control and use of a domain name for any length of time.

[4] "USE" shall mean using a domain name to provide a website accessible at that domain name, or configuring the domain name to redirect visitors to any other domain name or website, or authorizing any third party to use the domain name.

[5] "MONETIZATION" shall mean using a domain name to provide a website accessible at that domain name that displays links to advertisements, or that displays advertisements, or that displays or triggers pop-up or pop-under advertisements.

[6] "TRAFFICKING IN" shall mean any transaction including, but not limited to, sales, purchases, loans, pledges, license, exchanges of currency, and any other transfer for consideration or receipt in exchange for consideration.

[7] "DEFENDANTS" shall mean, collectively and individually: Lead Networks Domains Private Limited, Naresh Malik a/k/a Nick M., Mahesh Malik, and Kevin Daste.

[8] "OTHER PARTIES" shall mean, collectively and individually: Dale Begg-Smith; Jason Begg-Smith; Domaincannon.com L.L.C.; Name.com L.L.C., Name.net L.L.C., and Spot Domains L.L.C.; 19 Parking.com; AMG inc. a/k/a Alternative Marketing Group; Softech Ltd. a/k/a Softtech Ltd.; Hecta Media Inc. (now known as Top Level Domain Holdings Ltd.); and any and all employees, officers, owners, past and present domestic or foreign parents, subsidiaries, divisions, departments, sister entities, affiliates, partners of partnerships, predecessors or successors-in-interest, corporate subunits, partnerships, joint ventures, or other business entities.

EXHIBIT E
PAGE 54

6. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any of the INFRINGING DOMAIN NAMES.[9]

7. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any other domain name.

8. All documents, including correspondence, contracts, payments, and financial documents, related to any agreement or transaction between RASTEGAR and DEFENDANTS.

9. All documents, including correspondence, contracts, payments, and financial documents, related to any agreement or transaction between RASTEGAR and OTHER PARTIES.

10. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any business operations involving domain names of DEFENDANTS.

11. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to any business operations involving domain names of OTHER PARTIES.

12. All documents, including correspondence, contracts, payments, financial documents, and complaints, relating to the transfer of business operations and/or assets of DEFENDANTS, OTHER PARTIES, and/or RASTEGAR.

13. All documents relating to any claim of cybersquatting, trademark infringement, or trademark dilution made against RASTEGAR, DEFENDANTS, and/or OTHER PARTIES.

14. All documents relating to any claim of cybersquatting, trademark infringement, or trademark dilution made against DEFENDANTS.

15. All documents relating to any claim of cybersquatting, trademark infringement, or trademark dilution made against OTHER PARTIES.

16. All documents filed in any action involving a domain name in which RASTEGAR was a party that was filed with any United States court, regulatory agency, or arbitration panel.

17. All documents RASTEGAR produced to any opposing party or third party in connection with any action involving a domain name that was filed with any United States court, regulatory agency, or arbitration panel.

18. All documents relating to any deposition of RASTEGAR in any lawsuit concerning any domain name.

LLB IRV1121027.1-*-05/25/11 11:03 AM

---

[9] The list of INFRINGING DOMAIN NAMES is attached as Exhibit B.

EXHIBIT E
PAGE 55

**Exhibit B**
**Infringing Domain Names**

| | | |
|---|---|---|
| vaerizon.com | verizonfiles.com | verrisionwireless.com |
| vaerizonwireless.com | verizonfiosinternet.com | verrizon.com |
| varaizon.com | verizonfiostv.com | verrizonwireles.com |
| varizionwireless.com | verizonfiso.com | verrzonwireless.com |
| varizon.com | verizonfreeringtones.com | versionwireles.com |
| vedrizonwireless.com | verizongames.com | versisonwireless.com |
| veirzon.com | verizonhawaii.com | verszionwireless.com |
| verazionwireless.com | verizonhotmail.com | verszonwireless.com |
| verazonwireless.com | verizoninpulse.com | vervizon.com |
| vereizon.com | verizonireless.com | vervizonwireless.com |
| veri8zon.com | verizonjob.com | verwisonwireless.com |
| veri9zon.com | verizonless.com | verwizon.com |
| veriaonwireless.com | verizonmireless.com | verysonwireless.com |
| veriazon.com | verizonmobiles.com | veryzonwireless.com |
| verinwireless.com | verizonmyaccount.com | verzionwireless.com |
| verionfios.com | verizonmymsn.com | verzonwireles.com |
| veriononline.com | verizonmyprepay.com | vevrizonwireless.com |
| verionswireless.com | verizonnwireless.com | vezrizon.com |
| veriontracker.com | verizonon.net | viersonwireless.com |
| verionwieless.com | verizononlinedsl.com | vierzionwireless.com |
| veriozen.com | verizonphonebook.com | vierzon.com |
| veriozionwireless.com | verizonphonenumbers.com | viraizon.com |
| veriozn.com | verizonpixplace.com | virazonwireless.com |
| veriozonwireless.com | verizonprepaidphone.com | vireizon.com |
| veriozonwirless.com | verizonprepay.com | virisionwireless.com |
| verironwireless.com | verizonrebate.com | virizonwireless.com |
| verisenwireless.com | verizonresidential.com | virizonwirelss.com |
| veriseon.com | verizonringbacks.com | vironwireless.com |
| verisionphones.com | verizonringbacktones.com | vironzon.com |
| verison-wirless.com | verizonspeed.com | virozionwireless.com |
| verisonbusiness.com | verizonstart.com | virozon.com |
| verisoncareers.com | verizonstart.net | virozonwireless.com |
| verisonewireless.com | verizonsuperpage.com | virzonewireless.com |
| verisonmobile.com | verizontracker.com | vizonwireless.com |
| verisononline.com | verizonvireless.com | vorizanwireless.com |
| verisonpcs.com | verizonvirusprotection.com | vorizen.com |
| verisonphones.com | verizonvisaaccountonline.com | vorizin.com |
| verisonpics.com | verizonw.com | vorizon.net |
| verisonprepayed.com | verizonweriles.com | vorzon.com |
| verisonvireless.com | verizonwhirless.com | vriezon.com |
| verisonweireless.com | verizonwhitepages.com | vriszon.com |
| verisonwerless.com | verizonwierles.com | vrizonwireless.com |
| verisonwiless.com | verizonwikreless.com | vrtizonwireless.com |

EXHIBIT B
PAGE 56

| | | |
|---|---|---|
| verisonwireess.com | verizonwilerless.com | vweizon.com |
| verisonwireles.com | verizonwirekless.com | vzrizon.com |
| verisonwirelessinternet.com | verizonwireleee.com | vzwirelessringtones.com |
| verisonwirelles.com | verizonwirelees.com | wbillpayverizonwireless.com |
| verisonwirelwss.com | verizonwireles.com | webmailverizon.net |
| verisonwirerles.com | verizonwirelessbilling.com | wrizon.com |
| verisonwiress.com | verizonwirelessdownloads.com | wwwlverizonwireless.com |
| verisonwirlss.com | verizonwirelessemployment.com | wwwvarizon.com |
| veriszon.com | verizonwirelessgetdiscount.com | wwwveraizon.com |
| veriszonwireless.com | verizonwirelessmyprepaid.com | wwwverizononline.net |
| verixoncentral.com | verizonwirelessmyprepay.com | wwwverizon.com |
| verizenwireles.com | verizonwirelesspixplace.com | vzchat.com |
| verizinwirless.com | verizonwirelesspixs.com | vznavagator.com |
| verizion22.com | verizonwirelesss.com | vzpics.com |
| verizionmail.com | verizonwirelesstheather.com | vzwdeluxe.com |
| verizionmobile.com | verizonwirelessvzw.com | vzwierless.com |
| verizionwirelessrebates.com | verizonwirelesxs.com | vzwpixplace.com |
| verizionwirles.com | verizonwirelexx.com | vzwprepay.com |
| verizionwirlss.com | verizonwirelles.com | vzwpx.com |
| verizionyellowpages.com | verizonwirelless.com | vzwringtonesdelux.com |
| verizizonwireless.com | verizonwirelsee.com | vzxpix.com |
| verizkn.com | verizonwirelss.com | wirelesssynchvzw.com |
| veriznowireless.com | verizonwiressless.com | wirelesssynvzw.com |
| verizofios.com | verizonwirfeless.com | 22verizion.com |
| verizoinwireless.com | verizonwirlesspr.com | activatemyfiosverizon.net |
| verizolnwireless.com | verizonwirrless.com | berizon.com |
| verizon-wirless.com | verizonwreless.com | businessverizon.net |
| verizon1.com | verizonwwireless.com | dslstartverizon.com |
| verizon2.com | verizopn.com | erizon.com |
| verizonarena.com | verizowirless.com | infospeedverizon.net |
| verizonbusinessdsl.com | verizwireless.com | myaccountatwwwverizonwireless.com |
| verizoncarrers.com | verkzon.com | myaccountverizonwireless.com |
| verizoncellphone.com | veronwireless.com | myverizonprepaid.com |
| verizoncelluar.com | verozinwireless.com | quickverizon.net |
| verizoncelular.com | verozonwireless.com | startverizon.net |
| verizoncentrel.com | verraizon.com | v-wireless-cellphones.com |
| verizonephones.com | | |

LLB IRV1121032.1-*-05/25/11 10:35 AM

EXHIBIT  E
PAGE  57

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| ℭ<br>CHRISTIE, PARKER & HALE<br>350 W. COLORADO BLVD.<br>SUITE: #500<br>PASADENA, CA  91105<br>*Telephone No:* 626 795-9900     *FAX No:* 626 577-8800 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>193574 | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court Central District Of California |

*Plaintiff:* VERIZON CALIFORNIA, INC., et al.

*Defendant:* LEAD NETWORKS DOMAINS PRIVATE LIMITED, et al.

| **PROOF OF SERVICE<br>SUBPOENA** | *Hearing Date:*<br>Mon, Jun. 27, 2011 | *Time:*<br>10:00AM | *Dept/Div:* | *Case Number:*<br>CV09-00613 ABC (CWx) |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUBPOENA  TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

*3. a. Party served:*                                        SHAHBOD RASTEGAR

*4. Address where the party was served:*          1042 FRISKE STREET
                                                                       PACIFIC PALISADES, CA  90272

*5. I served the party:*
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 27, 2011 (2) at: 7:00AM
    *b. I received this subpena for service on:*       Wednesday, May 25, 2011

*6. Witness fees were not demanded or paid.*

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. THANUSAK  MAHATTAKULRUNGSI                 *d.   The Fee for Service was:*
    b. **CORPORATE LEGAL SERVICES**               *e.   I am: (3)  registered California process server*
       PO BOX 27975, Registration # 2296               *(i)   Independent Contractor*
       LOS ANGELES, CA  90027                           *(ii)  Registration No.:*      5620
    c. 213 202-6030, FAX 213 202-6045                *(iii) County:*                    Los Angeles
                                          *(iv)  Expiration Date:*        Thu, Sep. 22, 2011

*8.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    *Date: Fri, May. 27, 2011*

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE<br>SUBPOENA** | (THANUSAK  MAHATTAKULRUNGSI)<br>*38682.chrpa.38682* |
|---|---|---|

EXHIBIT   E
PAGE   58

# **TAB 3**

EXHIBIT __B__
PAGE ___59___

AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Lead Networks Domains Private Limited; Naresh Malik a/k/a Nick M.; Mahesh Malik; Kevin Daste; and Does 1-100, | ) |
| *Defendant* | ) |

Civil Action No.   CV-09-00613 ABC (CWx)

(If the action is pending in another district, state where:
                                                                                            )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  METRIX 360, LLC
     1042 Fiske Street, Pacific Palisades, CA  90272

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See Exhibits A and B

| Place:  Christie, Parker & Hale, LLP 350 W. Colorado Blvd., Suite 500 Pasadena, CA  91105        (626) 795-9900 | Date and Time: 06/30/2011 9:30 am |
|---|---|

The deposition will be recorded by this method:  _Real-time reporting and by sound and visual means_

☐ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   _05/26/2011_

        *CLERK OF COURT*

                                                   OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                 *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Verizon California Inc.;
Verizon Trademark Services LLC; and Verizon Licensing Company     , who issues or requests this subpoena, are:
David J. Steele
Christie, Parker & Hale, LLP, 18101 Von Karman Ave., Suite 1950, Irvine, CA 92612-0163
Email:  david.steele@cph.com      Tel. (949) 476-0757


EXHIBIT  E
PAGE  60

AO 88A  (Rev.  06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.   CV-09-00613 ABC (CWx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named individual as follows: _____

_____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                *Server's signature*

                              _____
                                             *Printed name and title*

                              _____
                                               *Server's address*

Additional information regarding attempted service, etc:

EXHIBIT  E
PAGE  61

# Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

EXHIBIT E
PAGE 62

**Exhibit A**
**Topics for Metrix 360, LLC 30(b)(6) Witness**

1. Documents produced by Metrix 360, LLC ("METRIX").

2. Formation of METRIX, including but not limited to, the reasons for the formation.

3. Corporate structure of METRIX.

4. Business operations of METRIX.

5. Business relationships between METRIX and DEFENDANTS[1].

6. Business relationships between METRIX and OTHER PARTIES.[2]

7. The transfer of business operations and/or assets of METRIX, DEFENDANTS, and OTHER PARTIES.

8. Any payments or agreements related to any of the INFRINGING DOMAIN NAMES.[3]

9. Any payments or agreements related to any domain name other than the INFRINGING DOMAIN NAMES.

10. Agreements and/or transactions between METRIX and DEFENDANTS.

11. Agreements and/or transactions between METRIX and OTHER PARTIES.

12. The REGISTRATION,[4] USE,[5] MONETIZATION,[6] or TRAFFICKING IN[7] of any domain name by METRIX.

---

[1] "DEFENDANTS" shall mean, collectively and individually: Lead Networks Domains Private Limited, Naresh Malik a/k/a Nick M., Mahesh Malik, and Kevin Daste.
[2] "OTHER PARTIES" shall mean, collectively and individually: Dale Begg-Smith; Jason Begg-Smith; Domaincannon.com L.L.C.; Name.com L.L.C., Name.net L.L.C., and Spot Domains L.L.C.; 19 Parking.com; AMG inc. a/k/a Alternative Marketing Group; Softech Ltd. a/k/a Softtech Ltd.; Hecta Media Inc. (now known as Top Level Domain Holdings Ltd.); and any and all employees, officers, owners, past and present domestic or foreign parents, subsidiaries, divisions, departments, sister entities, affiliates, partners of partnerships, predecessors or successors-in-interest, corporate subunits, partnerships, joint ventures, or other business entities.
[3] The list of INFRINGING DOMAIN NAMES is attached as Exhibit B.
[4] "REGISTRATION" shall refer to the registration or renewal of a registration for a domain name, or any other act that entitles a party to the exclusive control and use of a domain name for any length of time.
[5] "USE" shall mean using a domain name to provide a website accessible at that domain name, or configuring the domain name to redirect visitors to any other domain name or website, or authorizing any third party to use the domain name.
[6] "MONETIZATION" shall mean using a domain name to provide a website accessible at that domain name that displays links to advertisements, or that displays advertisements, or that displays or triggers pop-up or pop-under advertisements.
[7] "TRAFFICKING IN" shall mean any transaction including, but not limited to, sales, purchases, loans, pledges, license, exchanges of currency, and any other transfer for consideration or receipt in exchange for consideration.

EXHIBIT E
PAGE 63

13. The REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by DEFENDANTS.

14. The REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by OTHER PARTIES.

15. Claims of cybersquatting, trademark infringement, or trademark dilution made against METRIX, DEFENDANTS, and OTHER PARTIES.

16. Claims of cybersquatting, trademark infringement, or trademark dilution made against DEFENDANTS.

17. Claims of cybersquatting, trademark infringement, or trademark dilution made against OTHER PARTIES.

LLB IRV1121031.1-*-05/25/11 12:46 PM

EXHIBIT E
PAGE 68

**Exhibit B**
**Infringing Domain Names**

| | | |
|---|---|---|
| vaerizon.com | verizonfiles.com | verrisionwireless.com |
| vaerizonwireless.com | verizonfiosinternet.com | verrizon.com |
| varaizon.com | verizonfiostv.com | verrizonwireles.com |
| varizionwireless.com | verizonfiso.com | verrzonwireless.com |
| varizon.com | verizonfreeringtones.com | versionwireless.com |
| vedrizonwireless.com | verizongames.com | versisonwireless.com |
| veirzon.com | verizonhawaii.com | verszionwireless.com |
| verazionwireless.com | verizonhotmail.com | verszonwireless.com |
| verazonwireless.com | verizoninpulse.com | vervizon.com |
| vereizon.com | verizonireless.com | vervizonwireless.com |
| veri8zon.com | verizonjob.com | verwisonwireless.com |
| veri9zon.com | verizonless.com | verwizon.com |
| veriaonwireless.com | verizonmireless.com | verysonwireless.com |
| veriazon.com | verizonmobiles.com | veryzonwireless.com |
| verinwireless.com | verizonmyaccount.com | verzionwireless.com |
| verionfios.com | verizonmymsn.com | verzonwireles.com |
| veriononline.com | verizonmyprepay.com | vevrizonwireless.com |
| verionswireless.com | verizonnwireless.com | vezrizon.com |
| veriontracker.com | verizonon.net | viersonwireless.com |
| verionwieless.com | verizononlinedsl.com | vierzionwireless.com |
| veriozen.com | verizonphonebook.com | vierzon.com |
| veriozionwireless.com | verizonphonenumbers.com | viraizon.com |
| veriozn.com | verizonpixplace.com | virazonwireless.com |
| veriozonwireless.com | verizonprepaidphone.com | vireizon.com |
| veriozonwirless.com | verizonprepay.com | virisionwireless.com |
| verironwireless.com | verizonrebate.com | virizonwireless.com |
| verisenwireless.com | verizonresidential.com | virizonwirelss.com |
| veriseon.com | verizonringbacks.com | vironwireless.com |
| verisionphones.com | verizonringbacktones.com | vironzon.com |
| verison-wirless.com | verizonspeed.com | virozionwireless.com |
| verisonbusiness.com | verizonstart.com | virozon.com |
| verisoncareers.com | verizonstart.net | virozonwireless.com |
| verisonewireless.com | verizonsuperpage.com | virzonwireless.com |
| verisonmobile.com | verizontracker.com | vizonwireless.com |
| verisononline.com | verizonvireless.com | vorizanwireless.com |
| verisonpcs.com | verizonvirusprotection.com | vorizen.com |
| verisonphones.com | verizonvisaaccountonline.com | vorizin.com |
| verisonpics.com | verizonw.com | vorizon.net |
| verisonprepayed.com | verizonweriles.com | vorzon.com |
| verisonwireless.com | verizonwhirless.com | vriezon.com |
| verisonweireless.com | verizonwhitepages.com | vriszon.com |
| verisonwerless.com | verizonwierles.com | vrizonwireless.com |
| verisonwiless.com | verizonwikreless.com | vrtizonwireless.com |

Page 1 of 2

EXHIBIT B
PAGE 65

verisonwireess.com
verisonwireles.com
verisonwirelessinternet.com
verisonwirelles.com
verisonwirelwss.com
verisonwirerles.com
verisonwiress.com
verisonwirless.com
veriszon.com
veriszonwireless.com
verixoncentral.com
verizenwireles.com
verizinwirless.com
verizion22.com
verizionmail.com
verizionmobile.com
verizionwirelessrebates.com
verizionwirles.com
verizionwirlss.com
verizionyellowpages.com
verizizonwireless.com
verizkn.com
veriznowireless.com
verizofios.com
verizoinwireless.com
verizolnwireless.com
verizon-wireless.com
verizon1.com
verizon2.com
verizonarena.com
verizonbusinessdsl.com
verizoncarrers.com
verizoncellphone.com
verizoncelluar.com
verizoncelular.com
verizoncentrel.com
verizonephones.com

verizonwilerless.com
verizonwirekless.com
verizonwireleee.com
verizonwirelees.com
verizonwireles.com
verizonwirelessbilling.com
verizonwirelessdownloads.com
verizonwirelessemployment.com
verizonwirelessgetdiscount.com
verizonwirelessmyprepaid.com
verizonwirelessmyprepay.com
verizonwirelesspixplace.com
verizonwirelesspixs.com
verizonwirelesss.com
verizonwirelesstheather.com
verizonwirelessvzw.com
verizonwirelesxs.com
verizonwirelexx.com
verizonwirelles.com
verizonwirelless.com
verizonwirelsee.com
verizonwirelss.com
verizonwiressless.com
verizonwirfeless.com
verizonwirlesspr.com
verizonwirrless.com
verizonwreless.com
verizopn.com
verizowirless.com
verizwireless.com
verkzon.com
veronwireless.com
verozinwireless.com
verozonwireless.com
verraizon.com

vweizon.com
vzrizon.com
vzwirelessringtones.com
wbillpayverizonwireless.com
webmailverizon.net
wrizon.com
wwwlverizonwireless.com
wwwvarizon.com
wwwveraizon.com
wwwverizononline.net
wwwverrizon.com
vzchat.com
vznavagator.com
vzpics.com
vzwdeluxe.com
vzwierless.com
vzwpixplace.com
vzwprepay.com
vzwpx.com
vzwringtonesdelux.com
vzxpix.com
wirelesssynchvzw.com
wirelesssynvzw.com
22verizion.com
activatemyfiosverizon.net
berizon.com
businessverizon.net
dslstartverizon.com
erizon.com
infospeedverizon.net
myaccountatwwwverizonwireless.com
myaccountverizonwireless.com
myverizonprepaid.com
quickverizon.net
startverizon.net
v-wireless-cellphones.com

LLB IRV1121032.1-*-05/25/11 10:35 AM

Page 2 of 2

EXHIBIT B
PAGE 66

| *Attorney or Party without Attorney:* | *For Court Use Only* |
|---|---|
| CHRISTIE, PARKER & HALE<br>350 W. COLORADO BLVD.<br>SUITE: #500<br>PASADENA, CA 91105<br>*Telephone No:* 626 795-9900   *FAX No:* 626 577-8800 | |
| *Attorney for:* Plaintiff   *Ref. No. or File No.:* 193575 | |

*Insert name of Court, and Judicial District and Branch Court:*
    United States District Court Central District Of California

*Plaintiff:* VERIZON CALIFORNIA, INC., et al.

*Defendant:* LEAD NETWORKS DOMAINS PRIVATE LIMITED, et al.

| **PROOF OF SERVICE**<br>**SUBPOENA TO TESTIFY** | *Hearing Date:*<br>Thu, Jun. 30, 2011 | *Time:*<br>9:30AM | *Dept/Div:* | *Case Number:*<br>CV09-00613 ABC (CWx) |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

*3. a. Party served:*         METRIX 360, LLC
    *b. Person served:*       SHAHBOD RASTEGAR, Authorized to Accept Service

*4. Address where the party was served:*        1042 FRISKE STREET
                                                PACIFIC PALISADES, CA 90272

*5. I served the party:*
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
       process for the party (1) on: Fri., May. 27, 2011 (2) at: 7:00AM
    *b. I received this subpena for service on:*        Wednesday, May 25, 2011

*6. Witness fees were offered or demanded, and paid:*        $67.00

*7. Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. THANUSAK  MAHATTAKULRUNGSI
    **b. CORPORATE LEGAL SERVICES**              d.  *The Fee for Service was:*
       PO BOX 27975, Registration # 2296        e.  I am: (3) registered California process server
       LOS ANGELES, CA 90027                        *(i)*  Independent Contractor
    c. 213 202-6030, FAX 213 202-6045               *(ii) Registration No.:*    5620
                                                    *(iii) County:*             Los Angeles
                                                    *(iv) Expiration Date:*     Thu, Sep. 22, 2011

*8.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of
     America that the foregoing is true and correct.*
     Date: Fri, May. 27, 2011

Judicial Council Form                          PROOF OF SERVICE                  (THANUSAK  MAHATTAKULRUNGSI)
Rule 2.150.(a)&(b) Rev January 1, 2007         SUBPOENA TO TESTIFY                                        38683.chrpa.38683

EXHIBIT   E
PAGE   67

# **TAB 4**

EXHIBIT  E
PAGE  68

AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   CV-09-00613 ABC (CWx) |
| Lead Networks Domains Private Limited; Naresh Malik a/k/a Nick M.; Mahesh Malik; Kevin Daste; and Does 1-100, | ) (If the action is pending in another district, state where: |
| *Defendant* | )                                              ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  SHAHBOD RASTEGAR
     1042 Fiske Street, Pacific Palisades, CA  90272

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See Exhibits A and B

| Place:  Christie, Parker & Hale, LLP | Date and Time: |
|---|---|
| 350 W. Colorado Blvd., Suite 500 Pasadena, CA  91105          (626) 795-9900 | 06/30/2011 1:00 pm |

The deposition will be recorded by this method:   Real-time reporting and by sound and visual means

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    05/26/2011

         *CLERK OF COURT*
                                                    OR    _____
         _____                       _____
         *Signature of Clerk or Deputy Clerk*             *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company    , who issues or requests this subpoena, are:
David J. Steele
Christie, Parker & Hale, LLP, 18101 Von Karman Ave., Suite 1950, Irvine, CA 92612-0163
Email: david.steele@cph.com    Tel. (949) 476-0757

EXHIBIT  B
PAGE  69

AO 88A  (Rev.  06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.   CV-09-00613 ABC (CWx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   SHAHBOD RASTEGAR

was received by me on *(date)* _____  .

    ❏ I served the subpoena by delivering a copy to the named individual as follows: _____

_____

_____ on *(date)* _____ ; or

    ❏ I returned the subpoena unexecuted because: _____

_____  .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____  .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

EXHIBIT  E
PAGE  70

AO 88A  (Rev.  06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

EXHIBIT _E_
PAGE _71_

**Exhibit A**
**Topics for Deposition**

1. Documents produced by Shahbod Rastegar ("RASTEGAR")

2. Business operations of RASTEGAR.

3. Business operations of DEFENDANTS[1].

4. Business operations of OTHER PARTIES.[2]

5. Business relationships between RASTEGAR and DEFENDANTS.

6. Business relationships between RASTEGAR and OTHER PARTIES.

7. The transfer of business operations and/or assets of RASTEGAR, DEFENDANTS, and OTHER PARTIES.

8. Any payments or agreements related to any of the INFRINGING DOMAIN NAMES.[3]

9. Any payments or agreements related to any domain name other than the INFRINGING DOMAIN NAMES.

10. Agreements and/or transactions between RASTEGAR and DEFENDANTS.

11. Agreements and/or transactions between RASTEGAR and OTHER PARTIES.

12. The REGISTRATION,[4] USE,[5] MONETIZATION,[6] or TRAFFICKING IN[7] of any domain name by RASTEGAR.

---

[1] "DEFENDANTS" shall mean, collectively and individually: Lead Networks Domains Private Limited, Naresh Malik a/k/a Nick M., Mahesh Malik, and Kevin Daste.
[2] "OTHER PARTIES" shall mean, collectively and individually: Dale Begg-Smith; Jason Begg-Smith; Domaincannon.com L.L.C.; Name.com L.L.C., Name.net L.L.C., and Spot Domains L.L.C.; 19 Parking.com; AMG inc. a/k/a Alternative Marketing Group; Softech Ltd. a/k/a Softtech Ltd.; Hecta Media Inc. (now known as Top Level Domain Holdings Ltd.); and any and all employees, officers, owners, past and present domestic or foreign parents, subsidiaries, divisions, departments, sister entities, affiliates, partners of partnerships, predecessors or successors-in-interest, corporate subunits, partnerships, joint ventures, or other business entities.
[3] The list of INFRINGING DOMAIN NAMES is attached as Exhibit B.
[4] "REGISTRATION" shall refer to the registration or renewal of a registration for a domain name, or any other act that entitles a party to the exclusive control and use of a domain name for any length of time.
[5] "USE" shall mean using a domain name to provide a website accessible at that domain name, or configuring the domain name to redirect visitors to any other domain name or website, or authorizing any third party to use the domain name.
[6] "MONETIZATION" shall mean using a domain name to provide a website accessible at that domain name that displays links to advertisements, or that displays advertisements, or that displays or triggers pop-up or pop-under advertisements.
[7] "TRAFFICKING IN" shall mean any transaction including, but not limited to, sales, purchases, loans, pledges, license, exchanges of currency, and any other transfer for consideration or receipt in exchange for consideration.

EXHIBIT  B
PAGE  72

13. The REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by DEFENDANTS.

14. The REGISTRATION, USE, MONETIZATION, or TRAFFICKING IN of any domain name by OTHER PARTIES.

15. Claims of cybersquatting, trademark infringement, or trademark dilution made against RASTEGAR, DEFENDANTS, and OTHER PARTIES.

16. Claims of cybersquatting, trademark infringement, or trademark dilution made against DEFENDANTS.

17. Claims of cybersquatting, trademark infringement, or trademark dilution made against OTHER PARTIES.

LLB IRV1121021.1-*-05/25/11 11:38 AM

EXHIBIT E
PAGE 73

**Exhibit B**
**Infringing Domain Names**

| | | |
|---|---|---|
| vaerizon.com | verizonfiles.com | verrisionwireless.com |
| vaerizonwireless.com | verizonfiosinternet.com | verrizon.com |
| varaizon.com | verizonfiostv.com | verrrizonwireless.com |
| varizionwireless.com | verizonfiso.com | verrzonwireless.com |
| varizon.com | verizonfreeringtones.com | versionwireless.com |
| vedrizonwireless.com | verizongames.com | versisonwireless.com |
| veirzon.com | verizonhawaii.com | verszionwireless.com |
| verazionwireless.com | verizonhotmail.com | verszonwireless.com |
| verazonwireless.com | verizoninpulse.com | vervizon.com |
| vereizon.com | verizonireless.com | vervizonwireless.com |
| veri8zon.com | verizonjob.com | verwisonwireless.com |
| veri9zon.com | verizonless.com | verwizon.com |
| veriaonwireless.com | verizonmireless.com | verysonwireless.com |
| veriazon.com | verizonmobiles.com | veryzonwireless.com |
| verinwireless.com | verizonmyaccount.com | verzionwireless.com |
| verionfios.com | verizonmymsn.com | verzonwireles.com |
| veriononline.com | verizonmyprepay.com | vevrizonwireless.com |
| verionswireless.com | verizonnwireless.com | vezrizon.com |
| veriontracker.com | verizonon.net | viersonwireless.com |
| verionwieless.com | verizononlinedsl.com | vierzionwireless.com |
| veriozen.com | verizonphonebook.com | vierzon.com |
| veriozionwireless.com | verizonphonenumbers.com | viraizon.com |
| veriozn.com | verizonpixplace.com | virazonwireless.com |
| veriozonwireless.com | verizonprepaidphone.com | vireizon.com |
| veriozonwirless.com | verizonprepay.com | virisionwireless.com |
| verironwireless.com | verizonrebate.com | virizonwireless.com |
| verisenwireless.com | verizonresidential.com | virizonwirless.com |
| veriseon.com | verizonringbacks.com | vironwireless.com |
| verisionphones.com | verizonringbacktones.com | vironzon.com |
| verison-wirless.com | verizonspeed.com | virozionwireless.com |
| verisonbusiness.com | verizonstart.com | virozon.com |
| verisoncareers.com | verizonstart.net | virozonwireless.com |
| verisonewireless.com | verizonsuperpage.com | virzonewireless.com |
| verisonmobile.com | verizontracker.com | vizonwireless.com |
| verisononline.com | verizonvireless.com | vorizanwireless.com |
| verisonpcs.com | verizonvirusprotection.com | vorizen.com |
| verisonphones.com | verizonvisaaccountonline.com | vorizin.com |
| verisonpics.com | verizonw.com | vorizon.net |
| verisonprepayed.com | verizonweriles.com | vorzon.com |
| verisonvireless.com | verizonwhirless.com | vriezon.com |
| verisonweireless.com | verizonwhitepages.com | vriszon.com |
| verisonwerless.com | verizonwierles.com | vrizonwireless.com |
| verisonwiless.com | verizonwikreless.com | vrtizonwireless.com |

EXHIBIT B
PAGE 74

verisonwireess.com
verisonwireles.com
verisonwirelessinternet.com
verisonwirelles.com
verisonwirelwss.com
verisonwirerles.com
verisonwiress.com
verisonwirless.com
veriszon.com
veriszonwireless.com
verixoncentral.com
verizenwireles.com
verizinwirless.com
verizion22.com
verizionmail.com
verizionmobile.com
verizionwirelessrebates.com
verizionwirles.com
verizionwirless.com
verizionyellowpages.com
verizizonwireless.com
verizkn.com
veriznowireless.com
verizofios.com
verizoinwireless.com
verizolnwireless.com
verizon-wireless.com
verizon1.com
verizon2.com
verizonarena.com
verizonbusinessdsl.com
verizoncarrers.com
verizoncellphone.com
verizoncelluar.com
verizoncelular.com
verizoncentrel.com
verizonephones.com

verizonwilerless.com
verizonwirekless.com
verizonwireleee.com
verizonwirelees.com
verizonwireles.com
verizonwirelessbilling.com
verizonwirelessdownloads.com
verizonwirelessemployment.com
verizonwirelessgetdiscount.com
verizonwirelessmyprepaid.com
verizonwirelessmyprepay.com
verizonwirelesspixplace.com
verizonwirelesspixs.com
verizonwirelesss.com
verizonwirelesstheather.com
verizonwirelessvzw.com
verizonwirelesxs.com
verizonwirelexx.com
verizonwirelles.com
verizonwireless.com
verizonwirelsee.com
verizonwirelss.com
verizonwiressless.com
verizonwirfeless.com
verizonwirlesspr.com
verizonwirrless.com
verizonwreless.com
verizonwwireless.com
verizopn.com
verizowirless.com
verizwireless.com
verkzon.com
veronwireless.com
verozinwireless.com
verozonwireless.com
verraizon.com

vweizon.com
vzrizon.com
vzwirelessringtones.com
wbillpayverizonwireless.com
webmailverizon.net
wrizon.com
wwwlverizonwireless.com
wwwvarizon.com
wwwveraizon.com
wwwverizononline.net
wwwverrizon.com
vzchat.com
vznavagator.com
vzpics.com
vzwdeluxe.com
vzwierless.com
vzwpixplace.com
vzwprepay.com
vzwpx.com
vzwringtonesdelux.com
vzxpix.com
wirelesssynchvzw.com
wirelesssynvzw.com
22verizion.com
activatemyfiosverizon.net
berizon.com
businessverizon.net
dslstartverizon.com
erizon.com
infospeedverizon.net
myaccountatwwwverizonwireless.com
myaccountverizonwireless.com
myverizonprepaid.com
quickverizon.net
startverizon.net
v-wireless-cellphones.com

LLB IRV1121032.1-*-05/25/11 10:35 AM

EXHIBIT B
PAGE 75

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| CHRISTIE, PARKER & HALE<br>350 W. COLORADO BLVD.<br>SUITE: #500<br>PASADENA, CA  91105<br>*Telephone No:* 626 795-9900     *FAX No:* 626 577-8800 | |

| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>193573 |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court Central District Of California

*Plaintiff:* VERIZON CALIFORNIA, INC., et al.

*Defendant:* LEAD NETWORKS DOMAINS PRIVATE LIMITED, et al.

| **PROOF OF SERVICE**<br>**SUBPOENA TO TESTIFY** | *Hearing Date:*<br>Thu, Jun. 30, 2011 | *Time:*<br>1:00PM | *Dept/Div:* | *Case Number:*<br>CV09-00613 ABC (CWx) |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

*3.  a. Party served:*                                    SHAHBOD RASTEGAR

*4.  Address where the party was served:*          1042 FRISKE STREET
                                                              PACIFIC PALISADES, CA  90272

*5.  I served the party:*
    **a. by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
    process for the party (1) on: Fri., May. 27, 2011 (2) at: 7:00AM
    *b. I received this subpena for service on:*          Wednesday, May 25, 2011

6.  *Witness fees were offered or demanded, and paid:*     $67.00

7.  *Person Who Served Papers:*                               Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. THANUSAK  MAHATTAKULRUNGSI               d.  *The Fee for Service was:*
    b. **CORPORATE LEGAL SERVICES**               e.  I am: (3)  registered California process server
       PO BOX 27975, Registration # 2296                   *(i)*   Independent Contractor
       LOS ANGELES, CA  90027                              *(ii)   Registration No.:*     5620
    c. 213 202-6030, FAX 213 202-6045                   *(iii)  County:*               Los Angeles
                                                       *(iv)  Expiration Date:*      Thu, Sep. 22, 2011

*8.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of*
*America that the foregoing is true and correct.*
   *Date: Fri, May. 27, 2011*

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE**<br>**SUBPOENA TO TESTIFY** | (THANUSAK  MAHATTAKULRUNGSI)<br>*38681.chrpa.38681* |
|---|---|---|

EXHIBIT *E*
PAGE *76*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CHRISTIE, PARKER & HALE<br>350 W. COLORADO BLVD.<br>SUITE: #500<br>PASADENA, CA  91105<br>Telephone No: 626 795-9900    FAX No: 626 577-8800 | | | | |

| Attorney for: Plaintiff | Ref. No or File No.:<br>193573 |
|---|---|

**Insert name of Court, and Judicial District and Branch Court:**
United States District Court Central District Of California

**Plaintiff:** VERIZON CALIFORNIA, INC., et al.

**Defendant:** LEAD NETWORKS DOMAINS PRIVATE LIMITED, et al.

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date:<br>Thu, Jun. 30, 2011 | Time:<br>1:00pm | Dept/Div: | Case Number:<br>CV09-00613 ABC (CWx) |
|---|---|---|---|---|

1. I, THANUSAK  MAHATTAKULRUNGSI, and any employee or independent contractors retained by CORPORATE LEGAL SERVICES  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Witness SHAHBOD  RASTEGAR as follows:

2. *Documents:*    SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/25/11 | 7:10pm | Home | I SPOKE TO RICK, THE CURRENT RESIDENT. HE STATED THAT NO ONE NAMED SHAHBOD RASTEGAR LIVES HERE. Attempt made by: THANUSAK MAHATTAKULRUNGSI. Attempt at: 1948 FOX HILLS DRIVE  LOS ANGELES CA 90025. |
| Thu | 05/26/11 | 6:00pm | Business | GIVEN ADDRESS IS FOR A PRIVATE MAILBOX STORE. THEY DID CONFIRM THAT SHAHBOD HAS A BOX HERE. SHAHBOD IS NOT HERE. Attempt made by: THANUSAK  MAHATTAKULRUNGSI. Attempt at: 9190 W. OLYMPIC BLVD. SUITE 200  BEVERLY HILLS CA 90212. |
| Thu | 05/26/11 | 6:40pm | Home | I SPOKE TO JENNIFER, THE CURRENT RESIDENT. SHE STATED THAT NO ONE NAMED SHAHBOD LIVES HERE. Attempt made by: THANUSAK MAHATTAKULRUNGSI. Attempt at: 969 HILGARD AVENUE APT.#606  LOS ANGELES CA 90024. |
| Thu | 05/26/11 | 7:40pm | Home | SUBJECT IS NOT HOME.; Attempt made by: THANUSAK MAHATTAKULRUNGSI. Attempt at: 1042 FRISKE STREET  PACIFIC PALISADES CA 90272. |
| Fri | 05/27/11 | 7:00am | Home | Personal Service on: SHAHBOD  RASTEGAR Home - 1042 FRISKE STREET PACIFIC PALISADES, CA 90272  by Serving: party in item 3.a..  Served by: THANUSAK  MAHATTAKULRUNGSI |

3. *Person Executing*
   a. THANUSAK  MAHATTAKULRUNGSI
   **b. CORPORATE LEGAL SERVICES**
      PO BOX 27975, Registration # 2296
      LOS ANGELES, CA  90027
   c. 213 202-6030, FAX 213 202-6045

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:*
e. *I am:*   (3) registered California process server
   *(i)*   Independent Contractor
   *(ii)*   *Registration No.:*        5620
   *(iii)*   *County:*              Los Angeles
   *(iv)*   *Expiration Date:*     Thu, Sep. 22, 2011

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, May. 27, 2011

AFFIDAVIT OF REASONABLE DILIGENCE (THANUSAK  MAHATTAKULRUNGSI)

# **TAB 5**

EXHIBIT _E_
PAGE ___78___

1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF DISTRICT

WESTERN DIVISION

| | |
|---|---|
| 12  VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY, | Case No. CV 09-00613 ABC (CWx) |
| 13 | |
| 14 | **AMENDED ORDER PERMITTING THIRD PARTY DISCOVERY IN ADVANCE OF RULE 26(f) CONFERENCE** |
| 15      Plaintiffs, | |
| 16      vs. | |
| 17  LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100, | **Hon. Audrey B. Collins** |
| 18 | |
| 19 | |
| 20      Defendants. | |

21
22      Upon oral motion by Plaintiffs Verizon California Inc., Verizon Trademark

23  Services LLC, and Verizon Licensing Company, and good cause appearing,

24      **IT IS ORDERED** that Plaintiffs' September 14, 2009, oral motion to

25  authorize third-party discovery in advance of the Rule 26(f) Conference is

26  GRANTED;

27      **IT IS FURTHER ORDERED** that Plaintiffs may immediately serve

28  discovery upon third parties likely to have information reasonably calculated to

EXHIBIT _E_
PAGE _79_

1   lead to evidence identifying any of the defendants named as Does in this action.
2   By way of example and not of limitation, these third-parties may include
3   providers of pay-per-click advertisements, providers of domain name
4   monetization services, providers of domain name brokering services, providers of
5   domain name escrow services, and registry operators.

6          **IT IS FURTHER ORDERED**, by way of example and not of limitation,
7   that Plaintiffs may immediately serve subpoenas on Google, Inc., a provider of
8   pay-per click advertisements, directed to the discovery of any information in its
9   possession that is reasonably calculated to lead to evidence identifying any of the
10  defendants named as Does in this action. By way of example and not of
11  limitation, Plaintiffs may request information identifying all parties who have
12  received, since January 2006, any payment in connection with the monetization of
13  any of the domain names in Exhibit A, regardless of whether the payment was
14  made directly to any Doe defendant or to any other party. Plaintiffs may also
15  request information identifying all financial accounts associated with these
16  payments, including by way of example and not of limitation, bank names,
17  routing numbers, and account numbers.

18         **IT IS FURTHER ORDERED**, by way of example and not of limitation,
19  that Plaintiffs may immediately serve subpoenas on Yahoo!, Inc., a provider of
20  pay-per click advertisements, directed to the discovery of any information in its
21  possession that is reasonably calculated to lead to evidence identifying any of the
22  defendants named as Does in this action. By way of example and not of
23  limitation, Plaintiffs may request information identifying all parties who have
24  received, since January 2006, any payment in connection with the monetization of
25  any of the domain names in Exhibit A, regardless of whether the payment was
26  made directly to any Doe defendant or to any other party. Plaintiffs may also
27  request information identifying all financial accounts associated with these
28  payments, including by way of example and not of limitation, bank names,

EXHIBIT B
PAGE 80

1   routing numbers, and account numbers.

2      **IT IS FURTHER ORDERED**, by way of example and not of limitation,

3   that Plaintiffs may immediately serve subpoenas on Oversee Domain

4   Management, LLC and Oversee Research and Development, LLC, providers of

5   domain name monetization services, directed to the discovery of any information

6   in their possession that is reasonably calculated to lead to evidence identifying

7   any of the defendants named as Does in this action. By way of example and not of

8   limitation, Plaintiffs may request information identifying all parties who have

9   received, since January 2006, any payment in connection with the monetization of

10  any of the domain names in Exhibit A, regardless of whether the payment was

11  made directly to any Doe defendant or to any other party. Plaintiffs may also

12  request information identifying all financial accounts associated with these

13  payments, including by way of example and not of limitation, bank names,

14  routing numbers, and account numbers.

15     **IT IS FURTHER ORDERED**, by way of example and not of limitation,

16  that Plaintiffs may immediately serve subpoenas on Thought Convergence, Inc.

17  and Trafficz, Inc., providers of domain name monetization services, directed to

18  the discovery of any information in their possession that is reasonably calculated

19  to lead to evidence identifying any of the defendants named as Does in this

20  action. By way of example and not of limitation, Plaintiffs may request

21  information identifying all parties who have received, since January 2006, any

22  payment in connection with the monetization of any of the domain names in

23  Exhibit A, regardless of whether the payment was made directly to any Doe

24  defendant or to any other party. Plaintiffs may also request information

25  identifying all financial accounts associated with these payments, including by

26  way of example and not of limitation, bank names, routing numbers, and account

27  numbers.

28

EXHIBIT E
PAGE 81

1    **IT IS FURTHER ORDERED**, by way of example and not of limitation,
2 that Plaintiffs may immediately serve subpoenas on Sedo.com, LLC, a provider
3 of domain name brokering and monetization services, directed to the discovery of
4 any information in its possession that is reasonably calculated to lead to evidence
5 identifying any of the defendants named as Does in this action. By way of
6 example and not of limitation, Plaintiffs may request information identifying all
7 parties who have received, since January 2006, any payment in connection with
8 the sale or monetization of any of the domain names in Exhibit A, regardless of
9 whether the payment was made directly to any Doe defendant or to any other
10 party. Plaintiffs may also request information identifying all financial accounts
11 associated with these payments, including by way of example and not of
12 limitation, bank names, routing numbers, and account numbers.

13    **IT IS FURTHER ORDERED**, by way of example and not of limitation,
14 that Plaintiffs may immediately serve subpoenas on Escrow.com, Inc., a provider
15 of domain name escrow services, directed to the discovery of any information in
16 its possession that is reasonably calculated to lead to evidence identifying any of
17 the defendants named as Does in this action. By way of example and not of
18 limitation, Plaintiffs may request information identifying all parties who have
19 received, since January 2006, any payment in connection with the sale or escrow
20 of any of the domain names in Exhibit A, regardless of whether the payment was
21 made directly to any Doe defendant or to any other party. Plaintiffs may also
22 request information identifying all financial accounts associated with these
23 payments, including by way of example and not of limitation, bank names,
24 routing numbers, and account numbers.

25    **IT IS FURTHER ORDERED**, by way of example and not of limitation,
26 that Plaintiffs may immediately serve subpoenas on Moniker Online Services,
27 LLC, a provider of domain name escrow services, directed to the discovery of any
28 information in its possession that is reasonably calculated to lead to evidence

CHRISTIE, PARKER & HALE, LLP

-4-

EXHIBIT E
PAGE 82

1  identifying any of the defendants named as Does in this action. By way of
2  example and not of limitation, Plaintiffs may request information identifying all
3  parties who have received, since January 2006, any payment in connection with
4  the sale or escrow or monetization of any of the domain names in Exhibit A,
5  regardless of whether the payment was made directly to any Doe defendant or to
6  any other party. Plaintiffs may also request information identifying all financial
7  accounts associated with these payments, including by way of example and not of
8  limitation, bank names, routing numbers, and account numbers.
9  **IT IS FURTHER ORDERED**, by way of example and not of limitation,
10  that Plaintiffs may immediately serve subpoenas on any registry operator directed
11  to the discovery of any information in its possession that is reasonably calculated
12  to lead to evidence identifying any of the defendants named as Does in this
13  action. By way of example and not of limitation, Plaintiffs may request
14  information identifying all parties who have made payments to or received
15  payments from the registry operator in connection with the registrar operations of
16  Lead Networks Private Domains Limited ("Lead Networks"). Plaintiffs may also
17  request information identifying all financial accounts associated with these
18  payments, including by way of example and not of limitation, bank names,
19  routing numbers, and account numbers.
20  **IT IS FURTHER ORDERED**, by way of example and not of limitation,
21  that Plaintiffs may immediately serve subpoenas on VeriSign, Inc. ("Verisign"), a
22  registry operator, directed to the discovery of any information in its possession
23  that is reasonably calculated to lead to evidence identifying any of the defendants
24  named as Does in this action. By way of example and not of limitation, Plaintiffs
25  may request information identifying all parties who have made payments to or
26  received payments from VeriSign in connection with the registrar operations of
27  Lead Networks Private Domains Limited ("Lead Networks"). Plaintiffs may also
28  request information identifying all financial accounts associated with these

EXHIBIT E
PAGE 83

1   payments, including by way of example and not of limitation, bank names,
2   routing numbers, and account numbers.

3

4       **IT IS SO ORDERED.**

5

6   Dated: 10/5/09                      _Audrey B. Collins_
7                                       Audrey B. Collins
                                        Chief   United   States   District   Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

EXHIBIT E
PAGE 84

# Exhibit A

EXHIBIT
PAGE _____

| | |
|---|---|
| vaerizon.com | verisonwirelles.com |
| vaerizonwireless.com | verisonwirelwss.com |
| varaizon.com | verisonwirerles.com |
| varizionwireless.com | verisonwiress.com |
| varizon.com | verisonwirless.com |
| vedrizonwireless.com | veriszon.com |
| veirzon.com | veriszonwireless.com |
| verazionwireless.com | verixoncentral.com |
| verazonwireless.com | verizenwireles.com |
| vereizon.com | verizinwirlss.com |
| veri8zon.com | verizion22.com |
| veri9zon.com | verizionmail.com |
| veriaonwireless.com | verizionmobile.com |
| veriazon.com | verizionwirelessrebates.com |
| verinwireless.com | verizionwirles.com |
| verionfios.com | verizionwirlss.com |
| veriononline.com | verizionyellowpages.com |
| verionswireless.com | verizizonwireless.com |
| veriontracker.com | verizkn.com |
| verionwieless.com | veriznowireless.com |
| veriozen.com | verizofios.com |
| veriozionwireless.com | verizoinwireless.com |
| veriozn.com | verizolnwireless.com |
| veriozonwireless.com | verizon-wirless.com |
| veriozonwirless.com | verizon1.com |
| verironwireless.com | verizon2.com |
| verisenwireless.com | verizonarena.com |
| veriseon.com | verizonbusinessdsl.com |
| verisionphones.com | verizoncarrers.com |
| verison-wirless.com | verizoncellphone.com |
| verisonbusiness.com | verizoncelluar.com |
| verisoncareers.com | verizoncelular.com |
| verisonewireless.com | verizoncentrel.com |
| verisonmobile.com | verizonephones.com |
| verisononline.com | verizonfiles.com |
| verisonpcs.com | verizonfiosinternet.com |
| verisonphones.com | verizonfiostv.com |
| verisonpics.com | verizonfiso.com |
| verisonprepayed.com | verizonfreeringtones.com |
| verisonvireless.com | verizongames.com |
| verisonweireless.com | verizonhawaii.com |
| verisonwerless.com | verizonhotmail.com |
| verisonwiless.com | verizoninpulse.com |
| verisonwireess.com | verizonireless.com |
| verisonwireles.com | verizonjob.com |
| verisonwirelessinternet.com | verizonless.com |

Exhibit A – Verizon Subject Domain Names

-8-

EXHIBIT
PAGE

verizonmireless.com
verizonmobiles.com
verizonmyaccount.com
verizonmymsn.com
verizonmyprepay.com
verizonnwireless.com
verizonon.net
verizononlinedsl.com
verizonphonebook.com
verizonphonenumbers.com
verizonpixplace.com
verizonprepaidphone.com
verizonprepay.com
verizonrebate.com
verizonresidential.com
verizonringbacks.com
verizonringbacktones.com
verizonspeed.com
verizonstart.com
verizonstart.net
verizonsuperpage.com
verizontracker.com
verizonvireless.com
verizonvirusprotection.com
verizonvisaaccountonline.com
verizonw.com
verizonweriles.com
verizonwhirless.com
verizonwhitepages.com
verizonwierles.com
verizonwikreless.com
verizonwilerless.com
verizonwirekless.com
verizonwireleee.com
verizonwirelees.com
verizonwireless.com
verizonwirelessbilling.com
verizonwirelessdownloads.com
verizonwirelessemployment.com
verizonwirelessgetdiscount.com
verizonwirelessmyprepaid.com
verizonwirelessmyprepay.com
verizonwirelesspixplace.com
verizonwirelesspixs.com
verizonwirelesss.com
verizonwirelesstheather.com

verizonwirelessvzw.com
verizonwirelesxs.com
verizonwirelexx.com
verizonwirelles.com
verizonwirelless.com
verizonwirelsee.com
verizonwirelss.com
verizonwiressless.com
verizonwirfeless.com
verizonwirlesspr.com
verizonwirrless.com
verizonwreless.com
verizonwwireless.com
verizopn.com
verizowirless.com
verizwireless.com
verkzon.com
veronwireless.com
verozinwireless.com
verozonwireless.com
verraizon.com
verrisionwireless.com
verrizon.com
verrizonwireles.com
verrzonwireless.com
versionwireles.com
versisonwireless.com
verszionwireless.com
verszonwireless.com
vervizon.com
vervizonwireless.com
verwisonwireless.com
verwizon.com
verysonwireless.com
veryzonwireles.com
verzionwireless.com
verzonwireles.com
vevrizonwireless.com
vezrizon.com
viersonwireless.com
vierzionwireless.com
vierzon.com
viraizon.com
virazonwireless.com
vireizon.com
virisionwireless.com

Exhibit A – Verizon Subject Domain Names

-9-

EXHIBIT E
PAGE 87

Case 2:09-cv-00613-ABC-CW     Document 88     Filed 10/05/2009     Page 10 of 10

virizonwireless.com
virizonwirelss.com
vironwireless.com
vironzon.com
virozionwireless.com
virozon.com
virozonwireless.com
virzonewireless.com
vizonwireless.com
vorizanwireless.com
vorizen.com
vorizin.com
vorizon.net
vorzon.com
vriezon.com
vriszon.com
vrizonwireless.com
vrtizonwireless.com
vweizon.com
vzrizon.com
vzwirelessringtones.com
wbillpayverizonwireless.com
webmailverizon.net
wrizon.com
wwwlverizonwireless.com
wwwvarizon.com
wwwveraizon.com

wwwverizononline.net
wwwverrizon.com
vzchat.com
vznavagator.com
vzpics.com
vzwdeluxe.com
vzwierless.com
vzwpixplace.com
vzwprepay.com
vzwpx.com
vzwringtonesdelux.com
vzxpix.com
wirelesssynchvzw.com
wirelesssynvzw.com
22verizon.com
activatemyfiosverizon.net
berizon.com
businessverizon.net
dslstartverizon.com
erizon.com
infospeedverizon.net
myaccountatwwwverizonwireless.com
myaccountverizonwireless.com
myverizonprepaid.com
quickverizon.net
startverizon.net
v-wireless-cellphones.com

Exhibit A – Verizon Subject Domain Names
-10-

EXHIBIT ___
PAGE ___ 88

# EXHIBIT F



**Directions to 350 W Colorado Blvd, Pasadena, CA 91105**
**29.0 mi** – about **37 mins** – up to 1 hour 50 mins in traffic



EXHIBIT __F__
PAGE __89__



1042 Fiske St, CA 90272 to 350 W Colorado Blvd Pasadena, CA 91105 - Google Maps          Page 2 of 2

 **A** 1042 Fiske St, CA 90272

| | | |
|---|---|---|
| 1. Head **south** on **Fiske St** toward **Bashford St**<br>About 1 min | go 0.3 mi<br>total 0.3 mi | |
| 2. Turn left onto **W Sunset Blvd**<br>About 1 min | go 0.2 mi<br>total 0.6 mi | |
| 3. Slight right onto **Chautauqua Blvd**<br>About 2 mins | go 1.0 mi<br>total 1.6 mi | |
| 4. Turn left onto **CA-1 S/Pacific Coast Hwy**<br>About 4 mins | go 2.1 mi<br>total 3.7 mi | |
| 5. Continue onto **I-10 E**<br>About 13 mins | go 12.8 mi<br>total 16.5 mi | |
| 6. Take exit **13B** on the left to merge onto **CA-110 N/State 110 N** toward **Pasadena**<br>About 11 mins | go 10.6 mi<br>total 27.2 mi | |
| 7. Continue onto **S Arroyo Pkwy**<br>About 2 mins | go 1.3 mi<br>total 28.4 mi | |
| 8. Turn left onto **E Colorado Blvd**<br>Destination will be on the left<br>About 3 mins | go 0.6 mi<br>total 29.0 mi | |

**B** 350 W Colorado Blvd, Pasadena, CA 91105

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2011 Google

| Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left. |
|---|

EXHIBIT    F
PAGE    90

# EXHIBIT G

LAW OFFICES

# DIEMER, WHITMAN & CARDOSI, LLP

75 EAST SANTA CLARA STREET, SUITE 290

KATHRYN S. DIEMER°
JUDITH L. WHITMAN
JOHN P. CARDOSI

SAN JOSE, CALIFORNIA 95113
TELEPHONE: (408) 971-6270
FACSIMILE: (408) 971-6271

° ALSO ADMITTED IN MISSOURI

July 6, 2011

## *VIA FACSIMILE*

G. Warren Bleeker
Christie, Parker & Hale, LLP
350 West Colorado Boulevard, Suite 500
Pasadena, California 91105

     Re:    Verizon California et al. Lead Network Domains Private Limited, et al.
               Subpoenas to Metrix 360 and Shabod Raestegar

Dear Mr. Bleeker:

     This follows up on our telephone conversation of this morning.  This letter will
identify the issues to be further discussed in our further meet and confer this Friday.

     Nonparties Metrix 360 and Shabod Raestegar have objected to the subpoenas issued
to them in the above referenced matter on the following grounds: (1) There is no longer any
pending active controversy or case as the named defendants have been dismissed or subjected
to judgments resolving the dispute; (2) as there is no longer any controversy to justify any
nonparty discovery, the subpoenas to Metrix 360 and Shabod Raestegar are not material or
likely to lead to the discovery of admissible evidence; (3) the subpoenas are overbroad in that
they seek information far outside of what is likely to lead to the identification of fictitiously
named defendants; and (4) several of the categories request financial information that invades
these nonparties' right of financial privacy.

     A party should not be permitted to seek information from a non-party that is not relevant
to the underlying case. Arista Records LLC v. Lime Group LLC, 2011 U.S. Dist. LEXIS 22426
(W.D. Wash. Feb. 9, 2011). With respect to the documents requested in the subpoenas to
Metrix 360 (categories 1-21) and Shabod Raestegar (categories 1-18), and the topics of
testimony identified in the deposition subpoena to Metrix 360 (categories 1-17) and
Raestegar (categories 1-17) these nonparties contend that there is not presently any
controversy in the lawsuit that would justify any third party discovery at this time. Default
judgment was entered against defendants Lead Networks and Narresh Malik on October 1, 2009.

G. Warren Bleeker
Christie, Parker & Hale, LLP
July 6, 2011
Page 2

On January 10. 2011 a default judgment was entered against defendant Mahesh Malik. In May of 2009 plaintiffs settled with defendant Daste, and on February 19, 2010, plaintiffs stipulated to the dismissal with prejudice of the complaint against defendant Daste. No issue remains as to any named party in the case.

Several of the categories appear to be overbroad and not material to any issue presently in the case. In the Raestegar document subpoena, Categories 1, 3, 5, 7, 9, 11, 15, 16, 17, and 18 do not relate to any transaction with any of the named defendants or plaintiffs or the domain names identified. In the Metrix document subpoena, Categories 1, 2, 3, 4, 5, 7, 9, 11, 13, 15, 17, 18, 19, 20, and 21do not relate to any transaction with any of the named defendants or plaintiffs or the domain names identified. In the Metrix 360 deposition subpoena, deposition subject Categories 2, 3, 4, 6, 11, 12, 14, and 17 do not relate to any transaction with any of the named defendants or plaintiffs or the domain names identified. In the Raestegar deposition subpoena, deposition subject Categories 2, 4, 6, 11, 12, 14, and 17 do not relate to any transaction with any of the named defendants or plaintiffs or the domain names identified.

Several of the categories request financial information from these nonparties, including: the Raestegar document subpoena, Categories 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and12; the Metrix document subpoena, Categories 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14; the Metrix 360 deposition subpoena, deposition subject Categories 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14; and the Raestegar deposition subpoena, deposition subject Categories 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14. These requests infringe on the right to financial privacy in the records sought and it seek disclosure of financial, personal and business dealings in detail. See Chemical Bank v. Dana, 149 F.R.D. 11, 13 (D. Conn. 1993); Chazin v. Lieberman, 129 F.R.D. 97, 98 (S.D.N.Y. 1990); see also Carey v. Berisford Metals Corp., 1991 U.S. Dist. LEXIS 3776 (S.D.N.Y. 1991). There is no legitimate purpose for requiring the complete disclosure of all the financial transactions listed. Balancing plaintiff's need for the discovery (which given the procedural posture of the case, appears to be none) against these nonparties' privacy interest, production of this information will violate the nonparties' privacy interest without any furtherance of the discovery of information related to the claims remaining in the case.

We intend to request a discovery order quashing all of the subpoenas, or in the alternative, limiting the scope of discovery to transactions with the named defendants. We further intend to request that, should the court order disclosure of financial information, that a protective order issue limiting that disclosure, who can view the information, and how that information may be used so as to protect the confidential nature of that information.

G. Warren Bleeker
Christie, Parker & Hale, LLP
July 6, 2011
Page 3


    We have already discussed these issues in detail in our phone conversation this morning. I will call you on Friday to discuss these issues further by phone.  We had originally set a time of 10:00 am. I now have another matter that requires my attention at that time. Would you be available to confer by phone on Friday at 2:00 pm or later?  Please let me know.


            Sincerely,


            John P. Cardosi

JPC

EXHIBIT  G
PAGE  93