UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-00613 ABC (CWx) | Date | August 2, 2011 |
|---|---|---|---|
| Title | Verizon California, Inc. et al. v. Lead Networks Domains Private Limited et al. | | |

| Present: The Honorable | Audrey B. Collins, Chief Judge | | |
|---|---|---|---|
| Angela Bridges | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** ORDER RE: Motion to Enforce Amended Order dated October 5, 2009
(In Chambers)

    Pending before the Court is Plaintiffs Verizon California, Inc., et al.'s Motion to Enforce Amended Order dated October 5, 2009, filed on August 1, 2011 and set for an untimely hearing on August 22, 2011. (Docket No. 151.) This appears to be a discovery matter properly brought before Magistrate Judge Woehrle, and not Chief Judge Collins. Therefore, the Court VACATES the August 22, 2011 hearing date and REFERS this matter to Judge Woehrle. The Court will ensure that the mandatory chambers copies submitted to Chief Judge Collins's chambers are forwarded to Judge Woehrle immediately.

    **IT IS SO ORDERED.**

                                                                                                                                                                            :

Initials of Preparer          AB