**DAVID J. STEELE, CA Bar No. 209797**
Email:  djslit@cph.com
**CHRISTIE, PARKER & HALE, LLP**
**18101 Von Karman Ave., Ste 1950**
**Irvine, California  92612-0163**
**Telephone:  (949) 476-0757**
**Facsimile:  (949) 476-8640**

**HOWARD A. KROLL, CA Bar No. 100981**
Email:  howard.kroll@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
Email: warren.bleeker@cph.com
**CHRISTIE, PARKER & HALE, LLP**
**350 West Colorado Boulevard, Suite 500**
**Pasadena, California 91105**
**Telephone:  (626) 795-9900**
**Facsimile:  (626) 577-8800**

**SARAH B. DEUTSCH (admitted pro hac vice)**
Email:  sarah.b.deutsch@verizon.com
**VERIZON CORPORATE RESOURCES GROUP LLC**
**1320 North Court House Road, Suite 900**
**Arlington, VA  22201**
**Telephone: (703) 351-3044**
**Facsimile: (703) 351-3670**

Attorneys for Plaintiffs,
VERIZON CALIFORNIA INC.,
VERIZON TRADEMARK SERVICES LLC,
and VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> LEAD NETWORKS DOMAINS PRIVATE LIMITED; NARESH MALIK a/k/a NICK M.; MAHESH MALIK; KEVIN DASTE; and DOES 1-100, <br><br> Defendants. | Case No.  CV09-0613 ABC (CWx) <br><br> ***AMENDED* NOTICE OF MOTION AND MOTION BY VERIZON TO ENFORCE AMENDED ORDER DATED OCTOBER 5, 2009 ENTERED BY CHIEF UNITED STATES DISTRICT JUDGE AUDREY B. COLLINS AND FOR CONTEMPT OF COURT** [Noticed Pursuant To Local Civil Rule 37-3] <br> DATE:    August 30, 2011 <br> TIME:     10:00 a.m. <br> CTRM:   640 (Roybal) <br> Hon. Carla Woehrle |

-1-

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**:

Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company (collectively "Verizon") originally noticed its Motion To Enforce Amended Order Dated October 5, 2009 Entered By Chief United States District Judge Audrey B. Collins and For Contempt of Court ("Motion") to be heard before the Honorable Audrey B. Collins on August 22, 2011. On August 3, 2011, Judge Collins referred the Motion to the Honorable Carla Woehrle. [Docket Entry No. 157].

Verizon, therefore, now amends its Notice of Motion and Motion. Verizon's Motion will now be heard on Tuesday, August 30, 2011 at 10:00 a.m. (pursuant to Local Civil Rule 37-3), or as soon thereafter as this matter may be heard, in Courtroom 640 of the United States District Court for the Central District of California, Western Division, located at 255 East Temple Street, Los Angeles, California 90012 before the Honorable Carla Woehrle.

Verizon moves the Court:

(1) to compel third parties Shabod Rastegar ("Rastegar") and Metrix 360, Inc. ("Metrix 360") to produce documents and other things (including all electronically stored information), without objection, pursuant to FRCP 45(c)(2)(B)(1);

(2) to hold Rastegar and Metrix 360 in contempt of Court pursuant to FRCP 45(e);

(3) to order Rastegar and Metrix 360 to comply fully with the document and depositions subpoenas previously served on them; and

(4) to order Rastegar, Metrix 360 and their counsel to pay Verizon its costs and attorneys' fees associated with the filing of this Motion.

This Motion is based upon the already on file Joint Stipulation [Docket Entry No. 152], the Declarations of David J. Steele [Docket Entry No. 153] and

-2-

1  G. Warren Bleeker [Docket Entry No. 154], any supplemental brief and
2  declaration(s) filed by Verizon, the complete record of this action and other
3  oral and documentary evidence as may be submitted in connection with this
4  Motion.

5  DATED:  August 3, 2011                 Respectfully submitted,

6                                         CHRISTIE, PARKER & HALE, LLP

7                                         By /s/ G. Warren Bleeker
                                              G. Warren Bleeker

8                                         Attorneys for Plaintiffs,
9                                         VERIZON CALIFORNIA INC.,
                                          VERIZON TRADEMARK
10                                        SERVICES LLC, and VERIZON
                                          LICENSING COMPANY

11

12  SCL PAS1129350.2-*-08/3/11 11:47 AM

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP